# EXHIBIT 8

**U.S. Patent No. 9,210,362 (the "'362 Patent") Exemplary Infringement Chart**

Cox operates and maintains a nationwide television and data network through which it sells, leases, and offers for sale products and services, including the Arris SB6183 cable modem, Arris CM8200 cable modem, Technicolor CGM4141 cable modem, Technicolor CGM4331 cable modem, and products that operate in a similar manner ("Accused Cable Modem Products"), as well as the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner ("Accused Set Top Products"). Cox provides cable television and internet services ("Accused Services") via the lease, sale, and/or distribution of the Accused Cable Modem Products and/or the Accused Set Top Products.  Cox literally and/or under the doctrine of equivalents infringes the claims of the '362 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the Accused Services, Accused Cable Modem Products, and/or the Accused Set Top Products.

| # | U.S. Patent No. 9,210,362 | Accused Set Top Products |
|---|---|---|
| **11a** | A method comprising: | The Cox Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each sub-scriber location, including, for example, the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner. By way of example, the Arris AX013ANM is charted herein. |
| **11b** | in a wideband receiver system: | The Accused Set Top Products are a wideband receiver system.<br><br>Specifically, the Arris AX013ANM has circuitry and/or applicable software modules constituting a wideband receiver system as claimed. See 11c-11f.<br><br>The Arris AX013ANM has full band capture digital tuning technology and remote diagnostics that directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels. |

| | | |
|---|---|---|
| 11c | downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels; | The Accused Set Top Products downconvert, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels.<br><br>Specifically, the Arris AX013ANM includes has circuitry and/or applicable software modules constituting a mixer module. For example, the circuitry and/or applicable software modules of the Arris AX013ANM utilize advanced signal processing techniques, including a mixer, that can be used to downconvert a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels. |
| 11d | digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels; | The Accused Set Top Products digitize, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels.<br><br>Specifically, Specifically, the Arris AX013ANM includes has circuitry and/or applicable software modules constituting a wideband ADC. For example, the circuitry and/or applicable software modules of the Arris AX013ANM digitizes the entire 1GHz downstream spectrum of a Cox cable plant.  The 1 GHz cable spectrum includes a plurality of desired and undesired television channels. |
| 11e | selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and | The Accused Set Top Products select, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies as described below:<br><br>Specifically, the Arris AX013ANM includes has circuitry and/or applicable software modules for selecting a plurality of desired television channels. For example, the circuitry and/or applicable software modules of the Arris AX013ANM utilize advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including to select the plurality of desired television channels from the digitized plurality of frequencies. |
| 11f | outputting, by said digital circuitry of said wideband receiver system, | The Accused Set Top Products output, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream. |

| | | |
|---|---|---|
| | said selected plurality of television channels to a demodulator as a digital datastream. | Specifically, the Arris AX013ANM includes has circuitry and/or applicable software modules for outputting the plurality of desired television channels to a demodulator as a digital datastream. For example, the circuitry and/or applicable software modules of the Arris AX013ANM provide the digitally tuned and selected plurality of desired television channels to a digital demodulator that outputs a transport stream for use in broadcast services. |