# EXHIBIT 16

## U.S. Patent No. 11,399,206 (the "'206 Patent") Exemplary Infringement Chart

Cox operates and maintains a nationwide television and data network through which it sells, leases, and offers for sale products and services, including the Arris SB6183 cable modem, Arris CM8200 cable modem, Technicolor CGM4141 cable modem, Technicolor CGM4331 cable modem, and products that operate in a similar manner ("Accused Cable Modem Products"), as well as the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner ("Accused Set Top Products"). Cox provides cable television and internet services ("Accused Services") via the lease, sale, and/or distribution of the Accused Cable Modem Products and/or the Accused Set Top Products.  Cox literally and/or under the doctrine of equivalents infringes the claims of the '206 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing the Accused Services, Accused Cable Modem Products, and/or the Accused Set Top Products.

| # | U.S. Patent No. 11,399,206 | The Accused Set Top Products |
|---|---|---|
| 25pre | 25. A method for receiving a television (TV) signal comprising: | The Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each subscriber location, including, for example, the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner. By way of example, the Arris AX013ANM is charted herein. |
| 25a | receiving an input signal from a cable network; | The Accused Set Top Products receive an input signal from a cable network as described below:<br><br>Specifically, the Arris AX013ANM has circuitry and/or applicable software modules constituting a wideband ADC. For example, the Arris AX013ANM has full band capture digital tuning technology and remote diagnostics that directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels.<br><br>The Arris AX013ANM has at least one RF connector that couples to a cable network owned and/or operated by Cox. The Arris AX013ANM receives an input signal from the cable network. |

| # | U.S. Patent No. 11,399,206 | The Accused Set Top Products |
|---|---|---|
| 25b | digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels; | The Accused Set Top Products digitize a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels as described below:<br><br>Specifically, the Arris AX013ANM has circuitry and/or applicable software modules constituting a wideband ADC. For example, the Arris AX013ANM has full band capture digital tuning technology and remote diagnostics that directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. The entire 1GHz downstream spectrum includes all received channels that exist in the input signal, which includes both desired channels and undesired channels. |
| 25c | concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels; and | The Accused Set Top Products concurrently select each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels as described below:<br><br>Specifically, the Arris AX013ANM has circuitry and/or applicable software modules constituting a wideband ADC. For example, the Arris AX013ANM has full band capture digital tuning technology and remote diagnostics that directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. The desired channels are selected from the digitized signal. |
| 25d | providing the plurality of desired channels, | The Accused Set Top Products provide the plurality of desired channels, as described below:<br><br>Specifically, the Arris AX013ANM has circuitry and/or applicable software modules constituting a digital frontend that concurrently selects and provides each of the plurality of desired channels without providing any of the plurality of undesired channels. For example, the Arris AX013ANM has full band capture digital tuning technology and remote diagnostics that directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream |

| # | U.S. Patent No. 11,399,206 | The Accused Set Top Products |
|---|---|---|
|  |  | channels. The Arris AX013ANM has circuitry and/or applicable software modules operable to process a television channel to recover content carried on the plurality of desired channels. |
| **25e** | wherein the method is performed by a device comprising a digital video recorder (DVR). | The Accused Set Top Products are a device comprising a digital video recorder (DVR) that performs the method as described below:<br><br>Specifically, the Arris AX013ANM is a DVR that can record approximately 150 total hours of HD programming on its hard drive. |