1  Christina Goodrich (SBN 261722)
2  christina.goodrich@klgates.com
   Connor J. Meggs (SBN 336159)
3  connor.meggs@klgates.com
4  K&L GATES LLP
   10100 Santa Monica Boulevard
5  Eighth Floor
6  Los Angeles, CA 90067
   Telephone: +1 310 552 5000
7  Facsimile: +1 310 552 5001

8  *Attorneys for Plaintiff*
9  *Entropic Communications, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:23-cv-01049 |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (FED. R. CIV. P. 7.1 AND LOCAL RULE 7.1-1)** |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants. | |

1

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Entropic Communications, LLC ("Entropic"), by and through its attorneys, K&L Gates LLP, hereby states that Entropic Holdings, LLC is the parent of Entropic, and other than Entropic Holdings, LLC, no other publicly held corporation owns 10% or more stock in Entropic.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Entropic certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | |
|---|---|
| Entropic Communications, LLC | Plaintiff |
| Entropic Holdings, LLC | Parent of Plaintiff Entropic Communications, LLC |
| Cox Communications, Inc. | Defendant |
| CoxCom, LLC | Defendant |
| Cox Communications California, LLC | Defendant |

Dated: February 10, 2023      By:      /s/ Christina N. Goodrich

Christina Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

**Attorneys for Plaintiff Entropic Communications, LLC**