AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District of California__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:23-cv-01049 | DATE FILED<br>2/10/2023 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>ENTROPIC COMMUNICATIONS, LLC | | DEFENDANT<br>COX COMMUNICATIONS, INC., ET AL. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,223,775 | 7/17/2012 | Entropic Communications, LLC |
| 2 | 8,284,690 | 10/9/2012 | Entropic Communications, LLC |
| 3 | 8,792,008 | 7/29/2014 | Entropic Communications, LLC |
| 4 | 9,210,362 | 12/8/2015 | Entropic Communications, LLC |
| 5 | (see attached page) | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

AO 120 – Patents (Continued)

|    | **Patent No.** | **Date of Patent** | **Holder of Patent** |
|----|----------------|--------------------|----------------------|
| 5. | 9,825,826      | 11/21/2017         | Entropic Communications, LLC |
| 6. | 10,135,682     | 11/20/2018         | Entropic Communications, LLC |
| 7. | 11,381,866     | 7/5/2022           | Entropic Communications, LLC |
| 8. | 11,399,206     | 7/26/2022          | Entropic Communications, LLC |