1  Christina Goodrich (SBN 261722)
2  christina.goodrich@klgates.com
   Connor J. Meggs (SBN 336159)
3  connor.meggs@klgates.com
4  K&L GATES LLP
   10100 Santa Monica Boulevard
5  Eighth Floor
6  Los Angeles, CA 90067
   Telephone: +1 310 552 5000
7  Facsimile: +1 310 552 5001
8
   *Attorneys for Plaintiff*
9  *Entropic Communications, LLC*
10
11           **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-01049-JWH-KES<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT – COX COMMUNICATIONS, INC.** |

1
PROOF OF SERVICE OF SUMMONS AND COMPLAINT



342705
Law Firm Ref#: 3725885.00005

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

ENTROPIC COMMUNICATIONS, LLC

Plaintiff(s)

vs.

COX COMMUNICATIONS, INC; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC

Defendant(s)

Case No.: 2:23-cv-01049

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, __GILBERT DEL VALLE__, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within Summons in a Civil Action; Original Complaint for Patent Infringement; Exhibits 1 - 17; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judges to Cox Communications, Inc., c/o Corporation Service Company, located at 251 Little Falls Drive, Wilmington, DE 19808 resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Cox Communications, Inc., c/o Corporation Service Company personally on the ____ day of _____, 20____ at _____M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: __LYNANNE GARES__, Title: __MANAGING AGENT__, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the __15TH__ day of __FEB.__, 20__23__ at __3:30__ __p__ M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Cox Communications, Inc., c/o Corporation Service Company's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

__/__/____ @ ____:____  _____
__/__/____ @ ____:____  _____
__/__/____ @ ____:____  _____

A description of person with whom the documents were left is as follows:

Sex: __F__   Race: __W__   Approx. Age: __45__   Height: __5'5__   Weight: __180__   Hair: __BROWN__

Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this __15TH__ day of __FEB.__, 20__23__

_____
Notary Public

(Server Signature)

GILBERT DEL VALLE
(Print Name)

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SAAFF/342705