Case 2:23-cv-01049-JWH-KES   Document 20-1   Filed 03/06/23   Page 1 of 1   Page ID #:285

Name and address:

Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Entropic Communications, LLC <br><br> v. <br><br> Cox Communications, Inc., et al. <br><br> Defendant(s).    Plaintiff(s) | CASE NUMBER <br><br> 2:23-cv-01049-JWH-KES <br><br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Shimota, James A.    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 807-4299     (312) 372-1121

*Telephone Number*     *Fax Number*

jim.shimota@klgates.com

*E-Mail Address*

K&L Gates LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Entropic Communications, LLC

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Goodrich, Christina N.    of

*Designee's Name (Last Name, First Name & Middle Initial)*

261722    (310) 552-5547    (310) 552-5001

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

christina.goodrich@klgates.com

*E-Mail Address*

K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

     ☐ for failure to complete Application: _____

     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

                                             **U.S. District Judge/U.S. Magistrate Judge**