Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(See attached for additional counsel)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-01049-JWH-KES<br><br>[Assigned to Hon. John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:   February 15, 2023<br><br>Current Response:   March 8, 2023<br><br>New Response:   April 7, 2023 |

- 1 -
**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

# **ATTACHMENT**

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center
Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1801 Century Park East
Suite 2300
Los Angeles CA 90067

*Attorneys for Defendants
Cox Communications, Inc.;
CoxCom, LLC; and Cox
Communications California, LLC*

- 2 -

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

|    |    |
|----|----|
| 1  | Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and |
| 2  | Defendants Cox Communications, Inc.  ("Defendant") on the other hand (collectively, |
| 3  | the "Parties"), by and through their respective counsel enter into this Joint Stipulation |
| 4  | to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3). |
| 5  | **WHEREAS**, Plaintiff served Defendant Cox Communications, Inc. with the |
| 6  | Summons and the Complaint on February 15, 2023 (Dkt. 15), with a current deadline |
| 7  | to respond to the Complaint of March 8, 2023; |
| 8  | **WHEREAS**, counsel for Defendant emailed counsel for Plaintiff inquiring as to |
| 9  | whether Plaintiff would be agreeable to a 30 day extension of time to respond to the |
| 10 | Complaint; |
| 11 | **WHEREAS**, counsel for Plaintiff agreed to provide the requested extension as a |
| 12 | professional courtesy; |
| 13 | **WHEREAS**, Defendant has not previously sought or obtained any other |
| 14 | extension of time to respond to the Complaint in this case; |
| 15 | **WHEREAS**, the proposed stipulated extension does not exceed thirty (30) days |
| 16 | and does not alter any other date or deadline set by the Court in accordance with Local |
| 17 | Rule 8-3. |
| 18 | **IT IS HEREBY JOINTLY STIPULATED THAT** the deadline for Defendant |
| 19 | Cox Communications, Inc. to respond to Plaintiff's Complaint is extended from March |
| 20 | 8, 2023 to April 7, 2023. |
| 21 | |
| 22 | **SIGNATURE CERTIFICATION** |
| 23 | Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other |
| 24 | signatories listed herein and on whose behalf the filing is submitted concur in the |
| 25 | filing's content and have authorized the filing. |
| 26 | |
| 27 | |
| 28 | |

Respectfully submitted,

Dated: March 8, 2023

**K&L GATES LLP**

By: */s/ Christina N. Goodrich*
Christina N. Goodrich
Connor J. Meggs

Attorneys for Plaintiff ENTROPIC COMMUNICATIONS, LLC

Dated: March 8, 2023

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: */s/ April E. Isaacson*
April E. Isaacson

Attorneys for Defendants
Cox Communications, Inc.;
CoxCom, LLC; and Cox
Communications California, LLC

- 4 -

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**