```
 1  Christina Goodrich (SBN 261722)
    christina.goodrich@klgates.com
 2  Connor J. Meggs (SBN 336159)
    connor.meggs@klgates.com
 3  K&L GATES LLP
    10100 Santa Monica Boulevard
 4  Eighth Floor
    Los Angeles, CA 90067
 5  Telephone: +1 310 552 5000
    Facsimile: +1 310 552 5001
 6
 7
 8
 9  Attorneys for Plaintiff
    Entropic Communications, LLC
10
11  (See attached for additional counsel)
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-01049-JWH-KES<br><br>[Assigned to Hon. John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:   February 16, 2023<br><br>Current Response:   March 9, 2023<br><br>New Response:       April 8, 2023 |

- 1 -
**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

# **ATTACHMENT**

1
2
3
4   April E. Isaacson (SBN 180638)
    aisaacson@kilpatricktownsend.com
5   KILPATRICK TOWNSEND & STOCKTON LLP
    Two Embarcadero Center
6   Suite 1900
    San Francisco CA 94111
7   (415) 273 8306

8   Rishi Gupta (SBN 313079)
    rgupta@kilpatricktownsend.com
9   KILPATRICK TOWNSEND & STOCKTON LLP
    1801 Century Park East
10  Suite 2300
    Los Angeles CA 90067

11  *Attorneys for Defendants*
    *Cox Communications, Inc.;*
12  *CoxCom, LLC; and Cox*
    *Communications California, LLC*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and Defendants CoxCom, LLC and Cox Communications California, LLC ("Defendants") on the other hand (collectively, the "Parties"), by and through their respective counsel enter into this Joint Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8-3).

**WHEREAS**, Plaintiff served Defendants CoxCom, LLC, and Cox Communications California, LLC with the Summons and the Complaint on February 16, 2023 (Dkt. 16 and 17), with a current deadline of time to respond to the Complaint of March 9, 2023;

**WHEREAS**, counsel for Defendants emailed counsel for Plaintiff inquiring as to whether Plaintiff would be agreeable to a 30 day extension of time to respond to the Complaint;

**WHEREAS**, counsel for Plaintiff agreed to provide the requested extension as a professional courtesy;

**WHEREAS**, Defendants have not previously sought or obtained any other extension of time to respond to the Complaint in this case;

**WHEREAS**, the proposed stipulated extension does not exceed thirty (30) days and does not alter any other date or deadline set by the Court in accordance with Local Rule 8-3.

**IT IS HEREBY JOINTLY STIPULATED THAT** the deadline for Defendants CoxCom, LLC, and Cox Communications California, LLC to respond to Plaintiff's Complaint is extended from March 9, 2023 to April 8, 2023.

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: March 8, 2023 | **K&L GATES LLP** |
| | By: */s/ Christina N. Goodrich* |
| | Christina N. Goodrich |
| | Connor J. Meggs |
| | Attorneys for Plaintiff ENTROPIC COMMUNICATIONS, LLC |
| Dated: March 8, 2023 | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| | By: */s/ April E. Isaacson* |
| | April E. Isaacson |
| | Attorneys for Defendants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC |

- 4 -

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**