Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendants. | Case No.: 2:23-cv-01050-JWH-KES<br><br>**JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>Current Hearing Date: March 31, 2023<br>Proposed Hearing Date: April 21, 2023<br>Time: 9:00am<br>Place: Courtroom 9D |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, | Case No.: 2:23-cv-01049-JWH-KES<br><br>**JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott] |

1

**JOINT STIPULATION TO CONTINUE HEARING DATE**

| | |
|---|---|
| 1   LLC,<br>2          Defendants.<br>3<br>4<br>5 | Current Hearing Date: March 31, 2023<br>Proposed Hearing Date: April 21, 2023<br>Time: 9:00am<br>Place: Courtroom 9D |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION TO CONTINUE HEARING DATE**

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC ("Comcast"), and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC ("Cox") (together with Comcast, "Defendants") (jointly with Plaintiff, the "Parties") hereby submit the following Joint Stipulation to Request a Continuance of the Hearing Date on the Court's February 21, 2023 Order to Show Cause Regarding Consolidation from March 31, 2023 to April 21, 2023, or as soon thereafter as is convenient to the Court, with reference to the following facts:

**WHEREAS**, the current hearing date on the Court's Order to Show Cause Regarding Consolidation is March 31, 2023 at 9:00am (the "Hearing Date");

**WHEREAS**, the Hearing Date is identical for both of the above-captioned cases: *Entropic Communications, LLC v. Cox Communications, Inc., et al.* Case No. 2:23-cv-01049; and *Entropic Communications, LLC v. Comcast Corporation, et al.* Case No. 2:23-cv-01050 (together, the "Related Actions").

**WHEREAS**, lead trial counsel for Entropic is unavailable on March 31, 2023 due to outstanding obligations in another matter;

**WHEREAS**, after meeting and conferring, Defendants agreed to request a brief continuance of the Hearing Date for all of the Related Actions;

**WHEREAS**, the soonest date on which counsel for the Parties are available is April 21, 2023, and counsel for Entropic is unavailable from April 24-26, 2023;

**NOW THEREFORE**, to accommodate the schedules of counsel, the Parties jointly stipulate to request a continuance of the Hearing Date for the Related Actions and hereby respectfully request that the Court continue the March 31, 2023 Hearing Date to April 21, 2023 at 9:00am, or as soon thereafter as is convenient to the Court. The Parties further request that, if April 21, 2023 is not convenient to the Court, the Court move the Hearing Date in the Related Actions to the same day and time as the hearing date on the Court's similar Order to Show Cause Regarding Consolidation in

*Entropic Communications, LLC v. DISH Network Corporation, et al.* Case No. 2:23-cv-01043; *Entropic Communications, LLC v. Cox Communications, Inc., et al.* Case No. 2:23-cv-01047; and *Entropic Communications, LLC v. Comcast Corporation, et al.* Case No. 2:23-cv-01048, for which the parties in those cases have similarly requested a continuance.

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

                               **K&L GATES LLP**

Dated: March 21, 2023      By: */s/ Christina N. Goodrich*
                                           Christina N. Goodrich

                                           Attorneys for Plaintiff Entropic Communications, LLC

Dated: March 21, 2023      **WINSTON & STRAWN**

                                           By: */s/ Krishnan Padmanabhan*
                                               Krishnan Padmanabhan

                                           Attorneys for Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC

Dated: March 21, 2023      **KILPATRICK TOWNSEND & STOCKTON LLP**

                                           By: */s/ April E. Isaacson*
                                               April E. Isaacson

                                           Attorneys for Defendants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC