1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01050-JWH-KES<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>Current Hearing Date: March 31, 2023<br>Proposed Hearing Date: April 21, 2023<br>Time: 9:00am<br>Place: Courtroom 9D |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01049-JWH-KES<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br>Current Hearing Date: March 31, 2023<br>Proposed Hearing Date: April 21, 2023<br>Time: 9:00am<br>Place: Courtroom 9D |

1 | The Court, having read the Parties' Joint Stipulation to Request a Continuance of the Hearing Date on the Court's February 21, 2023 Order to Show Cause Regarding Consolidation from March 31, 2023 to April 21, 2023, and good cause appearing:

**IT IS HEREBY ORDERED** that the March 31, 2023 hearing on the Order to Show Cause Regarding Consolidation is continued from March 31, 2023, to April 21, 2023.

Dated: _____

Honorable John W. Holcomb
United States District Court Judge