1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendants. | Case No.: 2:23-cv-01050-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br><u>Current Hearing Date</u>: March 31, 2023<br><u>Proposed Hearing Date</u>: April 21, 2023<br><u>Time</u>: 9:00am<br><u>Place</u>: Courtroom 9D |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>    Defendants. | Case No.: 2:23-cv-01049-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE OF HEARING ON ORDER TO SHOW CAUSE REGARDING CONSOLIDATION**<br><br>[Judge John W. Holcomb; Magistrate Judge Karen E. Scott]<br><br><u>Current Hearing Date</u>: March 31, 2023<br><u>Proposed Hearing Date</u>: April 21, 2023<br><u>Time</u>: 9:00am<br><u>Place</u>: Courtroom 9D |

1
**ORDER ON JOINT STIPULATION**

1  The Court, having read the Parties' Joint Stipulation to Request a Continuance
2 of the Hearing Date on the Court's February 21, 2023, Order to Show Cause
3 Regarding Consolidation from March 31, 2023, to April 21, 2023, and good cause
4 appearing, it is hereby **ORDERED** that the March 31, 2023, hearing on the Order to
5 Show Cause Regarding Consolidation is **CONTINUED** from March 31, 2023, to
6 April 21, 2023, at 9:00 a.m.

7  **IT IS SO ORDERED.**

9 Dated:  March 23, 2023

_____
Honorable John W. Holcomb
United States District Judge