1 | Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
2 | Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
3 | K&L GATES LLP
10100 Santa Monica Boulevard
4 | Eighth Floor
Los Angeles, CA 90067
5 | Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

7 | Attorneys for Plaintiff
Entropic Communications, LLC

9 | *(Additional Counsel Listed on Second Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO REQUEST AN ADDITIONAL 30-DAY EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | Complaint Served:  February 15 & 16, 2023 |
| Defendants. | Current Responses: April 7 & 8, 2023 |
| | New Response:      May 8, 2023 |

- 1 -   Case No. 2:23-cv-01049-JWH-KES
JOINT STIPULATION TO REQUEST ADDITIONAL 30-DAY EXTENSION FOR
DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1  April E. Isaacson (SBN 180638)
   aisaacson@kilpatricktownsend.com
2  KILPATRICK TOWNSEND & STOCKTON LLP
   Two Embarcadero Center
3  Suite 1900
   San Francisco CA 94111
4  (415) 273 8306

5  Rishi Gupta (SBN 313079)
   rgupta@kilpatricktownsend.com
6  KILPATRICK TOWNSEND & STOCKTON LLP
   1801 Century Park East
7  Suite 2300
   Los Angeles CA 90067
8  (310) 248-3830

9  *Additional Counsel Listed on Signature Page*

10 Attorneys for Defendants
   Cox Communications, Inc.;
11 CoxCom, LLC; and Cox
   Communications California, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -   Case No. 2:23-cv-01049-JWH-KES
JOINT STIPULATION TO REQUEST ADDITIONAL 30-DAY EXTENSION FOR
DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

|   |   |
|---|---|
| 1 | Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and Defendants Cox Communications, Inc., CoxCom, LLC and Cox Communications California, LLC ("Defendants") on the other hand (collectively, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation to Request an Additional 30-Day Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint. |

Plaintiff Entropic Communications, LLC ("Plaintiff") on the one hand and Defendants Cox Communications, Inc., CoxCom, LLC and Cox Communications California, LLC ("Defendants") on the other hand (collectively, the "Parties"), by and through their respective counsel, enter into this Joint Stipulation to Request an Additional 30-Day Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint.

**WHEREAS**, the original deadline to answer or otherwise respond to Plaintiff's Complaint for Defendant Cox Communications, Inc. was March 8, 2023, and Defendants Cox Communications California, LLC and CoxCom, LLC was March 9, 2023;

**WHEREAS,** on March 8, 2023, the parties filed Joint Stipulations to Extend Time to Respond to Initial Complaint to extend the deadlines by 30 days for Defendants to answer or otherwise respond to the Complaint (Dkts. 24 and 25);

**WHEREAS,** the Stipulations (Dkts. 24 and 25) extended the deadlines for Defendants to answer or otherwise respond to April 7 and 8, 2023 respectively;

**WHEREAS**, the current deadline for Defendant Cox Communications, Inc. to answer or otherwise respond is April 7, 2023, and the current deadline for Defendants Cox Communications California, LLC and CoxCom, LLC to answer or otherwise respond is April 8, 2023;

**WHEREAS,** Plaintiff has asserted 8 patents against Defendants in this case, and Defendants are seeking additional time to consider the claims made by Plaintiff and to answer or otherwise respond to the Complaint;

**WHEREAS**, the Parties have conferred and agree to an additional 30-day extension of time for Defendants Cox Communications California, LLC and CoxCom, LLC to answer or otherwise respond to Plaintiff's Complaint;

**WHEREAS**, the Parties have conferred and agree to an additional 31-day extension of time for Defendant Cox Communications, Inc to answer or otherwise

1  respond to Plaintiff's Complaint to move all Defendants' response deadlines to the
2  same date;

3      **WHEREAS**, the requested additional extension will move the deadlines for all
4  Defendants to respond to the Complaint from the current deadlines of April 7 and 8,
5  2023 to May 8, 2023;

6      **WHEREAS**, the stipulated extensions of Defendants' answers will not impact
7  any deadline set by the Court;

8      **IT IS HEREBY JOINTLY STIPULATED THAT** the Parties respectfully
9  request that the deadlines for Defendants Cox Communications, Inc., CoxCom, LLC
10 and Cox Communications California, LLC to respond to Plaintiff's Complaint be
11 extended from April 7 and 8, 2023 to May 8, 2023.

Respectfully submitted,

Dated: March 31, 2023

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: */s/ April E. Isaacson*
April E. Isaacson

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 248-3830

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Christopher S. Leah (*pro hac vice*)
cleah@kilpatricktownsend.com

|    |                          |                                                        |
|----|--------------------------|--------------------------------------------------------|
| 1  |                          | KILPATRICK TOWNSEND & STOCKTON LLP                     |
| 2  |                          | 1100 Peachtree Street NE, Suite 2800                   |
| 3  |                          | Atlanta, Georgia 30309<br>(404) 815 6500               |
| 4  |                          | Attorneys for Defendants                               |
| 5  |                          | Cox Communications, Inc.;<br>CoxCom, LLC; and Cox      |
| 6  |                          | Communications California, LLC                        |
| 7  | Dated: March 31, 2023    | **K&L GATES LLP**                                      |
| 8  |                          |                                                        |
| 9  |                          | By: */s/ Christina N. Goodrich*<br>Christina N. Goodrich<br>Connor J. Meggs |
| 10 |                          |                                                        |
| 11 |                          | Christina Goodrich (SBN 261722)<br>christina.goodrich@klgates.com |
| 12 |                          | Connor J. Meggs (SBN 336159)<br>connor.meggs@klgates.com |
| 13 |                          | K&L GATES LLP<br>10100 Santa Monica Boulevard          |
| 14 |                          | Eighth Floor<br>Los Angeles, CA 90067                  |
| 15 |                          | Telephone: +1 310 552 5000                             |
| 16 |                          | Attorneys for Plaintiff<br>Entropic Communications, LLC |

- 5 -   Case No. 2:23-cv-01049-JWH-KES
JOINT STIPULATION TO REQUEST ADDITIONAL 30-DAY EXTENSION FOR
DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

## ECF ATTESTATION

I, April E. Isaacson, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ April E. Isaacson*
April E. Isaacson