1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv- 01049-JWH-KES<br><br>**ORDER GRANTING TO REQUEST AN ADDITIONAL 30-DAY EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Served: February 15 &16, 2023<br><br>Current Responses: April 7 & 8, 2023<br><br>New Response:     May 8, 2023 |
|---|---|

1  Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendants Cox
2  Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC
3  ("Defendants") have filed a Joint Stipulation for an Additional 30-Day Extension of
4  Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint
5  ("Parties' Joint Stipulation"). Having considered the Parties' Joint Stipulation, and for
6  good cause shown, it is hereby **ORDERED** that the deadline for Defendants to answer
7  or otherwise respond to Plaintiff's Complaint is **EXTENDED** up to and including
8  May 8, 2023.

**IT IS SO ORDERED.**

Dated: ___April 4___, 2023

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE