UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case Nos. | 2:23-cv-01049-JWH-KES; 2:23-cv-01050-JWH-KES | Date | April 3, 2023 |
|---|---|---|---|
| Title | *Entropic Communications, LLC v. Cox Communications, Inc., et al.*; *Entropic Communications, LLC v. Comcast Corporation, et al.* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):
None Present                              None Present

**Proceedings:   ORDER TO SHOW CAUSE REGARDING APPOINTMENT OF SPECIAL MASTER REGARDING DISCOVERY DISPUTES (IN CHAMBERS)**

Rule 53(a)(1)(C) of the Federal Rules of Civil Procedure provides that a court may appoint a Special Master to "address pretrial and posttrial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the district." "Before appointing a master, the court must give the parties notice and an opportunity to be heard. Any party may suggest candidates for appointment." Fed. R. Civ. P. 53(b)(1).

As Defendants DISH Network Corporation, DISH Network L.L.C., and DISH Network Service L.L.C., on the one hand, and Plaintiff Entropic Communications, LLC, on the other hand, demonstrate through their recent filings in Case No. 2:22-cv-07775-JWH-JEMx,[1] these cases will likely generate a substantial number of discovery disputes. For that reason, the Court is considering

---

[1] *See* DISH's Request for Clarification Re Scheduling Order (the "Request") [ECF No. 184]; Pl.'s Response to the Request [ECF No. 185]; DISH's Reply Re. the Request [ECF No. 186].

appointing a Special Master to assist the Court in managing and deciding discovery matters, and, therefore, it issues this order to show cause ("OSC").

For the foregoing reasons, the Court hereby **ORDERS** as follows:

1. No later than April 14, 2023, the parties are **DIRECTED** to respond to this OSC by each filing a statement either consenting to the appointment of a Special Master for discovery purposes or showing cause why a Special Master should not be appointed.

2. A hearing on this OSC is **SET** for April 21, 2023, at 9:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

**IT IS SO ORDERED.**