UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01049-JWH(KESx) | Date | April 21, 2023 |
| Title | *Entropic Communications, LLC v. Cox Communications, Inc. et al* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James A. Shimota | April Elizabeth Isaacson |
| Christina N. Goodrich | |

**Proceedings:**   **HEARING RE:  ORDER TO SHOW CAUSE RE CONSOLIDATION**

    Counsel state their appearances.  The Court confers with counsel regarding the posture of the case.  For the reasons stated on the record, the parties are **DIRECTED** to meet and confer regarding a proposed order pertaining to consolidation and the appointment of Special Master.

    **IT IS SO ORDERED.**

Time:   00:07
Initials of Preparer: cla