KILPATRICK TOWNSEND & STOCKTON LLP

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center
Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East
Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton ((*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (admitted pro hac vice)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE
Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>            Defendants. | Civil Action No. 2:23-cv-01049-JWH-KES<br><br>**DEFENDANTS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND L.R. 7.1-1 NOTICE OF INTERESTED PARTIES** |

DEFENDANTS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND L.R. 7.1-1 NOTICE
OF INTERESTED PARTIES
CASE NO. 2:23-CV-01049-JWH-KES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively "Cox"), by and through its attorneys, respectfully submits the following business and entity disclosure statement:

Defendant Cox Communications California, LLC is a wholly-owned subsidiary of Defendant CoxCom, LLC.

Defendant CoxCom, LLC is a wholly owned subsidiary of Defendant Cox Communications, Inc.

Defendant Cox Communications, Inc. is a private company, wholly-owned by Cox Enterprises, Inc.

No entity owns 10% or more of Cox Enterprises, Inc.'s stock.

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Cox Communications California, LLC (Defendant);
- CoxCom, LLC (Defendant);
- Cox Communications, Inc. (Defendant); and
- Cox Enterprises, Inc. (Parent Company of Defendants).

| | | |
|---|---|---|
| 1 | DATED: May 8, 2023 | Respectfully submitted, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | |
| 4 | | By: *April E. Isaacson* |
| 5 | | April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com |
| 6 | | Two Embarcadero Center<br>Suite 1900 |
| 7 | | San Francisco CA 94111<br>(415) 273 8306 |
| 8 | | Rishi Gupta (SBN 313079) |
| 9 | | rgupta@kilpatricktownsend.com<br>Sarah Y. Kamran (SBN 347617) |
| 10 | | skamran@kilpatricktownsend.com<br>1801 Century Park East |
| 11 | | Suite 2300<br>Los Angeles CA 90067 |
| 12 | | (310) 777 3733 |
| 13 | | Mitchell G. Stockwell (*admitted pro hac vice*)<br>mstockwell@kilpatricktownsend.com |
| 14 | | Vaibhav P. Kadaba (*admitted pro hac vice*)<br>wkadaba@kilpatricktownsend.com |
| 15 | | Michael J. Turton ((*admitted pro hac vice*)<br>mturton@kilpatricktownsend.com |
| 16 | | Courtney S. Dabbiere (admitted pro hac vice)<br>cdabbiere@kilpatricktownsend.com |
| 17 | | Christopher S. Leah (*admitted pro hac vice*)<br>cleah@kilpatricktownsend.com |
| 18 | | 1100 Peachtree Street, NE<br>Suite 2800 |
| 19 | | Atlanta GA 30309<br>(404) 815 6500 |
| 20 | | *Attorneys for Defendants* |
| 21 | | *Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |