Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

[Additional attorneys listed on signature page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01049-JWH-KES<br><br>**JOINT STATUS REPORT RE CONSOLIDATION AND APPOINTMENT OF SPECIAL MASTER RE DISCOVERY**<br><br>Hearing Date: June 9, 2023<br>Hearing Time: 11:00 a.m.<br>Courtroom:　9D (Santa Ana)<br>Judge:　　　Hon. J. W. Holcomb |

1
**JOINT STATUS REPORT RE CONSOLIDATION AND APPOINTMENT OF SPECIAL MASTER**

Plaintiff Entropic Communications, LLC ("Plaintiff" or "Entropic"), and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively "COX") (jointly with Plaintiff, the "Parties") hereby submit the following Joint Status Report pursuant to the Court's May 17, 2023 Scheduling Notice and Order [ECF Dkt. No. 54] directing the Parties to file an update regarding case consolidation and the appointment of a Special Master.

## I. THE PARTIES' POSITION REGARDING CONSOLIDATION

With respect to consolidation, the Parties reiterate their respective positions stated in the March 10, 2023 Joint Response to Order to Show Cause Regarding Consolidation [ECF Dkt. No. 29], whereby the Parties agreed, for pretrial purposes, to consolidate Case Nos. 2:23-cv-01050-JWH-KES and 2:23-cv-01049-JWH-KES through the *Markman* hearing. In the interim, the Parties are continuing to meet and confer with specific proposals for some consolidated discovery and potentially other issues, with another meet and confer on this issue to be held at the time of their Rule 26 conference of counsel in the coming week(s). The Parties will be working cooperatively to agree on the specific features of consolidation and intend to submit a proposed order regarding consolidation in connection with or near the time of their filing of their Rule 26 Joint Report.

///
///
///
///
///
///
///
///
///

II. **THE PARTIES' POSITION REGARDING SPECIAL MASTER APPOINTMENT**

With respect to the appointment of a Special Master to handle discovery disputes, the Parties reiterate their agreement to appoint David Keyzer as Special Master as represented to the Court during the April 21, 2023 Show Cause Hearing [ECF Dkt. No. 51]. The Parties will file a draft proposed order appointing David Keyzer as the Special Master presiding over the instant dispute as soon as the Parties receive Keyser's executed declaration confirming that he has run and cleared conflicts.

Dated: May 26, 2023                     Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl. Los Angeles, CA 90067 Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

James Shimota (admitted *pro hac vice*)
Jason A. Engel (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
Tel: (512) 482-6919

| | |
|---|---|
| 1 | Fax: (512) 482-6859 |
| 2 | darlene.ghavimi@klgates.com |
| 3 | Peter Soskin (SBN 280347) |
| 4 | **K&L GATES LLP** |
| | 4 Embarcadero Center, Suite 1200 |
| 5 | San Francisco, CA 94111 |
| | Tel.: (415) 882-8200 |
| 6 | Fax: (415) 882-8220 |
| 7 | peter.soskin@klgates.com |
| 8 | |
| 9 | Kenneth Bridges |
| | **Bridges IP Consulting** |
| 10 | 2113 19th Avenue S |
| | Nashville, TN 37212 |
| 11 | Tel: (615) 973-9478 |
| 12 | bridgesip@icloud.com |
| 13 | **ATTORNEYS FOR PLAINTIFF** |
| 14 | **ENTROPIC COMMUNICATIONS, LLC** |
| 15 | |
| 16 | |
| 17 | Dated: May 26, 2023                By: */s/ April E. Isaacson* |
| 18 | April E. Isaacson (SBN 180638) |
| | aacson@kilpatricktownsend.com |
| 19 | KILPATRICK TOWNSEND & |
| 20 | STOCKTON LLP |
| | Two Embarcadero Center, Suite 1900 |
| 21 | San Francisco CA 94111 |
| 22 | (415) 273 8306 |
| 23 | Rishi Gupta (SBN 313079) |
| 24 | rgupta@kilpatricktownsend.com |
| | Sarah Y Kamran |
| 25 | skamran@kilpatricktownsend.com |
| 26 | **KILPATRICK TOWNSEND &** |
| | **STOCKTON LLP** |
| 27 | 1801 Century Park East, Suite 2300 |
| 28 | Los Angeles CA 90067 |

4

**JOINT STATUS REPORT RE CONSOLIDATION AND APPOINTMENT OF SPECIAL MASTER**

(310) 248-3830

Mitchell G. Stockwell (admitted pro hac vice) mstockwell@kilpatricktownsend.com
Christopher S. Leah (pro hac vice) cleah@kilpatricktownsend.com
Courtney S. Dabbiere cdabbiere@kilpatricktownsend.com
Michael J. Turton (pro hac vice) mturton@kilpatricktownsend.com
Vaibhav P. Kadaba (pro hac vice) wkadaba@kilpatricktownsend.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Tel: (404)-815-6214
Fax: (404)-541-3403

**ATTORNEYS FOR DEFENDANTS COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

*/s/ Christina N. Goodrich*