1  April E. Isaacson (SBN 180638)
   aisaacson@kilpatricktownsend.com
2  KILPATRICK TOWNSEND &
   STOCKTON LLP
3  Two Embarcadero Center, Suite 1900
   San Francisco, CA 94111
4  Telephone:  (415) 576-0200
   Facsimile:   (415) 576-0300
5
6  *Additional Counsel Listed on Signature Page*
7  Attorneys for Defendants
   Cox Communications, Inc.;
8  CoxCom, LLC; and Cox
   Communications California, LLC
9
10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES |
| 15             Plaintiff, | **JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE DATE** |
| 16       v. | |
| 17  COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| 18-19 | |
| 20             Defendants. | Current Scheduling Conference Date: June 30, 2023 |
| 21 | Proposed Scheduling Conference Date: July 21, 2023<br>Time: 9:00 a.m.<br>Place: Courtroom 9D |

24
25
26
27
28

JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE DATE
CASE NO. 2:23-CV-01049-JWH-KES

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC ("Cox") (jointly with Plaintiff, the "Parties") hereby submit the following Joint Stipulation to Request a Continuance of the Scheduling Conference on the Court's May 17, 2023 Order Setting Scheduling Conference from June 30, 2023 to July 21, 2023, or as soon thereafter as is convenient to the Court, with reference to the following facts:

**WHEREAS**, the current hearing date on the Scheduling Conference is June 30, 2023 at 9:00 a.m. ("Hearing Date");

**WHEREAS**, the Hearing Date is identical for each of the two below-captioned cases: *Entropic Communications, LLC v. Comcast Corporation, et al.*, Case No. 2:23-cv-01050 and *Entropic Communications, LLC v. Cox Communications, Inc., et al.*, Case No. 2:23-cv-01049; (collectively, the "Cable Equipment Actions");

**WHEREAS**, after meeting and conferring, the Parties agreed to a brief continuance of the Hearing Date for these two Actions;

**WHEREAS**, the soonest date on which counsel for the Parties are available is July 21, 2023, because counsel for certain Parties are also unavailable on July 7 and 14, 2023;

**NOW THEREFORE**, to accommodate the schedules of counsel, the Parties jointly stipulate to request a continuance of the Hearing Date for these Actions and hereby respectfully request that the Court continue the June 30, 2023 Hearing Date to July 21, 2023 at 9:00 a.m., or as soon thereafter as is convenient to the Court.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: June 6, 2023 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | |
| 3 | | By: */s/ April E. Isaacson* |
| 4 | | April E. Isaacson (SBN 180638) |
| 5 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 6 | | April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com |
| 7 | | Two Embarcadero Center<br>Suite 1900 |
| 8 | | San Francisco CA 94111<br>Telephone:  (415) 576-0200 |
| 9 | | Facsimile:   (415) 576-0300 |
| 10 | | Rishi Gupta (SBN 313079)<br>rgupta@kilpatricktownsend.com |
| 11 | | Sarah Y. Kamran (SBN 347617)<br>skamran@kilpatricktownsend.com |
| 12 | | 1801 Century Park East<br>Suite 2300 |
| 13 | | Los Angeles CA 90067<br>Telephone:  (310) 248 3830 |
| 14 | | Facimile:    (310) 860-0363 |
| 15 | | Mitchell G. Stockwell (*admitted pro hac vice*) |
| 16 | | mstockwell@kilpatricktownsend.com<br>Vaibhav P. Kadaba (*admitted pro hac vice*) |
| 17 | | wkadaba@kilpatricktownsend.com<br>Michael J. Turton ((*admitted pro hac vice*) |
| 18 | | mturton@kilpatricktownsend.com<br>Christopher S. Leah (*admitted pro hac vice*) |
| 19 | | cleah@kilpatricktownsend.com<br>1100 Peachtree Street, NE |
| 20 | | Suite 2800<br>Atlanta GA 30309 |
| 21 | | Telephone:  (404) 815 6500<br>Facsimile:   (404) 815-6555 |
| 22 | | *Attorneys for Defendants* |
| 23 | | *Cox Communications, Inc.;*<br>*CoxCom, LLC; and Cox Communications* |
| 24 | | *California, LLC* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  June 6, 2023 | K&L GATES LLP |
| 2 | | By: */s/ Christina Goodrich* |
| 3 | | Christina Goodrich (SBN 261722) |
| 4 | | Christina Goodrich (SBN 261722)<br>christina.goodrich@klgates.com |
| 5 | | Connor J. Meggs (SBN 336159)<br>connor.meggs@klgates.com |
| 6 | | K&L GATES LLP<br>10100 Santa Monica Boulevard |
| 7 | | Eighth Floor<br>Los Angeles, CA 90067 |
| 8 | | Telephone: +1 310 552 5000<br>Facsimile: +1 310 552 5001 |
| 9 | | |
| 10 | | *Attorneys for Plaintiff*<br>*Entropic Communications, LLC* |

JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE DATE    4
CASE NO. 2:23-CV-01049-JWH-KES

**ECF ATTESTATION**

I, April E. Isaacson, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Entropic Communications, LLC will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

/s/ *April E. Isaacson*
April E. Isaacson