1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br>　　　　　　　Plaintiff, <br><br>　　v. <br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, <br><br>　　　　　　　Defendants. | Case No. 2:23-cv-01049-JWH-KES <br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE OF SCHEDULING CONFERENCE DATE** <br><br>District Judge: Hon. John W. Holcomb <br>Magistrate Judge: Hon. Karen E. Scott <br><br><u>Current Scheduling Conference Date</u>: June 30, 2023 <br><br><u>Proposed Scheduling Conference Date</u>: July 21, 2023 <br><u>Time</u>: 9:00 a.m. <br><u>Place</u>: Courtroom 9D |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REQUEST CONTINUANCE
OF SCHEDULING CONFERENCE DATE
CASE NO.: 2:23-CV-01049-JWH-KES

1  The Court, having read the Parties' Joint Stipulation to Request a Continuance of the Scheduling Conference Date from June 30, 2023 to July 21, 2023, and good cause appearing:

**IT IS HEREBY ORDERED** that the June 30, 2023 Scheduling Conference is continued to July 21, 2023 at 9:00 a.m. in Courtroom 9D.

Dated: _____, 2023

_____
Hon. John W. Holcomb
United States District Court Judge