Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

[Additional attorneys listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COX COMMUNICATIONS, INC., *et al.*<br><br>　　　　Defendants. | Case No.: 2:23-cv-01049-JWH-KES<br><br>[Assigned to the Hon. John W. Holcomb]<br><br>**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**<br><br>Related Case: 2:22-cv-07775-JWH-JEM |

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox Communications, Inc., CoxCom, LLC and Cox Communications California, LLC ("Defendants") (together with Entropic, the "Parties") hereby submit the following Joint Stipulation to Request Appointment of David Keyzer, Esq. as special master for discovery purposes in this case.

**WHEREAS,** the Court issued an order on April 21, 2023 in this matter directing the parties to meet and confer and file a stipulation proposing an individual for appointment as special master in this matter for the purposes of discovery [ECF 48];

**WHEREAS,** the Parties, following meet-and-confer efforts, have agreed that David Keyzer, Esq. is an appropriate candidate for appointment as special master;

**WHEREAS,** the Parties contacted Mr. Keyzer for the purposes of requesting a conflicts check for all named parties to these cases;

**WHEREAS,** Mr. Keyzer has confirmed, based on the party lists that he checked, that he does not have conflicts with any parties in this matter or the other Entropic matters for which Mr. Keyzer may serve as a special master;

**WHEREFORE,** the Parties hereby stipulate to request that the Court issue an order appointing David Keyzer, Esq. as special master for purposes of discovery.

Dated: June 8, 2023

Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl. Los Angeles, CA 90067 Tel.: (310) 552-5547 Fax: (310) 552-5001 christina.goodrich@klgates.com
connor.meggs@klgates.com

James Shimota (admitted *pro hac vice*)
Jason A. Engel (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, TX 78746
Tel: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

2
**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

|   |   |
|---|---|
|   | Kenneth Bridges<br>**Bridges IP Consulting**<br>2113 19th Avenue S<br>Nashville, TN 37212<br>Tel: (615) 973-9478<br>bridgesip@icloud.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**ENTROPIC COMMUNICATIONS, LLC** |
| Dated: June 8, 2023 | By: */s/ April E. Isaacson*<br>April E. Isaacson (SBN 180638)<br>aacson@kilpatricktownsend.com<br>KILPATRICK TOWNSEND &<br>STOCKTON LLP<br>Two Embarcadero Center, Suite 1900<br>San Francisco CA 94111<br>(415) 273 8306<br><br>Rishi Gupta (SBN 313079)<br>rgupta@kilpatricktownsend.com<br>Sarah Y Kamran<br>skamran@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>1801 Century Park East, Suite 2300<br>Los Angeles CA 90067<br>(310) 248-3830<br><br>Mitchell G. Stockwell (admitted pro hac vice)<br>mstockwell@kilpatricktownsend.com<br>Christopher S. Leah (pro hac vice)<br>cleah@kilpatricktownsend.com<br>Courtney S. Dabbiere<br>cdabbiere@kilpatricktownsend.com |

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1

Michael J. Turton (pro hac vice)
mturton@kilpatricktownsend.com
Vaibhav P. Kadaba (pro hac vice)
wkadaba@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Tel: (404)-815-6214
Fax: (404)-541-3403

**ATTORNEYS FOR DEFENDANTS COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC**

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/ Christina N. Goodrich

4

**JOINT STIPULATION TO REQUEST APPOINTMENT OF DAVID KEYZER, ESQ. AS SPECIAL MASTER FOR DISCOVERY PURPOSES**

315482197.1