UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-01049-JWH(KESx) | Date | June 9, 2023 |
|---|---|---|---|
| Title | *Entropic Communications, LLC v. Cox Communications, Inc. et al* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Clarissa Lara | Debbie Hino-Spaan |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James A. Shimota | Sarah Y. Kamran |
| Christina N. Goodrich | |

**Proceedings:** HEARING RE: STATUS CONFERENCE

Counsel state their appearances. The Court confers with counsel regarding the posture of the case and case schedule. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

The parties' Joint Stipulation for Continuance of the Scheduling Conference [ECF No. 59] is **APPROVED**. The Scheduling Conference is **CONTINUED** to July 21, 2023, at 11:00 a.m.

    **IT IS SO ORDERED.**

Time: 00:13
Initials of Preparer: cla