1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8  UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
9  SOUTHERN DIVISION

10

11 ENTROPIC COMMUNICATIONS, LLC,    §   Case No. 2:23-cv-01043-JWH-KES
              Plaintiff,             §
                                     §   Hon. John W. Holcomb
12      v.                           §   Special Master David M. Keyzer
                                     §
13 DISH NETWORK CORPORATION,         §
   DISH NETWORK LLC, and DISH        §
14 NETWORK SERVICE LLC,              §   **NOTICE OF**
              Defendants.            §
15 _____   §   **SPECIAL MASTER MINUTES**
                                     §
16 ENTROPIC COMMUNICATIONS, LLC,    §
              Plaintiff,             §
17                                   §
        v.                           §   Case No. 2:23-cv-01047-JWH-KES
18                                   §
   COX COMMUNICATIONS, INC.,         §
19 COXCOM, LLC, and COX              §
   COMMUNICATIONS CALIFORNIA,        §
20 LLC,                              §
              Defendants.            §

NOTICE OF SPECIAL MASTER MINUTES - 1

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 2:23-cv-01048-JWH-KES | |
| § | | |
| COMCAST CORPORATION, § | | |
| COMCAST CABLE § | | |
| COMMUNICATIONS, LLC, and § | | |
| COMCAST CABLE § | | |
| COMMUNICATIONS MANAGEMENT, § | | |
| LLC, § | | |
| Defendants. § | | |
| _____ § | | |
| § | | |
| ENTROPIC COMMUNICATIONS, LLC, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 2:23-cv-01049-JWH-KES | |
| § | | |
| COX COMMUNICATIONS, INC., § | | |
| COXCOM, LLC, and COX § | | |
| COMMUNICATIONS CALIFORNIA, § | | |
| LLC, § | | |
| Defendants. § | | |
| § | | |
| _____ § | | |
| ENTROPIC COMMUNICATIONS, LLC, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No. 2:23-cv-01050-JWH-KES | |
| § | | |
| COMCAST CORPORATION, § | | |
| COMCAST CABLE § | | |
| COMMUNICATIONS, LLC, and § | | |
| COMCAST CABLE § | | |
| COMMUNICATIONS MANAGEMENT, § | | |
| LLC, § | | |
| Defendants. § | | |
| § | | |

1  Pursuant to authority provided by the Court's July 5, 2023 Order Appointing
2  David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt.
3  74), the Special Master attaches hereto the Special Master Minutes for a preliminary
4  conference held on July 26, 2023.

Dated:   July 26, 2023            By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master

NOTICE OF SPECIAL MASTER MINUTES - 3