DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISH NETWORK SERVICE LLC,<br>　　　　Defendants. | Case No. 2:23-cv-01043-JWH-KES<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br><br><br>**NOTICE OF**<br><br>**SPECIAL MASTER ORDER** |
| ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC,<br>　　　　Defendants. | Case No. 2:23-cv-01047-JWH-KES |

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 2:23-cv-01048-JWH-KES |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | § § § § § § § § | |
| Defendants. | § § | |
| _____ | § § | |
| ENTROPIC COMMUNICATIONS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:23-cv-01049-JWH-KES |
| COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC, | § § § § § | |
| Defendants. | § § § | |
| _____ | § § | |
| ENTROPIC COMMUNICATIONS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:23-cv-01050-JWH-KES |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | § § § § § § § § | |
| Defendants. | § § § | |

Pursuant to authority provided by the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt. 74), the Special Master attaches hereto the Special Master Order No. SM-2.

Dated: August 4, 2023      By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master