UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01049-JWH(KESx) | Date | August 9, 2023 |
| Title | *Entropic Communications, LLC v. Cox Communications, Inc. et al* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James A. Shimota | April Isaacson |
| Christina N. Goodrich | |
| Kenneth Bridges | |

**Proceedings:    HEARING RE:  SCHEDULING CONFERENCE**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated in open court, it is hereby **ORDERED** as follows:

1.    Counsel are **DIRECTED** to meet and confer forthwith regarding the Claim Construction Schedule.

2.    The parties are **DIRECTED** to file no later than August 18, 2023, a Stipulation and Proposed Order setting a Claim Construction Schedule .

**IT IS SO ORDERED.**

Time:   00:33
Initials of Preparer: cla