Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01049-JWH-KES <br> Case No.: 2:23-cv-01050-JWH-KES <br><br> [Assigned to the Hon. John W. Holcomb] <br><br> **STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE; [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | |

**STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE**

Plaintiff Entropic Communications, LLC ("Entropic"), on the one hand, and Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively, "Comcast" or "Comcast Defendants"), and Defendants Cox Communications, Inc.; Coxcom, LLC and Cox Communications California LLC, (collectively, "Cox" or "Cox Defendants"), (inclusively, "Consolidated Defendants"), on the other hand, hereby submit the following Stipulation and Proposed Order Setting Claim Construction Schedule with reference to the following facts:

WHEREAS, on August 9, 2023, the Court ordered the parties to meet and confer and submit a proposed schedule jointly through claim construction (*See* 1049 ECF No. 71; 1050 ECF No. 112);

WHEREAS, at the hearing on August 9, 2023, the Court also asked that the parties submit an estimate of the number of terms to be construed at the *Markman* hearing;

WHEREAS, Entropic estimates that it will request construction of up to twenty terms;

WHEREAS, the Consolidated Defendants will be able to assess the number of claim terms for construction after Entropic serves its infringement contentions and identifies the asserted claims, which Entropic has not yet done;

WHEREAS, the parties reserve the right to revise these estimates;

NOW, THEREFORE, based on the foregoing facts, the parties hereby stipulate and respectfully request that the Court enter an Order with the following schedule:

| Matter | Parties' Compromise Proposal |
|---|---|
| Claim Construction Hearing | Tuesday, July 16, 2024 |
| Reply Claim Construction Brief | Friday, June 21, 2024 |
| Responsive Claim Construction Brief | Friday, June 7, 2024 |
| Opening Claim Construction Brief | Tuesday, May 17, 2024 |
| Completion of Claim Discovery | Friday, May 3, 2024 |
| JCCS and Prehearing Statement, including Expert Declarations | Friday, April 12, 2024 |
| Exchange of Proposed Constructions | Friday, March 15, 2024 |
| Exchange of Terms Proposed for Construction | Friday, February 16, 2024 |
| Disclosure of Invalidity Contentions and Accompanying Document Production | Monday, November 20, 2023 |
| Disclosure of Asserted Claims and Infringement Contentions, and Accompanying Document Production | Friday, September 15, 2023 |

**STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE**

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: August 18, 2023

**K&L GATES LLP**

By: */s/ Christina Goodrich*
  Christina Goodrich (SBN 261722)
  Connor J. Meggs (SBN 336159)
  Cassidy T. Young (SBN 342891)
  K&L Gates, LLP
  10100 Santa Monica Boulevard
  8th Floor
  Los Angeles, CA 90067
  Telephone: (310) 552-5000
  Fax: (310) 552-5001
  christina.goodrich@klgates.com
  connor.meggs@klgates.com
  cassidy.young@klgates.com

James A. Shimota (*pro hac vice*)
George C. Summerfield (*pro hac vice*)
70 W. Madison Street, Ste 3300
Chicago, Illinois 60602
Telephone: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com

Nicholas F. Lenning
925 Fourth Ave., Ste 2900
Seattle, WA 98104
Telephone: (206) 370-6685
Fax: (206) 623-7022
nicholas.lenning@klgates.com

Darlene F. Ghavimi (*pro hac vice*)
2801 Via Fortuna, Ste 650
Austin, Texas 78746
Telephone: (512) 482-6859
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Peter E. Soskin
4 Embarcadero Center, Ste 1200
San Francisco, CA 94111
Telephone: (415) 882-8220
peter.soskin@klgates.com

***Attorneys for Plaintiff, Entropic***

*Communications, LLC*

Dated: August 18, 2023              **WINSTON & STRAWN LLP**

By:  */s/ Krishnan Padmanabhan*
    Krishnan Padmanabhan (SBN 254220)
    Diana H. Leiden  (SBN 267606)
    Brian E. Ferguson
    Saranya Raghavan

*Attorneys for Defendant
Comcast Corporation, et al.*

Dated: August 18, 2023              **KILPATRICK TOWNSEND & STOCKTON LLP**

By:  */s/ April E. Isaacson*
    April E. Isaacson (SBN 180638)

*Attorney for Defendant
Cox Communications, Inc., et al.*

4
**STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE**