1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No.: 2:23-cv-01049-JWH-KES |
| Plaintiff, | Case No.: 2:23-cv-01050-JWH-KES |
| v. | |
| COMCAST CORPORATION, *et al.*, | [Assigned to the Hon. John W. Holcomb] |
| Defendants. | **[PROPOSED] ORDER GRANTING STIPULATION SETTING CLAIM CONSTRUCTION SCHEDULE** |

17
18
19
20
21
22

| |
|---|
| ENTROPIC COMMUNICATIONS, LLC, |
| Plaintiff, |
| v. |
| COX COMMUNICATIONS, INC., *et al.*, |
| Defendants. |

23
24
25
26
27
28

**[PROPOSED] ORDER**

After full consideration of the Stipulation Setting Claim Construction Schedule, filed jointly by Plaintiff Entropic Communications, LLC ("Entropic"), on the one hand, and Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively, "Comcast" or "Comcast Defendants"), and Defendants Cox Communications, Inc.; Coxcom, LLC and Cox Communications California LLC, (collectively, "Cox" or "Cox Defendants"), (inclusively, "Consolidated Defendants"), on the other hand, and good cause appearing, it is hereby **ORDERED** as follows:

The dates for claim construction matters in this action are set as follows:

| Matter | Date |
|---|---|
| Claim Construction Hearing | Tuesday, July 16, 2024 |
| Reply Claim Construction Brief | Friday, June 21, 2024 |
| Responsive Claim Construction Brief | Friday, June 7, 2024 |
| Opening Claim Construction Brief | Tuesday, May 17, 2024 |
| Completion of Claim Discovery | Friday, May 3, 2024 |
| JCCS and Prehearing Statement, including Expert Declarations | Friday, April 12, 2024 |
| Exchange of Proposed Constructions | Friday, March 15, 2024 |
| Exchange of Terms Proposed for Construction | Friday, February 16, 2024 |

1

**[PROPOSED] ORDER**

| Matter | Date |
|--------|------|
| Disclosure of Invalidity Contentions and Accompanying Document Production | Monday, November 20, 2023 |
| Disclosure of Asserted Claims and Infringement Contentions, and Accompanying Document Production | Friday, September 15, 2023 |

**IT IS SO ORDERED.**

Dated: _____          _____

Honorable John W. Holcomb
United States District Judge

2
**[PROPOSED] ORDER**