KILPATRICK TOWNSEND & STOCKTON LLP

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants Cox Communications, Inc.;*
*CoxCom, LLC; and Cox Communications California, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>                Defendants. | Civil Action No. 2:23-cv-01049-JWH-KES<br><br>**COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to Local Rule 79-5, Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC (collectively, "Cox" or "Defendants") hereby apply for leave of the Court to file under seal: (1) portions of Exhibit A to the Memorandum of Points and Authorities for Cox's Motion to for Leave to Amend Answer and Rule 19 Joinder; (2) portions of ¶ 286, 289, 290, and 291 of Cox's Amended Answer, and (3) portions of the Memorandum of Points and Authorities for Cox's Motion to for Leave to Amend Answer and Joinder referencing the confidential information contained in Exhibit A.  Exhibit A is license agreement for Data Over Cable Service Interface Specifications ("DOCSIS") executed by MaxLinear Inc.  Certain terms of that agreement are confidential.

Counsel for the parties in this matter were informed of Cox's intent to seek leave to file portions of Exhibit A, portions of ¶ 286, 289, 290, and 291 of Cox's Amended Answer, and portions of the Memorandum of Points and Authorities for Cox's Motion to for Leave to Amend Answer and Joinder under seal.  Specifically, counsel for the parties were advised that Cox views as confidential certain terms of the DOCSIS license agreement contained in Exhibit A.  Plaintiff Entropic Communications, LLC is still considering their position to the application to seal.

Redacted and unredacted versions of Exhibit A, Cox's Amended Answer, and the Memorandum of Points and Authorities for Cox's Motion to for Leave to Amend Answer and Joinder are filed herewith, as is the Declaration of Sarah Kamran in Support of this Application and a Proposed Order, as required by L.R. 79-5.2.2(a).

Cox respectfully requests that the Court grant the application to file portions of Exhibit A, portions of ¶ 286, 289, 290, and 291 of Cox's Amended Answer, and portions of the Memorandum of Points and Authorities for Cox's Motion to for Leave to Amend Answer and Joinder under seal.

DATED:  August 25, 2023

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ April E. Isaacson*

April E. Isaacson
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta
rgupta@kilpatricktownsend.com
Sarah Y. Kamran
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba
wkadaba@kilpatricktownsend.com
Michael J. Turton
mturton@kilpatricktownsend.com
Courtney S. Dabbiere
cdabbiere@kilpatricktownsend.com
Christopher S. Leah
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc., CoxCom,*
*LLC, and Cox Communications*
*California, LLC*