1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Civil Action No. 2:23-cv-01049-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

1      This matter comes before the Court on Defendant Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's Application for Leave to File Under Seal.  The Court, having considered all papers filed in support of the application finds that there is a good cause for granting the application in its entirety;

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application is GRANTED.

    IT IS SO ORDERED.

DATED: _____, 2023

                                    Hon. John W. Holcomb
                                    UNITED STATES DISTRICT JUDGE