KILPATRICK TOWNSEND & STOCKTON LLP

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| v. | |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-01049-JWH-KES

# CERTIFICATE OF SERVICE

I, Stephanie DM Pearson, declare that I am employed in the City and County of San Francisco, California, in the office of a member of the bar of this Court at whose direction this service was made.

I am over the age of eighteen years and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, California 94111. On August 25, 2023, I served the documents entitled:

1. Declaration of Sarah Kamran in Support of Cox Communications, Inc., Coxcom, LLC, and Cox Communications California, LLC's Application For Leave To File Under Seal;

2. Memorandum of Points and Authorities for Cox's Motion for Leave to Amend Answer and Joinder;

3. Cox Communications, Inc., Coxcom, LLC, and Cox Communications California, LLC's First Amended Answer, Defenses to Complaint and Counterclaims; and

4. Exhibit A to Cox's First Amended Answer, Defenses to Complaint and Counterclaims

on the interested parties in this action, as follows:

| | |
|---|---|
| Christina N. Goodrich<br>Connor J. Meggs<br>K&L GATES LLP<br>10100 Santa Monica Boulevard, 8th Floor<br>Los Angeles, California 90067 | Email: entropicklg@klgates.com<br><br>Telephone: 310.552.5000<br>Facsimile: 310.552.5001 |
| Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212<br><br>*Attorneys for Plaintiff Entropic Communications, LLC* | Email: bridgesip@icloud.com<br><br>Tel: (615) 973-9478 |

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the parties listed above from email address sdmpearson@kilpatricktownsend.com.

1     I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct.  Executed on August 25, 2023, at San
3 Francisco, California.

                                  */s/ Stephanie DM Pearson*
                                  Stephanie DM Pearson