**KILPATRICK TOWNSEND & STOCKTON LLP**

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>　　　　Defendants. | Civil Action No. 2:23-cv-01049-JWH-KES<br><br>**NOTICE OF MOTION FOR LEAVE TO AMEND ANSWER AND JOINDER**<br><br>Hearing Date:　　September 22, 2023<br>Hearing Time:　　8:45 a.m.<br>Courtroom:　　　9D<br>Judge:　　　　　Hon. John W. Holcomb<br><br>**DEMAND FOR JURY TRIAL** |

NOTICE OF MOTION FOR LEAVE TO AMEND ANSWER AND RULE 19 JOINDER
CASE NO. 2:23-CV-01049-JWH-KES
US2008 22393520 1

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 22, 2023, or as soon thereafter as this matter may be heard, Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC (collectively, "Cox" or "Defendants") hereby move the Court pursuant to Federal Rules of Civil Procedure 15(a), 19(a), and 20(a) for leave to amend its Answer and Counterclaims (Dkt. No. 49) to add MaxLinear, Inc. and MaxLinear Communications, LLC (collectively, "Maxlinear") as additional parties and counterclaim defendants, and to amend its Answer to assert counterclaims for breach of contract by MaxLinear, tortious interference with contract against Entropic, and unjust enrichment against MaxLinear.

This motion is made following Cox's initial correspondence to Entropic Communications, LLC ("Entropic" or "Plaintiff") on August 8, 2023 inquiring whether Entropic would oppose Cox's motion. The conference of counsel pursuant to L.R. 7-3 took place on August 14, 2023 and the follow up conference occurred on August 21, 2023. At the follow up conference, Entropic stated that it was still considering its position to Cox's amendment. This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the proposed First Amended Answer and Counterclaims attached as Exhibit 1, the redlined copy of the proposed First Amended Answer and Counterclaims attached as Exhibit 2, such additional evidence as may be submitted to the Court, matters as to which the Court takes judicial notice, and such other matters as the Court deems proper.

| | | |
|---|---|---|
| 1 | DATED:  August 25, 2023 | Respectfully submitted, |
| 2 | | KILPATRICK TOWNSEND & STOCKTON LLP |
| 3 | | |
| 4 | | By: */s/ April E. Isaacson* |
| 5 | | April E. Isaacson |
| | | aisaacson@kilpatricktownsend.com |
| 6 | | Two Embarcadero Center, Suite 1900 |
| | | San Francisco CA 94111 |
| 7 | | (415) 273 8306 |
| 8 | | Rishi Gupta |
| | | rgupta@kilpatricktownsend.com |
| 9 | | Sarah Y. Kamran |
| | | skamran@kilpatricktownsend.com |
| 10 | | 1801 Century Park East, Suite 2300 |
| | | Los Angeles CA 90067 |
| 11 | | (310) 777 3733 |
| 12 | | Mitchell G. Stockwell |
| | | mstockwell@kilpatricktownsend.com |
| 13 | | Vaibhav P. Kadaba |
| | | wkadaba@kilpatricktownsend.com |
| 14 | | Michael J. Turton |
| | | mturton@kilpatricktownsend.com |
| 15 | | Courtney S. Dabbiere |
| | | cdabbiere@kilpatricktownsend.com |
| 16 | | Christopher S. Leah |
| | | cleah@kilpatricktownsend.com |
| 17 | | 1100 Peachtree Street, NE, Suite 2800 |
| | | Atlanta GA 30309 |
| 18 | | (404) 815 6500 |
| 19 | | |
| | | *Attorneys for Defendants* |
| 20 | | *Cox Communications, Inc., CoxCom,* |
| | | *LLC, and Cox Communications* |
| 21 | | *California, LLC* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

NOTICE OF MOTION FOR LEAVE TO AMEND ANSWER AND RULE 19 JOINDER       - 3 -
CASE NO. 2:23-CV-010409-JWH-KES

US2008 22393520 1