# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Civil Action No. 2:23-cv-01049-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S MOTION FOR LEAVE TO AMEND ANSWER AND JOINDER** |

1  This matter comes before the Court on Defendant Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's Motion for Leave to Amend Answer and Joinder. The Court, having considered all papers filed in support of the Motion and Opposition and arguments of counsel, finds that there is a good cause for granting the Motion;

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____, 2023

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE