# EXHIBIT B

**DOCSIS® IPR Agreement Signatories**

II-VI Inc. (as successor to Finisar and Broadway Networks, Inc.)

3Com Corporation

Academy of Broadcasting Planning, SARFT

Access Vision Technologies, LLC

Active Broadband Networks, Inc.

ActiveVideo Networks

ADC (successor to Broadband Access Systems (BAS))

Advanced Digital Broadcast, Inc.

Adtran, Inc.

ADVA Optical Networks

Agilent Technologies Software Co., Ltd.

Akleza, Inc.

AlchemyIot, Inc.

Alpha Technologies Services, Inc.

Altech Multimedia

Altera Corp.

Amphenol Broadband Solutions

Amplify.net Inc.

Analog Devices Incorporated

Antronix Inc.

Applied Broadband, Inc.

Applied Optoelectronics, Inc.

Arista Networks, Inc.

Arris (successor to LANcity/Bay Networks/Nortel)

Arris Interactive, LLC

ASUSTeK Computer Inc.

ATI Technologies Inc.

ATX Networks (Toronto) Corp.

Aurora Networks, Inc.

Averna Technologies

BATM Advanced Communications Ltd. (as successor in interest to Resolute Networks Ltd.)

Beijing Splendidtel Communication Technology

Beijing Wafer New Century Information Technology Limited

Best Data Products, Inc.

Big Band Networks, Inc. [successor to Broadband Access Systems (BAS)]

BKTel Communications GmbH

Blonder Tongue Laboratories, Inc.

Bobbriscoe.net Ltd.

Broadband Innovations, Inc.

Broadband Management Solutions, LLC (successor to Stargus, Inc.)

Broadcom Corp.

BroadLogic Network Technologies

Broadway Networks, Inc.

Calnex Solutions, Ltd.

Camiant, Inc.

Capacicom Ltd.

Casa Systems, Inc.

Cedar Point Communications, Inc.

Cerra Inc.

Chongqing Jinghong V&T Technology Co., Ltd

Ciena Corporation

Cisco Systems Inc.

Coherent Logix Incorporated

Commscope (as successor in interest to LiquidxStream)

Com21, Inc.

Compal Broadband Networks

ComplexIQ Inc.

ComSonics, Inc.

Comtech Kft

Conexant Systems

Cordys Inc.

Correlant (successor to TurboNet Communications)

CSR plc. (for itself and as successor in interest to Zoran Corporation (successor to Microtune, Inc.))

DCT-Delta GmbH

DEV Systemtechnik GmbH

DeviceBits, Inc.

Diffusion Fermont

Digeo Interactive LLC

D-Link Corporation

Effigis GeoSolutions

Electroline Equipment, Inc.

Electronics and Telecommunications Research Institute

Emcore Corporation

Ericsson Television, Inc. (successor to Tandberg Television)

Essent Kabelcom

European Cable Communications Association

EVE Compliancy Solutions B.V.

Falcon V Systems S.A.

Fastbreak Networks

Finisar Corporation (for itself and as successor in interest to Broadway Networks, Inc.)

FutureWei Technologies

Gainspeed, Inc. (successor to Cohere Networks) (terminated as of 6/27/16)

GENBAND

GenXComm Inc.

Global Edge Software Ltd.

Globtel Holding d.o.o.

GoBackTV, Inc.

Guavas, Inc.

Harmonic, Inc.

HiQ Networks

Hirschmann Multimedia B.V.

Hitachi Communication Technologies America, Inc.

Hitron Technologies, Inc.

Horizon Semiconductors Ltd.

HP (as success in interest to 3Com Corporation)

Huawei Technologies Co., Ltd.

Humax Networks, Inc.

ICTV, Inc.

Imagine Communications (for itself and as successor to RGB Networks)

Imedia Semiconductor Corporation

IMMCO, Inc.

Incognito Software Systems, Inc.

