1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:23-cv-01049-JWH-KES |
| Plaintiff, | **ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants. | |

This matter comes before the Court on Defendant Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's Application for Leave to File Under Seal.  The Court, having considered all papers filed in support of the application finds that there is a good cause for granting the application in its entirety.  Accordingly, it is hereby **ORDERED** that Plaintiff's Application is **GRANTED**.

**IT IS SO ORDERED.**

DATED: August 30, 2023

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE