Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>COX COMMUNICATIONS, INC., *et al*.,<br><br>             Defendants. | Case No.: 2:23-cv-01049-JWH-KES<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS**<br><br>Hearing Date:   Sept. 22, 2023<br>Hearing Time:   9:00 a.m.<br>Courtroom:      9D |

- 1 -

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") contends that the proposed Amended Answer and Counterclaims that Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC (collectively, "Cox") seeks to file in this action is fatally defective. Entropic, however, is aware of the liberal standard for granting leave to amend and the Court's application of that standard. Thus, Entropic will challenge Cox's proposed Amended Answer and Counterclaims in a motion to dismiss (rather than in response to the pending Motion). For avoidance of doubt, Entropic's decision to challenge Cox's Amended Answer and Counterclaims in this manner is not, and should not be construed as, a waiver of any rights that Entropic has nor shall it be construed as acquiescence in the assertions made in that pleading or Cox's Motion.

Dated: September 1, 2023

**K&L GATES LLP**

By: */s/ Christina Goodrich*
Christina Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
K&L Gates, LLP
10100 Santa Monica Boulevard,
8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James A. Shimota (*pro hac vice*)
George C. Summerfield (*pro hac vice*)
70 W. Madison Street, Ste 3300
Chicago, Illinois 60602
Telephone: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com

Darlene F. Ghavimi (*pro hac vice*)
2801 Via Fortuna, Ste 650
Austin, Texas 78746
Telephone: (512) 482-6859
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Peter E. Soskin

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE
TO FILE AMENDED ANSWER AND COUNTERCLAIMS**

1
2
3
4

4 Embarcadero Center, Ste 1200
San Francisco, CA 94111
Telephone: (415) 882-8220
peter.soskin@klgates.com

***Attorneys for Plaintiff, Entropic Communications, LLC***

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS**