**K&L GATES LLP**
Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Additional counsel listed in signature block*

Attorneys For Plaintiff
Entropic Communications, LLC

**KILPATRICK TOWNSEND & STOCKTON LLP**
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

*Additional counsel listed in signature block*

Attorneys for Defendants
Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, <br><br> Defendants. | Case No. 2:23-cv-1049-JWH-KES <br><br> **JOINT STIPULATION TO WAIVE ORAL ARGUMENT FOR HEARING ON DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND JOINDER** |

Pursuant to Local Rule 7-15, Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC ("Defendants") jointly stipulate to a waiver of oral argument on Defendants' Motion for Leave to Amend Answer and Joinder (the "Motion") and state as follows:

1. On August 25, 2023, Defendants filed their Motion.  Dkt. 79.  On September 1, 2023, Plaintiff filed its Notice of Non-Opposition to Defendants' Motion for Leave to File Amended Answer and Counterclaims.  Dkt. 83.

2. The hearing on the Motion is currently set for September 22, 2023 at 9:00 a.m.  Dkt. 80.

3. Pursuant to Local Rule 7-15, Counsel for Plaintiff and Counsel for Defendants have met and conferred and hereby agree to waive oral argument on the Motion.

4. Plaintiff expressly reserves all rights with respect to the proposed Counterclaims, including but not limited to challenging those Counterclaims in a motion to dismiss.

5. A proposed order granting this stipulation is filed concurrently herewith.

**IT IS HEREBY JOINTLY STIPULATED, THROUGH COUNSEL OF RECORD.**

///

///

1

Respectfully submitted,

2

3  Dated: September 14, 2023   **K&L GATES LLP**

4

5                                 By: */s/ Christina N. Goodrich*

6                                 Christina N. Goodrich (SBN 261722)
                                  christina.goodrich@klgates.com

7                                 10100 Santa Monica Boulevard
                                  Eighth Floor

8                                 Los Angeles, California 90067
                                  Telephone: +1 310 552 5000

9                                 Facsimile: +1 310 552 5001

10                                James A. Shimota (pro hac vice)
                                  George C. Summerfield (pro hac vice)

11                                70 W. Madison Street, Ste 3300
                                  Chicago, Illinois 60602

12                                Telephone: (312) 807-4299
                                  Fax: (312) 827-8000

13                                jim.shimota@klgates.com
                                  george.summerfield@klgates.com

14                                Darlene F. Ghavimi (pro hac vice)

15                                2801 Via Fortuna, Ste 650
                                  Austin, Texas 78746

16                                Telephone: (512) 482-6859
                                  Fax: (512) 482-6859

17                                darlene.ghavimi@klgates.com

18                                Peter E. Soskin
                                  4 Embarcadero Center, Ste 1200

19                                San Francisco, CA 94111
                                  Telephone: (415) 882-8220

20                                peter.soskin@klgates.com

21                                Attorneys For Plaintiff
                                  Entropic Communications, LLC

22

23

24

25

26

27

28

Dated: September 14, 2023

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: */s/ April E. Isaacson*

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

Attorneys for Defendants
Cox Communications, Inc.;
CoxCom, LLC; and Cox
Communications California, LLC

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, April E. Isaacson, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

JOINT STIPULATION TO WAIVE ORAL ARGUMENT FOR HEARING ON DEFENDANTS'
MOTION FOR LEAVE TO AMEND ANSWER AND JOINDER
CASE NO. 2:23-CV-1049-JWH-KES

4