# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-1049-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO WAIVE ORAL ARGUMENT FOR HEARING ON DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND JOINDER** |

1  Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendants Cox
2 Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC
3 ("Defendants") have jointly stipulated to a waiver of oral argument on Defendants'
4 Motion for Leave to Amend Answer and Joinder (the "Stipulation").
5  GOOD CAUSE APPEARING, the Stipulation to Waive Oral Argument on
6 Defendant's Motion for Leave to Amend Answer by the Parties is hereby granted.
7 The hearing scheduled for September 22, 2023 at 9:00 a.m. is hereby withdrawn.
8  **IT IS SO ORDERED.**

DATED: _____  _____

John W. Holcomb
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO WAIVE ORAL ARGUMENT FOR HEARING ON DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND JOINDER
CASE NO. 2:23-CV-1049-JWH-KES

2