| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | April E. Isaacson (SBN 180638) |
| 3 | aisaacson@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900 |
| 4 | San Francisco CA 94111<br>(415) 273 8306 |
| 5 | Rishi Gupta (SBN 313079) |
| 6 | rgupta@kilpatricktownsend.com<br>Sarah Y. Kamran (SBN 347617) |
| 7 | skamran@kilpatricktownsend.com<br>1801 Century Park East, Suite 2300 |
| 8 | Los Angeles CA 90067<br>(310) 777 3733 |
| 9 | Mitchell G. Stockwell (*admitted pro hac vice*) |
| 10 | mstockwell@kilpatricktownsend.com<br>Vaibhav P. Kadaba (*admitted pro hac vice*) |
| 11 | wkadaba@kilpatricktownsend.com<br>Michael J. Turton (*admitted pro hac vice*) |
| 12 | mturton@kilpatricktownsend.com<br>Courtney S. Dabbiere (*admitted pro hac vice*) |
| 13 | cdabbiere@kilpatricktownsend.com<br>Christopher S. Leah (*admitted pro hac vice*) |
| 14 | cleah@kilpatricktownsend.com<br>1100 Peachtree Street, NE, Suite 2800 |
| 15 | Atlanta GA 30309<br>(404) 815 6500 |
| 16 | *Attorneys for Defendants* |
| 17 | *Cox Communications, Inc.; CoxCom, LLC; and*<br>*Cox Communications California, LLC* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES |
| Plaintiff, | **CERTIFICATE OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| v. | |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Stephanie DM Pearson, declare that I am employed in the City and County of San Francisco, California, in the office of a member of the bar of this Court at whose direction this service was made.

I am over the age of eighteen years and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, California 94111. On October 6, 2023, I served the documents entitled:

1. Cox Communications, Inc., Coxcom, LLC, and Cox Communications California, LLC's First Amended Answer, Defenses to Complaint and Counterclaims;

2. Exhibit A to Cox's First Amended Answer, Defenses to Complaint and Counterclaims;

3. Exhibit B to Cox's First Amended Answer, Defenses to Complaint and Counterclaims;

4. Exhibit C to Cox's First Amended Answer, Defenses to Complaint and Counterclaims;

5. Exhibit D to Cox's First Amended Answer, Defenses to Complaint and Counterclaims;

on the interested parties in this action, as follows:

| | |
|---|---|
| Christina N. Goodrich<br>Connor J. Meggs<br>K&L GATES LLP<br>10100 Santa Monica Boulevard,<br>8th Floor<br>Los Angeles, California 90067 | Email: entropicklg@klgates.com<br><br>Telephone: 310.552.5000<br>Facsimile: 310.552.5001 |
| Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212 | Email: bridgesip@icloud.com<br><br>Tel: (615) 973-9478 |
| *Attorneys for Plaintiff*<br>*Entropic Communications, LLC* | |

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the parties listed above from email address sdmpearson@kilpatricktownsend.com.

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-01049-JWH-KES

2

1 | I declare under penalty of perjury under the laws of the United States of
2 | America that the foregoing is true and correct.  Executed on October 6, 2023, at San
3 | Francisco, California.
4 |
5 |                                */s/ Stephanie DM Pearson*
6 |                                Stephanie DM Pearson