1 | KILPATRICK TOWNSEND & STOCKTON LLP
2 | April E. Isaacson (SBN 180638)
3 | aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
4 | (415) 273 8306

5 | Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
6 | Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
7 | 1801 Century Park East, Suite 2300
Los Angeles CA 90067
8 | (310) 777 3733

9 | **ADDITIONAL COUNSEL ON LAST PAGE**

*Attorneys for Defendants and Counter-Claimants Cox Communications, Inc.;CoxCom, LLC; and Cox Communications California, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>     Defendants. | Civil Action No. 2:23-cv-01049-JWH-KES<br><br>**CERTIFICATE OF SERVICE OF DOCUMENTS FILED UNDER SEAL**<br><br>**DEMAND FOR JURY TRIAL** |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>     Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.<br>     Counter-Defendants. | |

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-01049-JWH-KES

US2008 22653728 1

# CERTIFICATE OF SERVICE

I, Abby Ako-Nai, declare that I am employed in the City and County of San Francisco, California, in the office of a member of the bar of this Court at whose direction this service was made.

I am over the age of eighteen years and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, California 94111. On October 12, 2023, I served the documents entitled:

1. Cox Communications, Inc., Coxcom, LLC, and Cox Communications California, LLC's First Amended Answer, Defenses to Complaint and Counterclaims;

2. Exhibit A to Cox's First Amended Answer, Defenses to Complaint and Counterclaims;

3. Exhibit B to Cox's First Amended Answer, Defenses to Complaint and Counterclaims;

4. Exhibit C to Cox's First Amended Answer, Defenses to Complaint and Counterclaims;

5. Exhibit D to Cox's First Amended Answer, Defenses to Complaint and Counterclaims;

on the interested parties in this action, as follows:

| | |
|---|---|
| Christina N. Goodrich<br>Connor J. Meggs<br>K&L GATES LLP<br>10100 Santa Monica Boulevard,<br>8th Floor<br>Los Angeles, California 90067 | Email: entropicklg@klgates.com<br><br>Telephone: 310.552.5000<br>Facsimile: 310.552.5001 |
| Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212 | Email: bridgesip@icloud.com<br><br>Tel: (615) 973-9478 |
| *Attorneys for Plaintiff<br>Entropic Communications, LLC* | |

☒ [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the parties listed above from email address sdmpearson@kilpatricktownsend.com.

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-01049-JWH-KES

2

US2008 22653728 1

1     I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.  Executed on October 12, 2023 at San
3  Francisco, California.

/s/ _____
Abby Ako-Nai