**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-1049-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　　　　Counter-Claimants,<br><br>　　v.<br><br>ENTROPIC COMMUNICATIONS, LLC, *et al.*,<br><br>　　　　　　　　Counter-Defendants. | |

**[PROPOSED] ORDER**

After full consideration of the Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims, which Stipulation was filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox"), and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's deadline to respond to Cox's Counterclaims (Dkt. No. 87) is continued from October 27, 2023 to November 27, 2023.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                    Honorable John W. Holcomb
                                                                    United States District Judge

**[PROPOSED] ORDER**