IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES<br>Case No.: 2:23-cv-01050-JWH-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE CASES:**<br><br>**(1)** *ENTROPIC COMMUNICATIONS, LLC v. COX COMMUNICATIONS, INC., et al.,* **CASE NO. 2:23-cv-01049-JWH-KES**<br><br>**(2)** *ENTROPIC COMMUNICATIONS, LLC v. COMCAST CORPORATION, et al.,* **CASE NO. 2:23-cv-01050-JWH-KES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |
| COX COMMUNICATIONS, INC., *et al.*,<br><br>Counterclaimant,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counterdefendants. | |

[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE CASES
Case Nos. 2:23-cv-01049, 01050 (JWH-KES)

Having considered the Joint Stipulation to Consolidate Cases filed by Plaintiff Entropic Communications, LLC and Defendants Cox Communications, Inc.; Coxcom, LLC; and Cox Communications California LLC; and Defendants Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC; (together with Entropic, the "Parties"), and for good cause shown, the Court hereby ORDERS as follows:

1. The Parties' Joint Stipulation to Consolidate Cases is **GRANTED**.

2. The following cases are **CONSOLIDATED** into a single action for pretrial purposes through the date of the *Markman* hearing: Case No. 2:23-cv-01049-JWH-KES and Case No. 2:23-cv-01050-JWH-KES.

3. Any party may make a motion at any time to sever the cases, for good cause shown.

4. The Clerk is **DIRECTED** to close the following case administratively: Case No. 2:23-cv-01050-JWH-KES.

**IT IS SO ORDERED.**

Dated:  October 16 , 2023

Hon. John W. Holcomb
United States District Judge