DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| Plaintiff, | § | |
| | § | Case No. 2:23-cv-01043-JWH-KES |
| v. | § | LEAD CASE |
| | § | Case No. 2:23-cv-01049-JWH-KES |
| DISH NETWORK CORPORATION, et al., | § | LEAD CASE |
| Defendants. | § | |
| | § | Hon. John W. Holcomb |
| | § | Special Master David M. Keyzer |
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| Plaintiff, | § | |
| | § | **NOTICE OF** |
| v. | § | **SPECIAL MASTER ORDER** |
| | § | |
| COX COMMUNICATIONS, INC., et al., | § | |
| Defendants. | § | |
| | § | |

1    Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as

2    Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil

3    Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of

4    consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil

5    Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches

6    hereto the Special Master Order No. SM-4.

7

8

9    Dated:    October 30, 2023          By:    /s/ David Keyzer

10                                             David M. Keyzer
                                               California Bar No. 248585
11                                             david@keyzerlaw.com
                                               LAW OFFICE OF DAVID KEYZER, P.C.
12                                             5170 Golden Foothill Parkway
                                               El Dorado Hills, CA 95762
13                                             Telephone: (916) 243-5259
                                               Facsimile: (916) 404-0436

14                                             Special Master

15

16

17

18

19

20