| | |
|---|---|
| 1 | BITA RAHEBI (CA SBN 209351) |
| | BRahebi@mofo.com |
| 2 | ROSE S. LEE (CA SBN 294658) |
| | RoseLee@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| 4 | Los Angeles, California 90017-3543 |
| | Telephone: 213.892.5200 |
| 5 | Facsimile: 213.892.5454 |
| 6 | STELLA MAO (CA SBN 335136) |
| | SMao@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road, |
| 8 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 9 | Facsimile: 650.494.0792 |
| 10 | Attorneys for Defendants MAXLINEAR |
| | COMMUNICATIONS LLC and |
| 11 | MAXLINEAR, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR COMMUNICATIONS LLC AND MAXLINEAR, INC. TO RESPOND TO COX ENTITIES COUNTERCLAIMS BY NO MORE THAN 30 DAYS; [PROPOSED] ORDER** |
| v. | |
| COX COMMUNICATIONS, INC., COXCOM, LLC AND COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants. | |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, | District Judge: Hon. John W. Holcomb |
| | Magistrate Judge: Hon. Karen E. Scott |
| | Counterclaims served: October 20, 2023 |
| Counter-Claimants, | Current response date: November 13, 2023 |
| v. | New response date: December 8, 2023 |
| ENTROPIC COMMUNICATIONS, LLC, MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. | |
| Counter-Defendants. | |

1   Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC
2   (collectively, "MaxLinear") and Counter-Claimants Cox Communications, Inc.,
3   CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox")
4   (collectively, with MaxLinear, the "Parties"), by and through their respective
5   counsel, stipulate and enter into this Joint Stipulation to Extend Time for
6   MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Cox's
7   Counterclaims by No More than 30 Days:
8       WHEREAS, Cox filed its Answer to the Complaint and Counterclaims on
9   October 16, 2023 (ECF No. 94), adding MaxLinear, Inc. and MaxLinear
10  Communications LLC as counterclaim defendants to the litigation, and served the
11  same on MaxLinear on October 20, 2023;
12      WHEREAS, MaxLinear's current deadline to respond to Cox's
13  Counterclaims is November 13, 2023;
14      WHEREAS, MaxLinear's counsel requested an extension and Cox agreed
15  to the requested extension until December 8, 2023 for MaxLinear to respond;
16      NOW THEREFORE, the Parties, by and through their respective counsel,
17  hereby STIPULATE AND AGREE as follows:
18      The Parties respectfully request an order from the Court extending
19  MaxLinear's deadline to answer or otherwise respond to Cox's Counterclaims
20  (ECF No. 94) from November 13, 2023 to December 8, 2023.
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: October 30, 2023 | By: */s/ Rose S. Lee* |
| 2 | | ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com |
| 3 | | BITA RAHEBI (CA SBN 209351)<br>BRahebi@mofo.com |
| 4 | | **MORRISON & FOERSTER LLP**<br>707 Wilshire Boulevard, Suite 6000 |
| 5 | | Los Angeles, California 90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454 |
| 6 | | |
| 7 | | STELLA MAO (CA SBN 335136)<br>SMao@mofo.com |
| 8 | | **MORRISON & FOERSTER LLP**<br>755 Page Mill Road, |
| 9 | | Palo Alto, California 94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792 |
| 10 | | |
| 11 | | Attorneys for Defendants<br>MAXLINEAR COMMUNICATIONS |
| 12 | | LLC and MAXLINEAR, INC. |
| 13 | | |
| 14 | Dated: October 30, 2023 | By: */s/ April Elizabeth Isaacson*<br>April Elizabeth Isaacson |
| 15 | | aisaacson@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND &** |
| 16 | | **STOCKTON LLP**<br>Two Embarcadero Center, Suite 1900 |
| 17 | | San Francisco CA 94111<br>(415) 273 8306 |
| 18 | | Rishi Gupta (SBN 313079) |
| 19 | | rgupta@kilpatricktownsend.com<br>Sarah Y Kamran |
| 20 | | skamran@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND &** |
| 21 | | **STOCKTON LLP**<br>1801 Century Park East, Suite 2300 |
| 22 | | Los Angeles CA 90067<br>(310) 248-3830 |
| 23 | | Mitchell G. Stockwell (pro hac vice) |
| 24 | | mstockwell@kilpatricktownsend.com<br>Christopher S. Leah (pro hac vice) |
| 25 | | cleah@kilpatricktownsend.com<br>Courtney S. Dabbiere |
| 26 | | cdabbiere@kilpatricktownsend.com<br>Michael J. Turton (pro hac vice) |
| 27 | | mturton@kilpatricktownsend.com<br>Vaibhav P. Kadaba (pro hac vice) |
| 28 | | wkadaba@kilpatricktownsend.com<br>**KILPATRICK TOWNSEND &** |

**STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Tel: (404)-815-6214
Fax: (404)-541-3403

Attorneys for Defendants and Counter-Claimants COX COMMUNICATIONS, INC., COXCOM, LLC AND COX COMMUNICATIONS CALIFORNIA, LLC

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Rose S. Lee, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

                                                                              */s/ Rose S. Lee*  
                                                                                    Rose S. Lee