UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-01049-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR COMMUNICATIONS LLC AND MAXLINER, INC. TO RESPOND TO COX ENTITIES' COUNTERCLAIMS BY NO MORE THAN 30 DAYS** |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC, MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.<br><br>Counter-Defendants. | District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Counterclaims served: October 20, 2023<br>Current response date: November 13, 2023<br>New response date: December 8, 2023 |

Having fully considered the Parties' Stipulation to Extend Time for New Parties MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's (collectively, "Cox") Counterclaims By No More than 30 Days (the "Stipulation"), it is hereby ORDERED as follows:

1. The Stipulation is GRANTED.
2. MaxLinear, Inc. and MaxLinear Communications LLC's deadline to respond to Cox's Counterclaims is extended from November 13, 2023 to December 8, 2023.

IT IS SO ORDERED.

Dated: _____

_____
Hon. John W. Holcomb
United States District Court Judge