Diana Leiden (SBN 267606)
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Tel: 213-615-1924Name and address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Entropic Communications, LLC<br><br>v.<br><br>Comcast Corporation; Comcast Cable Communications, LLC; and Comcast Cable Communications Management, LLC<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:23-cv-01049-JWH-KES<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Dial, Claire E                                      of   Winston & Strawn LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    800 Capitol Street, Suite 2400
713-651-2600      713-651-2700                                 Houston, TX 77002
*Telephone Number*   *Fax Number*
cdial@winston.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Comcast Corporation; Comcast Cable Communications, LLC, and Comcast Cable Communications
Management, LLC

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Leiden, Diana H                                     of   Winston & Strawn LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     333 S. Grand Avenue
267606     213-615-1924     213-615-1750                       Los Angeles, CA 90071-1543
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
DHLeiden@winston.com
*E-Mail Address*                                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                        _____
                                                    U.S. District Judge/U.S. Magistrate Judge