1  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  Cassidy T. Young (SBN 342891)
   cassidy.young@klgates.com
3  K&L GATES LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, CA 90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
7  *Attorneys for Plaintiff*
   *Entropic Communications, LLC*
8
   **[Additional attorneys listed on
9  signature page]**

10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1049-JWH-KES |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS; [PROPOSED] ORDER** |
| v. | |
| COX COMMUNICATIONS, INC., *et al.*, | District Judge: Hon. John W. Holcomb |
| Defendants. | Magistrate Judge: Hon. Karen E. Scott |
| | Current Deadline:        Nov. 27, 2023 |
| | Proposed New Deadline:   Dec. 8, 2023 |
| COX COMMUNICATIONS, INC. *et al.*, | |
| Counter-Claimants, | |
| v. | |
| ENTROPIC COMMUNICATIONS, LLC; *et al.*, | |
| Counter-Defendants. | |

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox") (collectively, with Entropic, the "Parties"), by and through their respective counsel, stipulate and enter into this Joint Stipulation to Extend Entropic's Deadline to Respond to Counterclaims:

WHEREAS, Cox filed its Amended Answer to the Complaint and Counterclaims on October 6, 2023 (Dkt. No. 87);

WHEREAS, the Counterclaims assert numerous causes of action against Entropic, which Entropic is evaluating;

WHEREAS, Entropic's current deadline to respond to Cox's Counterclaims is November 27, 2023;

WHEREAS, Defendants agreed to extend the deadline for MaxLinear Communications LLC and MaxLinear, Inc. (collectively, "MaxLinear") to respond to the Counterclaims;

WHEREAS, MaxLinear's deadline to respond to the Counterclaims is now December 8, 2023 (Dkt. No. 104)

WHEREAS, Entropic's counsel contacted Cox's counsel inquiring as to whether Cox would agree to extend Entropic's response deadline to align with MaxLinear's response deadline;

WHEREAS, Cox's counsel agreed to provide the requested extension provided Entropic agrees to a hearing date for any motion to dismiss of no later than January 5, 2024;

WHEREAS, the Parties have agreed to extend Entropic's deadline to respond to the Counterclaims to December 8, 2023 and to a hearing date of no later than January 5, 2024 for any motion to dismiss.

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The Parties respectfully request an order from the Court extending Entropic's deadline to respond to Cox's Counterclaims (Dkt. No. 87) from November 27, 2023 to December 8, 2023.

2. With such extension, any motion to dismiss by Entropic will be noticed for a date no later than January 5, 2024.

Dated: November 8, 2023                    Respectfully Submitted,

By: */s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

Peter Soskin (SBN 280347)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel.: (415) 882-8200
Fax: (415) 882-8220
peter.soskin@klgates.com

James Shimota (admitted *pro hac vice*)
George Summerfield (admitted *pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com

Darlene F. Ghavimi (admitted *pro hac vice*)
**K&L GATES LLP**
2801 Via Fortuna, Suite #650

Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

Kenneth Bridges
**Bridges IP Consulting**
2113 19th Avenue S
Nashville, TN 37212
Tel: (615) 973-9478
bridgesip@icloud.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

Dated: November 8, 2023

By: */s/ April E. Isaacson*
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center
Suite 1900
San Francisco CA 94111
(415) 273 8306

Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East
Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (pro hac vice)
cdabbiere@kilpatricktownsend.com

3
**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**

Christopher S. Leah (*pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE
Suite 2800
Atlanta GA 30309
(404) 815 6500

**ATTORNEYS FOR DEFENDANTS COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

 */s/ Christina N. Goodrich*

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**