# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC, *et al.*,<br><br>Counter-Defendants. | Case No. 2:23-cv-1049-JWH-KES<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

**[PROPOSED] ORDER**

After full consideration of the Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims, which was filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox"), and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's deadline to respond to Cox's Counterclaims (Dkt. No. 87) is continued from November 27, 2023 to December 8, 2023.
2. With such extension, any motion to dismiss by Entropic will be noticed for a date no later than January 5, 2024.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Honorable John W. Holcomb
                                    United States District Judge

**[PROPOSED] ORDER**