# EXHIBIT C

| | |
|---|---|
| **From:** | Turton, Michael <MTurton@kilpatricktownsend.com> |
| **Sent:** | Friday, November 3, 2023 5:51 AM |
| **To:** | Richey, Samuel P. |
| **Cc:** | EntropicKLG; Cox1377192 |
| **Subject:** | RE: Case 2:23-cv-01049 - Motion for Leave |

**This Message Is From an External Sender**
This message came from outside your organization.

Pat,

We oppose Entropic's motion for leave to amend its complaint to add the '438 Patent and the '275 Patent. We do not believe that you have shown good grounds for amending or diligence in adding these patents. Additionally, you have not provided us your infringement contentions for these patents and given the schedule we believe Cox will be prejudiced if these patents are added to the case at this point.

Best regards,
Michael

**Michael Turton**
Kilpatrick Townsend & Stockton LLP
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 815 6061 | cell 404 735 0431 | fax 404 541 3250
mturton@kilpatricktownsend.com | My Profile | vCard

**From:** Richey, Samuel P. <Samuel.Richey@klgates.com>
**Sent:** Thursday, November 2, 2023 11:10 AM
**To:** Turton, Michael <MTurton@kilpatricktownsend.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Subject:** RE: Case 2:23-cv-01049 - Motion for Leave

Michael,

To clarify, it is not that Entropic did not think it had a basis to assert the 438 Patent. Rather, as Entropic continued to investigate, it became clear that there is a basis to assert the 438 patent.

Regards,
Pat

--



**Samuel P. Richey**
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: (312) 807-4237
samuel.richey@klgates.com

**From:** Turton, Michael <MTurton@kilpatricktownsend.com>
**Sent:** Thursday, November 2, 2023 9:00 AM
**To:** Richey, Samuel P. <Samuel.Richey@klgates.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Subject:** RE: Case 2:23-cv-01049 - Motion for Leave

Pat,

Thank you for your further answers to our questions. On the meet and confer call you said that Entropic's position on narrowing patents and claims is that now is not the appropriate time in the case and that Entropic will consider narrowing as the case progresses. Thus, we assume that you cannot at this point provide us with a timeline of when Entropic would consider narrowing the case. Additionally, I want to confirm your reasoning for adding the '438 Patent now when it issued in 2018. You said on the call that Entropic did not initially believe it had a basis to assert Cox infringes the '438 Patent based on public documents – despite Entropic believing it could assert Cox infringes the '682 Patent. However, recently upon further review of the public documents, Entropic now believes that it can allege Cox infringes the '438 Patent. Please correct me if I misunderstood your rationale for now asserting the '438 Patent.

We are considering your request with our client and will get back to you.

Thanks,
Michael


**Michael Turton**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 815 6061 | cell 404 735 0431 | fax 404 541 3250
mturton@kilpatricktownsend.com | My Profile | vCard

**From:** Richey, Samuel P. <Samuel.Richey@klgates.com>
**Sent:** Wednesday, November 1, 2023 12:56 PM
**To:** Turton, Michael <MTurton@kilpatricktownsend.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Subject:** RE: Case 2:23-cv-01049 - Motion for Leave


Michael,

To follow up on our meet and confer today, Entropic proposes the Markman process is an appropriate stage for cutting off adding new patents to the case.  As discussed on the call, we confirm Entropic is not intending to substitute the 438 or 275 patents for any other patents currently in the case.

Cheers,
Pat


--

**K&L GATES**

**Samuel P. Richey**
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: (312) 807-4237
samuel.richey@klgates.com

---

**From:** Richey, Samuel P. <Samuel.Richey@klgates.com>
**Sent:** Tuesday, October 31, 2023 4:18 PM
**To:** Turton, Michael (EXTERNAL) <MTurton@kilpatricktownsend.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Subject:** RE: Case 2:23-cv-01049 - Motion for Leave

Michael,

Our responses to your questions are in bold.

