# EXHIBIT L

# EXHIBIT 8

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

**U.S. Patent No. 9,210,362 (the "'362 Patent") Exemplary Infringement Chart**

Cox operates and maintains a nationwide television and data network through which it sells, leases, and offers for sale products and services, including the Technicolor CGM4981, Technicolor CGM4331, Technicolor CGM4141, Technicolor CVA4004, ARRIS / Surfboard TM3402, ARRIS / Surfboard G36, ARRIS / Surfboard G54, ARRIS / Surfboard S33, ARRIS / Surfboard CM8200, ARRIS / Surfboard G34, ARRIS / Surfboard SB8200, ARRIS / Surfboard DG2460, ARRIS TM9202, Hitron CODA56, Hitron CODA, Humax HGD310, Motorola B12, Motorola MB8611, Motorola MG8725, Motorola MB8600, Motorola MG8702, Netgear CM2000, Netgear C7800, Netgear CAX30, Netgear CAX80, Netgear CBR750, Netgear CM1000, Netgear CM1000v2, Netgear CM1100, Netgear CM1200, Netgear CM2500, Netgear CM3000, Ubiquiti UCI, ARRIS / Surfboard TG2472, ARRIS / Surfboard SBG7400AC2, ARRIS / Surfboard SBG7600AC2, Motorola MB7621, Motorola MG7700, Netgear C6900, Netgear C7000v2, Netgear C7500, Netgear CBR40, Netgear CM600, Netgear CM700, TP-LINK TC-7650, ARRIS / Surfboard SB6183, ARRIS / Surfboard SBG6900, Asus CM16, Motorola MB7420, Motorola MG7540, Motorola MG7550, Netgear C6230, Netgear C6250, Netgear C6300, Netgear C6300v2, Netgear CM500, TP-LINK TC-7620, TP-LINK CR500, TP-LINK CR700, TP-LINK CR1900, SMC D3CM1604, Zoom 5370, and products that operate in a similar manner ("Accused Cable Modem Products"), as well as the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner ("Accused Set Top Products"). Cox provides cable television and internet services ("Accused Services") via the lease, sale, and/or distribution of the Accused Cable Modem Products and/or the Accused Set Top Products. Cox literally and/or under the doctrine of equivalents infringes the claims of the '362 Patent by making, using, selling, offering for sale, and/or importing the Accused Services, Accused Cable Modem Products, and/or the Accused Set Top Products.

As shown below in the chart with exemplary support, the Accused Services infringe at least claims 11 and 12 of U.S. Patent No. 9,210,362 ("'362 Patent"). The '362 Patent was filed February 5, 2015, issued December 8, 2015, and is entitled "Wideband Tuner Architecture." The '362 Patent claims priority to U.S. Patent Application Serial No. 13/962,871 filed on August 8, 2013; U.S. Patent Application Serial No. 12/762,900 filed on April 19, 2010; and U.S. Provisional Patent Application No. 61/170,526 filed April 17, 2009.

The Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products. The Accused Set Top Products infringe the claims of the '362 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).

Case 2:23-cv-01049-JWH-KES   Document 114-13   Filed 11/13/23   Page 4 of 12   Page ID
#:1924

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| **11pre** | A method comprising: | The Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each sub-scriber location, including, for example, the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner.<br><br>By way of example, the Arris AX013ANM is charted herein. As described below, the Arris AX013ANM has a Broadcom BCM33843 SoC. On informed belief, the Arris AX013ANM is representative of all Accused Set Top Products, including those having BCM3383, BCM3384, BCM33843, or BCM3390 SoCs. |
| **11a** | in a wideband receiver system: | The Accused Set Top Products are a wideband receiver system as described below.<br><br>Specifically, the Arris AX013ANM, depicted in the following annotated photograph, constitutes a wideband receiver system as claimed.<br><br>[Annotated photograph of circuit board with "BCM33843 SoC" labeled] |

Case 2:23-cv-01049-JWH-KES Document 114-13 Filed 11/13/23 Page 5 of 12 Page ID #:1925

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | The Arris AX013ANM performs one exemplary implementation of the claimed method. The Arris AX013ANM digitally tunes and outputs television content using its applicable circuity and/or software modules, for example applicable circuitry and/or software modules located in the Broadcom BCM33843 Full-Band Capture SoC, highlighted in red above. The Arris AX013ANM has full band capture digital tuning technology and remote diagnostics that directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere.<br><br>"The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2013] the BCM3384 and BCM33843"<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002017)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018) |
| 11b | downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels; | The Accused Set Top Products downconvert, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels as described below.<br><br>Specifically, the Arris AX013ANM includes has applicable circuitry and/or software modules constituting a mixer module. For example, the applicable circuitry and/or software modules of |

