# EXHIBIT N

# EXHIBIT 10

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

**U.S. Patent No. 9,825,826 (the "'826 Patent") Exemplary Infringement Chart**

Cox operates and maintains a nationwide television and data network through which it sells, leases, and offers for sale products and services, including the Technicolor CGM4981, Technicolor CGM4331, Technicolor CGM4141, Technicolor CVA4004, ARRIS / Surfboard TM3402, ARRIS / Surfboard G36, ARRIS / Surfboard G54, ARRIS / Surfboard S33, ARRIS / Surfboard CM8200, ARRIS / Surfboard G34, ARRIS / Surfboard SB8200, ARRIS / Surfboard DG2460, ARRIS TM9202, Hitron CODA56, Hitron CODA, Humax HGD310, Motorola B12, Motorola MB8611, Motorola MG8725, Motorola MB8600, Motorola MG8702, Netgear CM2000, Netgear C7800, Netgear CAX30, Netgear CAX80, Netgear CBR750, Netgear CM1000, Netgear CM1000v2, Netgear CM1100, Netgear CM1200, Netgear CM2500, Netgear CM3000, Ubiquiti UCI, ARRIS / Surfboard TG2472, ARRIS / Surfboard SBG7400AC2, ARRIS / Surfboard SBG7600AC2, Motorola MB7621, Motorola MG7700, Netgear C6900, Netgear C7000v2, Netgear C7500, Netgear CBR40, Netgear CM600, Netgear CM700, TP-LINK TC-7650, ARRIS / Surfboard SB6183, ARRIS / Surfboard SBG6900, Asus CM16, Motorola MB7420, Motorola MG7540, Motorola MG7550, Netgear C6230, Netgear C6250, Netgear C6300, Netgear C6300v2, Netgear CM500, TP-LINK TC-7620, TP-LINK CR500, TP-LINK CR700, TP-LINK CR1900, SMC D3CM1604, Zoom 5370, and products that operate in a similar manner ("Accused Cable Modem Products"), as well as the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner ("Accused Set Top Products"). Cox provides cable television and internet services ("Accused Services") via the lease, sale, and/or distribution of the Accused Cable Modem Products and/or the Accused Set Top Products. Cox literally and/or under the doctrine of equivalents infringes the claims of the '826 Patent by making, using, selling, offering for sale, and/or importing the Accused Services, Accused Cable Modem Products, and/or the Accused Set Top Products.

As shown below in the chart with exemplary support, the Accused Services infringe at least claims 1 - 4, 6, 8, and 9 of U.S. Patent No. 9,825,826 ("'826 Patent"). The '826 Patent was filed November 23, 2015, issued November 21, 2017, and is entitled "Method and Apparatus for Spectrum Monitoring." The '826 Patent claims priority to U.S. Patent Application Serial No. 14/341,880 filed on Jul. 28, 2014; U.S. Patent Application Serial No. 13/607,916 filed on Sep. 10, 2012; and U.S. Provisional Patent Application No. 61/532,098 filed on Sep. 8, 2011. The '826 Patent is entitled to a priority date of at least as early as February 25, 2011.

The Accused Set Top Products and the Accused Cable Modem Products infringe the claims of the '826 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 4 of 19 Page ID #:1951

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| **1pre** | A method comprising: | The Accused Services are provided by the claimed system by utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each subscriber location, including, for example, the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner, and/or the Accused Cable Modem Products including, for example, the Technicolor CGM4981, Technicolor CGM4331, Technicolor CGM4141, Technicolor CVA4004, ARRIS / Surfboard TM3402, ARRIS / Surfboard G36, ARRIS / Surfboard G54, ARRIS / Surfboard S33, ARRIS / Surfboard CM8200, ARRIS / Surfboard G34, ARRIS / Surfboard SB8200, ARRIS / Surfboard DG2460, ARRIS TM9202, Hitron CODA56, Hitron CODA, Humax HGD310, Motorola B12, Motorola MB8611, Motorola MG8725, Motorola MB8600, Motorola MG8702, Netgear CM2000, Netgear C7800, Netgear CAX30, Netgear CAX80, Netgear CBR750, Netgear CM1000, Netgear CM1000v2, Netgear CM1100, Netgear CM1200, Netgear CM2500, Netgear CM3000, Ubiquiti UCI, ARRIS / Surfboard TG2472, ARRIS / Surfboard SBG7400AC2, ARRIS / Surfboard SBG7600AC2, Motorola MB7621, Motorola MG7700, Netgear C6900, Netgear C7000v2, Netgear C7500, Netgear CBR40, Netgear CM600, Netgear CM700, TP-LINK TC-7650, ARRIS / Surfboard SB6183, ARRIS / Surfboard SBG6900, Asus CM16, Motorola MB7420, Motorola MG7540, Motorola MG7550, Netgear C6230, Netgear C6250, Netgear C6300, Netgear C6300v2, Netgear CM500, TP-LINK TC-7620, TP-LINK CR500, TP-LINK CR700, TP-LINK CR1900, SMC D3CM1604, Zoom 5370, and products that operate in a similar manner, located at each subscriber location.<br><br>By way of example, the Technicolor CGM4141 cable modem is charted herein. As described below, the Technicolor CGM4141 has a Broadcom BCM3390 SoC. On informed belief, all devices deployed by or enabled by Cox that contain the BCM3383, BCM3384, and BCM33843 series chips operate substantially the same as the BCM3390 series chips for purposes of the '826 Patent. As there are no functional differences between the BCM33843 SoC and BCM3390 SoC that impacts infringement of the '826 Patent, documents describing the operation of the BCM33843 SoC equally describe the operation of the BCM3390 SoC. |

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 5 of 19 Page ID #:1952

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
|  |  | Therefore, the Technicolor CGM4141 is representative of all Accused Set Top Products and Accused Cable Modem Products, including those having BCM3383, BCM3384, BCM33843, or BCM3390 SoCs. <br><br> Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 1a | performing by one or more circuits of a receiver coupled to a television and data service provider headend via a hybrid fiber coaxial (HFC) network: | The Accused Set Top Products and the Accused Cable Modem Products include one or more circuits of a receiver coupled to a television and data service provider headend via a hybrid fiber coaxial (HFC) network, that perform the claimed steps as described below.<br>Specifically, the Technicolor CGM4141 has applicable circuitry and/or software modules constituting an analog to digital converter. For example, the Technicolor CGM4141 has a Broadcom BCM3390 SoC, highlighted in red below. The Technicolor CGM4141 has at least one RF connector, highlighted in blue, that couples to a television and data service provider headend via HFC network owned and/or operated by Cox. |

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 6 of 19 Page ID #:1953
*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| | | [Image: circuit board with BCM3390 SoC highlighted in red and RF Input highlighted in blue] |
| | | Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 1b | receiving, via said HFC network, a signal that carries a plurality of channels, wherein said channels comprise one or both of | The Accused Set Top Products and the Accused Cable Modem Products receive, via said HFC network, a signal that carries a plurality of channels, wherein said channels comprise one or both of television channels and data channels as described below. |

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 7 of 19 Page ID
#:1954

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
|  | television channels and data channels; | The Technicolor CGM4141 receives the entire ~1GHz downstream spectrum of the Cox cable plant. The 1 GHz cable spectrum includes a plurality of data channels and a plurality of television channels. On informed belief, the plurality of channels includes television channels and data channels.<br><br>"The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2031] the BCM3384 and BCM33843"<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002017)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 1c | digitizing said received signal to generate a digitized signal; | The Accused Set Top Products and the Accused Cable Modem Products digitize said received signal to generate a digitized signal as described below.<br><br>The Technicolor CGM4141 includes applicable circuitry and/or software modules providing an analog to digital converter, for example a Broadcom BCM3390 SoC. The Technicolor CGM4141 receives the entire ~1GHz downstream spectrum of a Cox cable plant. The Technicolor CGM4141, using its applicable circuitry and/or software modules, digitizes the received signal to generate a digitized signal. |

Case 2:23-cv-01049-JWH-KES   Document 114-15   Filed 11/13/23   Page 8 of 19   Page ID
#:1955
*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| | | "The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2031] the BCM3384 and BCM33843" (ENTROPIC_COX_002016 at ENTROPIC_COX_002017)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 1d | selecting a first portion of said digitized signal; | The Accused Set Top Products and the Accused Cable Modem Products select a first portion of said digitized signal as described below.<br><br>Specifically, the Technicolor CGM4141 has applicable circuitry and/or software modules providing advanced signal processing techniques that can be used to digitally select multiple channels simultaneously, including selecting a first portion of said digitized signal. For example, the Technicolor CGM4141 selects the first portion of the digitized signal and provides the first portion to circuitry operable to analyze the characteristics of the signal. For example, applicable circuitry and/or software modules of the BCM3390 SoC provides a spectrum analyzer function that provides spectrum analysis for an entire digitized signal. The Technicolor CGM4141 can be configured to determine |

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 9 of 19 Page ID #:1956

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
|  |  | characteristics of the digitized signal. The selected first portion of the signal can be used for remote performance monitoring and diagnostics using a remote system operated by Cox. See elements 1g-h.<br><br>"The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2031] the BCM3384 and BCM33843"<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002017)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 1e | selecting a second portion of said digitized signal; | The Accused Set Top Products and the Accused Cable Modem Products select a second portion of said digitized signal as described below.<br><br>Specifically, the Technicolor CGM4141 has applicable circuitry and/or software modules providing advanced signal processing techniques that can be used to digitally select multiple channels simultaneously, including selecting a second portion of said digitized signal. For example, the Technicolor CGM4141, using at least in part applicable circuitry and/or software modules located in the BCM3390 SoC, is operable to process the selected second portion of the digitized signal to recover |

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 10 of 19 Page ID #:1957

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| | | information carried in the plurality of channels. For example, the Technicolor CGM4141 selects the second portion of the digitized signal and provides the second portion to applicable circuitry and/or software modules operable to recover content. See element 1f. <br><br> "The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2031] the BCM3384 and BCM33843" <br> (ENTROPIC_COX_002016 at ENTROPIC_COX_002017) <br><br> "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." <br> (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) <br><br> Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 1f | processing said selected second portion of said digitized signal to recover information carried in said plurality of channels; | The Accused Set Top Products and the Accused Cable Modem Products process said selected second portion of said digitized signal to recover information carried in said plurality of channels as described below. <br><br> Specifically, the Technicolor CGM4141 includes applicable circuitry and/or software modules operable to process said selected second portion of said digitized signal to recover information carried in said plurality of channels. For example, the Technicolor CGM4141 can process one or more |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| | | channel(s) to recover data carried on those channel(s), such as the second selected portion of the digitized signal. "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 1g | analyzing said selected first portion of said digitized signal to measure a characteristic of said received signal; and | The Accused Set Top Products and the Accused Cable Modem Products analyze said selected first portion of said digitized signal to measure a characteristic of said received signal as described below. The Technicolor CGM4141 includes applicable circuitry and/or software modules operable as a signal analyzer. This includes diagnostic features such as spectrum analysis for the entire input band. On informed belief, the Technicolor CGM4141 can analyze the digitized signal as a single band or in segments. When the digitized signal is analyzed in segments, applicable circuitry and/or software modules of the Technicolor CGM4141 analyze a sequence of segments of the entire digitized signal and the individual analysis segments are combined to monitor the entire digitized signal. On informed belief, the Technicolor CGM4141 determines characteristics of the digitized signal, such as signal strength and/or signal power vs. frequency. "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access |

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 12 of 19 Page ID #:1959

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| | | to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 1h | controlling the transmission of network management messages back to said headend based on said measured characteristic of said received signal, wherein said measured characteristic is different than said network management messages. | The Accused Set Top Products and the Accused Cable Modem Products control the transmission of network management messages back to said headend based on said measured characteristic of said received signal, wherein said measured characteristic is different than said network management messages as described below.<br><br>Specifically, the Technicolor CGM4141, using its applicable circuity and/or software modules, is operable to control the transmission of network management messages based on the measured characteristics. The Technicolor CGM4141 sends the network management messages to servers and/or systems provided by and/or operated by Cox. On informed belief, the Technicolor CGM4141 provides information to a PNM system operated by Cox. This allows the received signals to be analyzed at a customer's premises (e.g., where the Technicolor CGM4141 is located) and the received signals can be remotely analyzed without driving to the customer's premises or accessing the in-home wiring. "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Wideband spectrum analysis has been demonstrated widely in the field as a very useful PNM tool which provides for a spectrum analyzer capability in CMs at as many locations as possible in the plant. |

Case 2:23-cv-01049-JWH-KES   Document 114-15   Filed 11/13/23   Page 13 of 19   Page ID
#:1960

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| | | Full-band capture in silicon permits the display to encompass the entire downstream spectrum. Figure 4 shows a spectrum of the received downstream signal at a CM. In this case, we observe fluctuations across the band in carrier amplitude, including a group of bonded carriers around 630 MHz with higher power than their neighbors. We see vacancies in the spectrum, and locations where unmodulated analog video carriers are used as pilots. The overall slope of the spectrum is generally flat; no major up-slope or downslope is seen and no appreciable ripple. We see a notch around 720 MHz indicating a power "suckout" that would cause a service outage on those channels. These determinations may be automated by software algorithms to analyze the spectral information. Clearly this plant requires maintenance, even if no call has yet been received from a customer." (ENTROPIC_COX_002919 at ENTROPIC_COX_002925)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 2 | 2. The method of claim 1, wherein said network management messages indicate whether a parameter is outside of acceptable bounds. | The network management messages indicate whether a parameter is outside of acceptable bounds as described below.<br><br>The Technicolor CGM4141, using its applicable circuitry and/or software modules, performs diagnostics and spectrum analysis of the received signal. The diagnostics and spectrum analysis includes measuring characteristics indicating whether a parameter is outside of acceptable bounds. The network management message generated based on this measured characteristic therefore indicates whether a parameter is outside of acceptable bounds.<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access |

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 14 of 19 Page ID #:1961

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| | | to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Wideband spectrum analysis has been demonstrated widely in the field as a very useful PNM tool which provides for a spectrum analyzer capability in CMs at as many locations as possible in the plant. Full-band capture in silicon permits the display to encompass the entire downstream spectrum. Figure 4 shows a spectrum of the received downstream signal at a CM. In this case, we observe fluctuations across the band in carrier amplitude, including a group of bonded carriers around 630 MHz with higher power than their neighbors. We see vacancies in the spectrum, and locations where unmodulated analog video carriers are used as pilots. The overall slope of the spectrum is generally flat; no major up-slope or downslope is seen and no appreciable ripple. We see a notch around 720 MHz indicating a power "suckout" that would cause a service outage on those channels. These determinations may be automated by software algorithms to analyze the spectral information. Clearly this plant requires maintenance, even if no call has yet been received from a customer." (ENTROPIC_COX_002919 at ENTROPIC_COX_002925)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 3 | 3. The method of claim 2, wherein said parameter is a modulation parameter of said received signal. | Said parameter is a modulation parameter of said received signal as described below.<br><br>The Technicolor CGM4141, using its applicable circuitry and/or software modules, performs diagnostics and spectrum analysis of the received signal. The diagnostics and spectrum analysis includes measuring characteristics indicating whether a parameter is outside of acceptable bounds. The network management message generated based on this measured characteristic therefore indicates |

Case 2:23-cv-01049-JWH-KES   Document 114-15   Filed 11/13/23   Page 15 of 19   Page ID
#:1962

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
|  |  | whether a parameter is outside of acceptable bounds. On informed belief, this includes a modulation parameter of the received signal.<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Wideband spectrum analysis has been demonstrated widely in the field as a very useful PNM tool which provides for a spectrum analyzer capability in CMs at as many locations as possible in the plant. Full-band capture in silicon permits the display to encompass the entire downstream spectrum. Figure 4 shows a spectrum of the received downstream signal at a CM. In this case, we observe fluctuations across the band in carrier amplitude, including a group of bonded carriers around 630 MHz with higher power than their neighbors. We see vacancies in the spectrum, and locations where unmodulated analog video carriers are used as pilots. The overall slope of the spectrum is generally flat; no major up-slope or downslope is seen and no appreciable ripple. We see a notch around 720 MHz indicating a power "suckout" that would cause a service outage on those channels. These determinations may be automated by software algorithms to analyze the spectral information. Clearly this plant requires maintenance, even if no call has yet been received from a customer." (ENTROPIC_COX_002919 at ENTROPIC_COX_002925)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
|  |  |  |

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 16 of 19 Page ID #:1963

Entropic Communications, LLC v. Cox Communications, Inc., et al.
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| 4 | 4. The method of claim 2, wherein said parameter is a transmit power of said received signal. | Said parameter is a transmit power of said received signal as described below.<br><br>The Technicolor CGM4141, using its applicable circuitry and/or software modules, performs diagnostics and spectrum analysis of the received signal. The diagnostics and spectrum analysis includes measuring characteristics indicating whether a parameter is outside of acceptable bounds. The network management message generated based on this measured characteristic therefore indicates whether a parameter is outside of acceptable bounds. On informed belief, this includes a transmit power of the received signal.<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Wideband spectrum analysis has been demonstrated widely in the field as a very useful PNM tool which provides for a spectrum analyzer capability in CMs at as many locations as possible in the plant. Full-band capture in silicon permits the display to encompass the entire downstream spectrum. Figure 4 shows a spectrum of the received downstream signal at a CM. In this case, we observe fluctuations across the band in carrier amplitude, including a group of bonded carriers around 630 MHz with higher power than their neighbors. We see vacancies in the spectrum, and locations where unmodulated analog video carriers are used as pilots. The overall slope of the spectrum is generally flat; no major up-slope or downslope is seen and no appreciable ripple. We see a notch around 720 MHz indicating a power "suckout" that would cause a service outage on those channels. These determinations may be automated by software algorithms to analyze the spectral information. Clearly this plant requires maintenance, even if no call has yet been received from a customer." (ENTROPIC_COX_002919 at ENTROPIC_COX_002925) |

Case 2:23-cv-01049-JWH-KES   Document 114-15   Filed 11/13/23   Page 17 of 19   Page ID
#:1964

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
|  |  | Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
|  |  |  |
| 6 | 6. The method of claim 1, wherein said characteristic is signal power vs. frequency. | Said characteristic is signal power vs. frequency as described below.<br><br>The Technicolor CGM4141, using its applicable circuitry and/or software modules, performs diagnostics and spectrum analysis of the received signal. On informed belief, the diagnostics and spectrum analysis includes measuring characteristics including signal power vs. frequency.<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Wideband spectrum analysis has been demonstrated widely in the field as a very useful PNM tool which provides for a spectrum analyzer capability in CMs at as many locations as possible in the plant. Full-band capture in silicon permits the display to encompass the entire downstream spectrum. Figure 4 shows a spectrum of the received downstream signal at a CM. In this case, we observe fluctuations across the band in carrier amplitude, including a group of bonded carriers around 630 MHz with higher power than their neighbors. We see vacancies in the spectrum, and locations where unmodulated analog video carriers are used as pilots. The overall slope of the spectrum is generally flat; no major up-slope or downslope is seen and no appreciable ripple. We see a notch around 720 MHz indicating a power "suckout" that would cause a service outage on those channels. These determinations may be automated by software algorithms to analyze the spectral information. Clearly this plant requires maintenance, even if no call has yet been received from a customer." |

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 18 of 19 Page ID
#:1965

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| | | (ENTROPIC_COX_002919 at ENTROPIC_COX_002925) |
| | | Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 8 | 8. The method of claim 1, wherein said characteristic is one of: signal-to-noise ratio, peak-to-average ratio, noise levels, bit error rate, and symbol error rate. | Said characteristic is one of: signal-to-noise ratio, peak-to-average ratio, noise levels, bit error rate, and symbol error rate as described below.

The Technicolor CGM4141, using its applicable circuitry and/or software modules, performs diagnostics and spectrum analysis of the received signal. On informed belief, the diagnostics and spectrum analysis includes measuring characteristics including signal-to-noise ratio, peak-to-average ratio, noise levels, bit error rate, and/or symbol error rate.

"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)

"Wideband spectrum analysis has been demonstrated widely in the field as a very useful PNM tool which provides for a spectrum analyzer capability in CMs at as many locations as possible in the plant. Full-band capture in silicon permits the display to encompass the entire downstream spectrum. Figure 4 shows a spectrum of the received downstream signal at a CM. In this case, we observe fluctuations across the band in carrier amplitude, including a group of bonded carriers around 630 MHz with higher power than their neighbors. We see vacancies in the spectrum, and locations where unmodulated analog video carriers are used as pilots. The overall slope of the spectrum is generally flat; no major |

Case 2:23-cv-01049-JWH-KES Document 114-15 Filed 11/13/23 Page 19 of 19 Page ID #:1966

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,825,826 | Accused Products and Services |
|---|---|---|
| | | up-slope or downslope is seen and no appreciable ripple. We see a notch around 720 MHz indicating a power "suckout" that would cause a service outage on those channels. These determinations may be automated by software algorithms to analyze the spectral information. Clearly this plant requires maintenance, even if no call has yet been received from a customer." (ENTROPIC_COX_002919 at ENTROPIC_COX_002925)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 9 | 9. The method of claim 1, configuring, by said one or more circuits, a bandwidth and/or center frequency of said selected first portion of said digitized signal. | See 1g. |