# EXHIBIT T

# EXHIBIT 16

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

## U.S. Patent No. 11,399,206 (the "'206 Patent") Exemplary Infringement Chart

Cox operates and maintains a nationwide television and data network through which it sells, leases, and offers for sale products and services, including the Technicolor CGM4981, Technicolor CGM4331, Technicolor CGM4141, Technicolor CVA4004, ARRIS / Surfboard TM3402, ARRIS / Surfboard G36, ARRIS / Surfboard G54, ARRIS / Surfboard S33, ARRIS / Surfboard CM8200, ARRIS / Surfboard G34, ARRIS / Surfboard SB8200, ARRIS / Surfboard DG2460, ARRIS TM9202, Hitron CODA56, Hitron CODA, Humax HGD310, Motorola B12, Motorola MB8611, Motorola MG8725, Motorola MB8600, Motorola MG8702, Netgear CM2000, Netgear C7800, Netgear CAX30, Netgear CAX80, Netgear CBR750, Netgear CM1000, Netgear CM1000v2, Netgear CM1100, Netgear CM1200, Netgear CM2500, Netgear CM3000, Ubiquiti UCI, ARRIS / Surfboard TG2472, ARRIS / Surfboard SBG7400AC2, ARRIS / Surfboard SBG7600AC2, Motorola MB7621, Motorola MG7700, Netgear C6900, Netgear C7000v2, Netgear C7500, Netgear CBR40, Netgear CM600, Netgear CM700, TP-LINK TC-7650, ARRIS / Surfboard SB6183, ARRIS / Surfboard SBG6900, Asus CM16, Motorola MB7420, Motorola MG7540, Motorola MG7550, Netgear C6230, Netgear C6250, Netgear C6300, Netgear C6300v2, Netgear CM500, TP-LINK TC-7620, TP-LINK CR500, TP-LINK CR700, TP-LINK CR1900, SMC D3CM1604, Zoom 5370, and products that operate in a similar manner ("Accused Cable Modem Products"), as well as the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner ("Accused Set Top Products"). Cox provides cable television and internet services ("Accused Services") via the lease, sale, and/or distribution of the Accused Cable Modem Products and/or the Accused Set Top Products. Cox literally and/or under the doctrine of equivalents infringes the claims of the '206 Patent by making, using, selling, offering for sale, and/or importing the Accused Services, Accused Cable Modem Products, and/or the Accused Set Top Products.

As shown below in the chart with exemplary support, the Accused Services infringe at least claims 13, 14, 19, 21, 23, 25, 26, 31, 34, 35, 38, 39, 44, 47, and 48 of U.S. Patent No. 11,399,206 ("'206 Patent"). The '206 Patent was filed January 28, 2022, issued July 26, 2022, and is entitled "Method for Receiving a Television Signal." The '206 Patent claims priority to U.S. Patent Application Serial No. 17/217,244, filed on Mar. 30, 2021; U.S. Patent Application Serial No. 16/430,506, filed on Jun. 4, 2019; U.S. Patent Application Serial No. 15/792,318, filed Oct. 24, 2017; U.S. Patent Application Serial No. 14/948,881, filed Nov. 23, 2015, U.S. Patent Application Serial No. 14/617,973, filed on Feb. 10, 2015; U.S. Patent Application Serial No. 13/962,871, filed on August 8, 2013; U.S. Patent Application Serial No. 12/762,900, filed on April 19, 2010; and U.S. Provisional Patent Application No. 61/170,526, filed April 17, 2009.

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

The Accused Services perform the claimed methods using, for example, the Accused Set Top Products and/or the Accused Cable Modem Products. The Accused Services infringe the claims of the '206 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| **13pre** | 13. A method comprising: | The Accused Services are provided by the claimed system by utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each subscriber location, including, for example, the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner, and/or the Accused Cable Modem Products including, for example, the Technicolor CGM4981, Technicolor CGM4331, Technicolor CGM4141, Technicolor CVA4004, ARRIS / Surfboard TM3402, ARRIS / Surfboard G36, ARRIS / Surfboard G54, ARRIS / Surfboard S33, ARRIS / Surfboard CM8200, ARRIS / Surfboard G34, ARRIS / Surfboard SB8200, ARRIS / Surfboard DG2460, ARRIS TM9202, Hitron CODA56, Hitron CODA, Humax HGD310, Motorola B12, Motorola MB8611, Motorola MG8725, Motorola MB8600, Motorola MG8702, Netgear CM2000, Netgear C7800, Netgear CAX30, Netgear CAX80, Netgear CBR750, Netgear CM1000, Netgear CM1000v2, Netgear CM1100, Netgear CM1200, Netgear CM2500, Netgear CM3000, Ubiquiti UCI, ARRIS / Surfboard TG2472, ARRIS / Surfboard SBG7400AC2, ARRIS / Surfboard SBG7600AC2, Motorola MB7621, Motorola MG7700, Netgear C6900, Netgear C7000v2, Netgear C7500, Netgear CBR40, Netgear CM600, Netgear CM700, TP-LINK TC-7650, ARRIS / Surfboard SB6183, ARRIS / Surfboard SBG6900, Asus CM16, Motorola MB7420, Motorola MG7540, Motorola MG7550, Netgear C6230, Netgear C6250, Netgear C6300, Netgear C6300v2, Netgear CM500, TP-LINK TC-7620, TP-LINK CR500, TP-LINK CR700, TP-LINK CR1900, SMC D3CM1604,  Zoom 5370, and products that operate in a similar manner, located at each subscriber location.<br><br>By way of example, the Technicolor CGM4141 cable modem is charted herein. As described below, the Technicolor CGM4141 has a Broadcom BCM3390 SoC. On informed belief, all devices deployed by or enabled by Cox that contain the BCM3383, BCM3384, and BCM33843 series chips operate substantially the same as the BCM3390 series chips for purposes of the '206 Patent. As there are no functional differences between the BCM33843 SoC and BCM3390 SoC |

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | that impacts infringement of the '206 Patent, documents describing the operation of the BCM33843 SoC equally describe the operation of the BCM3390 SoC.<br><br>Therefore, the Technicolor CGM4141 is representative of all Accused Set Top Products and Accused Cable Modem Products, including those having BCM3383, BCM3384, BCM33843, or BCM3390 SoCs.<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 13a | receiving an input signal from a cable network; | The Accused Set Top Products and the Accused Cable Modem Products receive an input signal from a cable network as described below.<br><br>Specifically, the Technicolor CGM4141 has applicable circuitry and/or software modules constituting wideband ADC, see 13b below. For example, the Technicolor CGM4141 has a Broadcom BCM3390 SoC, highlighted in red below. The Technicolor CGM4141 has at least one RF connector, highlighted in blue, operable to receive an input signal from a cable network. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | |  Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| 13b | digitizing all received channels in the input signal via a wideband analog-to-digital converter (ADC), wherein the received channels comprise a plurality of desired channels and a plurality of undesired channels; | The Accused Set Top Products and the Accused Cable Modem Products digitize said received signal to generate a digitized signal.<br><br>The Technicolor CGM4141 includes applicable circuitry and/or software modules providing a wideband ADC, for example a Broadcom BCM3390 SoC. The Technicolor CGM4141 receives the entire ~1GHz downstream spectrum of a Cox cable plant. The entire downstream spectrum includes received channels, including desired and undesired channels. The Technicolor CGM4141, using its applicable circuity and/or software modules, digitizes the received signal to generate a digitized signal.<br><br>"The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2031] the BCM3384 and BCM33843"<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002017)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| **13c** | digitally down converting each desired channel, of the plurality of desired channels, to generate a plurality of digital channel outputs; and | The Accused Set Top Products and the Accused Cable Modem Products digitally down convert each desired channel, of the plurality of desired channels, to generate a plurality of digital channel outputs as described below.<br><br>Specifically, the Technicolor CGM4141 includes has applicable circuitry and/or software modules constituting a mixer module operating on the digitized signal. For example, the applicable circuitry and/or software modules of the Technicolor CGM4141 utilize advanced signal processing techniques, including a mixer, which can be used to digitally downconvert the plurality of desired channels. For example, the Technicolor CGM4141 receives an analog signal that creates a digital representation of the entire 1GHz downstream spectrum of the input signal. The composite broadband signal contains a plurality of received channels, some of which are desired channels and some of which are undesired channels. The Technicolor CGM4141 tunes the resulting series of binary values within the composite digital broadband signal, and shifts (i.e., downconverts) the frequency of the channels desired to baseband, which constitutes the digital channel outputs. For example, as described below, applicable circuitry and/or software modules of the Broadcom BCM3390 SoC includes a mixer module (highlighted below in red) and a filter (highlighted below in green) used to frequency shift (i.e., downconvert) the digitized channels in the digitized input signal from a higher frequency to a lower frequency (i.e., a baseband frequency). |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | <br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 13d | providing the plurality of digital channel outputs via a serial interface. | The Accused Set Top Products and Accused Cable Modem Products provide the plurality of desired channels via a serial interface as described below.<br><br>More specifically, the Technicolor CGM4141, using its applicable circuity and/or software modules, outputs the desired channels from a filter to one or more demodulators. On informed |

Page **8** of 38

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | belief, the output is via a serial interface. For example and on informed belief, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM3390 SoC, outputs the digital datastream from the filter (highlighted below in green) to the demodulators (highlighted below in purple) via a serial interface.<br><br><br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 14 | 14. The method of claim 13, wherein the method comprises: communicating the input signal from a cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter. | The Accused Set Top Products and Accused Cable Modem Products communicate the input signal from a cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter as described below.<br><br>Specifically, the Technicolor CGM4141 has applicable circuitry and/or software modules constituting at least an analog amplifier. For example, the Technicolor CGM4141, via applicable |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | circuitry and/or software modules of its BCM3390 SoC, has at least an analog amplifier, high-lighted in yellow below.<br><br><br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 19 | 19. The method of claim 13, wherein the method comprises: de-modulating each digitally down converted, desired channel to gen-erate a plurality of demodulated channels. | The Accused Set Top Products and Accused Cable Modem Products demodulate each digitally down converted, desired channel to generate a plurality of demodulated channels as described below.<br><br>Specifically, the Technicolor CGM4141 has applicable circuitry and/or software modules constituting a plurality of demodulators. For example, the Arris Technicolor CGM4141, via applicable circuitry and/or software modules of its BCM3390 SoC, has a plurality of demodulators, highlighted in purple below. The demodulators are operable to demodulate the desired channels. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | <br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 21 | 21. The method of claim 13, wherein: the plurality of desired channels comprises at least one cable broadcast channel. | For the Accused Set Top Products, the plurality of desired channels comprises at least one cable broadcast channel as described below. |

Page **11** of **38**

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | Specifically, Cox provides cable television services, including viewing and recording of desired television content. The plurality of desired channels includes at least this desired television content, which constitutes at least one cable broadcast channel. <br><br> "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." <br> (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) <br><br> "Bandwidth flexibility: Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology." <br> (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) |

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | <br><br>(ENTROPIC_COX_001968 at ENTROPIC_COX_001968)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 23 | 23. The method of claim 13, wherein: the method is performed by a device comprising a digital video recorder (DVR). | The Accused Set Top Products are a device comprising a digital video recorder (DVR) that performs the method as described below.<br><br>*See* 25e. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | Arris XG1v3 High Definition DVR Receiver<br><br>Share or Print This Article<br><br>**Details**<br><br><br><br>**Receiver Capabilities**<br>✔ HD Capable<br>✔ Up to 6 simultaneous DVR recordings<br>✔ Up to 1000 hours of SD recording<br>✔ Up to 500 hours of HD recording<br>**Note:** Estimated storage will vary with a mix of HD and SD recordings.<br><br>(ENTROPIC_COX_001968 at ENTROPIC_COX_001968) |
| 25pre | 25. A method for receiving a television (TV) signal comprising: | The Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each subscriber location, including, for example, the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner, and products that operate in a similar manner.<br><br>By way of example, the Arris AX013ANM is charted herein. As described below, the Arris AX013ANM has a Broadcom BCM33843 SoC. On informed belief, the Arris AX013ANM is |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | representative of all Accused Set Top Products, including those having BCM3383, BCM3384, BCM33843, or BCM3390 SoCs. |
| **25a** | receiving an input signal from a cable network; | The Accused Set Top Products receive an input signal from a cable network as described below.<br><br>Specifically, the Arris AX013ANM has applicable circuitry and/or software modules constituting a wideband ADC. For example, the Arris AX013ANM has a Broadcom BCM33843 SoC, shown in red in the annotated photograph below. The Arris AX013ANM has at least one RF connector, shown in blue in the annotated photograph below, that couples to a cable network owned and/or operated by Cox. The Arris AX013ANM receives an input signal from the cable network. |

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | |  "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | "Bandwidth flexibility: Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology."<br><br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018) |
| 25b | digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels; | The Accused Set Top Products digitize a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels as described below.<br><br>Specifically, the Arris AX013ANM has applicable circuitry and/or software modules constituting a wideband ADC. For example, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM33843 SoC, provides a wideband ADC, highlighted in orange below. The Arris AX013ANM digitizes a contiguous band of frequencies in the input signal, where the contiguous band constitutes all received channels, which includes desired and undesired channels.<br><br><br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated) |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Bandwidth flexibility: Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 25c | concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels; and | The Accused Set Top Products concurrently select each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels as described below.<br><br>Specifically, the Arris AX013ANM has applicable circuitry and/or software modules configured to concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels. For example, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM33843 SoC, provides full band capture digital tuning of the input signal. On informed belief, full band capture digital tuning includes concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Bandwidth flexibility: Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 25d | providing the plurality of desired channels, | The Accused Set Top Products provide the plurality of desired channels, as described below.<br><br>Specifically, the Arris AX013ANM has applicable circuitry and/or software modules constituting a digital frontend that concurrently selects and provides each of the plurality of desired channels without providing any of the plurality of undesired channels. For example, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM33843 SoC, provides full band capture digital tuning of the input signal. On informed belief, full band capture digital tuning includes providing the desired channels. For example, The Arris AX013ANM has applicable circuitry and/or software modules operable to process a television channel to recover content carried on the plurality of desired channels. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) <br><br> "Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) <br><br> Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 25e | wherein the method is performed by a device comprising a digital video recorder (DVR). | The Accused Set Top Products are a device comprising a digital video recorder (DVR) that performs the method as described below. <br><br> Specifically, the Arris AX013ANM constitutes a DVR capable of storing programming on its hard drive. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | (ENTROPIC_COX_001968 at ENTROPIC_COX_001968) |
| 26 | 26. The method of claim 25, wherein the method comprises: communicating the input signal from a cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter. | The Accused Set Top Products communicate the input signal from the cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter as described below.<br><br>Specifically, the Arris AX013ANM has applicable circuitry and/or software modules constituting at least an analog amplifier. For example, the Arris AX013ANM, via applicable circuitry and/or software modules of its BCM33843 SoC, has at least an analog amplifier, highlighted in yellow below. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | <br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 31 | 31. The method of claim 25, wherein the method comprises: demodulating, via each demodulator of a plurality of demodulators, a desired channel, of the plurality of desired channels. | The Accused Set Top Products demodulate, via each demodulator of a plurality of demodulators, a desired channel, of the plurality of desired channels as described below.<br><br>Specifically, the Arris AX013ANM has applicable circuitry and/or software modules constituting a plurality of demodulators. For example, the Arris AX013ANM, via applicable circuitry and/or software modules of its BCM33843 SoC, has a plurality of demodulators, highlighted in purple below. The demodulators are operable to demodulate the desired channels. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | <br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Bandwidth flexibility: Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 34 | 34. The method of claim 25, wherein the method comprises: providing the plurality of desired channels via a serial interface. | The Accused Set Top Products provide the plurality of desired channels via a serial interface as described below.<br><br>More specifically, the Arris AX013ANM, using its applicable circuity and/or software modules, outputs the desired channels from a filter to one or more demodulators. On informed belief, the output is via a serial interface. For example and on informed belief, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM33843 SoC, outputs the digital datastream from the filter (highlighted below in green) to the demodulators (highlighted below in purple) via a serial interface.<br><br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |

Page **24** of **38**

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | |
| 35 | 35. The method of claim 25, wherein: the plurality of desired channels comprises at least one cable broadcast channel. | The plurality of desired channels comprises at least one cable broadcast channel as described below.<br><br>Specifically, the Arris AX013ANM provides cable television services, including viewing and recording of desired television content. The plurality of desired channels includes at least this desired television content, which constitutes at least one cable broadcast channel.<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Bandwidth flexibility: Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018) |

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | ## Arris XG1v3 High Definition DVR Receiver<br><br>Share or Print This Article<br><br>### Details<br><br><br><br>**Receiver Capabilities**<br>✔ HD Capable<br>✔ Up to 6 simultaneous DVR recordings<br>✔ Up to 1000 hours of SD recording<br>✔ Up to 500 hours of HD recording<br>**Note:** Estimated storage will vary with a mix of HD and SD recordings.<br><br>(ENTROPIC_COX_001968 at ENTROPIC_COX_001968)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| **38pre** | 38. A method comprising: | The Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each subscriber location, including, for example, the Arris AX013ANC STB, Arris AX013ANM STB, Pace PX022ANC |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner, and products that operate in a similar manner. <br><br> By way of example, the Arris AX013ANM is charted herein. As described below, the Arris AX013ANM has a Broadcom BCM33843 SoC. On informed belief, the Arris AX013ANM is representative of all Accused Set Top Products, including those having BCM3383, BCM3384, BCM33843, or BCM3390 SoCs. |
| 38a | receiving an input signal from a cable network; | The Accused Set Top Products receive an input signal from a cable network as described below. <br><br> Specifically, the Arris AX013ANM has applicable circuitry and/or software modules constituting a wideband ADC. For example, the Arris AX013ANM has a Broadcom BCM33843 SoC, shown in red in the annotated photograph below. The Arris AX013ANM has at least one RF connector, shown in blue in the annotated photograph below, that couples to a cable network owned and/or operated by Cox. The Arris AX013ANM receives an input signal from the cable network. |

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | <br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018) |

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | "Bandwidth flexibility: Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018) |
| 38b | digitizing all received channels in the input signal via a wideband analog-to-digital converter (ADC), wherein the received channels comprise a plurality of desired channels and a plurality of undesired channels; and | The Accused Set Top Products digitize all received channels in the input signal via a wideband analog-to-digital converter (ADC), wherein the received channels comprise a plurality of desired channels and a plurality of undesired channels as described below. Specifically, the Arris AX013ANM has applicable circuitry and/or software modules constituting a wideband ADC. For example, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM33843 SoC, provides a wideband ADC, highlighted in orange below. The Arris AX013ANM digitizes all received channels, which includes desired and undesired channels.  (ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated) |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Bandwidth flexibility: Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 38c | digitally down converting each desired channel, of the plurality of desired channels, to generate a plurality of digital channel outputs, | The Accused Set Top Products digitally down convert each desired channel, of the plurality of desired channels, to generate a plurality of digital channel outputs as described below.<br><br>Specifically, the Arris AX013ANM includes has applicable circuitry and/or software modules constituting a mixer module operating on the digitized signal. For example, the applicable circuitry and/or software modules of the Arris AX013ANM utilize advanced signal processing techniques, including a mixer, which can be used to digitally downconvert the plurality of desired television channels. For example, the Arris AX013ANM receives an analog signal that includes a plurality of television channels and creates a digital representation of the entire 1GHz downstream spectrum of the analog signal. The composite broadband signal contains a plurality of digital QAM channels, some of which are desired channels and some of which are undesired |

Page **30** of **38**

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | channels. The Arris AX013ANM tunes the resulting series of binary values within the composite digital broadband signal, and shifts (i.e., downconverts) the frequency of the QAM channel desired to baseband, which constitutes the digital channel outputs. For example, as described below, applicable circuitry and/or software modules of the Broadcom BCM33843 SoC includes a mixer module (highlighted below in red) and a filter (highlighted below in green) used to frequency shift (i.e., downconvert) the digitized QAM channels in the composite broadband signal from a higher frequency to a lower frequency (i.e., a baseband frequency). <br><br>  <br><br> (ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated) <br><br> "The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2013] the BCM3384 and BCM33843" <br> (ENTROPIC_COX_002016 at ENTROPIC_COX_002017) |

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 38d | wherein the method is performed by a device comprising a digital video recorder (DVR). | The Accused Set Top Products are a device comprising a digital video recorder (DVR) that performs the method as described below.<br><br>Specifically, the Arris AX013ANM constitutes a DVR capable of storing programming on its hard drive. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | Arris XG1v3 High Definition DVR Receiver<br><br>Share or Print This Article<br><br>(icons)<br><br>**Details**<br><br><br><br>**Receiver Capabilities**<br><br>✔ HD Capable<br>✔ Up to 6 simultaneous DVR recordings<br>✔ Up to 1000 hours of SD recording<br>✔ Up to 500 hours of HD recording<br>**Note:** Estimated storage will vary with a mix of HD and SD recordings.<br><br>(ENTROPIC_COX_001968 at ENTROPIC_COX_001968) |
| | | |
| 39 | 39. The method of claim 38, wherein the method comprises: communicating the input signal from a cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter. | The Accused Set Top Products communicate the input signal from the cable network connector to the wideband ADC via at least one of an analog amplifier and an analog filter as described below.<br><br>Specifically, the Arris AX013ANM has applicable circuitry and/or software modules constituting at least an analog amplifier. For example, the Arris AX013ANM, via applicable circuitry and/or software modules of its BCM33843 SoC, has at least an analog amplifier, highlighted in yellow below. On informed belief, the analog amplifier used to communicate the input signal from the cable network connector to the wideband ADC. |

Page **33** of **38**

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | <br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 44 | 44. The method of claim 38, wherein the method comprises: demodulating each digitally down converted, desired channel to generate a plurality of demodulated channels. | The Accused Set Top Products demodulate each digitally down converted, desired channel to generate a plurality of demodulated channels described below.<br><br>Specifically, the Arris AX013ANM has applicable circuitry and/or software modules constituting a plurality of demodulators. For example, the Arris AX013ANM, via applicable circuitry and/or software modules of its BCM33843 SoC, has a plurality of demodulators, highlighted in purple below. The demodulators demodulate the desired channels to generate demodulated channels. |

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | |  (ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Bandwidth flexibility: Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 47 | 47. The method of claim 38, wherein the method comprises: providing the plurality of digital channel outputs via a serial interface. | The Accused Set Top Products provide the plurality of digital channel outputs via a serial interface as described below.<br><br>More specifically, the Arris AX013ANM, using its applicable circuity and/or software modules, outputs the digital datastream from a filter to one or more demodulators. On informed belief, the digital datastream is output via a serial interface. For example and on informed belief, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM33843 SoC, outputs the digital datastream from the filter (highlighted below in green) to the demodulators (highlighted below in purple) via a serial interface.<br><br><br>(ENTROPIC_COX_002010 at ENTROPIC_COX_002012, annotated)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | |
| 48 | 48. The method of claim 38, wherein: the plurality of desired channels comprises at least one cable broadcast channel. | The plurality of desired channels comprises at least one cable broadcast channel as described below.<br><br>Specifically, the Arris AX013ANM provides cable television services, including viewing and recording of desired television content. The plurality of desired channels includes at least this desired television content, which constitutes at least one cable broadcast channel.<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018)<br><br>"Bandwidth flexibility: Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology."<br>(ENTROPIC_COX_002016 at ENTROPIC_COX_002018) |

317016119.1

*Entropic Communications, LLC v. Cox Communications, Inc., et al.*
Case 2:23-cv-01049-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 11,399,206 | Accused Products and Services |
|---|---|---|
| | | <br><br>(ENTROPIC_COX_001968 at ENTROPIC_COX_001968)<br><br>Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |