# EXHIBIT C

| | |
|---|---|
| **From:** | Padmanabhan, Krishnan <KPadmanabhan@winston.com> |
| **Sent:** | Thursday, November 2, 2023 12:30 PM |
| **To:** | Richey, Samuel P. |
| **Cc:** | EntropicKLG; WS-Comcast-Entropic |
| **Subject:** | RE: Case 2:23-cv-01050 - Motion for Leave |

**This Message Is From an External Sender**
This message came from outside your organization.

Pat –

The correspondence and positions are clear. Entropic is willing to amend to add patents, but not willing to amend to add the Constitutional standing allegations despite representing that it was prepared to do so on August 9.

Comcast opposes Entropic's proposed amendment for the sole purposes of adding U.S. Patent Nos. 9,866,438 and 11,785,275 for at least the reasons set forth below.

Thanks,
KP

**Krishnan Padmanabhan**
Partner
Winston & Strawn LLP
D: +1 212-294-3564
winston.com



**From:** Richey, Samuel P. <Samuel.Richey@klgates.com>
**Sent:** Thursday, November 2, 2023 12:14 PM
**To:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; WS-Comcast-Entropic <WS-Comcast-Entropic@winston.com>
**Subject:** RE: Case 2:23-cv-01050 - Motion for Leave

KP,

Thank you for providing Comcast's position on the motion to leave to amend the complaint to add the 438 and 275 patents. To be clear, Entropic is not categorically refusing to amend its complaint with respect to any standing issues. Rather, it is Entropic's position that any such amendments are inappropriate at this time as there has been no ruling from the court on this issue.

Regards,
Pat

--

**Samuel P. Richey**
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: (312) 807-4237
samuel.richey@klgates.com

**From:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Sent:** Wednesday, November 1, 2023 9:23 PM
**To:** Richey, Samuel P. <Samuel.Richey@klgates.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; WS-Comcast-Entropic <WS-Comcast-Entropic@winston.com>
**Subject:** RE: Case 2:23-cv-01050 - Motion for Leave

Pat –

Following up on our call from earlier today, we understand that Entropic wants to amend its First Amended Complaint to add two new patents, but is explicitly declining to amend its First Amended Complaint to set forth any additional allegations it may have on Constitutional standing, despite representing that it was prepared to set forth those allegations nearly three months ago.  *See* Aug. 9 Hearing Tr. at 81:13-24.

 As we discussed on our call, Entropic's refusal to set forth its allegations related to Constitutional standing in this amendment will result in unnecessary motion practice.  Comcast will be forced to file a Rule 12 Motion to address this amendment by Entropic, and then to file another motion if Entropic later attempts to amend to add allegations related to Constitutional standing.

 As you know, Entropic has already amended once.  Allowing Entropic to amend twice more, especially without addressing the threshold issue of Constitutional standing, is undoubtedly prejudicial to Comcast.

 Comcast opposes Entropic's attempt to amend to solely add these two patents while withholding its allegations on Constitutional standing.

Thanks,
-KP

**Krishnan Padmanabhan**
**Partner**
Winston & Strawn LLP
D: +1 212-294-3564
winston.com



**From:** Padmanabhan, Krishnan
**Sent:** Wednesday, November 1, 2023 9:45 AM

**To:** Richey, Samuel P. <Samuel.Richey@klgates.com>; WS-Comcast-Entropic <WS-Comcast-Entropic@winston.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>
**Subject:** RE: Case 2:23-cv-01050 - Motion for Leave

Pat –

Thanks for your email.  Comcast does not oppose Entropic amending its First Amended Complaint to add the two patents addressed below, on the condition that:

- (i) Entropic's Second Amended Complaint will be made this week to prevent any further delay;
- (ii) Entropic's Second Amended Complaint will include any amendments it has regarding Constitutional standing.  As you know, Entropic indicated to the Court that it was prepared to provide its amended allegations on Constitutional standing over two months ago, during the Aug. 9 Hearing (Tr. at 81:13-24);
- (iii) Entropic will amend its complaints with any allegations related to Constitutional standing in the 23-cv-1048 case as well, to prevent that case from falling out of step, or creating any unnecessary burden on the Court or the parties through serial amendment.

Comcast will obviously renew its Rule 12 Motion, because Entropic lacks Constitutional standing to assert these patents against Comcast.

We would also like to meet and confer to understand how Entropic's addition of these patents will impact the schedule.  We are available to discuss at 11 am PST or 2 pm PST.

During that call, we would also like to meet and confer on Entropic's failure to produce conception and reduction to practice documents, as detailed in our October 25, 2023 correspondence.  Under the Special Master's Order Entropic was obligated to be available to meet and confer by today, and Entropic has yet to provide its availability.

We can also meet and confer on Entropic's failure to produce expert reports on invalidity/validity from the Charter 23-cv-125 matter, as detailed in our October 30, 2023 correspondence.  We received Mr. Soskin's email of yesterday stating Entropic will produce those materials, but note that Mr. Soskin's email explicitly declines to provide a date by which those materials will be produced.

Thanks,
-KP

**Krishnan Padmanabhan**
Partner
Winston & Strawn LLP
D: +1 212-294-3564
winston.com



**From:** Richey, Samuel P. <Samuel.Richey@klgates.com>
**Sent:** Sunday, October 29, 2023 11:01 AM
**To:** WS-Comcast-Entropic <WS-Comcast-Entropic@winston.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>
**Subject:** Case 2:23-cv-01050 - Motion for Leave

Entropic intends to seek leave in the 1050 case to add U.S. Patent Nos. 9,866,438 and 11,785,275.  The 438 patent is a family member of the 682 patent. The 275 patent issued on October 10 and is a family member of the 866 and 206 patents. On the 10/13 meet and confer, Comcast indicated that it was likely to oppose this motion. Please confirm if

Comcast will oppose or if we should set up a meet and confer to discuss if the parties can reach agreement. We are generally available Monday 10/30, Tuesday 10/31, and Wednesday 11/1 before noon Central time.

Cheers,
Pat

--

**Samuel P. Richey**
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: (312) 807-4237
samuel.richey@klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Samuel.Richey@klgates.com.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Samuel.Richey@klgates.com.