# EXHIBIT L

# EXHIBIT 8

*Entropic Communications, LLC v. Comcast Corp., et al.*
Case 2:23-cv-01050-JWH-KES (C.D. Cal.)

**U.S. Patent No. 9,210,362 (the "'362 Patent") Exemplary Infringement Chart**

Comcast operates and maintains a nationwide television and data network through which it sells, leases, and offers for sale products and services, including the Technicolor TC8717 cable modem, Technicolor CGM4140 cable modem, Technicolor CGM4331 cable modem, and products that operate in a similar manner ("Accused Cable Modem Products"), as well as the Arris AX013ANC STB, Arris AX013ANM STB, Arris AX014ANC STB, Arris AX014ANM STB, Arris MX011ANC STB, Arris MX011ANM STB, Pace PX013ANC STB, Pace PX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner ("Accused Set Top Products"). Comcast provides cable television and internet services ("Accused Services") via the lease, sale, and/or distribution of the Accused Cable Modem Products and/or the Accused Set Top Products. Comcast literally and/or under the doctrine of equivalents infringes the claims of the '362 Patent by making, using, selling, offering for sale, and/or importing the Accused Services, Accused Cable Modem Products, and/or the Accused Set Top Products.

As shown below in the chart with exemplary support, the Accused Services infringe at least claims 11 and 12 of U.S. Patent No. 9,210,362 ("'362 Patent"). The '362 Patent was filed February 5, 2015, issued December 8, 2015, and is entitled "Wideband Tuner Architecture." The '362 Patent claims priority to U.S. Patent Application Serial No. 13/962,871 filed on August 8, 2013; U.S. Patent Application Serial No. 12/762,900 filed on April 19, 2010; and U.S. Provisional Patent Application No. 61/170,526 filed April 17, 2009.

The Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products. The Accused Set Top Products infringe the claims of the '362 Patent, as described below, either directly under 35 U.S.C. § 271(a), or indirectly under 35 U.S.C. §§ 271(b)–(c).

Case 2:23-cv-01049-JWH-KES   Document 115-13   Filed 11/13/23   Page 4 of 12   Page ID
#:2504

*Entropic Communications, LLC v. Comcast Corp., et al.*
Case 2:23-cv-01050-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| **11pre** | A method comprising: | The Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each sub-scriber location, including, for example, the Arris AX013ANC STB, Arris AX013ANM STB, Arris AX014ANC STB, Arris AX014ANM STB, Arris MX011ANC STB, Arris MX011ANM STB, Pace PX013ANC STB, Pace PX013ANM STB, Pace PX022ANC STB, Pace PX022ANM STB, Samsung SX022ANC STB, Samsung SX022ANM STB, and products that operate in a similar manner. By way of example, the Arris AX013ANM is charted herein. |
| **11a** | in a wideband receiver system: | The Accused Set Top Products are a wideband receiver system as described below. Specifically, the Arris AX013ANM, depicted in the following annotated photograph, constitutes a wideband receiver system as claimed. |

*Entropic Communications, LLC v. Comcast Corp., et al.*
Case 2:23-cv-01050-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | The Arris AX013ANM performs one exemplary implementation of the claimed method. The Arris AX013ANM digitally tunes and outputs television content using its applicable circuity and/or software modules, for example applicable circuitry and/or software modules located in the Broadcom BCM33843 Full-Band Capture SoC, highlighted in red above. The Arris AX013ANM has full band capture digital tuning technology and remote diagnostics that directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere.<br><br>"The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2013] the BCM3384 and BCM33843"<br>(ENTROPIC_COMCAST_002035 at ENTROPIC_COMCAST_002036)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COMCAST_002035 at ENTROPIC_COMCAST_002037) |
| 11b | downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels; | The Accused Set Top Products downconvert, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels as described below.<br><br>Specifically, the Arris AX013ANM includes has applicable circuitry and/or software modules constituting a mixer module. For example, the applicable circuitry and/or software modules of the Arris AX013ANM utilize advanced signal processing techniques, including a mixer, which |

Page 3 of 10

Case 2:23-cv-01049-JWH-KES   Document 115-13   Filed 11/13/23   Page 6 of 12   Page ID
 #:2506
*Entropic Communications, LLC v. Comcast Corp., et al.*
Case 2:23-cv-01050-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | can be used to downconvert a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels. For example, the Arris AX013ANM receives an analog signal that includes a plurality of television channels and creates a digital representation of the entire 1GHz downstream spectrum of the analog signal. The composite broadband signal contains a plurality of digital QAM channels, some of which are desired channels and some of which are undesired channels. The Arris AX013ANM tunes the resulting series of binary values within the composite digital broadband signal, and shifts (i.e., downconverts) the frequency of the QAM channel desired to baseband. For example, as described below, applicable circuitry and/or software modules of the Broadcom BCM33843 Full-Band Capture SoC includes a mixer module (highlighted below in red) and a filter (highlighted below in green) used to frequency shift (i.e., downconvert) the digitized QAM channels in the composite broadband signal from a higher frequency to a lower frequency (i.e., a baseband frequency).<br><br>**Full-Band Capture Digital Tuner Architecture**<br><br>[Diagram: Analog Domain containing LNA and Full-Band Capture block; Digital Domain containing mixer (circled in red), filter (boxed in green), and oscillator, labeled "All Digital Tuner", leading to "Demods xN"]<br><br>(ENTROPIC_COMCAST_002029 at ENTROPIC_COMCAST_002031, annotated)<br><br>"The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual- |

Case 2:23-cv-01049-JWH-KES   Document 115-13   Filed 11/13/23   Page 7 of 12   Page ID
#:2507

*Entropic Communications, LLC v. Comcast Corp., et al.*
Case 2:23-cv-01050-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2013] the BCM3384 and BCM33843" (ENTROPIC_COMCAST_002035 at ENTROPIC_COMCAST_002036) <br><br> "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COMCAST_002035 at ENTROPIC_COMCAST_002037) <br><br> Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 11c | digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels; | The Accused Set Top Products digitize, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels as described below. <br><br> Specifically, the Arris AX013ANM includes has applicable circuitry and/or software modules constituting a wideband ADC. For example, the applicable circuitry and/or software modules of the Arris AX013ANM digitizes the entire 1GHz downstream spectrum of a Comcast cable plant. For example, the Arris AX013ANM receives an analog signal that includes a plurality of television channels and creates a digital representation of the entire 1GHz downstream spectrum |

Case 2:23-cv-01049-JWH-KES   Document 115-13   Filed 11/13/23   Page 8 of 12   Page ID
#:2508

*Entropic Communications, LLC v. Comcast Corp., et al.*
Case 2:23-cv-01050-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | of the analog signal using a wideband ADC (highlighted in orange below). The entire downstream spectrum includes all channels received from the cable plant, including the plurality of desired television channels and the plurality of undesired television channels.<br><br>**Full-Band Capture Digital Tuner Architecture**<br><br>[Diagram showing Analog Domain with LNA and Broadcom Full-Band Capture block, and Digital Domain with mixer, filter, and Demods xN, labeled "All Digital Tuner"]<br><br>(ENTROPIC_COMCAST_002029 at ENTROPIC_COMCAST_002031, annotated)<br><br>"The new BCM3384 DOCSIS®/Euro-DOCSIS™ 3.0 cable gateway SoC combines Broadcom's Full-Band Capture (FBC) digital tuning technology with remote diagnostics, dual-band concurrent Wi-Fi, a custom, dedicated applications processor and integrated DECT 6.0 CAT-iq 2.0. … Broadcom's new BCM33843 is pin compatible … Broadcom is now sampling [as of Jan 08, 2013] the BCM3384 and BCM33843"<br>(ENTROPIC_COMCAST_002035 at ENTROPIC_COMCAST_002036)<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." |

Case 2:23-cv-01049-JWH-KES Document 115-13 Filed 11/13/23 Page 9 of 12 Page ID
#:2509

*Entropic Communications, LLC v. Comcast Corp., et al.*
Case 2:23-cv-01050-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | (ENTROPIC_COMCAST_002035 at ENTROPIC_COMCAST_002037) |
| | | Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 11d | selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and | The Accused Set Top Products select, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies as described below.<br><br>Specifically, the Arris AX013ANM includes has applicable circuitry and/or software modules for selecting a plurality of desired television channels. For example, the applicable circuitry and/or software modules of the Arris AX013ANM utilize advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including to select the plurality of desired television channels from the digitized plurality of frequencies.<br><br>"Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels."<br>(ENTROPIC_COMCAST_002035 at ENTROPIC_COMCAST_002037)<br><br>"Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology."<br>(ENTROPIC_COMCAST_002035 at ENTROPIC_COMCAST_002037) |

Case 2:23-cv-01049-JWH-KES   Document 115-13   Filed 11/13/23   Page 10 of 12   Page ID
#:2510

*Entropic Communications, LLC v. Comcast Corp., et al.*
Case 2:23-cv-01050-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
|  |  | Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| 11e | outputting, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream. | The Accused Set Top Products output, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream as described below.<br><br>Specifically, the Arris AX013ANM, using its applicable circuity and/or software modules, outputs said selected plurality of television channels to a demodulator as a digital datastream. For example, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM33843 Full-Band Capture SoC, outputs the digital datastream from the filter (highlighted below in green) to the demodulators (highlighted below in purple). The Arris AX013ANM outputs, from the digital representation of the entire 1GHz downstream spectrum, the selected plurality of television channels from its tuners.<br><br>**Full-Band Capture Digital Tuner Architecture**<br><br>[Diagram showing Analog Domain (LNA, Broadcom Full-Band Capture) and Digital Domain (All Digital Tuner feeding Demods xN), with filter highlighted in green and demodulators highlighted in purple]<br><br>(ENTROPIC_COMCAST_002029 at ENTROPIC_COMCAST_002031, annotated) |

*Entropic Communications, LLC v. Comcast Corp., et al.*
Case 2:23-cv-01050-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | "Full-Band Capture digital tuning technology and remote diagnostics: Integrated on-chip technology directly samples and digitizes the entire 1GHz downstream spectrum of a cable plant, providing access to any channel anywhere. Remote diagnostics provides real time, unobtrusive diagnostic and spectrum analysis capabilities, without effecting user service on any of the 24 downstream channels." (ENTROPIC_COMCAST_002035 at ENTROPIC_COMCAST_002037) <br><br> "Supports DOCSIS and digital video on any frequency eliminating limitations of "block" tuners. When combined with Broadcom's set-top box SoC with fast acquisition technology, video channels can be pre-tuned and users can enjoy the experience of Broadcom's FastRTV™ fast channel change technology." (ENTROPIC_COMCAST_002035 at ENTROPIC_COMCAST_002037) <br><br> Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |
| | | |
| 12 | 12. The method of claim 11, comprising outputting, by said digital circuitry of said wideband receiver system, said digital datastream via a serial interface. | The Accused Set Top Products outputting said digital datastream via a serial interface as described below. <br><br> More specifically, the Arris AX013ANM, using its applicable circuity and/or software modules, outputs the digital datastream from a filter to one or more demodulators. On informed belief, the digital datastream is output via a serial interface. For example and on informed belief, the Arris AX013ANM, using applicable circuitry and/or software modules contained in the BCM33843 Full-Band Capture SoC, outputs the digital datastream from the filter (highlighted below in green) to the demodulators (highlighted below in purple) via a serial interface. |

Case 2:23-cv-01049-JWH-KES   Document 115-13   Filed 11/13/23   Page 12 of 12   Page ID #:2512

*Entropic Communications, LLC v. Comcast Corp., et al.*
Case 2:23-cv-01050-JWH-KES (C.D. Cal.)

| # | U.S. Patent No. 9,210,362 | Accused Products and Services |
|---|---|---|
| | | **Full-Band Capture Digital Tuner Architecture** <br><br> [Diagram: Analog Domain with LNA and Full-Band Capture feeding into Digital Domain with All Digital Tuner and Demods xN] <br><br> (ENTROPIC_COMCAST_002029 at ENTROPIC_COMCAST_002031, annotated) <br><br> Discovery will provide detailed information regarding implementation and identification of the specific components, source code, software and/or other instrumentalities used to implement the claimed method. As additional information is obtained through discovery related to the Accused Services and related instrumentalities, Entropic will supplement these contentions. |