1  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  Cassidy T. Young (SBN 342891)
   cassidy.young@klgates.com
3  K&L Gates LLP
   10100 Santa Monica Boulevard
4  Eighth Floor
   Los Angeles, California 90067
5  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
6
   [*Additional counsel on signature page*]
7
   **Attorneys for Plaintiff Entropic**
8  **Communications, LLC**

9
                    **UNITED STATES DISTRICT COURT**
10
                   **CENTRAL DISTRICT OF CALIFORNIA**
11

12

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES<br>(Lead Case)<br><br>Case No.: 2:23-cv-01050-JWH-KES<br>(Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | **PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT, AND AMEND INFRINGEMENT CONTENTIONS**<br><br>Hearing Date: December 15, 2023<br>Hearing Time: 9:00 a.m.<br>Courtroom: 9D |

**[PROPOSED] ORDER**

317002628.2

After full consideration of Plaintiff Entropic Communications, LLC's ("Entropic") Motion for Leave to Amend and Supplement Complaint, and Amend Infringement Contentions, and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's Motion is **GRANTED** in its entirety.
2. Entropic shall file its amended complaint within 30 days of this Order.
3. Entropic shall serve its amended infringement contentions on Defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC within 30 days of this Order.

**IT IS SO ORDERED.**

Dated: _____ _____

Honorable John W. Holcomb
United States District Judge