1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case) <br> Case No.: 2:23-cv-01050-JWH-KES (Related Case) <br><br> [Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, *et al.*, <br><br> Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> *[Filed Concurrently with Declaration of Cassidy T. Young; and Application to Seal]* |

**RECYCLED PAPER**

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Second Amended Complaint, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Proposed Second Amended Complaint against Defendant Comcast ("SAC") at ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's SAC at Subheading A and B and ¶¶ 38-59. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's SAC at ¶ 72. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Portions of Entropic's SAC at ¶¶ 93-95. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC ¶ 99. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 100. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 141. | Terms of confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| A portion Entropic's SAC at ¶ 168. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 194. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 220. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 246. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 272. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 293. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 323. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 344. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 365. | Terms of confidential agreement between Comcast and a third-party entity. |
| **Redline Compare Between FAC and SAC** | |
| Entropic's Redline Compare of First and Second Amended Complaint against Defendant Comcast ("Redline") at ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |

| | | |
|---|---|---|
| 1 2 3 | Entropic's Redline at Subheading A and B and ¶¶ 38-59. | Terms of confidential agreement between Comcast and a third-party entity. |
| 4 5 | Portions of Entropic's Redline at ¶ 72. | A letter between Comcast and Entropic that Comcast filed under seal. |
| 6 7 | Portions of Entropic's Redline at ¶¶ 93-95. | Terms of confidential agreement between Comcast and a third-party entity. |
| 8 9 | Entropic's Redline ¶ 99. | Terms of confidential agreement between Comcast and a third-party entity. |
| 10 11 | A portion of Entropic's Redline at ¶ 100. | Terms of confidential agreement between Comcast and a third-party entity. |
| 12 13 | A portion of Entropic's Redline at ¶ 141. | Terms of confidential agreement between Comcast and a third-party entity. |
| 14 15 | A portion Entropic's Redline at ¶ 168. | Terms of confidential agreement between Comcast and a third-party entity. |
| 16 17 | A portion of Entropic's Redline at ¶ 194. | Terms of confidential agreement between Comcast and a third-party entity. |
| 18 19 | A portion of Entropic's Redline at ¶ 220. | Terms of confidential agreement between Comcast and a third-party entity. |
| 20 21 | A portion of Entropic's Redline at ¶ 246. | Terms of confidential agreement between Comcast and a third-party entity. |
| 22 23 | A portion of Entropic's Redline at ¶ 272. | Terms of confidential agreement between Comcast and a third-party entity. |
| 24 25 | A portion of Entropic's Redline at ¶ 293. | Terms of confidential agreement between Comcast and a third-party entity. |
| 26 27 | A portion of Entropic's Redline at ¶ 323. | Terms of confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| A portion of Entropic's Redline at ¶ 344. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 365. | Terms of confidential agreement between Comcast and a third-party entity. |

Dated:

                                      Hon. John W. Holcomb
                                      United States District Judge