# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb]<br><br>**ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>*[Filed Concurrently with Declaration of Cassidy T. Young; and Application to Seal]* |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |

RECYCLED PAPER

**ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Second Amended Complaint, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Proposed Second Amended Complaint against Defendant Comcast ("SAC") at ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's SAC at Subheading A and B and ¶¶ 38-59. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's SAC at ¶ 72. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Portions of Entropic's SAC at ¶¶ 93-95. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC ¶ 99. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 100. | Terms of confidential agreement between Comcast and a third-party entity. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| A portion of Entropic's SAC at ¶ 141. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion Entropic's SAC at ¶ 168. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 194. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 220. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 246. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 272. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 293. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 323. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 344. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 365. | Terms of confidential agreement between Comcast and a third-party entity. |
| **Redline Compare Between FAC and SAC** | |
| Entropic's Redline Compare of First and Second Amended | Terms of confidential agreement between Entropic and a third-party entity. |

**ORDER**

RECYCLED PAPER

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Complaint against Defendant Comcast ("Redline") at ¶¶ 32-36, including footnotes 4 and 5. | |
| Entropic's Redline at Subheading A and B and ¶¶ 38-59. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's Redline at ¶ 72. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Portions of Entropic's Redline at ¶¶ 93-95. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's Redline ¶ 99. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 100. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 141. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion Entropic's Redline at ¶ 168. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 194. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 220. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 246. | Terms of confidential agreement between Comcast and a third-party entity. |

3
**ORDER**

RECYCLED PAPER

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| A portion of Entropic's Redline at ¶ 272. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 293. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 323. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 344. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's Redline at ¶ 365. | Terms of confidential agreement between Comcast and a third-party entity. |

**IT IS SO ORDERED.**

Dated: November 14, 2023

_____

Hon. John W. Holcomb
United States District Judge

RECYCLED PAPER

4

**ORDER**