1 | DAVID M. KEYZER (SB# 248585)
  | david@keyzerlaw.com
2 | LAW OFFICE OF DAVID KEYZER, P.C.
  | 5170 Golden Foothill Parkway
3 | El Dorado Hills, CA 95762
  | Telephone: (916) 243-5259
4 | Facsimile: (916) 404-0436

5

6

7

8 | UNITED STATES DISTRICT COURT
  | CENTRAL DISTRICT OF CALIFORNIA
9 | SOUTHERN DIVISION

10

ENTROPIC COMMUNICATIONS, LLC,

11 |     Plaintiff,

   | Case No. 2:23-cv-01043-JWH-KES
12 | v. |   LEAD CASE
   | Case No. 2:23-cv-01049-JWH-KES
13 | DISH NETWORK CORPORATION, |   LEAD CASE
   | et al.,
14 |     Defendants.
   | Hon. John W. Holcomb
15 | _____ | Special Master David M. Keyzer

ENTROPIC COMMUNICATIONS, LLC,

16 |     Plaintiff,

   | **NOTICE OF**
17 | v. | **SPECIAL MASTER ORDER**

18 | COX COMMUNICATIONS, INC., et al.,
   |     Defendants.
19

20

NOTICE OF SPECIAL MASTER ORDER - 1

1    Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as

2    Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil

3    Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of

4    consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil

5    Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches

6    hereto the Special Master Order No. SM-5 that the Special Master signed and served on

7    the relevant parties on November 14, 2023 (the relevant parties confirmed in e-mail

8    correspondence with the Special Master on November 16, 2023, that no redactions are

9    necessary).

12   Dated:   November 16, 2023        By:    /s/ David Keyzer

             David M. Keyzer
13           California Bar No. 248585
             david@keyzerlaw.com
14           LAW OFFICE OF DAVID KEYZER, P.C.
             5170 Golden Foothill Parkway
15           El Dorado Hills, CA 95762
             Telephone: (916) 243-5259
16           Facsimile: (916) 404-0436

17           Special Master