Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff Entropic Communications, LLC**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case) <br><br> [Assigned to the Honorable John W. Holcomb] <br><br> **JOINT STATUS REPORT REGARDING ORDER RE MOTION TO DISMISS UNDER RULES 12(b)(1) and 12(b)(6)** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01050-JWH-KES (Consolidated) |

1  Pursuant to Footnote 8 of this Court's Sealed Order on the Motion to Dismiss
2  Under Rules 12(b)(1) and 12(b)(6) filed by Defendants Comcast Corporation,
3  Comcast Cable Communications, LLC, and Comcast Cable Communications
4  Management, LLC (together "Comcast"), Dkt. 120, neither Comcast nor Plaintiff,
5  Entropic Communications, LLC ("Entropic") identifies any aspect of the Court's
6  order that should remain under seal or redacted.
7
8  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich, attest that the
9  other signatories listed, and on whose behalf the filing is submitted, concur in the
10 filing's content and have authorized the filing.
11
12
13 Dated: November 27, 2023          Respectfully submitted,
14
15                                  By: */s/ Christina Goodrich*
                                    Christina Goodrich (SBN 261722)
16                                  Cassidy T. Young (SBN 342891)
                                    Connor J. Meggs (SBN 336159)
17                                  **K&L GATES LLP**
18                                  10100 Santa Monica Boulevard, 8th Floor
                                    Los Angeles, CA 90067
19                                  Telephone: (310) 552-5000
20                                  Fax: (310) 552-5001
                                    christina.goodrich@klgates.com
21                                  cassidy.young@klgates.com
22                                  connor.meggs@klgates.com
23                                  James A. Shimota (*pro hac vice*)
24                                  George C. Summerfield (*pro hac vice*)
                                    Samuel P. Richey (SBN 278444)
25                                  Katherine L. Allor (*pro hac vice*)
26                                  Jason A. Engel (*pro hac vice*)
                                    **K&L GATES LLP**
27                                  70 W. Madison Street, Ste 3300
28                                  Chicago, Illinois 60602

2

**JOINT STATUS REPORT REGARDING ORDER RE MOTION TO DISMISS UNDER RULES 12(b)(1) and 12(b)(6)**

1                                    Telephone: (312) 807-4299

2                                      Fax: (312) 827-8000

jim.shimota@klgates.com

3                                      george.summerfield@klgates.com

4                                      samuel.richey@klgates.com

katy.allor@klgates.com

5                                      jason.engel@klgates.com

6

7                                      Darlene F. Ghavimi (*pro hac vice*)

**K&L GATES LLP**

8                                      2801 Via Fortuna, Ste 650

Austin, Texas 78746

9                                      Telephone: (512) 482-6859

10                                     Fax: (512) 482-6859

darlene.ghavimi@klgates.com

11

12                                     Peter E. Soskin

**K&L GATES LLP**

13                                     4 Embarcadero Center, Ste 1200

14                                     San Francisco, CA 94111

Telephone: (415) 882-8220

15                                     peter.soskin@klgates.com

16

17                                     ***Attorneys for Plaintiff Entropic Communications, LLC***

18

19    Dated: November 27, 2023          */s/ Krishnan Padmanabhan*

20                                     Krishnan Padmanabhan (SBN: 254220)

kpadmanabhan@winston.com

21                                     WINSTON & STRAWN LLP

22                                     200 Park Ave., Fl. 40

New York City, NY 10166

23                                     Tel: (212) 294-6700

24                                     Fax: 212-294-4700

25                                     Diana Hughes Leiden (SBN: 267606)

dhleiden@winston.com

26                                     WINSTON & STRAWN LLP

27                                     333 S. Grand Ave.

Los Angeles, CA 90071

28

3

**JOINT STATUS REPORT REGARDING ORDER RE MOTION TO DISMISS UNDER RULES 12(b)(1) and 12(b)(6)**

1

2

Tel: (213) 615-1700
Fax: (213) 615-1750

3

4

Brian Ferguson (pro hac vice)
bferguson@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

5

6

7

8

9

Saranya Raghavan (pro hac vice)
sraghavan@winston.com
WINSTON & STRAWN LLP
35 West Wacker, Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312)558-5700

10

11

12

13

14

**ATTORNEYS FOR COMCAST
DEFENDANTS**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4