Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

(additional counsel listed
on signature page)

*Attorneys for Plaintiff
Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants.<br><hr>ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1050-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF COURT'S ORDER ON COMCAST'S MOTION TO DISMISS [DE 121]**<br><br>Date:         January 5, 2023<br>Time:        9:00 AM<br>Courtroom:  9D (Santa Ana) |

**[PROPOSED] ORDER**

After full consideration of the Plaintiff Entropic Communications, LLC's ("Entropic") Motion for Reconsideration of the Court's Order on Comcast's Motion to Dismiss (DE 121), and good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's Motion for Reconsideration is **GRANTED**. The Court hereby vacates its Order dated November 20, 2023. A new order will issue after the Court considers the arguments made in Entropic's Supplemental Brief (DE 115), as well as the case authority cited therein.

**IT IS SO ORDERED.**

Dated: _____    _____
                                 Honorable John W. Holcomb
                                 United States District Judge