BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

STELLA MAO (CA SBN 335136)
SMao@mofo.com
**MORRISON & FOERSTER LLP**
755 Page Mill Road,
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants MAXLINEAR COMMUNICATIONS LLC and MAXLINEAR, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et. al.*,<br><br>Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01050-JWH-KES (Related Case)<br><br>**STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR COMMUNICATIONS LLC AND MAXLINEAR, INC. TO RESPOND TO COX ENTITIES' COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Counterclaims served: October 20, 2023<br>Current response date: December 8, 2023<br>New response date: December 22, 2023 |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |

1

STIP TO EXTEND TIME FOR MAXLINEAR TO RESPOND TO COX'S COUNTERCLAIMS

sf-5660183

1    Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC
2    (collectively, "MaxLinear") and Counter-Claimants Cox Communications, Inc.,
3    CoxCom, LLC, and Cox Communications California, LLC, (collectively, "Cox")
4    (collectively, with MaxLinear, the "Parties"), by and through their respective
5    counsel, stipulate and enter into this Joint Stipulation to Extend Time for
6    MaxLinear, Inc. and MaxLinear Communications LLC to Respond to Cox's
7    Counterclaims:
8    　　　WHEREAS, Cox filed its Answer to the Complaint and Counterclaims on
9    October 16, 2023 (ECF No. 89), adding MaxLinear, Inc. and MaxLinear
10   Communications LLC as counterclaim defendants to the litigation, and served the
11   same on MaxLinear on October 20, 2023;
12   　　　WHEREAS, MaxLinear's counsel requested an extension until December 8,
13   2023 for MaxLinear to respond, and Cox agreed;
14   　　　WHEREAS, the Court entered an order extending MaxLinear's deadline to
15   December 8, 2023;
16   　　　WHEREAS, Cox offered to extend MaxLinear's deadline to respond to
17   Cox's Counterclaims until December 22, 2023 following the Parties' Local Rule 7-
18   3 meet-and-confer regarding MaxLinear's forthcoming motion
19   to dismiss in response to Cox's Counterclaims;
20   　　　WHEREAS, Cox's counsel offered to provide the further extension provided
21   MaxLinear agrees to a hearing date for any motion to dismiss of no earlier than
22   February 2, 2024;
23   　　　WHEREAS, the Parties have agreed to extend MaxLinear's deadline to
24   respond to the Counterclaims to December 22, 2023 and to a hearing date of no
25   earlier than February 2, 2024 for any motion to dismiss;
26   　　　WHEREAS, the Parties have agreed that Cox's opposition to any motion to
27   dismiss the Counterclaims filed by MaxLinear will be filed by January 9, 2024;
28

WHEREAS, the Parties have agreed that MaxLinear's reply in support of its motion to dismiss the Counterclaims will be filed by January 19, 2024.

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The Parties respectfully request an order from the Court extending MaxLinear's deadline to respond to Cox's Counterclaims (ECF No. 89) from December 8, 2023 to December 22, 2023.

2. The Parties further request an order from the Court that any motion to dismiss the Counterclaims be noticed by MaxLinear no earlier than February 2, 2024.

3. The Parties further request an order from the Court that any opposition by Cox to a motion to dismiss the Counterclaims filed by MaxLinear be filed no later than January 9, 2024 and any reply in support of such motion to dismiss be filed by MaxLinear no later than January 19, 2024.

Dated:   December 6, 2023

By: */s/ Rose S. Lee*
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

STELLA MAO (CA SBN 335136)
SMao@mofo.com
**MORRISON & FOERSTER LLP**
755 Page Mill Road,
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendants MAXLINEAR COMMUNICATIONS LLC and MAXLINEAR, INC.

1 | Dated: December 6, 2023

By: */s/ April E. Isaacson*
April E. Isaacson
aisaacson@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y Kamran
skamran@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 248-3830

Mitchell G. Stockwell (pro hac vice)
mstockwell@kilpatricktownsend.com
Christopher S. Leah (pro hac vice)
cleah@kilpatricktownsend.com
Courtney S. Dabbiere
cdabbiere@kilpatricktownsend.com
Michael J. Turton (pro hac vice)
mturton@kilpatricktownsend.com
Vaibhav P. Kadaba (pro hac vice)
wkadaba@kilpatricktownsend.com
Andrew N. Saul (pro hac vice)
asaul@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Tel: (404)-815-6214
Fax: (404)-541-3403

Attorneys for Defendants and Counter-Claimants COX COMMUNICATIONS, INC., COXCOM, LLC AND COX COMMUNICATIONS CALIFORNIA, LLC

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, April E. Isaacson, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

                                        /s/ *April E. Isaacson*
                                        April E. Isaacson