# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al*.,<br><br>Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01050-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR NEW PARTIES MAXLINEAR COMMUNICATIONS LLC AND MAXLINEAR, INC. TO RESPOND TO COX ENTITIES' COUNTERCLAIMS** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |

After full consideration of the Stipulation to Extend Time for New Parties MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") to Respond to Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's (collectively, "Cox") Counterclaims (the "Stipulation"), it is hereby ORDERED as follows:

1. The Stipulation is GRANTED.

2. MaxLinear's deadline to respond to Cox's Counterclaims (ECF No. 89) is continued from December 8, 2023 to December 22, 2023.

3. Any motion to dismiss the Counterclaims filed by MaxLinear shall be noticed for hearing no earlier than February 2, 2024.

4. Any opposition by Cox to a motion to dismiss the Counterclaims filed by MaxLinear shall be filed no later than January 9, 2024.

5. Any reply in support of a motion to dismiss filed by MaxLinear shall be filed by MaxLinear no later than January 19, 2024.

**IT IS SO ORDERED.**

Dated: _____    _____
Honorable John W. Holcomb
United States District Judge