Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**[Additional attorneys listed on
signature page]**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>       Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01050-JWH-KES (Related Case)<br><br>**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS; [PROPOSED] ORDER**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott<br><br>Current Deadline:     Dec. 8, 2023<br>Proposed New Deadline:  Dec. 22, 2023 |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>COMCAST CORPORATION., *et al.*,<br><br>       Defendants. | |

1  Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox
2  Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC
3  (collectively, "Cox") (collectively, with Entropic, the "Parties"), by and through their
4  respective counsel, stipulate and enter into this Joint Stipulation to Extend Entropic's
5  Deadline to Respond to Counterclaims:

6  WHEREAS, Cox filed its Amended Answer to the Complaint and Counterclaims
7  on October 6, 2023 (Dkt. No. 94);

8  WHEREAS, Cox's Counterclaims (the "Counterclaims") assert a cause of action
9  against Entropic, which Entropic is evaluating;

10  Whereas, the Counterclaims assert causes of action against MaxLinear
11  Communications LLC and MaxLinear, Inc. (collectively, "MaxLinear");

12  WHEREAS, Entropic's current deadline to respond to Cox's Counterclaims is
13  December 8, 2023 (Dkt. No. 173);

14  WHEREAS, Cox agreed to extend the deadline for MaxLinear to respond to the
15  Counterclaims;

16  WHEREAS, Cox has agreed to extend the deadline for Entropic to respond to the
17  Counterclaims to December 22, 2023 provided Entropic agrees to notice any motion to
18  dismiss the Counterclaims for a hearing no earlier than February 2, 2024;

19  WHEREAS, the Parties have agreed that Cox's opposition to any motion to
20  dismiss the Counterclaims filed by Entropic will be filed by January 9, 2024,

21  WHEREAS, the Parties have agreed that Entropic's reply in support of its motion
22  to dismiss the Counterclaims will be filed by January 19, 2024;

23  NOW THEREFORE, the Parties, by and through their respective counsel, hereby
24  STIPULATE AND AGREE as follows:

25  1.  The Parties respectfully request an order from the Court extending
26  Entropic's deadline to respond to Cox's Counterclaims (Dkt. No. 94) from December
27  8, 2023 to December 22, 2023.

28

1

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

2.     The Parties further request an order from the Court that any motion to dismiss the Counterclaims be noticed by Entropic no earlier than February 2, 2024.

3.     This extension shall not affect the *Markman* schedule.

4.     The Parties further request an order from the Court that any opposition by Cox to a motion to dismiss the Counterclaims filed by Entropic be filed no later than January 9, 2024 and any reply in support of such motion to dismiss be filed by Entropic no later than January 19, 2024.

Dated: December 7, 2023                    Respectfully Submitted,

                                          By: */s/ Christina N. Goodrich*
                                          Christina N. Goodrich (SBN 261722)
                                          Cassidy T. Young (SBN 342891)
                                          **K&L GATES LLP**
                                          10100 Santa Monica Blvd., 8th Fl.
                                          Los Angeles, CA 90067
                                          Tel.: (310) 552-5547
                                          Fax: (310) 552-5001
                                          christina.goodrich@klgates.com
                                          cassidy.young@klgates.com

                                          Peter Soskin (SBN 280347)
                                          **K&L GATES LLP**
                                          4 Embarcadero Center, Suite 1200
                                          San Francisco, CA 94111
                                          Tel.: (415) 882-8200
                                          Fax: (415) 882-8220
                                          peter.soskin@klgates.com

                                          James Shimota (admitted *pro hac vice*)
                                          George Summerfield (admitted *pro hac vice*)
                                          **K&L GATES LLP**
                                          70 W. Madison Street, Suite 3300
                                          Chicago, IL 60602
                                          Tel.: (312) 372-1121
                                          Fax: (312) 827-8000
                                          jim.shimota@klgates.com

2

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**

1   Darlene F. Ghavimi (admitted *pro hac vice*)
2   **K&L GATES LLP**
    2801 Via Fortuna, Suite #650
3   Austin, TX 78746
    Tel.: (512) 482-6919
4   Fax: (512) 482-6859
5   darlene.ghavimi@klgates.com

6
    Kenneth Bridges
7   **Bridges IP Consulting**
8   2113 19th Avenue S
    Nashville, TN 37212
9   Tel: (615) 973-9478
10  bridgesip@icloud.com

11  **ATTORNEYS FOR PLAINTIFF**
12  **ENTROPIC COMMUNICATIONS, LLC**

13
14  Dated: December 7, 2023      By: */s/ April E. Isaacson*
    April E. Isaacson (SBN 180638)
15  aisaacson@kilpatricktownsend.com
16  Two Embarcadero Center
    Suite 1900
17  San Francisco CA 94111
18  (415) 273 8306

19
    Rishi Gupta (SBN 313079)
20  rgupta@kilpatricktownsend.com
    Sarah Y. Kamran (SBN 347617)
21  skamran@kilpatricktownsend.com
22  1801 Century Park East
    Suite 2300
23  Los Angeles CA 90067
24  (310) 777 3733

25
    Mitchell G. Stockwell (*pro hac vice*)
26  mstockwell@kilpatricktownsend.com
    Vaibhav P. Kadaba (*pro hac vice*)
27  wkadaba@kilpatricktownsend.com
28  Michael J. Turton (*pro hac vice*)

3
**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**

mturton@kilpatricktownsend.com
Courtney S. Dabbiere (pro hac vice)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*pro hac vice*)
cleah@kilpatricktownsend.com
Andrew N. Saul (pro hac vice)
asaul@kilpatricktownsend.com

1100 Peachtree Street, NE
Suite 2800
Atlanta GA 30309
(404) 815 6500

**ATTORNEYS FOR DEFENDANTS
COX COMMUNICATIONS, INC.,
COXCOM, LLC, AND COX
COMMUNICATIONS CALIFORNIA, LLC**

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christina N. Goodrich,  attest that all other signatories listed above concur in this filing's content and have authorized the filing.

*/s/ Christina N. Goodrich*

**STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S
DEADLINE TO RESPOND TO COUNTERCLAIMS**