# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01050-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>　　　　　Defendants. | |

**[PROPOSED] ORDER**

After full consideration of the Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims (the "Stipulation"), which was filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox"), and good cause appearing, it is hereby **ORDERED** as follows:

1. The Stipulation is GRANTED.
2. Entropic's deadline to respond to Cox's Counterclaims (Dkt. No. 94) is continued from December 8, 2023 to December 22, 2023.
3. Any motion to dismiss Cox's Counterclaims filed by Entropic shall be noticed for hearing no earlier than February 2, 2024.
4. Any opposition by Cox to a motion to dismiss the Counterclaims filed by Entropic shall be filed no later than January 9, 2024.
5. Any reply in support of a motion to dismiss filed by Entropic shall be filed by Entropic no later than January 19, 2024.
6. This extension shall not affect the *Markman* schedule.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                                    Honorable John W. Holcomb
                                                                                    United States District Judge

**[PROPOSED] ORDER**