Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff**
**Entropic Communications, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | **PLAINTIFF ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT; DECLARATION OF CASSIDY T. YOUNG; [PROPOSED] ORDER** |

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 79-5.2.2(a), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") hereby applies for an order sealing **unredacted** information referenced in Entropic's Proposed Second Amended Complaint, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity.

Each portion of the documents referenced in the chart below have been designated as confidential pursuant to agreements reached between third parties or have been filed under seal by Defendant Comcast. (*See* Decl. of Cassidy T. Young in Support of Entropic's Application to File Documents Under Seal, ¶ 4.) Entropic, therefore, applies to file such documents and information under seal pursuant to Local Rule 79-5.2.2(a).

The information to be sealed is identified below:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Second Amended Complaint against Comcast ("SAC") at ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's SAC at Subheading A and ¶¶ 38-66. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶¶ 149-151. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶¶ 153. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶¶ 155. | A letter between Comcast and Entropic that Comcast filed under seal. |

| | |
|---|---|
| Entropic's SAC at Subheading D.5 and ¶¶ 187-89. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 226. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion Entropic's SAC at ¶ 230. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 257. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 261. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 290. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 319. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 348. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 377. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 404. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 437. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 459. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 481. | Terms of confidential agreement between Comcast and a third-party entity. |

| **Redline Compare Between FAC and SAC[1]** | |
|---|---|
| Entropic's Redline Compare of First and Second Amended Complaint against Defendant Comcast ("Redline") at ¶¶ 37-41, including footnote 4. | Terms of confidential agreement between Entropic and a third-party entity. |
| Redline at Subheading A and ¶¶ 43-69. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶¶ 143-146. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 148. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Redline ¶ 150. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Redline at Subheading D.5 and ¶¶ 182-84. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 256. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 297. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 304. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 337. | Terms of confidential agreement between Comcast and a third-party entity. |

---

[1] The Redline paragraph numbers track the paragraph numbers as modified by the Proposed Second Amended Complaint.

| | |
|---|---|
| A portion of Redline at ¶ 344. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 377. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 382. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 417. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 424. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 457. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 463. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 496. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 503. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 536. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 542. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 574. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 580. | Terms of confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| Redline at ¶ 612. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 618. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 650. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 656. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 688. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 694. | Terms of confidential agreement between Comcast and a third-party entity. |

Pursuant to Local Rule 79-5.2.2(a), Entropic applies to file under seal the documents listed above. Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. Entropic has complied with these requirements. The information that Entropic seeks to seal is contained within: (1) a confidential agreement between Comcast and a third-party entity; (2) a confidential agreement between Entropic and a third party; and (3) a letter between Entropic and Comcast that Comcast filed under seal. The public does not have an interest in accessing this confidential information. Additionally, Entropic's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, counsel for Comcast indicated that it does not oppose Entropic's under seal filing.

Therefore, compelling reasons exist to seal the highlighted portions of the above documents. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

Accordingly, Entropic respectfully requests that this Court order the unredacted documents to be filed under seal. Concurrent with this filing, Entropic has filed redacted versions of these documents with the Court, which only redact information necessary to protect confidential, private, and otherwise non-public information therein.

Dated: December 8, 2023

Respectfully Submitted,

By: */s/ Cassidy T. Young*
Christina N. Goodrich (SBN 261722)
Cassidy T. Young (SBN 342891)
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Tel.: (310) 552-5547
Fax: (310) 552-5001
christina.goodrich@klgates.com
cassidy.young@klgates.com

James A. Shimota (*pro hac vice*)
Samuel P. Richey (SBN 278444)
Katherine L. Allor (*pro hac vice*)
70 W. Madison Street, Ste 3300
Chicago, Illinois 60602
Telephone: (312) 807-4299
Fax: (312) 827-8000

|   |   |
|---|---|
| 1 | jim.shimota@klgates.com |
| 2 | samuel.richey@klgates.com |
|   | katy.allor@klgates.com |
| 3 |   |
| 4 | Peter E. Soskin (SBN 280347) |
|   | 4 Embarcadero Center, Ste 1200 |
| 5 | San Francisco, CA 94111 |
| 6 | Telephone: (415) 882-8220 |
|   | peter.soskin@klgates.com |
| 7 |   |
| 8 | ***Attorneys for Plaintiff, Entropic Communications, LLC*** |

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

**RECYCLED PAPER**