Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. <br><br> ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case) <br><br> Case No.: 2:23-cv-01050-JWH-KES (Related Case) <br><br> [Assigned to the Honorable John W. Holcomb] <br><br> **DECLARATION OF CASSIDY YOUNG IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT** <br><br> Hearing Date:   January 5, 2024 <br> Hearing Time:   9:00 a.m. <br> Courtroom:     9D (Santa Ana) |

**DECLARATION OF CASSIDY YOUNG**

I, Cassidy T. Young, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of K&L Gates LLP (the "Firm" or "K&L Gates"). I am one of the attorneys on the K&L Gates team representing Plaintiff Entropic Communications, LLC ("Entropic") in the above-entitled action. This declaration is based on personal knowledge of the matters set forth in this declaration and based on documents on file with the Court and maintained in the ordinary course of business as part of the Firm's client files in this action. If called upon to testify regarding these matters, I could and would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of Entropic's Supplemental Pleading.

3. Attached hereto as **Exhibit B** is a true and correct copy of relevant portions of the transcript from the August 9, 2023 hearing on Defendant Comcast Corporation's ("Comcast") motion to dismiss. I was present at this hearing. I requested this transcript through the Court's docket (1048 DE 120), and received a copy of the transcript from the court reporter who was present at the hearing.

4. Attached hereto as **Exhibit C** is a true and correct copy of relevant portions of the transcript from the November 10, 2023 discovery hearing before the Special Master, which I ordered and received from the court reporter who was present at the hearing.

5. Attached hereto as **Exhibit D** is a true and correct copy of relevant portions of the transcript from the December 1, 2023 discovery hearing before the Special Master, which I ordered and received from the court reporter who was present at the hearing.

6. On November 27, 2023, Entropic notified Comcast of its intent to file the Motion to Supplement. Attached hereto as **Exhibit E** is a true and correct copy of the

November 27, 2023 email from my colleague, Peter Soskin to Comcast's counsel, on which I was copied.

7. On December 1, 2023, I, along with my colleague, Peter Soskin, met and conferred with counsel for Comcast regarding the instant motion via video conference. We thoroughly discussed the substance of this Motion, but we were unable to reach a resolution of the matters discussed.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on December 8, 2023 in Los Angeles, California.

_____
Cassidy T. Young