Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

(additional counsel listed on signature page)

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants.<br>———————————————<br>ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1050-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT**<br><br>Date:        January 5, 2024<br>Time:        9:00 AM<br>Courtroom:   9D (Santa Ana) |

**[PROPOSED] ORDER**

After full consideration of the Plaintiff Entropic Communications, LLC's ("Entropic") Motion for Leave to Supplement Complaint, good cause appearing, it is hereby **ORDERED** as follows:

1. Entropic's Motion for Leave to Supplement Complaint is **GRANTED**. Entropic shall file its supplemental complaint by no later than _____.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        Honorable John W. Holcomb
                                        United States District Judge