1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1049-JWH-KES (Lead Case) |
| 11 | |
| 12           Plaintiff, | Case No. 2:23-cv-01050-JWH-KES (Related Case) |
| 13     v. | **ORDER GRANTING STIPULATION** |
| 14  COX COMMUNICATIONS, INC., *et al.*, | **TO EXTEND ENTROPIC COMMUNICATIONS, LLC'S DEADLINE TO RESPOND TO** |
| 15           Defendants. | **COUNTERCLAIMS** |
| 16 | District Judge: Hon. John W. Holcomb |
| 17 | Magistrate Judge: Hon. Karen E. Scott |
| 18  ENTROPIC COMMUNICATIONS, LLC, | |
| 19           Plaintiff, | |
| 20     v. | |
| 21  COMCAST CORPORATION, *et al.*, | |
| 22           Defendants. | |
| 23 | |
| 24 | |
| 25 | |

26
27
28

**ORDER**

After full consideration of the Stipulation to Extend Entropic Communications, LLC's Deadline to Respond to Counterclaims (the "Stipulation"), which was filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox"), and good cause appearing, it is hereby **ORDERED** as follows:

1.     The Stipulation is **GRANTED**.

2.     Entropic's deadline to respond to Cox's Counterclaims (Dkt. No. 94) is **CONTINUED** from December 8, 2023, to December 22, 2023.

3.     Any motion to dismiss Cox's Counterclaims filed by Entropic shall be noticed for hearing no earlier than February 2, 2024.

4.     Any opposition by Cox to a motion to dismiss the Counterclaims filed by Entropic shall be filed no later than January 9, 2024.

5.     Any reply in support of a motion to dismiss filed by Entropic shall be filed by Entropic no later than January 19, 2024.

6.     This extension shall not affect the *Markman* schedule.

**IT IS SO ORDERED.**

Dated: _____December 11, 2023_____         _____

Honorable John W. Holcomb
United States District Judge

**ORDER**