**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants.<br>ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb]<br><br>**ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>*[Filed Concurrently with Declaration of Cassidy T. Young; and Application to Seal]* |

**ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Second Amended Complaint, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under L.R. 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Second Amended Complaint against Comcast ("SAC") at ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's SAC at Subheading A and ¶¶ 38-66. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶¶ 149-151. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶¶ 153. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶¶ 155. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Entropic's SAC at Subheading D.5 and ¶¶ 187-89. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 226. | Terms of confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| A portion Entropic's SAC at ¶ 230. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 257. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 261. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 290. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 319. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 348. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 377. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 404. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 437. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 459. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 481. | Terms of confidential agreement between Comcast and a third-party entity. |
| **Redline Compare Between FAC and SAC[1]** | |
| Entropic's Redline Compare of First and | Terms of confidential agreement between Entropic and a third-party entity. |

---

[1] The Redline paragraph numbers track the paragraph numbers as modified by the Proposed Second Amended Complaint.

| | |
|---|---|
| Second Amended Complaint against Defendant Comcast ("Redline") at ¶¶ 37-41, including footnote 4. | |
| Redline at Subheading A and ¶¶ 43-69. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶¶ 143-146. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 148. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Redline ¶ 150. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Redline at Subheading D.5 and ¶¶ 182-84. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 256. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 297. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 304. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 337. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 344. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 377. | Terms of confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| A portion of Redline at ¶ 382. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 417. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 424. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 457. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 463. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 496. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 503. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 536. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 542. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 574. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 580. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 612. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 618. | Terms of confidential agreement between Comcast and a third-party entity. |

| | |
|---|---|
| Redline at ¶ 650. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 656. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 688. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 694. | Terms of confidential agreement between Comcast and a third-party entity. |

**IT IS SO ORDERED.**

Dated:  December 11, 2023

Hon. John W. Holcomb
United States District Judge