1   DAVID M. KEYZER (SB# 248585)
    david@keyzerlaw.com
2   LAW OFFICE OF DAVID KEYZER, P.C.
    5170 Golden Foothill Parkway
3   El Dorado Hills, CA 95762
    Telephone: (916) 243-5259
4   Facsimile: (916) 404-0436

5

6

7

8                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
9                       SOUTHERN DIVISION

10
    ENTROPIC COMMUNICATIONS, LLC,          §
11                                          §
              Plaintiff,                    §
12                                          §   Case No. 2:23-cv-01043-JWH-KES
         v.                                 §      LEAD CASE
13                                          §   Case No. 2:23-cv-01049-JWH-KES
    DISH NETWORK CORPORATION,               §      LEAD CASE
    et al.,                                 §
14                                          §
              Defendants.                   §
15   _____      §   Hon. John W. Holcomb
                                            §   Special Master David M. Keyzer
    ENTROPIC COMMUNICATIONS, LLC,           §
16                                          §
              Plaintiff,                    §
17                                          §   **NOTICE OF**
         v.                                 §   **SPECIAL MASTER ORDER**
18                                          §
    COX COMMUNICATIONS, INC., et al.,       §
              Defendants.                   §
19                                          §

20

---

NOTICE OF SPECIAL MASTER ORDER - 1

1       Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as

2  Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil

3  Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of

4  consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil

5  Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches

6  hereto the Special Master Order No. SM-7.

7

8

9  Dated: ____December 14, 2023____    By: _____/s/ David Keyzer_____

10                                           David M. Keyzer
California Bar No. 248585
11                                           david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
12                                           5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
13                                           Telephone: (916) 243-5259
Facsimile: (916) 404-0436
14

                                         Special Master

15

16

17

18

19

20