DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>            Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, et al.,<br>            Defendants.<br>_____<br><br>ENTROPIC COMMUNICATIONS, LLC,<br>            Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC., et al.,<br>            Defendants. | Case No. 2:23-cv-01043-JWH-KES<br>    LEAD CASE<br>Case No. 2:23-cv-01049-JWH-KES<br>    LEAD CASE<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br>**SPECIAL MASTER ORDER**<br>**No. SM-7** |

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's grant of consolidations (Civil Action No. 2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil Action No. 2:23-cv-1049, Dkt. 95, Oct. 16, 2023 Order), the discovery dispute resolution procedure agreed upon by the parties and adopted by the special master (Civil Action No. 2:23-cv-1043, Dkt. 85-1, Aug. 4, 2023 Special Master Order No. SM-2; Civil Action No. 2:23-cv-1049, Dkt. 70-1, Aug. 4, 2023 Special Master Order No. SM-2), and e-mail correspondence between the Special Master and counsel for all involved parties on at least November 17, 22, and 29, 2023, and December 8 and 11, 2023, the Special Master hereby:

**SETS** a discovery hearing for **December 20, 2023, at 7:30 A.M. Pacific Time**, by videoconference, regarding the dispute set forth in the letter briefing submitted to the Special Master on November 17, 2023.

Counsel presenting oral arguments shall appear by video. Other counsel and other attendees (such as client representatives) that do not present oral arguments may attend either with or without video. Attendees shall mute their microphones when they are not presenting oral arguments or are not otherwise actively participating at a particular time.

The parties shall confer and select a Reporter, and the cost of reporting and of ordering transcripts shall be apportioned equally between Plaintiff(s) (one half) and

1  Defendant(s) (one half).  The parties shall provide the Reporter's contact information to
2  the Special Master **no later than 12:00 P.M. Pacific Time the day before the hearing**.
3  	The parties shall provide the Special Master and the Reporter with a list of
4  expected participants **no later than 12:00 P.M. Pacific Time the day before the**
5  **hearing**.  This list shall be submitted by e-mail and shall indicate each name together
6  with e-mail address and status as counsel, client representative, or other relevant
7  affiliation.
8  	Each party shall provide all other parties, the Reporter, and the Special Master with
9  an electronic copy of any demonstrative presentation slides that the party intends to use
10 during the hearing **no later than 12:00 P.M. Pacific Time the day before the hearing**.
11 Such demonstrative presentation slides that are not designated as confidential shall also
12 be filed in PDF form on the Court's docket as an attachment to a Notice (slides
13 designated as confidential shall be provided only by e-mail to all other parties, the
14 Reporter, and the Special Master).  The parties should not attempt any video screen
15 sharing or other presentation of demonstratives during the hearing but rather should refer
16 to the electronic copies that have been distributed by the parties prior to the hearing.
17 	Use of a headset, earbuds, or a combination of a microphone and headphones
18 (rather than using any external speakers) is strongly encouraged so as to minimize
19 feedback, room echoes, and other audio interruptions that might otherwise be a
20

1 | significant impediment to the Special Master in conducting the hearing, to opposing
2 | counsel in responding to arguments, and to the Reporter in producing a clear record.
3 |     Zoom information for this hearing is as follows:
4 |         Zoom Webinar ID: 871 9528 5072
5 |         Password: 22301043
6 |     IT IS SO ORDERED.

9 | Dated: December 14, 2023     By: *David Keyzer*
           David M. Keyzer
10 |            Special Master