Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | **No. 2:23-cv-1049-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1050-JWH-KES (Related Case)**<br>**No. 2:23-cv-1043-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1048-JWH-KES (Related Case)**<br><br>Assigned to Hon. John W. Holcomb<br><br>**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO ENTROPIC'S MOTION TO SUPPLEMENT** |

I, Krishnan Padmanabhan, hereby declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California. I am an attorney with Winston & Strawn LLP and counsel for defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC (collectively "Defendants" or "Comcast"). I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

2. Attached as **Exhibit A** is a true and correct copy of an October 29, 2023 email sent from counsel for Entropic to counsel for Comcast.

3. Attached as **Exhibit B** is a true and correct copy of a November 1, 2023 email sent from me to counsel for Entropic.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 15th day of December, 2023 in New York, NY.

Dated: December 15, 2023         WINSTON & STRAWN LLP

                                 By: */s/ Krishnan Padmanabhan*
                                     Krishnan Padmanabhan

2

DECLARATION OF KRISHNAN PADMANABHAN ISO OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT
NO. 2:23-CV-1049-JWH-KES / NO 2:23-CV-1043-JWH-KES