# EXHIBIT A

| | |
|---|---|
| **From:** | Richey, Samuel P. |
| **To:** | WS-Comcast-Entropic |
| **Cc:** | EntropicKLG |
| **Subject:** | Case 2:23-cv-01050 - Motion for Leave |
| **Date:** | Sunday, October 29, 2023 11:02:33 AM |
| **Attachments:** | US11785275.pdf |
| | US9866438.pdf |

Entropic intends to seek leave in the 1050 case to add U.S. Patent Nos. 9,866,438 and 11,785,275. The 438 patent is a family member of the 682 patent. The 275 patent issued on October 10 and is a family member of the 866 and 206 patents. On the 10/13 meet and confer, Comcast indicated that it was likely to oppose this motion. Please confirm if Comcast will oppose or if we should set up a meet and confer to discuss if the parties can reach agreement. We are generally available Monday 10/30, Tuesday 10/31, and Wednesday 11/1 before noon Central time.

Cheers,
Pat

--



**Samuel P. Richey**
K&L Gates LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Phone: (312) 807-4237
samuel.richey@klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Samuel.Richey@klgates.com.