# EXHIBIT A

| | |
|---|---|
| **From:** | Young, Cassidy T. |
| **To:** | Padmanabhan, Krishnan; Ferguson, Brian E.; Leiden, Diana; Raghavan, Saranya |
| **Cc:** | EntropicKLG |
| **Subject:** | Entropic v. Comcast - Meet and Confer |
| **Date:** | Wednesday, November 29, 2023 6:26:22 PM |



KP,

Entropic intends to file a motion for reconsideration related to the Court's Order on Comcast's motion to dismiss dated November 20, 2023 in both the 1048 and 1050.  We are seeking reconsideration on the following grounds:  We made arguments, cited cases, and submitted supplemental briefing on the subject matter jurisdiction issue that do not appear to have been considered or addressed in the orders.  We think it is in both parties' interest to have the court weigh in on those issues for purposes of a full record, in the event of any appeal.

Pursuant to Local Rule 7-18, we plan to file the motion on Monday. Please let us know when you are available to meet and confer before the end of the week.

Thank you,
Cassidy



**Cassidy Young**
Associate
K&L Gates LLP
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA 90067
Phone: (310) 552-5058
cassidy.young@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Cassidy.Young@klgates.com.