Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br><br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | **PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S NOTICE OF ERRATA RE SECOND AMENDED COMPLAINT (DKT. 128)** |

**NOTICE OF ERRATA**

317002628.2

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Entropic Communications, LLC's ("Entropic") hereby provides this notice of errata to correct two inadvertent errors in its Second Amended Complaint ("SAC") (Dkt. 128).

First, the SAC inadvertently included the proposed new allegations relating to a pending motion for leave to amend or supplement, which sought to add new claims based on additional patents. Specifically, Entropic's SAC inadvertently included allegations regarding U.S. Patent No. 9,866,438 (the "'438 Patent") and U.S. Patent No. 11,785,275 (the "'275 Patent"), about which Entropic separately sought leave to amend and supplement its First Amended Complaint to include. (*See* Dkt. 114 and 115, Entropic's Motions for Leave to Amend and Supplement its complaints against Cox Communications, Inc., *et al.* and Comcast Corporation, *et al.* respectively). Those allegations remain the subject of a pending motion for leave to amend and supplement, which is being concurrently amended to make clear that it was not mooted by the filing of the SAC.

Second, the SAC erroneously referred to willful infringement, instead of willful misappropriation when referring to Comcast's misappropriation of MaxLinear's trade secrets.

Filed concurrently herewith is the Corrected version of Entropic's SAC that 1) excludes all allegations related to the '438 Patent and '275 Patent and 2) corrects certain allegations of "willful infringement" of trade secrets by replacing those references with misappropriation of trade secrets at Paragraph 115 and deleting Paragraph 116 entirely. Paragraph 115 has additionally been modified to further clarify the allegations of trade secret misappropriation made therein. The Correct SAC is otherwise identical to Dkt. 128 in all material respects. The Corrected SAC contains the very same redactions approved by the Court's Order granting Entropic's application to file its SAC under seal (Dkt. 134), but Entropic separately and

concurrently will file an Application to file under seal an un-redacted copy of the SAC, which it will likewise promptly serve upon counsel of record for Defendants.

Dated: December 15, 2023

Respectfully submitted,

By: */s/ Christina Goodrich*
Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

James Shimota (*pro hac vice*)
Jason Engel (*pro hac vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com

*Attorneys for Plaintiff Entropic Communications, LLC*