Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br><br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb]<br><br>**DECLARATION OF CASSIDY T. YOUNG IN SUPPORT OF PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S AMENDMENT TO MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT AGAINST COMCAST DEFENDANTS, AND AMEND INFRINGEMENT CONTENTIONS (DKT. 115)** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |
| | Hearing Date: January 16, 2024<br>Hearing Time: 9:00 a.m.<br>Courtroom: 9D |

**PLAINTIFF'S AMENDMENT TO ITS MOTION FOR LEAVE TO AMEND AND SUPPLEMENT**

1

## **DECLARATION OF CHRISTINA N. GOODRICH**

2      I, Cassidy T. Young, declare as follows:

3      1.      I am an attorney duly licensed to practice law in the State of California

4  and admitted to practice before this Court.  I am an associate at the law firm of K&L

5  Gates LLP (the "Firm" or "K&L Gates").  I am counsel of record on the K&L Gates

6  team representing Plaintiff Entropic Communications, LLC ("Entropic") in the

7  above-entitled action. This declaration is based on personal knowledge of the matters

8  set forth in this declaration and based on documents on file with the Court and

9  maintained in the ordinary course of business as part of the Firm's client files in this

10  action. If called upon to testify regarding these matters, I could and would do so

11  competently.

12      2.      Attached as **Exhibit A** is a proposed Second Supplemental Pleading

13  against Comcast Corporation, et al. that contains the allegations contained in the

14  proposed Third Amended Complaint based on post-filing conduct.

15      3.      Attached as **Exhibit B**  is a true and correct copy of Entropic's

16  Proposed Third Amended Complaint as against Comcast Corporation, et al. **Exhibits**

17  **1-21** are the Exhibits to Exhibit B, the Proposed Third Amended Complaint.

18      4.      Attached as **Exhibit C**  is a true and correct copy of a red-line

19  comparison between Entropic's Corrected Second Amended Complaint and

20  Entropic's Proposed Third Amended Complaint.

21      I declare under penalty of perjury under the laws of the United States and

22  California that the foregoing is true and correct.

23      Executed on December 15, 2023 in Los Angeles, California.

24

25

26  _____

27  Cassidy T. Young

28

1

**PLAINTIFF'S AMENDMENT TO ITS MOTION FOR LEAVE TO AMEND AND SUPPLEMENT**

317002628.2