Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case) <br> Case No. 2:23-cv-1050-JWH-KES (Related Case) <br><br> **SUPPLEMENT TO SECOND AMENDED COMPLAINT AGAINST COMCAST** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, *et al.*, <br><br> Defendants. | **DEMAND FOR JURY TRIAL** |

Plaintiff, Entropic Communications, LLC ("Entropic") submits this supplement to its complaint for patent infringement against Comcast Corporation ("Comcast Corp."); Comcast Cable Communications, LLC ("Comcast Communications"); and Comcast Cable Communications Management, LLC ("Comcast Management") (collectively "Comcast"). Plaintiff's Proposed Third Amended Complaint for Patent Infringement Against Comcast submitted herewith is incorporated by reference.[1]

## COMCAST'S POST-SUIT WILLFUL INFRINGEMENT OF THE ASSERTED PATENTS

### COUNT IX

### (Infringement of the '275 Patent)

1. Entropic served an infringement contention claim chart for the '275 Patent on November 3, 2023.

2. The '275 Patent duly issued on October 10, 2023 from an application filed September 30, 2022, an application filed July 12, 2022, an application filed January 28, 2022, an application filed March 30, 2021, an application filed June 4, 2019, an application filed October 24, 2017, an application filed November 23, 2015, an application filed February 10, 2015, an application filed August 8, 2013, an application filed April 19, 2010, and, *inter alia* a provisional application filed April 17, 2009.

3. Entropic owns all substantial rights, interest, and title in and to the '275 Patent, including the sole and exclusive right to prosecute this action and enforce the '275 Patent against infringers and to collect damages for all relevant times.

4. The '275 Patent generally describes a wideband receiver system that digitizes an input signal, selects desired channels from the digitized signal, and outputs

---

[1] This supplemental pleading is intended to incorporate all allegations in the proposed third amended complaint that occur on or after the filing of the original complaint. If, for any reason, any such allegations are inadvertently omitted from this pleading, that will be remedied in the final filing made following any grant of the motion for leave to amend and supplement.

-1-
SUPPLEMENT TO COMPLAINT AGAINST COMCAST

the selected desired channels for demodulation. A true and accurate copy of the '275 Patent is attached hereto as Exhibit 18.

5. The '275 Patent is directed to patent-eligible subject matter pursuant to 35 U.S.C. § 101.

6. The '275 Patent is valid and enforceable, and presumed as such, pursuant to 35 U.S.C. § 282.

7. Comcast deploys one or more of the Accused Set Top Products in connection with operating and providing the Accused Services.

8. The Accused Set Top Products deployed by Comcast to customer premises remain the property of Comcast while deployed.

9. The Accused Set Top Products operate while deployed in a manner controlled and intended by Comcast.

10. As set forth in the infringement contentions served on Comcast on November 3, 2023 (attached hereto as Exhibit 19), Comcast has directly infringed and is infringing at least Claims 1, 2, 5, 7, 8, 10-12, 15, 17, 18, and 20 of the '275 Patent by using, selling, and/or offering for sale the Accused Services through the Accused Set Top Products.

11. Each aspect of the functioning of the Accused Set Top Products described in the claim chart operates while deployed to customer premises in a manner controlled and intended by Comcast.

12. Comcast provides no software, support, or other facility to customers to modify any aspect of the functioning described in the claim chart of the Accused Set Top Products while deployed to customer premises.

13. Comcast directly infringes at least Claims 1, 2, 5, 7, 8, 10-12, 15, 17, 18, and 20 of the '275 Patent by using, importing, selling, and/or offering for sale the Accused Set Top Products (for example, the Arris AX013ANM STB) and/or the Accused Services (for example, digitizing and selecting desired channels from an input signal).

14. The use of the Accused Services through the Accused Set Top Products by Comcast to, for example, demonstrate products in brick-and-mortar stores at 685 East Betteravia Rd., Santa Maria, California, 93454; and 1145 N. H Street, Suite B, Lompoc, California 93436, or to, for example, test those products, constitute acts of direct infringement of at least Claims 1, 2, 5, 7, 8, 10-12, 15, 17, 18, and 20 of the '275 Patent.

15. Customers and subscribers of Comcast infringe at least Claims 1, 2, 5, 7, 8, 10-12, 15, 17, 18, and 20 of the '275 Patent by using the claimed method, at least during receipt of the Accused Services utilizing, for example, the Accused Set Top Products.

16. The Accused Set Top Products have no substantial noninfringing uses. When an end user uses the Accused Set Top Products to receive the Accused Services, the end user directly infringes at least Claims 1, 2, 5, 7, 8, 10-12, 15, 17, 18, and 20 of the '275 Patent. The Accused Set Top Products are especially made or especially adapted for use in an infringing manner.

17. Entropic has been damaged as a result of the infringing conduct alleged above. Comcast is liable to Entropic in an amount that compensates Entropic for Comcast's infringement, which by law cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

18. Comcast has known of or has been willfully blind to the '275 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on November 3, 2023.

19. Since obtaining knowledge of the '362 family, of which the '275 Patent is a member, and its infringing activities, Comcast has failed to cease its infringing activities.

20. Comcast has known of or has been willfully blind to the '275 Patent since at least November 3, 2023, when Entropic served Comcast its infringement contention claim charts.

21. Comcast has been aware that it infringes the '275 Patent since well before, and no later than the date of, its receipt of Entropic's infringement contention claim charts served on November 3, 2023. Since obtaining knowledge of the '275 Patent and its infringing activities, Comcast has failed to cease its infringing activities.

22. Comcast's infringement of the '275 Patent is, has been, and continues to be willful, intentional, deliberate, and/or in conscious disregard for Entropic's rights under the patent.

23. Entropic is aware of no obligation to mark any instrumentality with the '275 Patent in accordance with 35 U.S.C. § 287.

## COUNT X

### (Infringement of the '438 Patent)

24. Entropic served an infringement contention claim chart for the '438 Patent on November 3, 2023.

25. As set forth in the infringement contentions served on Comcast on November 3, 2023, Comcast has directly infringed and is infringing at least Claims 1-5 and 9 of the '438 Patent, by using, importing, selling, and/or offering for sale the Accused Services.

26. Comcast has known of or has been willfully blind to the '438 Patent since before, and no later than the date of, its acceptance of service of Entropic's infringement contentions on November 3, 2023.

27. Comcast has known of or has been willfully blind to the '438 Patent since before, and no later than the date of, its acceptance of service of, Entropic's infringement contentions on November 3, 2023.

28. Comcast has been aware that it infringes the '438 Patent since well before, and no later than the date of, its receipt of Entropic's infringement contention claim charts served on November 3, 2023. Since obtaining knowledge of the '438 Patent and its infringing activities, Comcast has failed to cease its infringing activities.

| | | |
|---|---|---|
| 1 | Dated: December 15, 2023 | Respectfully submitted, |
| 2 | | By: */s/ Christina Goodrich* |
| 3 | | Christina Goodrich (SBN 261722) |
| | | christina.goodrich@klgates.com |
| 4 | | Cassidy T. Young (SBN 342891) |
| 5 | | cassidy.young@klgates.com |
| | | **K&L GATES LLP** |
| 6 | | 10100 Santa Monica Boulevard |
| 7 | | Eighth Floor |
| | | Los Angeles, CA 90067 |
| 8 | | Telephone: +1 310 552 5000 |
| 9 | | Facsimile: +1 310 552 5001 |
| 10 | | James Shimota (*pro hac vice*) |
| 11 | | Jason Engel (*pro hac vice*) |
| | | **K&L GATES LLP** |
| 12 | | 70 W. Madison Street, Suite 3300 |
| 13 | | Chicago, IL 60602 |
| | | Tel.: (312) 372-1121 |
| 14 | | Fax: (312) 827-8000 |
| 15 | | jim.shimota@klgates.com |
| | | jason.engel@klgates.com |
| 16 | | |
| 17 | | *Attorneys for Plaintiff* |
| | | *Entropic Communications, LLC* |

-5-

SUPPLEMENT TO COMPLAINT AGAINST COMCAST