1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case) <br> Case No.: 2:23-cv-01050-JWH-KES (Related Case) <br><br> [Assigned to the Honorable John W. Holcomb] |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, *et al.*, <br><br> Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S PROPOSED THIRD AMENDED COMPLAINT** <br><br> *[Filed Concurrently with Declaration of Cassidy T. Young; and Application to Seal]* |

**RECYCLED PAPER**

**[PROPOSED] ORDER**

317013460.1

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Proposed Third Amended Complaint, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| Entropic's Proposed Third Amended Complaint against Defendant Comcast ("TAC") at ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's TAC at Subheading A and B and ¶¶ 38-66, including footnote 6. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's TAC at ¶¶ 148-50. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 152. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's TAC at ¶ 154. | A letter between Comcast and Entropic that Comcast filed under seal. |

1

**[PROPOSED] ORDER**

317013460.1

| | |
|---|---|
| Entropic's TAC at Subheading 5 and ¶¶ 186-88. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's TAC at ¶ 225. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's TAC at ¶ 229. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's TAC at ¶ 256. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 260. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 289. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 318. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 347. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 376. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 403. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 436. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 458. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 480. | Terms of confidential agreement between Comcast and a third-party entity. |

| **Redline Compare Between FAC and SAC** | |
|---|---|
| Redline of Entropic's Proposed Third Amended Complaint and Corrected Second Amended Complaint ("Redline") at ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |
| Redline at Subheading A and B and ¶¶ 38-66, including footnote 6. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶¶ 148-50. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 152. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Redline at ¶ 154. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Redline at Subheading 5 and ¶¶ 186-88. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 225. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 229. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 256. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 260. | Terms of confidential agreement between Comcast and a third-party entity. |

| A portion of Redline at ¶ 289. | Terms of confidential agreement between Comcast and a third-party entity. |
|---|---|
| A portion of Redline at ¶ 318. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 347. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 376. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 403. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 436. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 458. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 480. | Terms of confidential agreement between Comcast and a third-party entity. |

Dated:

                                          Hon. John W. Holcomb
                                        United States District Judge