Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br><br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb]<br><br>**SUPPLEMENTAL DECLARATION OF CASSIDY T. YOUNG IN SUPPORT OF PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT AGAINST THE COX DEFENDANTS, AND AMEND INFRINGEMENT CONTENTIONS (DKT. 114)**<br><br>Hearing Date: January 16, 2024<br>Hearing Time: 9:00 a.m.<br>Courtroom:    9D |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |

**PLAINTIFF'S AMENDMENT TO ITS MOTION FOR LEAVE TO AMEND AND SUPPLEMENT**

317002628.2

## DECLARATION OF CHRISTINA N. GOODRICH

I, Cassidy T. Young, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of K&L Gates LLP (the "Firm" or "K&L Gates"). I am counsel of record on the K&L Gates team representing Plaintiff Entropic Communications, LLC ("Entropic") in the above-entitled action. This declaration is based on personal knowledge of the matters set forth in this declaration and based on documents on file with the Court and maintained in the ordinary course of business as part of the Firm's client files in this action. If called upon to testify regarding these matters, I could and would do so competently.

2. I submit this supplemental declaration in support of Entropic's Motion For Leave to Amend and Supplement Complaint, and Amend Infringement Contentions (the "Motion") (Dkt. 114). When the Motion was filed, it inadvertently omitted a proposed supplemental pleading containing the post-filing acts that Entropic alleged in its Proposed First Amended Complaint as against Cox Communications, Inc. *et al.*

3. Attached as **Exhibit A** is true and correct copy of Entropic's Proposed Second Supplemental Pleading that contains the allegations contained in the Proposed First Amended Complaint as against Cox Communication, Inc., *et al.* based on post-filing conduct, which had already been included in the proposed First Amended Complaint filed concurrently with the initial Motion.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on December 15, 2023 in Los Angeles, California.

*Cassidy Young*
_____
Cassidy T. Young

1

**PLAINTIFF'S AMENDMENT TO ITS MOTION FOR LEAVE TO AMEND AND SUPPLEMENT**

317002628.2