UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al*.,<br><br>Defendants.<br>ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al*.,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb]<br><br>**ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S CORRECTED SECOND AMENDED COMPLAINT**<br><br>*[Filed Concurrently with Declaration of Cassidy T. Young; and Application to Seal]* |

**RECYCLED PAPER**

**ORDER**

317013460.1

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Corrected Second Amended Complaint, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under L.R. 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Corrected Second Amended Complaint against Defendant Comcast ("SAC") at ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's SAC at Subheading A and B and ¶¶ 38-66, including footnote 6. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶¶ 148-50. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 152. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's SAC at ¶ 154. | A letter between Comcast and Entropic that Comcast filed under seal. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's SAC at Subheading 5 and ¶¶ 186-88. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 225. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 229. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's SAC at ¶ 256. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 260. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 289. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 318. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 347. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 376. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 403. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's SAC at ¶ 436. | Terms of confidential agreement between Comcast and a third-party entity. |

1   **IT IS SO ORDERED.**

3   Dated: December 18, 2023

Hon. John W. Holcomb
United States District Judge