UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　Defendants.<br>ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb]<br><br>**ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING PLAINTIFF'S PROPOSED THIRD AMENDED COMPLAINT**<br><br>*[Filed Concurrently with Declaration of Cassidy T. Young; and Application to Seal]* |

**ORDER**

317013460.1

RECYCLED PAPER

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Proposed Third Amended Complaint, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under L.R. 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Proposed Third Amended Complaint against Defendant Comcast ("TAC") at ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |
| Entropic's TAC at Subheading A and B and ¶¶ 38-66, including footnote 6. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's TAC at ¶¶ 148-50. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 152. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Entropic's TAC at ¶ 154. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Entropic's TAC at Subheading 5 and ¶¶ 186-88. | Terms of confidential agreement between Comcast and a third-party entity. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's TAC at ¶ 225. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's TAC at ¶ 229. | Terms of confidential agreement between Comcast and a third-party entity. |
| Entropic's TAC at ¶ 256. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 260. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 289. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 318. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 347. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 376. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 403. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 436. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 458. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Entropic's TAC at ¶ 480. | Terms of confidential agreement between Comcast and a third-party entity. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| **Redline Compare Between FAC and SAC** ||
| Redline of Entropic's Proposed Third Amended Complaint and Corrected Second Amended Complaint ("Redline") at ¶¶ 32-36, including footnotes 4 and 5. | Terms of confidential agreement between Entropic and a third-party entity. |
| Redline at Subheading A and B and ¶¶ 38-66, including footnote 6. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶¶ 148-50. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 152. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portions of Redline at ¶ 154. | A letter between Comcast and Entropic that Comcast filed under seal. |
| Redline at Subheading 5 and ¶¶ 186-88. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 225. | Terms of confidential agreement between Comcast and a third-party entity. |
| Redline at ¶ 229. | Terms of confidential agreement between Comcast and a third-party entity. |

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Redline at ¶ 256. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 260. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 289. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 318. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 347. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 376. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 403. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 436. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 458. | Terms of confidential agreement between Comcast and a third-party entity. |
| A portion of Redline at ¶ 480. | Terms of confidential agreement between Comcast and a third-party entity. |

**IT IS SO ORDERED.**

Dated: December 18, 2023

Hon. John W. Holcomb
United States District Judge