| | |
|---|---|
| 1 | DAVID M. KEYZER (SB# 248585) |
|  | david@keyzerlaw.com |
| 2 | LAW OFFICE OF DAVID KEYZER, P.C. |
|  | 5170 Golden Foothill Parkway |
| 3 | El Dorado Hills, CA 95762 |
|  | Telephone: (916) 243-5259 |
| 4 | Facsimile: (916) 404-0436 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

ENTROPIC COMMUNICATIONS, LLC,
    Plaintiff,

    v.

COX COMMUNICATIONS, INC., et al.,
    Defendants.

Case No. 2:23-cv-01049-JWH-KES
    LEAD CASE

Hon. John W. Holcomb
Special Master David M. Keyzer

**NOTICE OF**
**SPECIAL MASTER ORDER AND**
**SPECIAL MASTER MINUTES**

1  Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2  Special Master for Discovery Purposes (Dkt. 62), and further pursuant to the Court's
3  grant of consolidations (Dkt. 95, Oct. 16, 2023 Order), the Special Master attaches hereto
4  the Special Master Order No. SM-8 and Special Master Minutes.

Dated:   December 21, 2023          By:    /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master