1  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
2  ALEX S. YAP (CA SBN 241400)
   ayap@mofo.com
3  ROSE S. LEE (CA SBN 294658)
   roselee@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, California 90017-3543
   Telephone: (213) 892-5200
6  Facsimile: (213) 892-5454

7  [Additional counsel on signature page]

8  Attorneys for Counter-Defendants,
   MAXLINEAR, INC. and MAXLINEAR
9  COMMUNICATIONS LLC

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC, <br><br> Defendants, <br><br> COX COMMUNICATIONS, INC.; COXCOM, LLC; AND, COX COMMUNICATIONS CALIFORNIA, LLC, <br><br> Counter-Claimants, <br> v. <br><br> ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, <br><br> Counter-Defendants. | Case No. 2:23-cv-01049-JWH-KES (Lead Case) <br><br> **COUNTER-DEFENDANTS MAXLINEAR, INC., AND MAXLINEAR COMMUNICATIONS LLC'S NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** <br><br> **JURY TRIAL DEMANDED** <br><br><br> Judge: Hon. John W. Holcomb <br> Action Filed: Feb. 10, 2023 <br> Counterclaims Filed: Oct. 6, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for MaxLinear, Inc. and MaxLinear Communications LLC (collectively "MaxLinear"), identifies any parent corporation and publicly held corporation owning 10% or more of MaxLinear's stock, and certifies that the following listed parties may have a pecuniary interest in the outcome of the counterclaims asserted against MaxLinear:

- MaxLinear, Inc. has no parent corporation;
- One publicly held corporation, BlackRock, Inc., owns 10% or more of MaxLinear, Inc.'s stock;
- MaxLinear Communications LLC's parent corporation is MaxLinear, Inc.

MaxLinear refers to Entropic Communications, LLC's and Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's Local Rule 7.1-1 disclosures for other parties who may have a pecuniary interest in the outcome of the underlying patent infringement claims.

Dated: December 22, 2023

MORRISON & FOERSTER LLP

By: */s/ Rose S. Lee*
Rose S. Lee

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Palo Alto, California 94304-1018
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

*Attorneys for Counter-Defendants*
MAXLINEAR, INC. and MAXLINEAR COMMUNICATIONS LLC