1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES<br>(Lead Case)<br>Case No.: 2:23-cv-01050-JWH-KES<br>(Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS PURSUANT TO RULE 12(B)(6)** |

**RECYCLED PAPER**

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Motion to Dismiss Cox Defendants' Counterclaims, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Entropic's Motion is **GRANTED**. The Counterclaims [DE 87] filed by Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC's (collectively, "Cox") are hereby dismissed with prejudice and without leave to amend.

Dated: _____

                                            Hon. John W. Holcomb
                                            United States District Judge