| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| | christina.goodrich@klgates.com |
| 2 | Cassidy T. Young (SBN 342891) |
| | cassidy.young@klgates.com |
| 3 | K&L GATES LLP |
| | 10100 Santa Monica Boulevard |
| 4 | Eighth Floor |
| | Los Angeles, CA 90067 |
| 5 | Telephone: +1 310 552 5000 |
| | Facsimile: +1 310 552 5001 |

[*Additional counsel on signature page*]

**Attorneys for Plaintiff**
**Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case) <br> Case No.: 2:23-cv-01050-JWH-KES (Related Case) <br><br> [Assigned to the Honorable John W. Holcomb] <br><br> **PLAINTIFF ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS; DECLARATION OF CASSIDY T. YOUNG; [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION, *et al.*, <br><br> Defendants. | |

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 79-5.2.2(a), Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff") hereby applies for an order sealing **unredacted** information referenced in Entropic's Motion to Dismiss Cox Defendants' Counterclaims, which contains details related to and terms of a confidential agreement between third parties.

Each portion of the documents referenced in the chart below contains information that has been designated as confidential by Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC (collectively, "Cox") and has been filed under seal by Cox. (*See* Decl. of Cassidy T. Young in Support of Entropic's Application to File Documents Under Seal, ¶ 4.) Entropic, therefore, applies to file such documents and information under seal pursuant to Local Rule 79-5.2.2(a).

The information to be sealed is identified below:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Entropic's Motion to Dismiss Defendants' Counterclaims ("Motion") at 1:8–10. | Terms of confidential agreement between third parties. |
| Motion at 5:1–2. | Terms of confidential agreement between third parties. |
| Motion at 5:15–16. | Terms of confidential agreement between third parties. |
| Motion at 5:17. | Terms of confidential agreement between third parties. |

Pursuant to Local Rule 79-5.2.2(a), Entropic applies to file under seal the documents listed above. Under Rule 79-5.2.2(a), a party may seek leave to file a

document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. Entropic has complied with these requirements. The information that Entropic seeks to seal is contained within a confidential agreement between third parties. The public does not have an interest in accessing this confidential information. Additionally, Entropic's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, counsel for Cox indicated that it does not oppose Entropic's under seal filing.

Therefore, compelling reasons exist to seal the highlighted portions of the above documents. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *Roberts v. Bloom Energy Corp.*, 2020 WL 6162117, at *4 (N.D. Cal. Oct. 21, 2020) (granting application to seal information related to confidential third-party agreement).

Accordingly, Entropic respectfully requests that this Court order the unredacted documents to be filed under seal. Concurrent with this filing, Entropic has filed redacted versions of these documents with the Court, which only redact information necessary to protect confidential, private, and otherwise non-public information therein.

Dated: December 22, 2023            **K&L GATES LLP**

By: */s/ Cassidy T. Young*
    Christina Goodrich (SBN 261722)
    Connor J. Meggs (SBN 336159)
    Cassidy T. Young (SBN 342891)
    K&L Gates, LLP
    10100 Santa Monica Boulevard,

8th Floor  
Los Angeles, CA 90067  
Telephone: (310) 552-5000  
Fax: (310) 552-5001  
christina.goodrich@klgates.com  
connor.meggs@klgates.com  
cassidy.young@klgates.com  

James A. Shimota (*pro hac vice*)  
Katherine Allor (*pro hac vice*)  
70 W. Madison Street, Ste 3300  
Chicago, Illinois 60602  
Telephone: (312) 807-4299  
Fax: (312) 827-8000  
jim.shimota@klgates.com  
katy.allor@klgates.com  

Nicholas F. Lenning (*pro hac vice*)  
K&L GATES LLP  
925 Fourth Avenue, Suite 2900  
Seattle, WA 98104  
(206) 623-7580  
(206) 370-6006 (fax)  
nicholas.lenning@klgates.com  

Peter E. Soskin (SBN 280347)  
4 Embarcadero Center, Ste 1200  
San Francisco, CA 94111  
Telephone: (415) 882-8220  
peter.soskin@klgates.com  

***Attorneys for Plaintiff, Entropic Communications, LLC***

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

**RECYCLED PAPER**