Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-1049-JWH-KES<br>(Lead Case)<br>Case No. 2:23-cv-01050-JWH-KES<br>(Related Case)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ENTROPIC COMMUNICATIONS, LLC'S MOTION TO DISMISS COX'S COUNTERCLAIMS PURSUANT TO RULE 12(B)(6)** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>        Defendants. | |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiff Entropic Communications, LLC ("Entropic") respectfully requests that the Court take judicial notice of Exhibits A and B attached to this request.

Judicial notice of facts is proper where the facts "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Courts may take judicial notice of matters of public record, as well as documents made publicly available where there is no question as to their authenticity. *Lee v. City of L.A.*, 250 F.3d 668, 688-90 (9th Cir. 2001).

This request is made in connection with Entropic's recently filed Motion to Dismiss Cox Defendants' Counterclaims. As detailed in that Motion, Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC's (collectively, "Cox") counterclaims depend on the Asserted Patents being essential to the DOCSIS License Agreement. Plaintiff asks the Court to take notice of the fact that the District Court for the Eastern District of Texas recently issued an order granting summary judgment that three of the patents asserted in this case (U.S. Patent Nos. 8,792,008, 9,825,826, and 10,135,682) are not subject to the DOCSIS License. *See* Exhibit A at 6-9 (report and recommendation); Exhibit B (order granting report and recommendation).

Accordingly, Entropic requests that the Court take judicial notice of the following:

1. Magistrate Judge Payne's report and recommendation regarding Entropic's motion for summary judgment of no license defense based on DOCSIS, attached hereto as **Exhibit A**.
2. Judge Gilstrap's Order adopting Judge Payne's report and recommendation, attached hereto as **Exhibit B**.

Dated: December 22, 2023            **K&L GATES LLP**

                                    By: */s/ Cassidy T. Young*
                                    Christina Goodrich (SBN 261722)
                                    Connor J. Meggs (SBN 336159)

Cassidy T. Young (SBN 342891)
K&L Gates, LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com
cassidy.young@klgates.com

James A. Shimota (*pro hac vice*)
Katherine Allor (*pro hac vice*)
70 W. Madison Street, Ste 3300
Chicago, Illinois 60602
Telephone: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
katy.allor@klgates.com

Nicholas F. Lenning (*pro hac vice*)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
(206) 370-6006 (fax)
nicholas.lenning@klgates.com

Peter E. Soskin (SBN 280347)
4 Embarcadero Center, Ste 1200
San Francisco, CA 94111
Telephone: (415) 882-8220
peter.soskin@klgates.com

***Attorneys for Plaintiff, Entropic Communications, LLC***

**REQUEST FOR JUDICIAL NOTICE**