1  Krishnan Padmanabhan SBN: (254220)
   KPadmanabhan@winston.com
2  **WINSTON & STRAWN LLP**
   200 Park Avenue
3  New York, NY 10166-4193
   Telephone:  (212) 294-6700
4  Facsimile:   (212) 294-4700

5  Attorneys for Comcast Defendants

6  *(Additional counsel information omitted)*

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                  **SANTA ANA DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | No. 2:23-cv-1049-JWH-KES (Lead Case)<br>No. 2:23-cv-1050-JWH-KES (Related Case)<br><br>Assigned to Hon. John W. Holcomb<br><br>**COMCAST DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD THE '275 AND '438 PATENTS** |

Comcast respectfully submits that Entropic's supplementation of its Second Amended Complaint ("SAC") to add two new patents[1] is futile, untimely, and prejudicial for the reasons expressed in Comcast's Opposition to Entropic's Motion to Supplement. C.A. 23-cv-1049, Dkt. 136. However, pursuant to the Court's Order (C.A. 23-cv-1050, Dkt. 121), Comcast will file a motion to dismiss Entropic's SAC with prejudice on December 29, 2023. Comcast will address why these two new patents, like each of Entropic's other asserted patents, must be dismissed with prejudice in that motion. Comcast therefore does not oppose Entropic's Motion to Supplement (C.A. 23-cv-1049, Dkt. No. 143) so that Comcast may seek dismissal of the SAC in its entirety at that time.

---

[1] The two new patents Entropic seeks to add are U.S. Patent Nos. 11,785,275 (the "'275 Patent"), and 9,866,438 (the "'438 Patent").

COMCAST DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD THE '275 AND '438 PATENTS

1

No. 2:23-cv-1049-JWH-KES (Lead Case)
No. 2:23-cv-1050-JWH-KES (Related Case)

Dated: December 26, 2023

WINSTON & STRAWN LLP

By: */s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Ave., Florr 40
New York City, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Ave.
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750

Brian Ferguson (*pro hac vice*)
bferguson@winston.com
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

Saranya Raghavan (*pro hac vice*)
sraghavan@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker, Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312)558-5700

*Attorneys for Comcast Defendants*

COMCAST DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD THE '275 AND '438 PATENTS

2

No. 2:23-cv-1049-JWH-KES (Lead Case)
No. 2:23-cv-1050-JWH-KES (Related Case)