| | |
|---|---|
| 1 | BITA RAHEBI (CA SBN 209351) |
| | BRahebi@mofo.com |
| 2 | ALEX S. YAP (CA SBN 241400) |
| | AYap@mofo.com |
| 3 | ROSE S. LEE (CA SBN 294658) |
| | RoseLee@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| 5 | Los Angeles, California 90017-3543 |
| | Telephone: (213) 892-5200 |
| 6 | Facsimile: (213) 892-5454 |

[Additional counsel on signature page]

Attorneys for Defendants MAXLINEAR INC. and MAXLINEAR COMMUNICATIONS, LLC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES |
| Plaintiff, | Lead Case |
| v. | **COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S AMENDED NOTICE OF MOTION TO CORRECT E-FILING ERROR ON MOTION TO DISMISS COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC** |
| COX COMMUNICATIONS, INC., COXCOM, LLC AND COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants. | |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, | **JURY TRIAL DEMANDED** |
| | Judge: Hon. John W. Holcomb |
| | Action Filed: Feb. 10, 2023 |
| | Counterclaims Filed: Oct. 6, 2023 |
| Counter-Claimants, | **Hearing:** |
| v. | Date: February 2, 2024 |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR INC..; AND MAXLINEAR COMMUNICATIONS LLC, | Time: 9:00 a.m. |
| | Place: Courtroom 9D, Santa Ana |
| | Judge: Hon. John W. Holcomb |
| Counter-Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 22, 2023, an e-filing error was made during the filing process of e-filing Docket 160, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's Notice of Motion and Motion to Dismiss Counterclaims by Cox Communications, Inc., Coxcom LLC and Cox Communications California, LLC.  The incorrect hearing date of February 10, 2023 was erroneously selected.  The correct hearing date for this Motion is February 2, 2024.  On February 2, 2024, or as soon thereafter as counsel may be heard, in Courtroom 9D of the United States District Court for the Central District of California, located at 411 W. 4th Street, Santa Ana, California, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC move to dismiss the counterclaims by Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC.

| | |
|---|---|
| Dated: December 26, 2023 | MORRISON & FOERSTER LLP |
| | By: */s/ Rose S. Lee*<br>    Rose S. Lee |
| | BITA RAHEBI (CA SBN 209351)<br>brahebi@mofo.com<br>ALEX S. YAP (CA SBN 241400)<br>ayap@mofo.com<br>ROSE S. LEE (CA SBN 294658)<br>roselee@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454 |
| | RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Palo Alto, California 94304-1018<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>Attorneys for Counter-Defendants<br>MAXLINEAR,INC. and<br>MAXLINEAR<br>COMMUNICATIONS LLC |