**KILPATRICK TOWNSEND & STOCKTON LLP**
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Lead Case: 2:23-cv-01049-JWH-KES<br><br>Related Case:<br>2:23-cv-1050-JWH-KES<br><br>**DECLARATION OF COURTNEY S. DABBIERE IN SUPPORT OF COX DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT AND INFRINGEMENT CONTENTIONS** |

I, Courtney S. Dabbiere, state as follows:

1. I am an attorney admitted to practice *pro hac vice* in the Central District of California. I am a Senior Associate at Kilpatrick Townsend & Stockton LLP and counsel to Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's (collectively, "Cox"). I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I make this declaration in support of Cox's Opposition to Plaintiff's Motion for Leave to Amend and Supplement Complaint and Infringement Contentions ("Opposition").

3. I attended the parties' meet and confer on November 1, 2023. During the meet and confer, Entropic reserved the right to add more to-be-issued continuation patents to this case at least through the *Markman* process and refused to identify a time or event it considered appropriate for the parties to discuss narrowing the number of asserted claims or asserted patents.

4. Attached hereto as Exhibit A is a chart comparing the proposed asserted claims of U.S. Patent No. 9,866,438 and the asserted claims of U.S. Patent No. 10,135,682 and a chart comparing the proposed asserted claims of U.S. Patent No. 11,785,275 and the asserted claims of U.S. Patent Nos. 9,210,362, 11,399,206, and 11,381,866.

5. Attached hereto as Exhibit B is a true and correct copy of the Issue Notification dated September 20, 2023, for U.S. Patent No. 11,785,275.

6. Attached hereto as Exhibit C is a true and correct copy of Entropic's Disclosure of Asserted Claims and Infringement Contentions served on September 15, 2023.

7. Attached hereto as Exhibit D is a true and correct copy of the rough transcript from the hearing held before Special Master Keyzer on December 20, 2023.

DABBIERE DECL. ISO COX' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT AND INFRINGEMENT CONTENTIONS
CASE NO. 2:23-CV-01049-JWH-KES

2

8.   Attached hereto as Exhibit E is a true and correct copy of Cox's Letter to Special Master Keyzer regarding Entropic's infringement contentions dated November 17, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  December 26, 2023

By: */s/ Courtney S. Dabbiere*
Courtney S. Dabbiere

22856424V.1

DABBIERE DECL. ISO COX' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT AND INFRINGEMENT CONTENTIONS
CASE NO. 2:23-CV-01049-JWH-KES

3