# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants.<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb]<br><br>**ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS** |

**ORDER**

317013460.1

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Motion to Dismiss Cox Defendants' Counterclaims, which contains details related to a confidential agreement between third parties, and a sufficient showing having been made under L.R. 79-5 to permit filing under seal, it is hereby **ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| --- | --- |
| Entropic's Motion to Dismiss Defendants' Counterclaims ("Motion") at 1:8–10. | Terms of confidential agreement between third parties. |
| Motion at 5:1–2. | Terms of confidential agreement between third parties. |
| Motion at 5:15–16. | Terms of confidential agreement between third parties. |
| Motion at 5:17. | Terms of confidential agreement between third parties. |

**IT IS SO ORDERED.**

Dated: December 26, 2023

_____
Hon. John W. Holcomb
United States District Judge