# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br><br>Defendants. | **No. 2:23-cv-1049-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1050-JWH-KES (Related Case)**<br><br>**No. 2:23-cv-1043-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1048-JWH-KES (Related Case)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL IN CONNECTION WITH DEFENDANTS' DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(B)(1) AND 12(B)(6)** |

**IT IS HEREBY ORDERED** that Defendants' sealing application is **GRANTED.** Due to the highly sensitive nature of their subject matter, the following materials may be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Memorandum of Points and Authorities in Support of Comcast's Motion to Dismiss the Second Amended Complaint | Pages (as numbered at the bottom of the page): 35-36 |
| Exhibit I to the Memorandum of Points and Authorities (MOCA_1038720-1) | Entirety |
| Exhibit J to the Memorandum of Points and Authorities (MoCA IPR Policy v1.1 December 2003) | Entirety |

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable John W. Holcomb
United States District Judge