# Exhibit B

**Cross Reference Chart Comparing Paragraph Numbers Between the Second Amended Complaint ("SAC"), "corrected" SAC, and Third Amended Complaint ("TAC") in C.A. 2:23-cv-1049, and Between the SAC and "corrected" SAC in C.A. 2:23-cv-1043**

I.  2:23-cv-1049 Comparison Chart

| ¶ in 2:23-cv-01049, Dkt. 130-1 (SAC) | ¶ in 2:23-cv-01049, Dkt. 142-1 (Corrected SAC) | ¶ in 2:23-cv-01049, Dkt. 143-1 (TAC) |
|---|---|---|
| 71 | 71 | 71 |
| 72 | 72 | 72 |
| 73 | 73 | 73 |
| 74 | 74 | 74 |
| 75 | 75 | 75 |
| 76 | 76 | 76 |
| 77 | 77 | 77 |
| 78 | 78 | 78 |
| 79 | 79 | 79 |
| 80 | 80 | 80 |
| 81 | 81 | 81 |
| 82 | 82 | 82 |
| 83 | 83 | 83 |
| 84 | 84 | 84 |
| 85 | 85 | 85 |
| 86 | 86 | 86 |
| 87 | 87 | 87 |
| 89 | 89 | 89 |
| 90 | 90 | 90 |
| 91 | 91 | 91 |
| 92 | 92 | 92 |
| 93 | 93 | 93 |
| 94 | 94 | 94 |
| 95 | 95 | 95 |
| 96 | 96 | 96 |
| 97 | 97 | 97 |
| 98 | 98 | 98 |
| 103 | 103 | 103 |
| 104 | 104 | 104 |
| 106 | 106 | 106 |
| 107 | 107 | 107 |
| 108 | 108 | 108 |
| 109 | 109 | 109 |
| 110 | 110 | 110 |
| 111 | 111 | 111 |

| ¶ in 2:23-cv-01049, Dkt. 130-1 (SAC) | ¶ in 2:23-cv-01049, Dkt. 142-1 (Corrected SAC) | ¶ in 2:23-cv-01049, Dkt. 143-1 (TAC) |
|---|---|---|
| 112 | 112 | 112 |
| 113 | 113 | 113 |
| 114 | 114 | 114 |
| 115 | 115 | 115 |
| 116 | Not Present | Not Present |
| 117 | 116 | 116 |
| 118 | 117 | 117 |
| 119 | 118 | 118 |
| 120 | 119 | 119 |
| 121 | 120 | 120 |
| 122 | 121 | 121 |
| 123 | 122 | 122 |
| 124 | 123 | 123 |
| 125 | 124 | 124 |
| 131 | 130 | 130 |
| 132 | 131 | 131 |
| 133 | 132 | 132 |
| 135 | 134 | 134 |
| 138 | 137 | 137 |
| 139 | 138 | 138 |
| 140 | 139 | 139 |
| 141 | 140 | 140 |
| 157 | 156 | 156 |
| 158 | 157 | 157 |
| 159 | 158 | 158 |
| 160 | 159 | 159 |
| 161 | 160 | 160 |
| 162 | 161 | 161 |
| 163 | 162 | 162 |
| 166 | 165 | 165 |
| 167 | 166 | 166 |
| 168 | 167 | 167 |
| 169 | 168 | 168 |
| 170 | 169 | 169 |
| 171 | 170 | 170 |
| 172 | 171 | 171 |
| 173 | 172 | 172 |

| ¶ in 2:23-cv-01049, Dkt. 130-1 (SAC) | ¶ in 2:23-cv-01049, Dkt. 142-1 (Corrected SAC) | ¶ in 2:23-cv-01049, Dkt. 143-1 (TAC) |
|---|---|---|
| 174 | 173 | 173 |
| 175 | 174 | 174 |
| 176 | 175 | 175 |
| 177 | 176 | 176 |
| 178 | 177 | 177 |
| 179 | 178 | 178 |
| 180 | 179 | 179 |
| 181 | 180 | 180 |
| 182 | 181 | 181 |
| 183 | 182 | 182 |
| 184 | 183 | 183 |
| 185 | 184 | 184 |
| 186 | 185 | 185 |
| 221 | 220 | 220 |
| 227 | 226 | 226 |
| 228 | 227 | 227 |
| 229 | 228 | 228 |
| 243 | 242 | 242 |
| 252 | 251 | 251 |
| 258 | 257 | 257 |
| 259 | 258 | 258 |
| 260 | 259 | 259 |
| 273 | 272 | 272 |
| 282 | 281 | 281 |
| 287 | 286 | 286 |
| 288 | 278 | 278 |
| 289 | 288 | 288 |
| 302 | 301 | 301 |
| 311 | 310 | 310 |
| 316 | 315 | 315 |
| 317 | 316 | 316 |
| 318 | 317 | 317 |
| 331 | 330 | 330 |
| 340 | 339 | 339 |
| 345 | 344 | 344 |
| 346 | 345 | 345 |
| 347 | 346 | 346 |

| ¶ in 2:23-cv-01049, Dkt. 130-1 (SAC) | ¶ in 2:23-cv-01049, Dkt. 142-1 (Corrected SAC) | ¶ in 2:23-cv-01049, Dkt. 143-1 (TAC) |
|---|---|---|
| 360 | 359 | 359 |
| 369 | 368 | 368 |
| 374 | 373 | 373 |
| 375 | 374 | 374 |
| 376 | 375 | 375 |
| 380 | 379 | 379 |
| 381 | 380 | 380 |
| 382 | 381 | 381 |
| 387 | 386 | 386 |
| 396 | 395 | 395 |
| 401 | 400 | 400 |
| 402 | 401 | 401 |
| 403 | 402 | 402 |
| 416 | 415 | 415 |
| 425 | 424 | 424 |
| 434 | 433 | 433 |
| 435 | 434 | 434 |
| 436 | 435 | 435 |
| 440 | Not Present | 439 |
| 441 | Not Present | 440 |
| 442 | Not Present | 441 |
| 443 | Not Present | 442 |
| 444 | Not Present | 443 |
| 445 | Not Present | 444 |
| 446 | Not Present | 445 |
| 447 | Not Present | 446 |
| 448 | Not Present | 447 |
| 449 | Not Present | 448 |
| 450 | Not Present | 449 |
| 451 | Not Present | 450 |
| 452 | Not Present | 451 |
| 453 | Not Present | 452 |
| 454 | Not Present | 453 |
| 455 | Not Present | 454 |
| 456 | Not Present | 455 |
| 457 | Not Present | 456 |
| 458 | Not Present | 457 |

| ¶ in 2:23-cv-01049, Dkt. 130-1 (SAC) | ¶ in 2:23-cv-01049, Dkt. 142-1 (Corrected SAC) | ¶ in 2:23-cv-01049, Dkt. 143-1 (TAC) |
|---|---|---|
| 459 | Not Present | 458 |
| 460 | Not Present | 459 |
| 461 | Not Present | 460 |
| 462 | Not Present | 461 |
| 463 | Not Present | 462 |
| 464 | Not Present | 463 |
| 465 | Not Present | 464 |
| 466 | Not Present | 465 |
| 467 | Not Present | 466 |
| 468 | Not Present | 467 |
| 469 | Not Present | 468 |
| 470 | Not Present | 469 |
| 471 | Not Present | 470 |
| 472 | Not Present | 471 |
| 473 | Not Present | 472 |
| 474 | Not Present | 473 |
| 475 | Not Present | 474 |
| 476 | Not Present | 475 |
| 477 | Not Present | 476 |
| 478 | Not Present | 477 |
| 479 | Not Present | 478 |
| 480 | Not Present | 479 |
| 481 | Not Present | 480 |
| 482 | Not Present | 481 |
| 483 | Not Present | 482 |
| 484 | Not Present | 483 |
| 485 | Not Present | 484 |
| 486 | Not Present | 485 |

II. 2:23-cv-1043 Comparison Chart

| ¶ in 2:23-cv-01043, Dkt. 192-1 (SAC) | ¶ in 2:23-cv-01043, Dkt. 207-1 (Corrected SAC) |
|---|---|
| 68 | 68 |
| 69 | 69 |
| 70 | 70 |
| 71 | 71 |
| 72 | 72 |
| 73 | 73 |
| 74 | 74 |
| 75 | 75 |
| 76 | 76 |
| 77 | 77 |
| 78 | 78 |
| 79 | 79 |
| 80 | 80 |
| 81 | 81 |
| 82 | 82 |
| 83 | 83 |
| 84 | 84 |
| 85 | 85 |
| 86 | 86 |
| 87 | 87 |
| 88 | 88 |
| 89 | 89 |
| 90 | 90 |
| 91 | 91 |
| 92 | 92 |
| 93 | 93 |
| 94 | 94 |
| 99 | 99 |
| 100 | 100 |
| 102 | 102 |
| 103 | 103 |
| 104 | 104 |
| 105 | 105 |
| 106 | 106 |
| 107 | 107 |

| ¶ in 2:23-cv-01043, Dkt. 192-1 (SAC) | ¶ in 2:23-cv-01043, Dkt. 207-1 (Corrected SAC) |
|---|---|
| 108 | 108 |
| 109 | 109 |
| 110 | 110 |
| 111 | 111 |
| 112 | Not Present |
| 113 | 112 |
| 114 | 113 |
| 115 | 114 |
| 116 | 115 |
| 117 | 116 |
| 118 | 117 |
| 119 | 118 |
| 120 | 119 |
| 121 | 120 |
| 126 | 125 |
| 127 | 126 |
| 128 | 127 |
| 129 | 128 |
| 131 | 130 |
| 132 | 131 |
| 134 | 133 |
| 135 | 134 |
| 136 | 135 |
| 137 | 136 |
| 153 | 152 |
| 154 | 153 |
| 155 | 154 |
| 156 | 155 |
| 157 | 156 |
| 158 | 157 |
| 159 | 158 |
| 160 | 159 |
| 161 | 160 |
| 162 | 161 |
| 163 | 162 |
| 164 | 163 |
| 165 | 164 |

| ¶ in 2:23-cv-01043, Dkt. 192-1 (SAC) | ¶ in 2:23-cv-01043, Dkt. 207-1 (Corrected SAC) |
|---|---|

| ¶ in 2:23-cv-01043, Dkt. 192-1 (SAC) | ¶ in 2:23-cv-01043, Dkt. 207-1 (Corrected SAC) |
|---|---|
| 166 | 165 |
| 167 | 166 |
| 168 | 167 |
| 169 | 168 |
| 170 | 169 |
| 171 | 170 |
| 172 | 171 |
| 173 | 172 |
| 174 | 173 |
| 175 | 174 |
| 176 | 175 |
| 177 | 176 |
| 178 | 177 |
| 179 | 179 |
| 180 | 180 |
| 181 | 181 |
| 182 | 182 |
| 250 | 249 |
| 259 | 258 |
| 260 | 259 |
| 261 | 260 |
| 291 | 290 |
| 300 | 299 |
| 301 | 300 |
| 302 | 301 |
| 331 | 330 |
| 340 | 339 |
| 341 | 340 |
| 342 | 341 |
| 371 | 370 |
| 380 | 379 |
| 381 | 380 |
| 382 | 381 |
| 411 | 410 |
| 420 | 419 |
| 421 | 420 |
| 422 | 421 |

| ¶ in 2:23-cv-01043, Dkt. 192-1 (SAC) | ¶ in 2:23-cv-01043, Dkt. 207-1 (Corrected SAC) |
|---|---|
| 451 | 450 |
| 459 | 458 |
| 460 | 459 |
| 461 | 460 |
| 490 | 489 |
| 499 | 498 |
| 500 | 499 |
| 501 | 500 |
| 530 | 529 |
| 538 | 537 |
| 539 | 538 |
| 540 | 539 |
| 568 | 567 |
| 576 | 575 |
| 577 | 576 |
| 578 | 577 |
| 606 | 605 |
| 614 | 613 |
| 615 | 614 |
| 616 | 615 |
| 644 | 643 |
| 652 | 651 |
| 653 | 652 |
| 654 | 653 |
| 682 | 681 |
| 690 | 689 |
| 691 | 690 |
| 692 | 691 |