# EXHIBIT C



## Assignment abstract of title for Application 15434673

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| Method And System For Service Group Management In A Cable Network<br>Curtis Ling, Sridhar Ramesh, Timothy Gallagher | 9866438<br>Jan 9, 2018 | 20170163486<br>Jun 8, 2017 | 15434673<br>Feb 16, 2017 | | |

## Assignments (5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 056656/0204 | Jun 23, 2021 | Jun 23, 2021 | 1330 | 112 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
MUFG UNION BANK, N.A.

**Correspondent**
CT CORPORATION
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

**Assignee**
MAXLINEAR, INC.
5966 LA PLACE COURT, SUITE 100
CARLSBAD, CALIFORNIA 92008

EXAR CORPORATION
5966 LA PLACE COURT, SUITE 100
CARLSBAD, CALIFORNIA 92008

MAXLINEAR COMMUNICATIONS LLC
5966 LA PLACE COURT, SUITE 100
CARLSBAD, CALIFORNIA 92008

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 055779/0001 | Mar 31, 2021 | Mar 31, 2021 | 295 | 58 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
MUFG UNION BANK, N.A.

**Correspondent**
MCANDREWS, HELD & MALLOY
500 WEST MADISON STREET
FLOOR 34
CHICAGO, IL 60661

Assignee
MAXLINEAR, INC.
5966 LA PLACE COURT
SUITE 100
CARLSBAD, CALIFORNIA 92008

MAXLINEAR COMMUNICATIONS LLC
5966 LA PLACE COURT
SUITE 100
CARLSBAD, CALIFORNIA 92008

## Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 055898/0230 | Mar 31, 2021 | Apr 12, 2021 | 138 | 23 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
MAXLINEAR, INC.

Correspondent
MOORE & VAN ALLEN PLLC
100 NORTH TRYON STREET, SUITE 4700
CHARLOTTE, NC 28202

Assignee
ENTROPIC COMMUNICATIONS, LLC
1345 AVENUE OF THE AMERICAS
46TH FLOOR
NEW YORK, NEW YORK 10105

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 053115/0842 | Jul 1, 2020 | Jul 1, 2020 | 1235 | 101 |

Conveyance
SUCCESSION OF AGENCY (REEL 042453 / FRAME 0001)

Assignors
JPMORGAN CHASE BANK, N.A.

Correspondent
CT CORPORATION
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

Assignee
MUFG UNION BANK, N.A.
350 CALIFORNIA STREET, 17TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042453/0001 | May 12, 2017 | May 12, 2017 | 1237 | 104 |

Conveyance
SECURITY AGREEMENT

Assignors
MAXLINEAR, INC.
ENTROPIC COMMUNICATIONS, LLC (F/K/A ENTROPIC COMMUNICATIONS, INC.)
EXAR CORPORATION

Correspondent
MICHAEL VIOLET
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

Assignee
JPMORGAN CHASE BANK, N.A., AS COLLATERAL AGENT
10 SOUTH DEARBORN, FLOOR L-2
MAILCODE: IL1-1145
CHICAGO, ILLINOIS 60603