1 | Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
2 | **WINSTON & STRAWN LLP**
200 Park Avenue
3 | New York, NY 10166
Telephone: (212) 294-6700
4 | Facsimile: (212) 294-4700

5 | Attorneys for Comcast Defendants.

6 | *(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | **No. 2:23-cv-1049-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1050-JWH-KES (Related Case)**<br><br>**No. 2:23-cv-1043-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1048-JWH-KES (Related Case)**<br><br>Assigned to Hon. John W. Holcomb<br><br>**[PROPOSED] ORDER GRANTING COMCAST DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>Date: January 26, 2024<br>Time: 9:00 a.m.<br>Courtroom: 9D |

Having considered Defendants' Rule 12(b)(1) and 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint, the Court GRANTS the Motion.

MaxLinear, Inc. and its affiliates covenanted not to sue Defendants for alleged infringement of the asserted patents. The assignment of the asserted patents by MaxLinear, Inc., and its affiliate MaxLinear Communications LLC, to plaintiff, Entropic Communications, LLC ("Entropic") was made subject to existing encumbrances, including the covenant not to sue Defendants. *Datatreasury Corp. v. Wells Fargo & Co.*, 522 F.3d 1368, 1372 (Fed. Cir. 2008). Plaintiff therefore lacks a basis to bring these lawsuits.

Plaintiff's willfulness allegations are implausible because they fail to allege facts from which it can be plausibly inferred that Comcast had knowledge of the asserted patents and had knowledge that its alleged conduct constituted infringement of the asserted patents. *RJ Tech., LLC v. Apple, Inc.*, 2023 WL 3432237, at *8 (C.D. Cal. Mar. 23, 2023). Accordingly, the Court grants Comcast's motion under Rule 12(b)(6) to dismiss Entropic's willfulness claims.

For these reasons, the Court GRANTS the Motion and dismisses the Second Amended Complaint with prejudice under Rule 12(b)(1) and Rule 12(b)(6).

**IT IS SO ORDERED.**

Dated:_____, 2024

_____
Honorable John W. Holcomb
United States District Judge