1 | Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
2 | Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
3 | K&L Gates LLP
10100 Santa Monica Boulevard
4 | Eighth Floor
Los Angeles, California 90067
5 | Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001
6 |

7 | **Attorneys for Plaintiff Entropic
Communications, LLC**
8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

11 |

12 |

13 | ENTROPIC COMMUNICATIONS, LLC,

14 | Plaintiff,

15 | v.

16 | COX COMMUNICATIONS, INC., *et al.*,

17 |

18 | Defendants.

19 | ENTROPIC COMMUNICATIONS, LLC,

20 | Plaintiff,

21 | v.

22 | COMCAST CORPORATION, *et al.*,

23 |

24 | Defendants.

Case No.: 2:23-cv-01049-JWH-KES
(Lead Case)
Case No.: 2:23-cv-01050-JWH-KES
(Related Case)

[Assigned to the Honorable John W. Holcomb]

**DECLARATION OF CASSIDY T. YOUNG IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT**

Hearing Date:   January 16, 2024
Hearing Time:   9:00 a.m.
Courtroom:      9D (Santa Ana)

25
26
27
28

1
**DECLARATION OF CASSIDY T. YOUNG**

**<u>DECLARATION OF CASSIDY T. YOUNG</u>**

I, Cassidy T. Young, declare as follows:

1.       I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court. I am an associate at the law firm of K&L Gates LLP (the "Firm" or "K&L Gates"). I am one of the attorneys on the K&L Gates team representing Plaintiff Entropic Communications, LLC ("Entropic") in the above-entitled action. This declaration is based on personal knowledge of the matters set forth in this declaration and based on documents on file with the Court and maintained in the ordinary course of business as part of the Firm's client files in this action. If called upon to testify regarding these matters, I could and would do so competently.

2.       On December 1, 2023, I attended a discovery hearing before the Special Master.  Attached hereto as **Exhibit A** is a true and correct copy of relevant portions of the transcript from the December 1, 2023 discovery hearing, which I ordered and received from the court reporter who was present at the hearing.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.


Executed on January 2, 2024 in Los Angeles, California.



_____
Cassidy T. Young

**DECLARATION OF CASSIDY T. YOUNG**