| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | April E. Isaacson (SBN 180638) |
|   | aisaacson@kilpatricktownsend.com |
| 3 | Two Embarcadero Center, Suite 1900 |
|   | San Francisco CA 94111 |
| 4 | (415) 273 8306 |

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES |
| Plaintiff, | **[PROPOSED] ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE
UNDER SEAL
CASE NO. 2:23-CV-01049-JWH-KES

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

[PROPOSED] ORDER GRANTING COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:23-CV-01049-JWH-KES

1  This matter comes before the Court on Defendant Cox Communications, Inc.,
2  CoxCom, LLC, and Cox Communications California, LLC's Application for Leave
3  to File Under Seal. The Court, having considered all papers filed in support of the
4  application finds that there is a good cause for granting the application in its entirety;
5  Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application is
6  GRANTED.
7  IT IS SO ORDERED.
8
9  DATED: _____, 2024

                                        Hon. John W. Holcomb
                                        UNITED STATES DISTRICT JUDGE