KILPATRICK TOWNSEND & STOCKTON LLP
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-1049-JWH-KES<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 2:23-CV-1049-JWH-KES

| | |
|---|---|
| 1<br>2 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5<br>6<br>7 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 8 | Counter-Defendants. |

# CERTIFICATE OF SERVICE

I, Stephanie DM Pearson, declare that I am employed in the City and County of San Francisco, California, in the office of a member of the bar of this Court at whose direction this service was made.

I am over the age of eighteen years and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, California 94111. On January 9, 2024, I served the document entitled:

1. SEALED COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S ANSWER AND DEFENSES TO COMPLAINT AND FIRST AMENDED COUNTERCLAIMS

2. SEALED RED-LINE COMPARE OF COX DEFENDANTS' ANSWER AND DEFENSES TO COMPLAINT AND FIRST AMENDED COUNTERCLAIMS

on the interested parties in this action, as follows:

| *Attorneys for Plaintiff*  *Entropic Communications, LLC* ||
|---|---|
| Christina N. Goodrich<br>Connor J. Meggs<br>Cassidy Young<br>Peter E. Soskin<br>K&L GATES LLP<br>10100 Santa Monica Boulevard, 8th Floor<br>Los Angeles, California 90067<br>Email: entropicklg@klgates.com<br>Tel:  310.552.5000<br><br>Darlene F. Ghavimi<br>K&L Gates LLP<br>2801 Via Fortuna, Suite 650<br>Austin, TX 78746<br>Tel: 512-482-6919<br>Email: entropicklg@klgates.com<br><br>Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212<br>Email: bridgesip@icloud.com<br>Tel: (615) 973-9478 | Jennifer M. Hartjes<br>jhartjes@goldmanismail.com<br>Kurt A. Holtzman<br>kholtzman@goldmanismail.com<br>Alan E. Littmann<br>alittmann@goldmanismail.com<br>Shu Zhang<br>szhang@goldmanismail.com<br>Douglas Winnard<br>dwinnard@goldmanismail.com<br>GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP<br>200 South Wacker Drive, Floor 22<br>Chicago, IL, 60606<br>Tel: (312) 681-6000<br>Email: gitbb-entropic@goldmanismail.com |

| *Attorneys for Counterclaim Defendants*<br>*MaxLinear, Inc. and MaxLinear Communications LLC* ||
|---|---|
| Bita Rahebi<br>brahebi@mofo.com<br>Alex S. Yap<br>ayap@mofo.com<br>Rose S. Lee<br>RoseLee@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard,<br>Suite 6000<br>Los Angeles, California 90017<br>Telephone: 213.892.5200<br><br>Richard S.J. Hung<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, CA 94105<br>Telephone: (415) 268-7000 | Stella Mao<br>SMao@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road,<br>Palo Alto, California 94304<br>Telephone: 650.813.5600<br><br>Bradley S Lui<br>Morrison and Foerster LLP<br>2100 L Street NW, Suite 900<br>Washington, DC 20037<br>202-887-8766<br>Email: blui@mofo.com |

☐  [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☒  [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the parties listed above from email address sdmpearson@kilpatricktownsend.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 9, 2024, at San Francisco, California.

*/s/ Stephanie DM Pearson*
Stephanie DM Pearson

PROOF OF SERVICE
CASE NO. 2:23-CV-1049-JWH-KES

4