# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Counterclaimants,<br><br> v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.,<br><br>    Counterdefendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1050-JWH-KES (Related Case)<br><br>**ORDER GRANTING STIPULATION RE: HEARING AND BRIEFING ON MOTIONS TO DISMISS COX DEFENDANTS' COUNTERCLAIMS**<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen E. Scott |

**ORDER**

1

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST CORPORATION; *et al.*, |
| 6 | Defendants. |

**ORDER**

After full consideration of the Stipulation re: Hearing and Briefing on Motions to Dismiss Cox Defendants' Counterclaims, which was filed jointly by Plaintiff and Counter-Defendant Entropic Communications, LLC ("Entropic"); Counter-Defendants MaxLinear, Inc. and MaxLinear Communications, LLC (collectively, "MaxLinear"); and Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC's (collectively, "Cox"), and good cause appearing, it is hereby **ORDERED** as follows:

1. The hearing set for February 2, 2024 regarding MaxLinear's motion to dismiss (1049 DE 160) and Entropic's motion to dismiss (1049 DE 161) is **VACATED**. Those motions shall not proceed.

2. The deadline for Entropic and MaxLinear to respond to Cox's First Amended Counterclaims (1049 DE 189) is February 6, 2024.

3. The deadline for Cox to file its opposition to any motions to dismiss filed by Entropic and MaxLinear in response to Cox's First Amended Counterclaims is March 1, 2024.

4. The deadline for Entropic and MaxLinear to file replies in support of any motions to dismiss Cox's First Amended Counterclaims is March 15, 2024.

5. Any motions to dismiss filed by Entropic and MaxLinear in response to Cox's First Amended Counterclaims will be heard on March 29, 2024, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 22, 2024

Honorable John W. Holcomb
United States District Judge