| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | April E. Isaacson (SBN 180638) |
| | aisaacson@kilpatricktownsend.com |
| 3 | Two Embarcadero Center, Suite 1900 |
| | San Francisco CA 94111 |
| 4 | (415) 273 8306 |
| 5 | Sarah Y. Kamran (SBN 347617) |
| | skamran@kilpatricktownsend.com |
| 6 | 1801 Century Park East, Suite 2300 |
| | Los Angeles CA 90067 |
| 7 | (310) 777 3733 |
| 8 | Mitchell G. Stockwell (*admitted pro hac vice*) |
| | mstockwell@kilpatricktownsend.com |
| 9 | Vaibhav P. Kadaba (*admitted pro hac vice*) |
| | wkadaba@kilpatricktownsend.com |
| 10 | Michael J. Turton (*admitted pro hac vice*) |
| | mturton@kilpatricktownsend.com |
| 11 | Courtney S. Dabbiere (*admitted pro hac vice*) |
| | cdabbiere@kilpatricktownsend.com |
| 12 | Christopher S. Leah (*admitted pro hac vice*) |
| | cleah@kilpatricktownsend.com |
| 13 | 1100 Peachtree Street, NE, Suite 2800 |
| | Atlanta GA 30309 |
| 14 | (404) 815 6500 |

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES |
| Plaintiff, | **COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants. | |

COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:23-CV-01049-JWH-KES

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
CASE NO. 2:23-CV-01049-JWH-KES

1    Pursuant to Local Rule 79-5, Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively "Cox") hereby apply for leave of the Court to file under seal portions of ¶¶ 287, 291-293, 296-298, 302-303, 308, 310-313, 317, 328, 336-337 and 339 of the corrected redline/compare for Cox's Answer and Defenses to Complaint and First Amended Counterclaims ("First Amended Counterclaims") that reference confidential information contained in a license agreement for Data Over Cable Service Interface Specifications ("DOCSIS") executed by MaxLinear Inc, as well as confidential information contained in a Patent Purchase Agreement between Plaintiff Entropic Communications LLC and each of Counter-Defendants MaxLinear Communications LLC and MaxLinear, Inc.  It has come to Cox's attention that there were inadvertent discrepancies with the redline/compare previously submitted as part of Cox's First Amended Counterclaims that will be addressed with this submission.

Redacted and unredacted versions of Cox's Answer and Defenses to Complaint and First Amended Counterclaims are filed herewith, as is the Declaration of April E. Isaacson in Support of this Application and a Proposed Order, as required by L.R. 9-5.2.2(a).  The Court has previously ordered that Cox's First Amended Counterclaims can be filed under seal.  *See* Dkt. 192.

Cox respectfully requests that the Court grant the application to file portions of ¶¶ 287, 291-293, 296-298, 302-303, 308, 310-313, 317, 328, 336-337 and 339 of the corrected redline/compare of Cox's First Amended Counterclaims under seal.

| | | |
|---|---|---|
| 1 | Dated: January 25, 2024 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | By: /s/ April E. Isaacson |
| 3 | | April E. Isaacson |
| | | aisaacson@kilpatricktownsend.com |
| 4 | | Two Embarcadero Center, Suite 1900 |
| 5 | | San Francisco CA 94111 |
| | | (415) 273 8306 |
| 6 | | |
| | | Sarah Y. Kamran |
| 7 | | skamran@kilpatricktownsend.com |
| | | 1801 Century Park East, Suite 2300 |
| 8 | | Los Angeles CA 90067 |
| | | (310) 777 3733 |
| 9 | | |
| | | Mitchell G. Stockwell |
| 10 | | mstockwell@kilpatricktownsend.com |
| | | Vaibhav P. Kadaba |
| 11 | | wkadaba@kilpatricktownsend.com |
| | | Michael J. Turton |
| 12 | | mturton@kilpatricktownsend.com |
| | | Courtney S. Dabbiere |
| 13 | | cdabbiere@kilpatricktownsend.com |
| | | Christopher S. Leah |
| 14 | | cleah@kilpatricktownsend.com |
| | | 1100 Peachtree Street, NE, Suite 2800 |
| 15 | | Andrew N. Saul |
| | | asaul@kilpatricktownsend.com |
| 16 | | Atlanta GA 30309 |
| | | (404) 815 6500 |
| 17 | | |
| | | *Attorneys for Defendants* |
| 18 | | *Cox Communications, Inc.;* |
| | | *CoxCom, LLC; and Cox Communications* |
| 19 | | *California, LLC* |