1  KILPATRICK TOWNSEND & STOCKTON LLP
   April E. Isaacson (SBN 180638)
2  aisaacson@kilpatricktownsend.com
   Two Embarcadero Center, Suite 1900
3  San Francisco CA 94111
   (415) 273 8306
4
   Sarah Y. Kamran (SBN 347617)
5  skamran@kilpatricktownsend.com
   1801 Century Park East, Suite 2300
6  Los Angeles CA 90067
   (310) 777 3733
7
   Mitchell G. Stockwell (*admitted pro hac vice*)
8  mstockwell@kilpatricktownsend.com
   Vaibhav P. Kadaba (*admitted pro hac vice*)
9  wkadaba@kilpatricktownsend.com
   Michael J. Turton (*admitted pro hac vice*)
10 mturton@kilpatricktownsend.com
   Courtney S. Dabbiere (*admitted pro hac vice*)
11 cdabbiere@kilpatricktownsend.com
   Christopher S. Leah (*admitted pro hac vice*)
12 cleah@kilpatricktownsend.com
   1100 Peachtree Street, NE, Suite 2800
13 Atlanta GA 30309
   (404) 815 6500
14
15 *Attorneys for Defendants*
   *Cox Communications, Inc.; CoxCom, LLC; and*
16 *Cox Communications California, LLC*

17
                  UNITED STATES DISTRICT COURT
18
                 CENTRAL DISTRICT OF CALIFORNIA
19

20

21 ENTROPIC COMMUNICATIONS, LLC,                     | Case No. 2:23-cv-01049-JWH-KES
22                                                    
                          Plaintiff,                  **[PROPOSED] ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**
23            v.

24 COX COMMUNICATIONS, INC.;
   COXCOM, LLC; and COX
25 COMMUNICATIONS CALIFORNIA, LLC,
26
27                        Defendants.

28

[PROPOSED] ORDER GRANTING COX DEFENDANTS' APPLICATION FOR LEAVE TO FILE
UNDER SEAL
CASE NO. 2:23-CV-01049-JWH-KES

COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,

        Counter-Claimants,

    v.

ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.

        Counter-Defendants.

1  This matter comes before the Court on Defendant Cox Communications, Inc.,
2  CoxCom, LLC, and Cox Communications California, LLC's Application for Leave
3  to File Under Seal. The Court, having considered all papers filed in support of the
4  application finds that there is a good cause for granting the application in its entirety;
5  Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application is
6  GRANTED.
7  IT IS SO ORDERED.

9  DATED: _____, 2024

                                                      Hon. John W. Holcomb
                                                     UNITED STATES DISTRICT JUDGE