```
KILPATRICK TOWNSEND & STOCKTON LLP
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (admitted pro hac vice)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (admitted pro hac vice)
wkadaba@kilpatricktownsend.com
Michael J. Turton (admitted pro hac vice)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (admitted pro hac vice)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (admitted pro hac vice)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500
```

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>    Defendants. | Case No. 2:23-cv-01049-JWH-KES<br><br>**COX'S NOTICE OF REVISIONS TO REDLINE/COMPARE OF ANSWER AND DEFENSES TO COMPLAINT AND FIRST AMENDED COUNTERCLAIMS** |

|   |   |
|---|---|
| 1 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively "Cox") hereby submit a corrected redline/compare of their Answer and Defenses to Complaint and First Amended Counterclaims ("First Amended Counterclaims").

It has come to Cox's attention that there were inadvertent discrepancies with the redline/compare previously submitted as part of Cox's First Amended Counterclaims, which have been remedied with this corrected redline/compare. No other changes have been made.

Dated: January 25, 2024     KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ April E. Isaacson*

April E. Isaacson
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba
wkadaba@kilpatricktownsend.com
Michael J. Turton
mturton@kilpatricktownsend.com
Courtney S. Dabbiere
cdabbiere@kilpatricktownsend.com
Christopher S. Leah
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Andrew N. Saul
asaul@kilpatricktownsend.com
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

COX'S NOTICE OF REVISIONS TO REDLINE/COMPARE OF ANSWER AND DEFENSES TO COMPLAINT AND FIRST AMENDED COUNTERCLAIMS
CASE NO. 2:23-CV-01049-JWH-KES

3