| | |
|---|---|
| 1 | Krishnan Padmanabhan (SBN: 254220) |
| 2 | kpadmanabhan@winston.com<br>**WINSTON & STRAWN LLP** |
| 3 | 200 Park Avenue<br>New York, NY 10166 |
| 4 | Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700 |
| 5 | Attorneys for Comcast Defendants. |
| 6 | *(Additional counsel information omitted)* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | No. 2:23-cv-1049-JWH-KES (Lead Case)<br>No. 2:23-cv-1050-JWH-KES (Related Case)<br><br>No. 2:23-cv-1043-JWH-KES (Lead Case)<br>No. 2:23-cv-1048-JWH-KES (Related Case)<br><br>**CERTIFICATE OF SERIVCE**<br><br>Assigned to Hon. John W. Holcomb |

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the above captioned actions. My business address is 101 California Street, San Francisco, CA 94111.

On February 2, 2024, Defendants served the following documents filed under seal in *Entropic Communications, LLC v. Comcast Corporation et al* (C.D. Cal. 2:23-cv-01049-JWH-KES) (Dkt. 312); *Entropic Communications, LLC v. Comcast Corporation et al* (C.D. Cal. 2:23-cv-01050-JWH-KES) (Dkt. 212), respectively:

| 02/02/2024 | 312 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document (Comcast Defendants' Objection to Special Master Order No. 11) under seal 311 filed by Consol Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Comcast Defendants' Objection to Special Master Order No. 11)(Padmanabhan, Krishnan) (Entered: 02/02/2024) |
|---|---|---|
| 02/02/2024 | 212 | SEALED DECLARATION IN SUPPORT OF APPLICATION to file document (Comcast Defendants' Objection to Special Master Order No. 11) under seal 211 filed by Consol Defendants Comcast Cable Communications Management, LLC, Comcast Cable Communications, LLC, Comcast Corporation. (Attachments: # 1 Unredacted Document - Comcast Defendants' Objection to Special Master Order No. 11)(Padmanabhan, Krishnan) (Entered: 02/02/2024) |

I hereby certify that true and correct copies of the documents were served on the interested parties in this action listed on the service list below.

☒ by electronically transmitting a true and correct copy thereof via e-mail to the following, in accordance with their agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

SERVICE LIST:

Christina N. Goodrich
Connor James Meggs
Cassidy Young
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
310-552-5000
Fax: 310-552-5001

| | |
|---|---|
| 1 | Email: christina.goodrich@klgates.com |
| | Email: connor.meggs@klgates.com |
| 2 | Email: cassidy.young@klgates.com |
| 3 | James A. Shimota |
| | George C. Summerfield |
| 4 | Jason A. Engel |
| | Katherine L. Allor |
| 5 | Samuel Patrick Richey |
| | Kelsi Robinson |
| 6 | K&L Gates LLP |
| | 70 West Madison Street, Suite 3100 |
| 7 | Chicago, IL 60602 |
| | 312-807-4299 |
| 8 | Fax: 312-827-8000 |
| | Email: jim.shimota@klgates.com |
| 9 | Email: george.summerfield@klgates.com |
| | Email: jason.engel@klgates.com |
| 10 | Email: katy.allor@klgates.com |
| | Email: samuel.richey@klgates.com |
| 11 | Email: kelsi.robinson@klgates.com |
| 12 | Peter E. Soskin |
| | K& L Gates LLP |
| 13 | 4 Embarcadero Center, Suite 1200 |
| | San Francisco, CA 94111 |
| 14 | 415-882-8200 |
| | Fax: 415-882-8220 |
| 15 | Email: peter.soskin@klgates.com |
| 16 | Darlene F. Ghavimi |
| | K&L Gates LLP |
| 17 | 2801 Via Fortuna, Suite 650 |
| | Austin, TX 78746 |
| 18 | 512-482-6919 |
| | Fax: 512-482-6859 |
| 19 | Email: darlene.ghavimi@klgates.com |
| 20 | Nicholas F. Lenning |
| | K&L Gates LLP |
| 21 | 925 Fourth Avenue, Suite 2900 |
| | Seattle, WA 98104 |
| 22 | 206-370-6685 |
| | Fax: 206-623-7022 |
| 23 | Email: nicholas.lenning@klgates.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2024 at San Francisco, California.

1
2
3
4
5  _____
   Ying Lin Steinberg
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
CERTIFICATE OF SERVICE
CASE NOS. 2:23-CV-01048-JWH-KES; 2:23-CV-01050-JWH-KES