# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | **No. 2:23-cv-1049-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1050-JWH-KES (Related Case)**<br><br>**No. 2:23-cv-1043-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1048-JWH-KES (Related Case)**<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL IN CONNECTION WITH COMCAST DEFENDANTS' OBJECTION TO SPECIAL MASTER ORDER NO. 11** |

1    It is hereby **ORDERED** that Defendants' sealing application is **GRANTED**.
2    Due to the highly sensitive nature of their subject matter, the following materials may
3    be filed under seal:

| Document | Portion to be Sealed |
|---|---|
| Memorandum of Points and Authorities in Support of Comcast's Objection to Special Master Order No. 11 | Page (as numbered at the bottom of the page): 13 |

**IT IS SO ORDERED.**

Dated: February 5, 2024

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE