1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>                    Defendants,<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>                    Counter-Claimants,<br><br>        v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>                    Counter-Defendants. | Case No. 2-23-cv-01049-JWH-KES (Lead Case)<br><br>**[PROPOSED] ORDER GRANTING MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**<br><br>Judge:  Hon. John W. Holcomb |

# ORDER

Before the Court is Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC's (collectively, "MaxLinear") Motion to Dismiss Counts I, II, and IV of Amended Counterclaims by Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox") against MaxLinear Pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6).

Having considered MaxLinear's Motion to Dismiss and the papers and pleadings filed in connection with it, the Court hereby orders that:

MaxLinear's Motion to Dismiss Counts I, II, and IV of Cox's Amended Counterclaims against MaxLinear is GRANTED. Counts I, II, and IV of Cox's Amended Counterclaims against MaxLinear are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. John W. Holcomb
United States District Judge

sf-5712819