1  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
2  ALEX S. YAP (CA SBN 241400)
   ayap@mofo.com
3  ROSE S. LEE (CA SBN 294658)
   roselee@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
6  Facsimile:   (213) 892-5454

7  [Additional counsel on signature page]

8  Attorneys for Counter-Defendants
   MAXLINEAR, INC. AND MAXLINEAR
9  COMMUNICATIONS LLC

10                UNITED STATES DISTRICT COURT

11         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants,<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND, COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2-23-cv-01049-JWH-KES (Lead Case)<br><br>**COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**<br><br>Judge:  Hon. John W. Holcomb<br><br>**Hearing:**<br>Date:      March 29, 2024<br>Time:      9:00 a.m.<br>Place:     Courtroom 9D, Santa Ana |

1   Pursuant to Local Rule 79-5.2.2(b) governing documents designated by
2   another as confidential pursuant to a protective order, Counter-Defendants
3   MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear")
4   hereby submit their Application for Leave to File Under Seal Request for Judicial
5   Notice in Support of Notice of Motion and Motion to Dismiss Counterclaims by
6   Cox Communications, Inc., CoxCom, LLC, and Cox Communications California,
7   LLC (collectively, "Cox").
8   MaxLinear seeks leave to file under seal the entirety of a Patent Purchase
9   Agreement executed by MaxLinear and Plaintiff Entropic Communications, LLC
10  that has been designated "Highly Confidential – Attorneys' Eyes Only," attached as
11  Exhibit 1 to the Request for Judicial Notice.

| Document to be sealed | Portions to be sealed |
|---|---|
| Exhibit 1 to MaxLinear's Request for Judicial Notice | Entirety |

17  Pursuant to Local Rule 79-5.2.2(a), MaxLinear applies to file under seal the
18  document listed above.  Under Rule 79-5.2.2(a), a party may seek leave to file a
19  document under seal so long as the Application describes the nature of the
20  information that should be closed to public inspection and is accompanied by: (1) a
21  declaration establishing good cause why the strong presumption of public access in
22  civil cases should be overcome and informing the Court whether anyone opposes
23  the Application; (2) a proposed order; (3) a redacted version of the relevant
24  documents; and (4) an unredacted version of the relevant documents.  MaxLinear
25  has complied with these requirements.  The information that MaxLinear seeks to
26  seal under Rule 79-5.2.2(a) is contained within a confidential agreement between
27  MaxLinear, Inc. and Entropic Communications, LLC.  The public does not have an
28  interest in accessing this confidential information.  Additionally, MaxLinear's

request is narrowly tailored to only prevent the public from viewing confidential information.  Finally, Entropic does not oppose MaxLinear's under seal filing.

Therefore, compelling reasons exist to seal the entirety of the above document.  *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

MaxLinear respectfully requests that this Court order the unredacted document to be filed under seal.  This Application is accompanied by a Declaration of Rose S. Lee and a Proposed Order.

| | | |
|---|---|---|
| 1 | Dated: February 6, 2024 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Rose S. Lee* |
| 4 | |     Rose S. Lee |
| 5 | | BITA RAHEBI (CA SBN 209351) |
| | | brahebi@mofo.com |
| 6 | | ALEX S. YAP (CA SBN 241400) |
| 7 | | ayap@mofo.com |
| | | ROSE S. LEE (CA SBN 294658) |
| 8 | | roselee@mofo.com |
| 9 | | MORRISON & FOERSTER LLP |
| | | 707 Wilshire Boulevard, Suite 6000 |
| 10 | | Los Angeles, California 90017-3543 |
| 11 | | Telephone: (213) 892-5200 |
| | | Facsimile:  (213) 892-5454 |
| 12 | | |
| 13 | | RICHARD S.J. HUNG (CA SBN 197425) |
| 14 | | rhung@mofo.com |
| 15 | | MORRISON & FOERSTER LLP |
| | | 425 Market Street |
| 16 | | San Francisco, California 94105-2482 |
| 17 | | Telephone: (415) 268-7000 |
| | | Facsimile:  (415) 268-7522 |
| 18 | | |
| 19 | | Attorneys for Counter-Defendants MAXLINEAR, INC. and |
| 20 | | MAXLINEAR COMMUNICATIONS LLC |
| 21 | sf-5746637 | |