# Exhibit 1

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 1
PAGE 5

**Document redacted in its entirety.**