1  BITA RAHEBI (CA SBN 209351)
   brahebi@mofo.com
2  ALEX S. YAP (CA SBN 241400)
   ayap@mofo.com
3  ROSE S. LEE (CA SBN 294658)
   roselee@mofo.com
4  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
5  Los Angeles, California 90017-3543
   Telephone:  (213) 892-5200
6  Facsimile:   (213) 892-5454

7

   Attorneys for Counter-Defendants
8  MAXLINEAR, INC. AND MAXLINEAR
   COMMUNICATIONS LLC
9
                    UNITED STATES DISTRICT COURT
10
          CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
11

12 | ENTROPIC COMMUNICATIONS, LLC, | Case No. 2-23-cv-01049-JWH-KES (Lead Case)
13 | |
14 | Plaintiff, | **DECLARATION OF ROSE S. LEE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**
15 | v. |
16 | COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC, |
17 | |
18 | Defendants, |
19 | |
20 | |
21 | COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC, | Judge: Hon. John W. Holcomb
22 | | **Hearing:**
23 | | Date:       March 29, 2024
24 | Counter-Claimants, v. | Time:       9:00 a.m.
   | | Place:      Courtroom 9D, Santa Ana
25 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, |
26 | |
27 | |
28 | Counter-Defendants. |

R. Lee Declaration iso MaxLinear's Req. for Judicial Not.
Case No. 2:23-cv-01049-JWH-KES

I, Rose S. Lee, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") in this action. I make this declaration based on my personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. **Exhibit 1** to the Request for Judicial Notice is a true and correct copy of the Patent Purchase Agreement executed by MaxLinear and Plaintiff Entropic Communications, LLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corrected. Executed this 6th day of February 2024, in San Jose, California.

*/s/ Rose S. Lee*
Rose S. Lee

sf-5746651