BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Counter-Defendants
MAXLINEAR, INC. AND MAXLINEAR
COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants,<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Counter-Claimants,<br><br>v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC,<br><br>Counter-Defendants. | Case No. 2-23-cv-01049-JWH-KES (Lead Case)<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>Judge: Hon. John W. Holcomb<br><br>**Hearing:**<br>Date: March 29, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 9D, Santa Ana |

CERTIFICATE OF SERVICE
CASE NO. 2:23-CV-01049-JWH-KES

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 707 Wilshire Boulevard, Los Angeles, California 90017-3543. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 6, 2024, I served a copy of:

- **DECLARATION OF ROSE S. LEE IN SUPPORT OF MAXLINEAR, INC. AND MAXLINEAR COMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC**

- **EXHIBIT 1 TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC [UNREDACTED]**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>April E. Isaacson<br>aisaacson@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900<br>San Francisco CA 94111<br><br>Sarah Y. Kamran<br>skamran@kilpatricktownsend.com<br>1801 Century Park East, Suite 2300<br>Los Angeles CA 90067<br>(310) 777 3733<br><br>Mitchell G. Stockwell (*admitted pro hac vice*)<br>mstockwell@kilpatricktownsend.com<br>Vaibhav P. Kadaba (*admitted pro hac vice*)<br>wkadaba@kilpatricktownsend.com<br>Michael J. Turton (*admitted pro hac vice*) | *Attorneys for Defendants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC* |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | mturton@kilpatricktownsend.com<br>Courtney S. Dabbiere (*admitted pro hac vice*)<br>cdabbiere@kilpatricktownsend.com<br>Christopher S. Leah (*admitted pro hac vice*)<br>cleah@kilpatricktownsend.com<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta GA 30309 | |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21 | Christina N. Goodrich<br>Connor J. Meggs<br>Cassidy Young<br>Peter E. Soskin<br>K&L GATES LLP<br>10100 Santa Monica Boulevard,<br>8th Floor<br>Los Angeles, California 90067<br>Email: entropicklg@klgates.com<br>Tel: 310.552.5000<br><br>Darlene F. Ghavimi<br>K&L Gates LLP<br>2801 Via Fortuna, Suite 650<br>Austin, TX 78746<br>Tel: 512-482-6919<br>Email: entropicklg@klgates.com<br><br>Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212<br>Email: bridgesip@icloud.com<br>Tel: (615) 973-9478 | *Attorneys for Plaintiff*<br>*Entropic Communications, LLC* |
| 22<br>23<br>24<br>25<br>26<br>27 | Jennifer M. Hartjes<br>jhartjes@goldmanismail.com<br>Kurt A. Holtzman<br>kholtzman@goldmanismail.com<br>Alan E. Littmann<br>alittmann@goldmanismail.com<br>Shu Zhang<br>szhang@goldmanismail.com<br>Douglas Winnard | *Attorneys for Plaintiff*<br>*Entropic Communications, LLC* |

- 3 -

CERTIFICATE OF SERVICE
CASE NO. 2:23-cv-01049-JWH-KES

| | |
|---|---|
| dwinnard@goldmanismail.com<br>GOLDMAN ISMAIL TOMASELLI<br>BRENNAN & BAUM LLP<br>200 South Wacker Drive, Floor 22<br>Chicago, IL, 60606<br>Tel: (312) 681-6000<br>Email: gitbbentropic@<br>goldmanismail.com | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this 6th day of February, 2024.

*/s/ Melissa M. Mendoza*
_____
MELISSA M. MENDOZA

sf-5747335

- 4 -