1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES<br>(Lead Case)<br>Case No.: 2:23-cv-01050-JWH-KES<br>(Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S MOTION TO DISMISS COX DEFENDANTS' AMENDED COUNTERCLAIMS PURSUANT TO RULE 12(b)(6)**<br><br>Hearing Date:     March 29, 2024<br>Hearing Time:    9:00 a.m.<br>Courtroom:        9D (Santa Ana) |

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Motion to Dismiss Cox Defendants' Amended Counterclaims, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Entropic's Motion is **GRANTED**. The Counterclaims (1049 DE 189-1) filed by Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC (collectively, "Cox") are hereby dismissed with prejudice and without leave to amend.

Dated: _____

_____
Honorable John W. Holcomb
United States District Judge