UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING MOTION TO DISMISS COX DEFENDANTS' COUNTERCLAIMS**<br><br>Hearing Date:  March 29, 2024<br>Hearing Time:  9:00 a.m.<br>Courtroom:  9D (Santa Ana) |

**RECYCLED PAPER**

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Motion to Dismiss Cox Defendants' Counterclaims, which contains details related to confidential agreement between third parties, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
|---|---|
| Portions of Entropic's Motion to Dismiss Defendants' Counterclaims ("Motion") at 11:6–12. | Terms of confidential agreement between third parties. |
| Portions of Motion at 13 n.6. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Motion at 16:25–27. | Terms of confidential agreement between Entropic and a third party. |
| Portions of Motion at 17:24–27. | Terms of confidential agreement between third parties. |
| Portions of Motion at 18 n.8. | Terms of confidential agreement between third parties. |
| Exhibit A to Declaration of Cassidy T. Young in Support of Motion. | Terms of confidential agreement between Entropic and a third party. |

Dated: _____

Hon. John W. Holcomb
United States District Judge

1
**[PROPOSED] ORDER**

317013460.1