# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-01049-JWH-KES (Lead Case)<br>Case No.: 2:23-cv-01050-JWH-KES (Related Case)<br><br>[Assigned to the Honorable John W. Holcomb] |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING ENTROPIC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL REGARDING RESPONSE TO COMCAST DEFENDANTS' OBJECTION TO SPECIAL MASTER ORDER NO. SM-11** |

**[PROPOSED] ORDER**

Having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") Application for an order to file documents under seal regarding Entropic's Second Amended Complaint, which contains details related to a confidential agreement between Defendant Comcast and a third-party entity, and a sufficient showing having been made under Local Rule 79-5 to permit filing under seal, **IT IS HEREBY ORDERED** that Entropic shall file under seal the unredacted document as follows:

| Item to be Sealed Pursuant to L.R. 79-5.2.2(a) | Description of Information |
| --- | --- |
| Portions of Entropic's Response to Comcast Defendants' Objection to Special Master Order No. SM-11 ("Response") at 1:19–2:9. | Contents of documents designated as confidential by Defendant Comcast. |
| Portions of Entropic's Response at 2:12–14. | Contents of documents designated as confidential by Defendant Comcast. |
| Portions of Entropic's Response at 9:18–23. | Terms of confidential agreement between Comcast and a third-party entity. |
| Portion of Declaration of Cassidy T. Young in Support of Response at ¶ 3. | Contents of documents designated as confidential by Defendant Comcast. |
| Exhibit A to Declaration of Cassidy T. Young in Support of Response. | Contents of documents designated as confidential by Defendant Comcast. |

| Exhibit B to Declaration of Cassidy T. Young in Support of Response. | Contents of documents designated as confidential by Defendant Comcast. |
|---|---|

Dated:

                                    Hon. John W. Holcomb
                                    United States District Judge