UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:23-cv-01043-JWH-KES<br>2:23-cv-01049-JWH-KES | | Date | February 9, 2024 |
|---|---|---|---|---|
| Title | *Entropic Communications, LLC v. DISH Network Corporation, et al.*<br>*Entropic Communications, LLC v. Cox Communications, Inc., et al.* | | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Clarissa Lara | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER REFERRING MATTERS TO SPECIAL MASTER**

Pursuant to the Court's Order Appointing David Keyzer, Esq., as Special Master,[1] the Court hereby **REFERS** the following motions to Special Master Keyzer for Report and Recommendation:

- the Motion of Counterdefendant MaxLinear, Inc. and MaxLinear Communications, LLC to Dismiss the Amended Counterclaims of Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California LLC [ECF Nos. 320 & 335 (sealed) in the 1043 Case];
- the Motion of Entropic Communications, LLC to Dismiss Cox's Amended Counterclaims [ECF Nos. 327 & 336 (sealed) in the 1043 Case];

---

[1]     *See* Order Appointing David Keyzer, Esq. as Special Master [ECF No. 74 in *Entropic Communications, LLC v. DISH Network Corporation*, Case No. 2:23-cv-01043-JWH-KES (the "1043 Case"); ECF No. 62 in *Entropic Communications, LLC v. Cox Communications, Inc.*, Case No. 2:23-cv-01049-JWH-KES (the "1049 Case")].  The Order gives the Special Master authority to preside over "any other matters referred to the Special Master by the Court."  *Id.* at ¶ 2.b.

**CIVIL MINUTES—
GENERAL**              Initials of Deputy Clerk <u>cla</u>

- MaxLinear's Motion to Dismiss Cox's Amended Counterclaims [ECF Nos. 219 & 235 (sealed) in the 1049 Case]; and
- Entropic's Motion to Dismiss Cox's Amended Counterclaims [ECF Nos. 226 & 234 (sealed) in the 1049 Case].

In view of this referral, the Court also **VACATES** the hearings set in this Court on the above-listed motions.

**IT IS SO ORDERED.**

**CIVIL MINUTES—
GENERAL**

Initials of Deputy Clerk <u>cla</u>