Diana Hughes Leiden (SBN: 267606)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Los Angeles, CA 90071-1543
dhleiden@winston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　　　　　　　　　　Plaintiff(s)<br>　v.<br>COMCAST CORPORATION, et al.,<br><br>　　　　　　　　　　　　　　Defendant(s) | CASE NUMBER<br><br>2:23-cv-01049-JWH-KES<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Holden, Natalie R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-558-3217    312-558-5700
*Telephone Number*    *Fax Number*

NHolden@winston.com
*E-Mail Address*

of

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Comcast Corporation, Comcast Cable Communications, LLC and Comcast Cable Communications Management, LLC

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Leiden, Diana Hughes
*Designee's Name (Last Name, First Name & Middle Initial)*

267606    213-615-1924    213-615-1750
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

dhleiden@winston.com
*E-Mail Address*

of

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
　　☐ for failure to pay the required fee.
　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　☐ for failure to complete Application: _____
　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**