Krishnan Padmanabhan SBN: (254220)
KPadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants

*(Additional counsel information omitted)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | **No. 2:23-cv-1043-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1048-JWH-KES (Related Case)**<br><br>**No. 2:23-cv-1049-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1050-JWH-KES (Related Case)**<br><br>Assigned to Hon. John W. Holcomb<br><br>**COMCAST DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTIONS TO SUPPLEMENT AND AMEND** |

Comcast respectfully submits this notice of non-opposition to Entropic's (i) Motion to Supplement [the] Second Amended Complaint (C.A. 23-cv-1043, Dkt. 193), (ii) Motion to Supplement [the] Second Amended Complaint (C.A. 23-cv-1049, Dkt. 131), and (iii) Amendment to Motion for Leave to Amend and Supplement [the] Complaint (C.A. 23-cv-1049, Dkt. 143) (collectively "Entropic Amendments").  The result of Comcast's non-opposition to Entropic's Amendments is that Entropic will have a Second Amended Complaint operative in the 23-cv-1043 Matter (Dkt. 207-1) ("1043 Second Amended Complaint") and a Third Amended Complaint operative in the 23-cv-1049 Matter (Dkt. 145-1) ("1049 Third Amended Complaint").  While Comcast maintains its view that Entropic's amended and supplemental allegations are futile, Comcast believes that the most efficient way to address Entropic's deficient allegations is by addressing all of them in renewed motions to dismiss, directed at the 1043 Second Amended Complaint and 1049 Third Amended Complaint, consistent with this Court's February 15, 2024 Order.  *See* 23-cv-1043, Dkt. 347 at 3; 23-cv-1049, Dkt. 244 at 3.  Comcast files this non-opposition without prejudice to any of the arguments in Comcast's previously filed motions to dismiss, which were directed to Entropic's December 8, 2023 complaints, which contained all the same allegations as the 1043 Second Amended Complaint and 1049 Third Amended Complaint that will now become operative.

Dated:  February 21, 2024

WINSTON & STRAWN LLP

By: */s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Ave., Florr 40
New York City, NY 10166
Tel:  (212) 294-6700
Fax: (212) 294-4700

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Ave.
Los Angeles, CA  90071
Tel:  (213) 615-1700
Fax: (213) 615-1750

Brian Ferguson (*pro hac vice*)
bferguson@winston.com
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Tel:  (202) 282-5000
Fax: (202) 282-5100

Saranya Raghavan (*pro hac vice*)
sraghavan@winston.com
**WINSTON & STRAWN LLP**
35 West Wacker, Dr.
Chicago, IL 60601
Tel:  (312) 558-5600
Fax: (312)558-5700

*Attorneys for Comcast Defendants*