1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,   §
11          Plaintiff,              §  Case No. 2:23-cv-01049-JWH-KES
                                    §     LEAD CASE
12      v.                          §
                                    §
                                    §  Hon. John W. Holcomb
13 COX COMMUNICATIONS, INC., et al.,§  Special Master David M. Keyzer
            Defendants.             §
14                                  §
                                    §  **NOTICE OF**
15                                  §  **SPECIAL MASTER ORDER**
                                    §
16                                  §

17      Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as

18 Special Master for Discovery Purposes (Dkt. 62) and the Court's referral of specific

19 motions (Dkt. 191, Jan. 10, 2024 Order), the Special Master attaches hereto the Special

20 Master Order No. SM-15.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: February 26, 2024 | By: /s/ David Keyzer |

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master