DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES |
| Plaintiff, | LEAD CASE |
| v. | Hon. John W. Holcomb |
| | Special Master David M. Keyzer |
| COX COMMUNICATIONS, INC., et al., | |
| Defendants. | **SPECIAL MASTER ORDER No. SM-15** |

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Dkt. 62), and further pursuant to the Court's referral of specific motions (Dkt. 191, Jan. 10, 2024 Order), and e-mail correspondence between the Special Master and counsel for all involved parties on at least January 24, 26, and 29 and February 21, 22, and 23, 2024, the Special Master hereby:

**SETS** a discovery hearing for **February 28, 2024, at 1:00 P.M. Pacific Time**, by videoconference, regarding:

> Entropic's Motion to Amend Complaint [as to Defendants Cox Communications, Inc., CoxCom LLC, and Cox Communications California, LLC] (Civil Action No. 2:23-cv-1049, Dkt. 114), the Cox Defendants' opposition (Dkt. 167), and Entropic's reply (Dkt. 177).

Counsel presenting oral arguments shall appear by video. Other counsel and other attendees (such as client representatives) that do not present oral arguments may attend either with or without video. Attendees shall mute their microphones when they are not presenting oral arguments or are not otherwise actively participating at a particular time.

The parties shall confer and select a Reporter, and the cost of reporting and of ordering transcripts shall be apportioned equally between Plaintiff(s) (one half) and Defendant(s) (one half). The parties shall provide the Reporter's contact information to the Special Master **no later than 5:00 P.M. Pacific Time the day before the hearing**.

The parties shall provide the Special Master and the Reporter with a list of expected participants **no later than 5:00 P.M. Pacific Time the day before the hearing**. This list shall be submitted by e-mail and shall indicate each name together with e-mail address and status as counsel, client representative, or other relevant affiliation.

Each party shall provide all other parties, the Reporter, and the Special Master with an electronic copy of any demonstrative presentation slides that the party intends to use during the hearing **no later than 5:00 P.M. Pacific Time the day before the hearing**. Such demonstrative presentation slides that are not designated as confidential shall also

1  be filed in PDF form on the Court's docket as an attachment to a Notice (slides

2  designated as confidential shall be provided only by e-mail to all other parties, the

3  Reporter, and the Special Master).  The parties should not attempt any video screen

4  sharing or other presentation of demonstratives during the hearing but rather should refer

5  to the electronic copies that have been distributed by the parties prior to the hearing.

6      Use of a headset, earbuds, or a combination of a microphone and headphones

7  (rather than using any external speakers) is strongly encouraged so as to minimize

8  feedback, room echoes, and other audio interruptions that might otherwise be a

9  significant impediment to the Special Master in conducting the hearing, to opposing

10  counsel in responding to arguments, and to the Reporter in producing a clear record.

11      Zoom information for this hearing is as follows:

12          Zoom Webinar ID:  869 4528 2006

13          Password:  22301043

14  IT IS SO ORDERED.

15

16

17  Dated: _February 26, 2024_          By: _____

18                                          David M. Keyzer
                                            Special Master
19

20