**KILPATRICK TOWNSEND & STOCKTON LLP**
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-01049-JWH-KES<br><br>**COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS PER LOCAL RULE 83-1.4** |

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

Pursuant to Central District of California Civil Local Rule 83-1.4, Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California LLC (collectively, "Cox"), by and through their undersigned counsel, hereby provide this notice of pending actions or proceedings involving all or a material part of the subject matter of this action.

In this action, Plaintiff Entropic Communications, LLC seeks relief against Cox for the alleged infringement of the following United States Patents, amongst others:

- United States Patent No. 8,223,775, titled "Architecture For a Flexible and High-Performance Gateway Cable Modem" ("the '775 Patent").
- United States Patent No. 9,825,826, titled "Method and Apparatus for Spectrum Monitoring" ("the '826 Patent").

The '775 Patent and '826 Patent, and all their asserted claims are at issue in recently filed petitions for *inter partes* review by Cox that are currently pending before the Patent Trial and Appeal Board of the United States Patent and Trademark Office.

*Cox Communications, Inc. v. Entropic Communications, LLC*, Case No. IPR2024-00579, filed February 15, 2024, is a petition for *inter partes* review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of at least claims 18 and 19 of the '775 Patent. Cox Communications, Inc. is the Petitioner in the *inter partes* review. Coxcom, LLC; and Cox Communications California, LLC are identified in the petition as additional real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

*Cox Communications, Inc. v. Entropic Communications, LLC*, Case No. IPR2024-00578, filed February 15, 2024, is a petition for *inter partes* review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of at least claims 1, 2, 3, 4, 6, 8, and 9 of the '826 Patent. Cox Communications, Inc. is the Petitioner in the *inter partes* review. Coxcom, LLC; and Cox Communications California, LLC are identified in the petition as additional real parties-in-interest. As such, the undersigned believes that

the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

Counsel for Cox Communications, Inc., as Petitioner, is listed below:

John C. Alemanni, Reg. No. 47,384

Kilpatrick Townsend & Stockton LLP

4208 Six Forks Road, Suite 1400

Raleigh, NC 27609

Office: 919.420.1724

Fax: 919.420.1800

jalemanni@kilpatricktownsend.com

Counsel for Patent Owner, McAndrews Held & Malloy, Ltd, identified as Attorney/Agent for the '775 Patent and '826 Patent before the United States Patent and Trademark Office is listed below:

McAndrews Held & Malloy, Ltd

500 West Madison Street

Suite 3400

Chicago, IL 60661

Tel: 312-775-8000

Dated: February 26, 2024

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ April E. Isaacson

KILPATRICK TOWNSEND & STOCKTON LLP
April E. Isaacson
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba
wkadaba@kilpatricktownsend.com
Michael J. Turton
mturton@kilpatricktownsend.com
Courtney S. Dabbiere
cdabbiere@kilpatricktownsend.com
Christopher S. Leah
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Andrew N. Saul
asaul@kilpatricktownsend.com
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants
Cox Communications, Inc.;
CoxCom, LLC; and Cox Communications
California, LLC*

COX'S NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS
CASE NO. 2:23-CV-01049-JWH-KES