1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
9                   SOUTHERN DIVISION

10

11 ENTROPIC COMMUNICATIONS, LLC,      §   Case No. 2:23-cv-01043-JWH-KES
            Plaintiff,                §       LEAD CASE
                                      §
12     v.                             §   Case No. 2:23-cv-01049-JWH-KES
                                      §       LEAD CASE
13 DISH NETWORK CORPORATION,          §
   DISH NETWORK LLC, and DISH         §
14 NETWORK SERVICE LLC,               §   Hon. John W. Holcomb
            Defendants.               §   Special Master David M. Keyzer
15 _____     §
                                      §
16 ENTROPIC COMMUNICATIONS, LLC,      §
            Plaintiff,                §   **NOTICE OF**
17                                    §
       v.                             §   **SPECIAL MASTER MINUTES**
18                                    §
   COX COMMUNICATIONS, INC.,          §
19 COXCOM, LLC, and COX               §
   COMMUNICATIONS CALIFORNIA,         §
20 LLC,                               §
            Defendants.               §

NOTICE OF SPECIAL MASTER MINUTES - 1

1  Pursuant to authority provided by the Court's July 5, 2023 Order Appointing

2  David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt.

3  74; No. 2:23-CV-1049, Dkt. 62), and further pursuant to the Court's referral of specific

4  motions on January 10, 2024 (-1043, Dkt. 273; -1049, Dkt. 191), the Special Master

5  attaches hereto the Special Master Minutes for a motion hearing held on February 28,

6  2024.

9  Dated:  February 28, 2024          By:  /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master

NOTICE OF SPECIAL MASTER MINUTES - 2