1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,    §
11         Plaintiff,                §   Case No. 2:23-cv-01043-JWH-KES
                                     §       LEAD CASE
                                     §
12        v.                         §   Case No. 2:23-cv-01049-JWH-KES
                                     §       LEAD CASE
13 DISH NETWORK CORPORATION,         §
   et al.,                           §
14         Defendants.               §   Hon. John W. Holcomb
                                     §   Special Master David M. Keyzer
15 _____  §
                                     §
   ENTROPIC COMMUNICATIONS, LLC,    §
16         Plaintiff,                §
                                     §   **SPECIAL MASTER MINUTES**
17        v.                         §
                                     §
18 COX COMMUNICATIONS, INC.,         §
   COXCOM, LLC, and COX              §
19 COMMUNICATIONS CALIFORNIA,        §
   LLC,                              §
20         Defendants.               §
                                     §

SPECIAL MASTER MINUTES - 1

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-CV-1043, Dkt. 74; No. 2:23-CV-1049, Dkt. 62), and further pursuant to the Court's referral of specific motions on January 10, 2024 (-1043, Dkt. 273; 1049, Dkt. 191), the Special Master held a motion hearing on February 28, 2024. The parties appeared as follows:

| Present for Plaintiff Entropic | Present for Cox Defendants | Reporter |
|---|---|---|
| Christina Goodrich<br>Cassidy Young | Sarah Kamran<br>April Isaacson<br>Andrew Saul | Lena Mescall |

The Special Master convened the hearing by videoconference on February 28, 2024, at 1:00 P.M. Pacific Time and heard arguments regarding the Motion to Amend and Supplement Complaint, and Amend Infringement Contentions (-1049, Dkt. 114) filed by Plaintiff Entropic Communications, LLC ("Entropic"). Christina Goodrich argued on behalf of Entropic, and Sarah Kamran argued on behalf of Defendants Cox Communications, Inc., Coxcom, LLC, and Cox Communications California, LLC ("Cox Defendants"). The Special Master took the motion under submission and adjourned the hearing at 1:48 P.M.

Dated: February 28, 2024     By: _____
David M. Keyzer
Special Master