Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | **No. 2:23-cv-1049-JWH-KES (Lead Case)**<br>**No. 2:23-cv-1050-JWH-KES (Related Case)**<br><br>Assigned to Hon. John W. Holcomb<br><br>**COMCAST DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS AND PROCEEDINGS PER LOCAL RULE 83-1.4** |

Pursuant to Central District of California Civil Local Rule 83-1.4, Defendants Comcast Corporation, Comcast Cable Communication, LLC, and Comcast Cable Communication Management, LLC (collectively, "Comcast"), by and through their undersigned counsel, hereby provide this notice of pending actions or proceedings involving all or a material part of the subject matter of this action.

In this action, Plaintiff Entropic Communications, LLC seeks relief against Comcast for the alleged infringement of the following United States Patents, among others:

- United States Patent No. 8,223,775, titled "Architecture for a flexible and high-performance gateway cable modem" ("the '775 Patent").
- United States Patent No. 8,284,690, titled "Receiver determined probe" ("the '690 Patent").
- United States Patent No. 8,792,008, titled "Method and apparatus for spectrum monitoring" ("the '008 Patent").
- United States Patent No. 9,210,362, titled "Wideband tuner architecture" ("the '362 Patent").
- United States Patent No. 9,825,826, titled "Method and apparatus for spectrum monitoring" ("the '826 Patent").
- United States Patent No. 10,135,682, titled "Method and system for service group management in a cable network" ("the '682 Patent").
- United States Patent No. 11,381,866, titled "Cable television device" ("the '866 Patent").
- United States Patent No. 11,399,206, titled "Method for receiving a television signal" ("the '206 Patent").

The '775 Patent, '690 Patent, '008 Patent, '362 Patent, '826 Patent,'682 Patent, '866 Patent, and '206 Patent, and all their asserted claims are at issue in recently filed petitions for inter partes review by Comcast that are currently pending before the Patent Trial and Appeal Board of the United States Patent and Trademark Office.

*Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case No. IPR2024-00446, filed February 15, 2024, is a petition for inter partes review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all claims of the '775 Patent. Comcast Cable Communications, LLC is the Petitioner in the inter partes review.

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communication Management, LLC are identified in the petition as real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

*Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case No. IPR2024-00430, filed February 15, 2024, is a petition for inter partes review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all claims of the '690 Patent. Comcast Cable Communications, LLC is the Petitioner in the inter partes review.

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communication Management, LLC are identified in the petition as real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

*Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case No. IPR2024-00441, filed February 16, 2024, is a petition for inter partes review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all claims of the '008 Patent. Comcast Cable Communications, LLC is the Petitioner in the inter partes review.

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communication Management, LLC are identified in the petition as real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

*Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case Nos. IPR2024-00432, IPR2024-00433, and IPR2024-00434 filed February 16, 2024, are petitions for inter partes review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all

1  claims of the '362 Patent. Comcast Cable Communications, LLC is the Petitioner in the
2  inter partes review.
3      Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable
4  Communication Management, LLC are identified in the petition as real parties-in-interest.
5  As such, the undersigned believes that the Court may consider this action to involve all
6  or a material part of the subject matter of this other pending proceeding.
7      *Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case
8  No. IPR2024-00442, filed February 15, 2024, is a petition for inter partes review under
9  35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all claims of the '826 Patent. Comcast Cable
10 Communications, LLC is the Petitioner in the inter partes review.
11     Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable
12 Communication Management, LLC are identified in the petition as real parties-in-interest.
13 As such, the undersigned believes that the Court may consider this action to involve all
14 or a material part of the subject matter of this other pending proceeding.
15     *Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case
16 Nos. IPR2024-00444 and IPR2024-00445, filed February 15, 2024, are petitions for inter
17 partes review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all claims of the '682
18 Patent. Comcast Cable Communications, LLC is the Petitioner in the inter partes review.
19     Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable
20 Communication Management, LLC are identified in the petition as real parties-in-interest.
21 As such, the undersigned believes that the Court may consider this action to involve all
22 or a material part of the subject matter of this other pending proceeding.
23     *Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case
24 Nos. IPR2024-00435, IPR2024-00436, IPR2024-00437, filed February 16, 2024, are
25 petitions for inter partes review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all
26 claims of the '866 Patent. Comcast Cable Communications, LLC is the Petitioner in the
27 inter partes review.
28

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communication Management, LLC are identified in the petition as real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

*Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case Nos. IPR2024-00438, IPR2024-00439, IPR2024-00440 filed February 16, 2024, are petitions for inter partes review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all claims of the '206 Patent. Comcast Cable Communications, LLC is the Petitioner in the inter partes review.

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communication Management, LLC are identified in the petition as real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

Counsel for Comcast Cable Communications, LLC, as Petitioner, in all of the above proceedings is:

Frederic M. Meeker, Reg. No. 35,282

Banner & Witcoff, Ltd.

1100 13th Street, NW Suite 1200

Washington, DC 20005

Tel: (202) 824-3000

Fax: (202) 824-3001

fmeeker@bannerwitcoff.com

Counsel for Patent Owner, McAndrews Held & Malloy, Ltd, identified as Attorney/Agent for the '775 Patent, '690 Patent, '008 Patent, '362 Patent, '826 Patent, '682 Patent, '866 Patent, and '206 Patent before the United States Patent and Trademark Office is listed below:

McAndrews Held & Malloy, Ltd

500 West Madison Street

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communication Management, LLC are identified in the petition as real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

*Comcast Cable Communications, LLC v. Entropic Communications, LLC*, Case Nos. IPR2024-00438, IPR2024-00439, IPR2024-00440 filed February 16, 2024, are petitions for inter partes review under 35 U.S.C. §§ 311-319 and 37 C.F.R. § 42 of all claims of the '206 Patent. Comcast Cable Communications, LLC is the Petitioner in the inter partes review.

Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communication Management, LLC are identified in the petition as real parties-in-interest. As such, the undersigned believes that the Court may consider this action to involve all or a material part of the subject matter of this other pending proceeding.

Counsel for Comcast Cable Communications, LLC, as Petitioner, in all of the above proceedings is:

Frederic M. Meeker, Reg. No. 35,282

Banner & Witcoff, Ltd.

1100 13th Street, NW Suite 1200

Washington, DC 20005

Tel: (202) 824-3000

Fax: (202) 824-3001

fmeeker@bannerwitcoff.com

Counsel for Patent Owner, McAndrews Held & Malloy, Ltd, identified as Attorney/Agent for the '775 Patent, '690 Patent, '008 Patent, '362 Patent, '826 Patent, '682 Patent, '866 Patent, and '206 Patent before the United States Patent and Trademark Office is listed below:

McAndrews Held & Malloy, Ltd

500 West Madison Street

|    |                      |
|----|----------------------|
| 1  | Suite 3400           |
| 2  | Chicago, IL 60661    |
| 3  | Tel: 312-775-8000    |
| 4  |                      |
| 5  |                      |
| 6  |                      |
| 7  |                      |
| 8  |                      |
| 9  |                      |
| 10 |                      |
| 11 |                      |
| 12 |                      |
| 13 |                      |
| 14 |                      |
| 15 |                      |
| 16 |                      |
| 17 |                      |
| 18 |                      |
| 19 |                      |
| 20 |                      |
| 21 |                      |
| 22 |                      |
| 23 |                      |
| 24 |                      |
| 25 |                      |
| 26 |                      |
| 27 |                      |
| 28 |                      |

| | | |
|---|---|---|
| 1 | Dated:  February 28, 2024 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: */s/ Krishnan Padmanabhan* |
| 4 | | K. Padmanabhan (SBN: 254220)<br>kpadmanabhan@winston.com |
| 5 | | **WINSTON & STRAWN LLP**<br>200 Park Ave., Fl. 40 |
| 6 | | New York City, NY 10166<br>Tel: (212) 294-6700 |
| 7 | | Fax: 212-294-4700 |
| 8 | | Diana Hughes Leiden (SBN: 267606)<br>dhleiden@winston.com |
| 9 | | **WINSTON & STRAWN LLP**<br>333 S. Grand Ave. |
| 10 | | Los Angeles, CA  90071<br>Tel: (213) 615-1700 |
| 11 | | Fax: (213) 615-1750 |
| 12 | | Brian Ferguson (*pro hac vice*)<br>bferguson@winston.com |
| 13 | | **WINSTON & STRAWN LLP**<br>1901 L Street NW |
| 14 | | Washington, DC 20036<br>Tel: (202) 282-5000 |
| 15 | | Fax: (202) 282-5100 |
| 16 | | Saranya Raghavan (*pro hac vice*)<br>sraghavan@winston.com |
| 17 | | Natalie R. Holden (*pro hac vice*)<br>nholden@winston.com |
| 18 | | **WINSTON & STRAWN LLP**<br>35 West Wacker, Dr. |
| 19 | | Chicago, IL 60601<br>Tel: (312) 558-5600 |
| 20 | | Fax: (312)558-5700 |
| 21 | | Claire Dial (*pro hac vice*)<br>cdial@winston.com |
| 22 | | **WINSTON & STRAWN LLP**<br>800 Capitol Street Suite 2400 |
| 23 | | Houston, TX 77002<br>713-651-2600 |
| 24 | | Fax: 713-651-2700 |
| 25 | | |
| 26 | | *Attorneys for Comcast Defendants* |
| 27 | | |
| 28 | | |