KILPATRICK TOWNSEND & STOCKTON LLP
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 2:23-cv-01049-JWH-KES<br><br>**COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

| | |
|---|---|
| 1 | COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC, |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | v. |
| 5 | ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC. |
| 6 | |
| 7 | |
| 8 | Counter-Defendants. |

Pursuant to Local Rule 79-5, Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively "Cox") hereby apply for leave of the Court to file under seal portions of pages 12, 13, 14, 20, 21, 24, 26-28, 30, and 32 of Cox's Response to Entropic's Motion to Dismiss Cox's Counterclaims ("Response") that reference confidential information contained in a license agreement for Data Over Cable Service Interface Specifications ("DOCSIS") executed by MaxLinear Inc, as well as confidential information contained in a Patent Purchase Agreement between Plaintiff Entropic Communications, LLC and each of Counter-Defendants MaxLinear Communications LLC and MaxLinear, Inc.

Redacted and unredacted versions of Cox's Response To Entropic's Motion To Dismiss Cox's Counterclaims are filed herewith, as is the Declaration of Sarah Kamran in Support of this Application and a Proposed Order, as required by L.R. 9-5.2.2(a).

Cox respectfully requests that the Court grant the application to file portions of pages 12, 13, 14, 20, 21, 24, 26-28, 30, and 32 of Cox's Response To Entropic's Motion To Dismiss Cox's Counterclaims under seal.

Dated: March 1, 2024

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ April E. Isaacson

April E. Isaacson
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba
wkadaba@kilpatricktownsend.com
Michael J. Turton
mturton@kilpatricktownsend.com
Courtney S. Dabbiere
cdabbiere@kilpatricktownsend.com
Christopher S. Leah
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Andrew N. Saul
asaul@kilpatricktownsend.com
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants
Cox Communications, Inc.;
CoxCom, LLC; and Cox Communications
California, LLC*