KILPATRICK TOWNSEND & STOCKTON LLP
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:23-cv-01049-JWH-KES<br><br>**CERTIFICATE OF SERVICE** |

1  I, Stephanie DM Pearson, declare that I am employed in the City and County of San Francisco, California, in the office of a member of the bar of this Court at whose direction this service was made.

I am over the age of eighteen years and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, Two Embarcadero Center, Suite 1900, San Francisco, California 94111. On March 1, 2024, I served the document entitled:

1. DECLARATION OF SARAH KAMRAN IN SUPPORT OF COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL; and

2. COX DEFENDANTS' RESPONSE TO ENTROPIC'S MOTION TO DISMISS COUNTERCLAIMS

on the interested parties in this action, as follows:

| *Attorneys for Plaintiff Entropic Communications, LLC* ||
|---|---|
| Christina Goodrich<br>Cassidy T. Young<br>Connor Meggs<br>Rachel Berman<br>K&L Gates LLP<br>10100 Santa Monica Blvd, 8th Floor<br>Los Angeles, CA 90067<br>Tel.: (310) 552-5000<br>Fax: (310) 552-5001<br>Email: entropicklg@klgates.com | James A. Shimota<br>Jason Engel<br>Samuel Richey<br>Kyle Kantarek<br>K&L Gates LLP<br>70 W. Madison Street, Suite 3300<br>Chicago, IL 60602<br>Tel.: (312) 807-4299<br>Email: entropicklg@klgates.com |
| Peter E. Soskin<br>K&L Gates LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel.: (415) 882-8200<br>Email: entropicklg@klgates.com | Courtney A. Neufeld<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104<br>Tel: (206) 370-7836<br>Email: entropicklg@klgates.com |
| Douglas Winnard<br>Michael T. Pieja<br>Xaviere N. Giroud<br>Jennifer M. Hartjes<br>Kurt A. Holtzman<br>Alan E. Littmann<br>Shu Zhang | Kenneth Bridges<br>Bridges IP Consulting<br>2113 19th Ave S<br>Nashville, TN 37212<br>Tel: (615) 973-9478<br>Email: bridgesip@icloud.com |

CERTIFICATE OF SERVICE  
CASE NO. 2:23-CV-01049-JWH-KES

2

| | |
|---|---|
| Goldman Ismail Tomaselli Brennan & Baum LLP<br>200 South Wacker Dr., 22nd Floor<br>Chicago, IL 60606<br>Tel: (312) 681-6000<br>Email: GITBB-Entropic@goldmanismail.com | |

☐ [By First Class Mail]  I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service.  On the date listed herein, following ordinary business practice, I served the within document at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with first class postage thereon fully prepaid, for collection and mailing with the United States Postal Service, where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier]  I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☒ [By Electronic Transmission]  I caused said document to be sent by electronic transmission to the e-mail address indicated for the parties listed above from email address sdmpearson@kilpatricktownsend.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 1, 2024, at San Francisco, California.

*/s/ Stephanie DM Pearson*
Stephanie DM Pearson