UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>　　　　Defendants. | Case No. 2:23-cv-01049-JWH-KES<br><br>**ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>　　　　Counterclaimants,<br><br>　　v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.,<br><br>　　　　Counterdefendants. | |

1  This matter comes before the Court on Defendant Cox Communications, Inc.,
2  CoxCom, LLC, and Cox Communications California, LLC's Application for Leave
3  to File Under Seal. The Court, having considered all papers filed in support of the
4  application finds that there is a good cause for granting the application in its
5  entirety.  Accordingly, it is hereby **ORDERED** that Plaintiff's Application is
6  **GRANTED**.
7   IT IS SO ORDERED.

9  DATED: _____March 5_____, 2024

10  _____
    Hon. John W. Holcomb
11  UNITED STATES DISTRICT JUDGE