UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>        Defendants. | Case No. 2:23-cv-01049-JWH-KES<br><br>**ORDER GRANTING COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>        Counterclaimants,<br><br>    v.<br><br>ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR COMMUNICATIONS LLC; AND MAXLINEAR, INC.,<br><br>        Counterdefendants. | |

1  This matter comes before the Court on Defendant Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC's Application for Leave to File Under Seal. The Court, having considered all papers filed in support of the application finds that there is a good cause for granting the application in its entirety. Accordingly, it is hereby **ORDERED** that Plaintiff's Application is **GRANTED**.

**IT IS SO ORDERED.**

DATED March 5, 2024

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE