1 | DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
2 | LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
3 | El Dorado Hills, CA 95762
Telephone: (916) 243-5259
4 | Facsimile: (916) 404-0436

5

6

7

8 | UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
9 | SOUTHERN DIVISION

10

ENTROPIC COMMUNICATIONS, LLC,
11 |     Plaintiff,

12 |     v.                                  Case No. 2:23-cv-01043-JWH-KES
                                              LEAD CASE
13 | DISH NETWORK CORPORATION,               Case No. 2:23-cv-01049-JWH-KES
et al.,                                       LEAD CASE
14 |     Defendants.
_____              Hon. John W. Holcomb
15                                         Special Master David M. Keyzer
ENTROPIC COMMUNICATIONS, LLC,
16 |     Plaintiff,

17 |     v.                                  **NOTICE OF**
                                             **SPECIAL MASTER REPORT AND**
                                             **RECOMMENDATION ON**
18 | COX COMMUNICATIONS, INC., et al.,       **MOTIONS REFERRED BY THE**
         Defendants.                         **COURT ON JANUARY 10, 2024**
19

20

1     Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil Action No. 2:23-cv-1049, Dkt. 62), and further pursuant to the Court's January 10, 2024 Order Referring Motions to Special Master (Civil Action No. 2:23-cv-1043, Dkts. 273, 347; Civil Action No. 2:23-cv-1049, Dkts. 191, 244), the Special Master attaches hereto the Special Master Report and Recommendation on Motions Referred by the Court on January 10, 2024.

Dated: March 6, 2024

By: /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master