1 | BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
2 | ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
3 | ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
4 | MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
5 | Los Angeles, California 90017-3543
Telephone: (213) 892-5200
6 | Facsimile: (213) 892-5454

7 | [Additional counsel on signature page]

Attorneys for Counter-Defendants
8 | MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2-23-cv-01049-JWH-KES (Lead Case) |
|---|---|
| Plaintiff, | |
| v. | **COUNTER-DEFENDANTS MAXLINEAR, INC. AND MAXLINEAR COMMUNICATIONS LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COUNTERCLAIMS BY COX COMMUNICATIONS, INC., COXCOM, LLC, AND COX COMMUNICATIONS CALIFORNIA, LLC** |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants, | |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; AND COX COMMUNICATIONS CALIFORNIA, LLC, | |
| | Judge: Hon. John W. Holcomb |
| Counter-Claimants, | **Hearing:**
Date: March 29, 2024
Time: 9:00 a.m.
Place: Courtroom 9D, Santa Ana |
| v. | |
| ENTROPIC COMMUNICATIONS, LLC; MAXLINEAR, INC.; AND MAXLINEAR COMMUNICATIONS LLC, | |
| Counter-Defendants. | |

MAXLINEAR'S APPLN. FOR LEAVE TO FILE UNDER SEAL REPLY ISO MOT. TO DISMISS
CASE NO. 2:23-cv-01049-JWH-KES

1    Pursuant to Local Rule 79-5.2.2(a) governing documents to be filed under
2 seal, Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC
3 (collectively, "MaxLinear") hereby submit their Application for Leave to File
4 Under Seal a Reply in Support of MaxLinear's Motion to Dismiss Amended
5 Counterclaims by Cox Communications, Inc., CoxCom, LLC, and Cox
6 Communications California, LLC (collectively, "Cox").

7    MaxLinear seeks leave to file under seal highlighted portions of MaxLinear's
8 Reply that quote from or reference Exhibit A to Cox's Amended Answer and
9 Counterclaims (ECF No. 87-1), which includes information regarding a license
10 agreement for Data Over Cable Service Interface Specifications ("DOCSIS")
11 executed by MaxLinear, Inc., and (2) Ex. 1 (ECF No. 236) to MaxLinear's Request
12 for Judicial Notice (ECF No. 222), which is a Patent Purchase Agreement executed
13 by MaxLinear and Plaintiff Entropic Communications, LLC that has been
14 designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."  The
15 Court granted Cox's motion to file Exhibit A under seal (ECF No. 81) and
16 MaxLinear's motion to file Exhibit 1 under seal (ECF No. 232).

| Document to be sealed | Portions to be sealed (page:line(s)) |
|---|---|
| Portions of MaxLinear's Reply in Support of Motion to Dismiss that quote from or reference Exhibit A to Cox's Amended Answer and Counterclaims (ECF No. 87-1) and the Patent Purchase Agreement executed by MaxLinear and Entropic Communications, LLC previously filed as Ex. 1 (ECF No. 236) to MaxLinear's Request for Judicial Notice (ECF No. 222). | 8:8-9; 9:20-21; 9:25-10:3; 10:12-16; 10:19-21; 10:24-27; 11:7-10; 15:3-4 |

Pursuant to Local Rule 79-5.2.2(a), MaxLinear applies to file under seal the document listed above. Under Rule 79-5.2.2(a), a party may seek leave to file a document under seal so long as the Application describes the nature of the information that should be closed to public inspection and is accompanied by: (1) a declaration establishing good cause why the strong presumption of public access in civil cases should be overcome and informing the Court whether anyone opposes the Application; (2) a proposed order; (3) a redacted version of the relevant documents; and (4) an unredacted version of the relevant documents. MaxLinear has complied with these requirements. The information that MaxLinear seeks to seal is contained within (1) an agreement between MaxLinear, Inc. and a third-party entity, which the Court granted leave to Cox to file under seal (ECF No. 81); and (2) a confidential agreement between MaxLinear, Inc. and Entropic Communications, LLC (ECF No. 236). The public does not have an interest in accessing this confidential information. Additionally, MaxLinear's request is narrowly tailored to only prevent the public from viewing confidential information. Finally, Entropic does not oppose MaxLinear's under seal filing.

Therefore, compelling reasons exist to seal the highlighted portions of the above documents. *See Aya Healthcare Servs., Inc. v. AMN Healthcare, Inc.*, No. 17cv205-MMA (MDD), 2020 WL 1911502, at *5 (S.D. Cal. Apr. 20, 2020) ("The Court agrees that compelling reasons exist to seal references . . . to Defendants' proprietary business records that detail sensitive financial terms, proprietary business strategies, and confidential negotiations and agreements with third parties."); *In re Qualcomm Litig.*, No. 3:17-CV-00108-GPC-MDD, 2019 WL 1557656, at *3 (S.D. Cal. Apr. 10, 2019) (granting motions to seal "confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as 'Highly Confidential'").

MaxLinear respectfully requests that this Court order the unredacted document to be filed under seal. Redacted and unredacted versions of the Reply in Support of MaxLinear's Motion to Dismiss Cox's Amended Counterclaims are filed herewith. This Application is accompanied by a Declaration of Rose S. Lee and a Proposed Order.

Dated: March 15, 2024

MORRISON & FOERSTER LLP

By: */s/ Rose S. Lee*
Rose S. Lee

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ALEX S. YAP (CA SBN 241400)
ayap@mofo.com
ROSE S. LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Counter-Defendants
MAXLINEAR, INC. and MAXLINEAR COMMUNICATIONS LLC