| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | April E. Isaacson (SBN 180638)<br>aisaacson@kilpatricktownsend.com |
| 3 | Two Embarcadero Center, Suite 1900<br>San Francisco CA 94111 |
| 4 | (415) 273 8306 |
| 5 | Sarah Y. Kamran (SBN 347617)<br>skamran@kilpatricktownsend.com |
| 6 | 1801 Century Park East, Suite 2300<br>Los Angeles CA 90067 |
| 7 | (310) 777 3733 |
| 8 | Mitchell G. Stockwell (*pro hac vice*)<br>mstockwell@kilpatricktownsend.com |
| 9 | Vaibhav P. Kadaba (*pro hac vice*)<br>wkadaba@kilpatricktownsend.com |
| 10 | Michael J. Turton (*pro hac vice*)<br>mturton@kilpatricktownsend.com |
| 11 | Courtney S. Dabbiere (*pro hac vice*)<br>cdabbiere@kilpatricktownsend.com |
| 12 | Christopher S. Leah (*pro hac vice*)<br>cleah@kilpatricktownsend.com |
| 13 | 1100 Peachtree Street, NE, Suite 2800<br>Atlanta GA 30309 |
| 14 | (404) 815 6500 |
| 15 | *Attorneys for Defendants* |
| 16 | *Cox Communications, Inc.; CoxCom, LLC; and*<br>*Cox Communications California, LLC* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES |
| Plaintiff, | **NOTICE OF ERRATA TO COX DEFENDANTS' OPPOSITION TO MAXLINEAR'S MOTION TO DISMISS COX'S COUNTERCLAIMS (DKT. NO. 267-01 AND DKT. NO. 271)** |
| v. | |
| COX COMMUNICATIONS, INC.; COXCOM, LLC; and COX COMMUNICATIONS CALIFORNIA, LLC, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

COX DEFENDANTS' NOTICE OF ERRATA FOR DKT. NO. 267-01 AND DKT. NO. 271
CASE NO. 2:23-CV-01049-JWH-KES

1  PLEASE TAKE NOTICE THAT on March 1, 2024, Defendants Cox Communications, Inc., CoxCom, LLC and Cox Communications California, LLC ("Cox") filed the Sealed Response to MaxLinear's Motion to Dismiss Cox's Counterclaims (Dkt. 267-1) and Cox's Redacted Response to MaxLinear's Motion to Dismiss Cox's Counterclaims (Dkt. 271), which inadvertently contain the word "*Draft*" on the signature lines of the signature blocks of both documents.  This was an inadvertent error, and the signature line of the signature block in each document should have read "*/s/ April E. Isaacson*." Counsel apologizes for this error and requests that the Court deem Dkt. 267-1 and Dkt. 271 signed by April E. Isaacson.

Corrected versions of page 35 of Dkt. 267-1 and page 35 of Dkt. 271 are attached hereto as Exhibits A and B. Cox requests that the Court replace incorrect page 35 of Dkt. 267-1 with corrected page 35 in Exhibit A and incorrect page 35 of Dkt. 271 with corrected page 35 in Exhibit B.

If the Court prefers, Cox would be pleased to file corrected filings with these corrections incorporated.

Dated:  March 19, 2024            KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ April E. Isaacson*
April E. Isaacson
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

| | |
|---|---|
| 1 | Mitchell G. Stockwell |
| 2 | mstockwell@kilpatricktownsend.com<br>Vaibhav P. Kadaba |
| 3 | wkadaba@kilpatricktownsend.com<br>Michael J. Turton |
| 4 | mturton@kilpatricktownsend.com<br>Courtney S. Dabbiere |
| 5 | cdabbiere@kilpatricktownsend.com<br>Christopher S. Leah |
| 6 | cleah@kilpatricktownsend.com<br>1100 Peachtree Street, NE, Suite 2800 |
| 7 | Atlanta GA 30309<br>(404) 815 6500 |
| 8 | *Attorneys for Defendants* |
| 9 | *Cox Communications, Inc.;*<br>*CoxCom, LLC; and Cox Communications* |
| 10 | *California, LLC* |