# EXHIBIT A

1    Dated: March 1, 2024          KILPATRICK TOWNSEND & STOCKTON LLP

2                                  By:   */s/ April E. Isaacson*

3                                  April E. Isaacson
                                   aisaacson@kilpatricktownsend.com
4                                  Two Embarcadero Center, Suite 1900
                                   San Francisco CA 94111
5                                  (415) 273 8306

6                                  Sarah Y. Kamran
                                   skamran@kilpatricktownsend.com
7                                  1801 Century Park East, Suite 2300
                                   Los Angeles CA 90067
8                                  (310) 777 3733

9                                  Mitchell G. Stockwell
                                   mstockwell@kilpatricktownsend.com
10                                 Vaibhav P. Kadaba
                                   wkadaba@kilpatricktownsend.com
11                                 Michael J. Turton
                                   mturton@kilpatricktownsend.com
12                                 Courtney S. Dabbiere
                                   cdabbiere@kilpatricktownsend.com
13                                 Christopher S. Leah
                                   cleah@kilpatricktownsend.com
14                                 1100 Peachtree Street, NE, Suite 2800
                                   Atlanta GA 30309
15                                 (404) 815 6500

16                                 *Attorneys for Defendants*
                                   *Cox Communications, Inc.;*
17                                 *CoxCom, LLC; and Cox Communications*
                                   *California, LLC*
18

19

20

21

22

23

24

25

26

27

28
COX DEFENDANTS' RESPONSE TO MAXLINEAR'S MOTION TO DISMISS COX'S
COUNTERCLAIMS                                                          35
CASE NO. 2:23-CV-01049-JWH-KES