# EXHIBIT B

| | | |
|---|---|---|
| 1 | Dated: March 1, 2024 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | By:  */s/ April E. Isaacson* |
| 3 | | April E. Isaacson |
| 4 | | aisaacson@kilpatricktownsend.com<br>Two Embarcadero Center, Suite 1900 |
| 5 | | San Francisco CA 94111<br>(415) 273 8306 |
| 6 | | Sarah Y. Kamran |
| 7 | | skamran@kilpatricktownsend.com<br>1801 Century Park East, Suite 2300 |
| 8 | | Los Angeles CA 90067<br>(310) 777 3733 |
| 9 | | Mitchell G. Stockwell |
| 10 | | mstockwell@kilpatricktownsend.com<br>Vaibhav P. Kadaba |
| 11 | | wkadaba@kilpatricktownsend.com<br>Michael J. Turton |
| 12 | | mturton@kilpatricktownsend.com<br>Courtney S. Dabbiere |
| 13 | | cdabbiere@kilpatricktownsend.com<br>Christopher S. Leah |
| 14 | | cleah@kilpatricktownsend.com<br>1100 Peachtree Street, NE, Suite 2800 |
| 15 | | Atlanta GA 30309<br>(404) 815 6500 |
| 16 | | *Attorneys for Defendants* |
| 17 | | *Cox Communications, Inc.;*<br>*CoxCom, LLC; and Cox Communications* |
| 18 | | *California, LLC* |

COX DEFENDANTS' RESPONSE TO MAXLINEAR'S MOTION TO DISMISS COX'S COUNTERCLAIMS
CASE NO. 2:23-CV-01049-JWH-KES

35