1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 | ENTROPIC COMMUNICATIONS, | Case No. 2-23-cv-01049-JWH-KES
   | LLC,                      | (Lead Case)
11 |

12 |          Plaintiff,        | **ORDER GRANTING
   |                            | MAXLINEAR, INC. AND
13 |     v.                     | MAXLINEAR
   |                            | COMMUNICATIONS LLC'S
14 | COX COMMUNICATIONS, INC.;  | APPLICATION FOR LEAVE TO
   | COXCOM, LLC; AND COX       | FILE UNDER SEAL REPLY IN
15 | COMMUNICATIONS CALIFORNIA, | SUPPORT OF MOTION TO
   | LLC,                       | DISMISS AMENDED
16 |                            | COUNTERCLAIMS BY COX
   |          Defendants.       | COMMUNICATIONS, INC.,
17 | COX COMMUNICATIONS, INC.;  | COXCOM, LLC, AND COX
   | COXCOM, LLC; AND COX       | COMMUNICATIONS
18 | COMMUNICATIONS CALIFORNIA, | CALIFORNIA, LLC**
   | LLC,
19 |

20 |          Counterclaimant,   | Judge:  Hon. John W. Holcomb

21 |     v.

22 | ENTROPIC COMMUNICATIONS,
   | LLC; MAXLINEAR, INC.; AND
23 | MAXLINEAR COMMUNICATIONS
   | LLC,
24 |
   |          Counterdefendants.
25

26

27

28

---

Having considered Counterdefendants MaxLinear, Inc. and MaxLinear Communications LLC's (collectively, "MaxLinear") Application for Leave to File Under Seal a Reply in Support of MaxLinear's Motion to Dismiss Amended Counterclaims by Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "Cox"), the Court hereby **ORDERS** that the following information should be sealed:

| Document to be sealed | Portions to be sealed (page:line(s)) |
| --- | --- |
| Portions of Reply in Support of MaxLinear's Motion to Dismiss that quote from or reference Exhibit A to Cox's Amended Answer and Counterclaims (ECF No. 87-1) and the Patent Purchase Agreement executed by MaxLinear and Entropic Communications, LLC previously filed as Ex. 1 (ECF No. 236) to MaxLinear's Request for Judicial Notice (ECF No. 222). | 8:8-9; 9:20-21; 9:25-10:3; 10:12-16; 10:19-21; 10:24-27; 11:7-10; 15:3-4 |

**IT IS SO ORDERED**

Dated:    March 20    , 2024

John W. Holcomb
United States District Judge

2