1 | DAVID M. KEYZER (SB# 248585)
  | david@keyzerlaw.com
2 | LAW OFFICE OF DAVID KEYZER, P.C.
  | 5170 Golden Foothill Parkway
3 | El Dorado Hills, CA 95762
  | Telephone: (916) 243-5259
4 | Facsimile: (916) 404-0436

5

6

7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

ENTROPIC COMMUNICATIONS, LLC,
          Plaintiff,

     v.

DISH NETWORK CORPORATION, et al.,
          Defendants.
_____

ENTROPIC COMMUNICATIONS, LLC,
          Plaintiff,

     v.

COX COMMUNICATIONS, INC., et al.,
          Defendants.

Case No. 2:23-cv-01043-JWH-KES
   LEAD CASE
Case No. 2:23-cv-01049-JWH-KES
   LEAD CASE

Hon. John W. Holcomb
Special Master David M. Keyzer

**NOTICE OF SPECIAL MASTER ORDER**

NOTICE OF SPECIAL MASTER ORDER - 1

1   Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as

2   Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043, Dkt. 74; Civil

3   Action No. 2:23-cv-1049, Dkt. 62), the Court's grant of consolidations (Civil Action No.

4   2:23-cv-1043, Dkt. 129, Oct. 13, 2023 Order; Civil Action No. 2:23-cv-1049, Dkt. 95,

5   Oct. 16, 2023 Order), and the Court's referral of specific motions (-1043, Dkt. 343,

6   Feb. 9, 2024 Order; -1043, Dkt. 431, Mar. 26, 2024 Order), the Special Master attaches

7   hereto the Special Master Order No. SM-18.

Dated:   March 29, 2024                    By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master