1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
9                        SOUTHERN DIVISION

10

   ENTROPIC COMMUNICATIONS, LLC,       §
11          Plaintiff,                  §
                                        §   Case No. 2:23-cv-01043-JWH-KES
12        v.                            §       LEAD CASE
                                        §
                                        §   Case No. 2:23-cv-01049-JWH-KES
13  DISH NETWORK CORPORATION, et        §       LEAD CASE
    al.,                                §
14          Defendants.                 §
    _____ §   Hon. John W. Holcomb
15                                      §   Special Master David M. Keyzer
    ENTROPIC COMMUNICATIONS, LLC,       §
16          Plaintiff,                  §
                                        §   **SPECIAL MASTER ORDER**
17        v.                            §   **No. SM-18**
                                        §
18  COX COMMUNICATIONS, INC., et al.,   §
            Defendants.                 §
19                                      §

20

---

1    Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as

2    Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043 ("-1043"), Dkt.

3    74; Civil Action No. 2:23-cv-1049 ("-1049"), Dkt. 62), and further pursuant to the

4    Court's referral of specific motions (-1043, Dkt. 343, Feb. 9, 2024 Order; -1043, Dkt.

5    431, Mar. 26, 2024 Order), and e-mail correspondence between the Special Master and

6    counsel for all involved parties on at least March 18, 19, and 20, 2024 (as to the motion

7    regarding Defendants' invalidity contentions), March 18, 19, and 20, 2024 (as to the

8    motions referred to the Special Master by the Court on February 9, 2024), and March 26,

9    2024 (as to the motions referred to the Special Master by the Court on March 26, 2024),

10   the Special Master hereby:

11   **SETS** a hearing for **April 11, 2024, at 9:45 A.M. Pacific Time**, by

12   videoconference, regarding:

13   MaxLinear's Motion to Dismiss Amended Counterclaims of Cox
     Communications, Inc., CoxCom, LLC, and Cox Communications California
14   LLC (-1043, Dkt. 320 (redacted), Dkt. 335 (sealed)), Cox's opposition (Dkt.
     385 (redacted); Dkt. 384-1 (sealed)), and MaxLinear's reply (Dkt. 407
15   (redacted); Dkt. 426 (sealed));

16   Entropic's Motion to Dismiss Cox Defendants' Amended Counterclaims
     Pursuant to Rule 12(b)(6) (-1043, Dkt. 327 (redacted); Dkt. 336 (sealed)),
17   Cox's opposition (Dkt. 381 (redacted); Dkt. 380-1 (sealed)), and Entropic's
     reply (Dkt. 415 (redacted); Dkt. 425 (sealed));

18

19   MaxLinear's Motion to Dismiss Amended Counterclaims of Cox
     Communications, Inc., CoxCom, LLC, and Cox Communications California
     LLC (-1049, Dkt. 219 (redacted); Dkt. 235 (sealed)), Cox's opposition (Dkt.
20   271 (redacted); Dkt. 267-1 (sealed)), and MaxLinear's reply (Dkt. 282
     (redacted); Dkt. 287 (sealed));

SPECIAL MASTER ORDER No. SM-18 - 2

1

2

3

Entropic's Motion to Dismiss Cox Defendants' Amended Counterclaims Pursuant to Rule 12(b)(6) (-1049, Dkt. 226 (redacted); Dkt. 234 (sealed)), Cox's opposition (Dkt. 272 (redacted); Dkt. 270-1 (sealed)), and Entropic's reply (Dkt. 283);

4

5

6

7

Maxlinear, Inc. and Maxlinear Communications LLC's Notice of Motion and Motion to Dismiss (1) Amended Counterclaims by DISH Network California Service Corporation; and (2) Counterclaims by DISH Network Corporation, DISH Network L.L.C., DISH Network Service L.L.C., and DISH Technologies, L.L.C. (-1043, Dkt. 357 (redacted); Dkt. 371 (sealed)), the DISH Defendants' opposition (Dkt. 389), and MaxLinear's reply (Dkt. 411 (redacted); Dkt. 427 (sealed));

8

9

Entropic's Motion to Dismiss DISH's Counterclaims Pursuant to Rule 12(b)(6) (-1043, Dkt. 361 (redacted); Dkt. 363-1 (sealed)), the DISH Defendants' opposition (Dkt. 395 (redacted); Dkt. 403 (sealed)), and Entropic's reply (Dkt. 420-1 (sealed)); and

10

11

Entropic's March 13, 2024 discovery motion challenging the sufficiency of the invalidity contentions served by DISH, Cox, Comcast, and DIRECTV.

12

13

14

15

Counsel presenting oral arguments shall appear by video.  Other counsel and other attendees (such as client representatives) that do not present oral arguments may attend either with or without video.  Attendees shall mute their microphones when they are not presenting oral arguments or are not otherwise actively participating at a particular time.

16

17

18

19

The parties shall confer and select a Reporter, and the cost of reporting and of ordering transcripts shall be apportioned equally between Plaintiff(s) (one half) and Defendant(s) (one half).  The parties shall provide the Reporter's contact information to the Special Master **no later than 5:00 P.M. Pacific Time the day before the hearing**.

20

1        The parties shall provide the Special Master and the Reporter with a list of

2 expected participants **no later than 5:00 P.M. Pacific Time the day before the hearing**.

3 This list shall be submitted by e-mail and shall indicate each name together with e-mail

4 address and status as counsel, client representative, or other relevant affiliation.

5        Each party shall provide all other parties, the Reporter, and the Special Master with

6 an electronic copy of any demonstrative presentation slides that the party intends to use

7 during the hearing **no later than 5:00 P.M. Pacific Time the day before the hearing**.

8 Such demonstrative presentation slides that are not designated as confidential shall also

9 be filed in PDF form on the Court's docket as an attachment to a Notice (slides

10 designated as confidential shall be provided only by e-mail to all other parties, the

11 Reporter, and the Special Master).  The parties should not attempt any video screen

12 sharing or other presentation of demonstratives during the hearing but rather should refer

13 to the electronic copies that have been distributed by the parties prior to the hearing.

14        Use of a headset, earbuds, or a combination of a microphone and headphones

15 (rather than using any external speakers) is strongly encouraged so as to minimize

16 feedback, room echoes, and other audio interruptions that might otherwise be a

17 significant impediment to the Special Master in conducting the hearing, to opposing

18 counsel in responding to arguments, and to the Reporter in producing a clear record.

19        Zoom information for this hearing is as follows:

20

Zoom Webinar ID:  834 0018 8168

Password:  22301043

IT IS SO ORDERED.

Dated: _March 29, 2024_        By: _____
                                          David M. Keyzer
                                          Special Master