| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | April E. Isaacson (SBN 180638) |
|   | aisaacson@kilpatricktownsend.com |
| 3 | Two Embarcadero Center, Suite 1900 |
|   | San Francisco CA 94111 |
| 4 | (415) 273 8306 |
| 5 | Sarah Y. Kamran (SBN 347617) |
|   | skamran@kilpatricktownsend.com |
| 6 | 1801 Century Park East, Suite 2300 |
|   | Los Angeles CA 90067 |
| 7 | (310) 777 3733 |
| 8 | |
| 9 | *Attorneys for Defendants* |
|   | *Cox Communications, Inc.; CoxCom, LLC;* |
|   | *and* |
| 10 | *Cox Communications California, LLC* |

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1043-JWH-KES |
| Plaintiff, | LEAD CASE |
| v. | |
| COX COMMUNICATIONS, INC.; ET AL., | Case No. 2:23-cv-1049-JWH-KES |
| Defendants. | LEAD CASE |
| | |
| ENTROPIC COMMUNICATIONS, LLC, | **COX'S NOTICE REGARDING HEARING DEMONSTRATIVES** |
| Plaintiff, | |
| v. | |
| COX COMMUNICATIONS, INC.; ET AL. | |
| Defendants. | |

COX'S NOTICE REGARDING HEARING DEMONSTRATIVES
CASE NO. 2:23-CV-1043, - 1049-JWH-KES

|   |   |   |
|---|---|---|
| 1 | | Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively "Cox") hereby give notice of the filing and service of an electronic copy of Cox's non-confidential demonstrative presentation slides, attached hereto as Ex. A, that Cox intends to use during the hearing set by the Special Master for April 11, 2024, pursuant to Special Master Order No. SM-18. |

Dated: April 10, 2024

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ April E. Isaacson

April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273 8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777 3733

Mitchell G. Stockwell (*admitted pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*admitted pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*admitted pro hac vice*)
mturton@kilpatricktownsend.com
Courtney S. Dabbiere (*admitted pro hac vice*)
cdabbiere@kilpatricktownsend.com
Christopher S. Leah (*admitted pro hac vice*)
cleah@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
(404) 815 6500

*Attorneys for Defendants*
*Cox Communications, Inc.; CoxCom, LLC; and*
*Cox Communications California, LLC*