1  DAVID M. KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10
   ENTROPIC COMMUNICATIONS, LLC,   §   Case No. 2:23-cv-01043-JWH-KES
11         Plaintiff,               §      LEAD CASE
                                    §
12      v.                          §   Case No. 2:23-cv-01049-JWH-KES
                                    §      LEAD CASE
13 DISH NETWORK CORPORATION,        §
   DISH NETWORK LLC, and DISH       §
14 NETWORK SERVICE LLC,             §   Hon. John W. Holcomb
         Defendants.                §   Special Master David M. Keyzer
15 _____  §
                                    §
16 ENTROPIC COMMUNICATIONS, LLC,    §
         Plaintiff,                 §   **NOTICE OF**
17                                  §
      v.                            §   **SPECIAL MASTER MINUTES**
18                                  §
   COX COMMUNICATIONS, INC.,        §
19 COXCOM, LLC, and COX             §
   COMMUNICATIONS CALIFORNIA,       §
20 LLC,                             §
         Defendants.                §

NOTICE OF SPECIAL MASTER MINUTES - 1

1  Pursuant to authority provided by the Court's July 5, 2023 Order Appointing
2  David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt.
3  74; No. 2:23-CV-1049, Dkt. 62), and further pursuant to the Court's February 9, 2024
4  Order Referring Matters to Special Master (-1043, Dkt. 343; -1049, Dkt. 240), and the
5  Court's March 26, 2024 Order Referring Matters to Special Master (-1043, Dkt. 431), the
6  Special Master attaches hereto the Special Master Minutes for a motion hearing held on
7  April 11, 2024.

Dated:   April 11, 2024          By:   /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master