Infinera Corporation

Infosys Technologies Limited

Integrated Device Technology, Inc. (Canada) a/k/a IKT

Intel Corporation

Interlink SRL

Intraway Corporation S.R.L.

IPFabrics Inc.

Jiangsu Yitong High Technology Co Ltd

JDSU

Juni

Juniper Networks (successor to Pacific Broadband)

Kathrein-Werke KG

Keysight Technologies

LGI Technology Holdings, Inc.

LiquidxStream Systems Inc.

Maspro Denkoh Corp.

Maxim Integrated Products, Inc.

Maxlinear Inc.

MDI Telecom Corp. d/b/a SyncWorks

Microsemi Corp. (Symmetricom, Inc.)

Microchip Technology, Inc. (for itself and as successor to Microsemi Corp. fka Symmetricom, Inc.)

Microtune (Texas) L.P.

Momentum Telecom, Inc.

Motorola (successor to General Instrument Corp.)

MRV Communications, Inc.

Mutable

NDS Limited

Netgear, Inc.

NeuStar, Inc.

New Wave Design and Verification

Nokia Solutions and Networks Oy

NTL Group Limited

NXP Semiconductors (successor to Conexant Systems, Inc.)

O'LE Communications, Inc.

Oliver Solutions Ltd.

Open Text (for itself and as successor to Cordys, Inc.)

Pace Micro Technology Plc

Pacific Broadband Networks a/k/a PBN Global

Pampa Dynamics

Pickens, Mr. John R.

Pioneer Corporation

PMC-Sierra

Ponderosa Systems, LLC

PromptLink Communications, Inc.

Proxilliant Systems Corp.

Qorvo US, Inc.

Qosera

Qualcomm Incorporated (successor to Atheros) (terminated as of 08/02/13)

Qulsar, Inc.

R. Group International Pty Ltd.

Resolute Networks Ltd.

RGB Networks

Rohde & Schwarz GmbH

Ronald J. Hranac, Jr.

Samsung Electronics Co., Ltd.

SARFT aka Academy of Broadcasting Planning

SCM Microsystems, Inc.

SED Systems

Sentosa Technology Consultants

Silicon Laboratories, Inc.

Siproc Systems LLC

SiTune Corporation

SmarDTV Global SAS (for iself and as successor in interest to Dongle TV)

SMC Networks, Inc.

SoHoWare (successor to NDC Communications)

Sony Electronics, Inc.

Sony Corporation

Spirent Communications Ltd.

STMicroelectronics

Stollmann Entwicklungs und Vertriebs Gmbh

Sumavision Technologies Co., Ltd.

Sumitomo Electric Industries, Ltd.

Sunrise Telecom

Synclayer Inc.

Tail-f Systems AB

Tandberg Television

TDC Kabel TV A/S

Tekelec (for itself and as successor in interest to Camiant Inc.)

Teknovus, Inc.

Telecommunications Technology Association (Korea)

Teleste Corp.

Telit Communications, Plc (for itself and as successor in interest to Stollmann E & V GmbH

Terayon Communication Systems, Inc.

Texas Instruments CBC Ltd. (Israel) (successor to Libit)

Toshiba Corporation

TraceSpan Communications Ltd

Tron Elektronik A.S.

Turbocomm Tech., Inc.

Ubee Interactive, Inc.

Ubiquoss, Inc.

UEC Technologies Ltd.

Unison Systems, Inc.

Vecima Networks (successor to VCom Inc.)

Vector

VeEx, Inc.

VeriHome, Inc.

Viavi Solutions, Inc. (fka JDSU)

Vyyo, Inc. (successor to PhaseCom)

Warpera Inc.

Westell, Inc.

Widecast Technologies, Lda

Wilhelm Sihn Jr. GmbH & Co. KG

Xilinx, Inc.

Zcorum

Zhejing Lancable Technology Co., Ltd.

ZTE USA, Inc.

*Revised 1/30/2023*