- What impact do you see the addition of these two patents having on the current case schedule? **We do not see any impact to the current case schedule.**
    - Will you be producing immediate infringement contentions for both patents? **Yes, we will produce infringement contentions immediately.**
    - Given that our case is consolidated with Comcast, do you anticipate attempting to add both patents in Comcast's case and if so, have you conducted a meet and confer with Comcast on these issues? **We will be adding both of these patents to the Comcast case.  We are in process with Comcast on the meet and confer.**
- What claims from each patent do you intend to assert? **438: 1, 2, 3, 4, 5, and 9.  275: 1, 2, 5, 7, 8, 10-12, 15, 17, 18, and 20**
- Given that the '438 patent issued in 2018 and was clearly known to Entropic, why are you seeking to add it now almost nine months after the case was filed? **The determination to add the 438 patent was only made recently, and it is more convenient and efficient for the parties for Entropic to add the 438 patent and 275 patent at the same time as the as this allows the parties to only have to deal with these issues once. Therefore, we needed to wait until the 275 patent issued.**
- Are there other issued patents that you are considering adding or planning to add to this case? **Not at this time.**
- Are there other pending patent applications that you are considering adding to this case if and when such patent applications issue? **Strategic decisions regarding pending applications will be made if and when such applications issue.**

Cheers,
Pat

--

**K&L GATES**

**Samuel P. Richey**
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: (312) 807-4237
samuel.richey@klgates.com

---

**From:** Richey, Samuel P. <Samuel.Richey@klgates.com>
**Sent:** Tuesday, October 31, 2023 10:00 AM
**To:** Turton, Michael (EXTERNAL) <MTurton@kilpatricktownsend.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Subject:** RE: Case 2:23-cv-01049 - Motion for Leave

Thanks Michael, I will send over an invite for 11ET on Wednesday shortly.  We will follow up with answers to your questions below.

Cheers,
Pat

--

**K&L GATES**

**Samuel P. Richey**
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: (312) 807-4237
samuel.richey@klgates.com

**From:** Turton, Michael <MTurton@kilpatricktownsend.com>
**Sent:** Monday, October 30, 2023 7:08 PM
**To:** Richey, Samuel P. <Samuel.Richey@klgates.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>
**Subject:** RE: Case 2:23-cv-01049 - Motion for Leave

Pat,

We are available at 11am ET on Wednesday for a meet and confer on this.  It would be helpful for us to understand the answers to the following questions prior to such meet and confer.

- What impact do you see the addition of these two patents having on the current case schedule?
    - Will you be producing immediate infringement contentions for both patents?
    - Given that our case is consolidated with Comcast, do you anticipate attempting to add both patents in Comcast's case and if so, have you conducted a meet and confer with Comcast on these issues?
- What claims from each patent do you intend to assert?

4

- Given that the '438 patent issued in 2018 and was clearly known to Entropic, why are you seeking to add it now almost nine months after the case was filed?
- Are there other issued patents that you are considering adding or planning to add to this case?
- Are there other pending patent applications that you are considering adding to this case if and when such patent applications issue?

Thanks,
Michael

**Michael Turton**
**Kilpatrick Townsend & Stockton LLP**
Suite 2800 | 1100 Peachtree Street NE | Atlanta, GA  30309-4528
office 404 815 6061 | cell 404 735 0431 | fax 404 541 3250
mturton@kilpatricktownsend.com | My Profile | vCard

**From:** Richey, Samuel P. <Samuel.Richey@klgates.com>
**Sent:** Sunday, October 29, 2023 11:01 AM
**To:** Turton, Michael <MTurton@kilpatricktownsend.com>; Cox1377192 <Cox1377192@kilpatricktownsend.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>
**Subject:** Case 2:23-cv-01049 - Motion for Leave

Michael,

Entropic intends to seek leave in the 1049 case to add U.S. Patent Nos. 9,866,438 and 11,785,275.  The 438 patent is a family member of the 682 patent. The 275 patent issued on October 10 and is a family member of the 866 and 206 patents.  We would like to like to set up a meet and confer to discuss if the parties can reach agreement.  We are generally available Monday 10/30, Tuesday 10/31, and Wednesday 11/1 before noon Central time.

Cheers,
Pat

--

K&L GATES

**Samuel P. Richey**
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: (312) 807-4237
samuel.richey@klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Samuel.Richey@klgates.com.

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

---

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Samuel.Richey@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Samuel.Richey@klgates.com.