Case 2:23-cv-01049-JWH-KES   Document 114-13   Filed 11/13/23   Page 6 of 12   Page ID
#:1926
*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | the Arris AX013ANM utilize advanced signal processing techniques, including a mixer, which can be used to downconvert a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels. For example, the Arris AX013ANM receives an analog signal that includes a plurality of television channels and creates a digital representation of the entire 1GHz downstream spectrum of the analog signal. The composite broadband signal contains a plurality of digital QAM channels, some of which are desired channels and some of which are undesired channels. The Arris AX013ANM tunes the resulting series of binary values within the composite digital broadband signal, and shifts (i.e., downconverts) the frequency of the QAM channel desired to baseband. For example, as described below, applicable circuitry and/or software modules of the Broadcom BCM33843 Full-Band Capture SoC includes a mixer module (highlighted below in red) and a filter (highlighted below in green) used to frequency shift (i.e., downconvert) the digitized QAM channels in the composite broadband signal from a higher frequency to a lower frequency (i.e., a baseband frequency).<br><br>**Full-Band Capture Digital Tuner Architecture**<br><br>[Diagram showing Analog Domain (LNA, Broadcom Full-Band Capture) and Digital Domain (mixer circled in red, filter highlighted in green, All Digital Tuner) feeding into Demods xN]<br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated) |

Case 2:23-cv-01049-JWH-KES   Document 114-13   Filed 11/13/23   Page 7 of 12   Page ID
#:1927
*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
|  |  | "The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2013] the BCM3384 and BCM33843" (ENTROPIC_COX_002016 at ENTROPIC_COX_002017)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 11c | digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels; | The Accused Set Top Products digitize, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels as described below.<br><br>Specifically, the Arris AX013ANM includes has applicable circuitry and/or software modules constituting a wideband ADC. For example, the applicable circuitry and/or software modules of the Arris AX013ANM digitizes the entire 1GHz downstream spectrum of a Cox cable plant. For example, the Arris AX013ANM receives an analog signal that includes a plurality of television channels and creates a digital representation of the entire 1GHz downstream spectrum of |

Case 2:23-cv-01049-JWH-KES Document 114-13 Filed 11/13/23 Page 8 of 12 Page ID #:1928

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | the analog signal using a wideband ADC (highlighted in orange below). The entire downstream spectrum includes all channels received from the cable plant, including the plurality of desired television channels and the plurality of undesired television channels. <br><br> **Full-Band Capture Digital Tuner Architecture** <br><br> [Diagram showing Analog Domain with LNA and Broadcom Full-Band Capture block, and Digital Domain with mixer, filter, and Demods xN, labeled "All Digital Tuner"] <br><br> (ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated) <br><br> "The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2013] the BCM3384 and BCM33843" <br> (ENTROPIC_COX_002016 at ENTROPIC_COX_002017) <br><br> "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." |

Case 2:23-cv-01049-JWH-KES Document 114-13 Filed 11/13/23 Page 9 of 12 Page ID #:1929

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| **11d** | selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and | The Accused Set Top Products select, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies as described below.<br><br>Specifically, the Arris AX013ANM includes has applicable circuitry and/or software modules for selecting a plurality of desired television channels. For example, the applicable circuitry and/or software modules of the Arris AX013ANM utilize advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including to select the plurality of desired television channels from the digitized plurality of frequencies.<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018) |

Case 2:23-cv-01049-JWH-KES   Document 114-13   Filed 11/13/23   Page 10 of 12   Page ID
#:1930

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 11e | outputting, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream. | The Accused Set Top Products output, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream as described below.<br><br>Specifically, the Arris AX013ANM, using its applicable circuity and/or software modules, outputs said selected plurality of television channels to a demodulator as a digital datastream. For example, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM33843 Full-Band Capture SoC, outputs the digital datastream from the filter (highlighted below in green) to the demodulators (highlighted below in purple). The Arris AX013ANM outputs, from the digital representation of the entire 1GHz downstream spectrum, the selected plurality of television channels from its tuners.<br><br>**Full-Band Capture Digital Tuner Architecture**<br><br>[Diagram showing Analog Domain (LNA, Broadcom Full-Band Capture) and Digital Domain (All Digital Tuner with mixer and filter highlighted, Demods xN) ]<br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated) |

Case 2:23-cv-01049-JWH-KES Document 114-13 Filed 11/13/23 Page 11 of 12 Page ID #:1931
*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) <br><br> "Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) <br><br> Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 12 | 12. The method of claim 11, comprising outputting, by said digital circuitry of said wideband receiver system, said digital datastream via a serial interface. | The Accused Set Top Products outputting said digital datastream via a serial interface as described below. <br><br> More specifically, the Arris AX013ANM, using its applicable circuity and/or software modules, outputs the digital datastream from a filter to one or more demodulators. On informed belief, the digital datastream is output via a serial interface. For example and on informed belief, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM33843 Full-Band Capture SoC, outputs the digital datastream from the filter (highlighted below in green) to the demodulators (highlighted below in purple) via a serial interface. |

Case 2:23-cv-01049-JWH-KES   Document 114-13   Filed 11/13/23   Page 12 of 12   Page ID
#:1932

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | **Full-Band Capture Digital Tuner Architecture** [diagram: Analog Domain with LNA and Full-Band Capture; Digital Domain with All Digital Tuner feeding Demods xN]<br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |