DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>      Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, et al.,<br>      Defendants.<br>_____<br>ENTROPIC COMMUNICATIONS, LLC,<br>      Plaintiff,<br><br>  v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC,<br>      Defendants. | Case No. 2:23-cv-01043-JWH-KES<br>   LEAD CASE<br><br>Case No. 2:23-cv-01049-JWH-KES<br>   LEAD CASE<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br>**SPECIAL MASTER MINUTES** |

1    Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as
2    Special Master for Discovery Purposes (No. 2:23-CV-1043, Dkt. 74; No. 2:23-CV-1049,
3    Dkt. 62), and further pursuant to the Court's February 9, 2024 Order Referring Matters to
4    Special Master (-1043, Dkt. 343; -1049, Dkt. 240), and the Court's March 26, 2024 Order
5    Referring Matters to Special Master (-1043, Dkt. 431), the Special Master held a motion
6    hearing on April 11, 2024. The parties appeared as follows:

| Present for Plaintiff and Counter-Defendants | Present for Defendants | Reporter |
|---|---|---|
| **Entropic**<br>Doug Winnard<br>Michael Pieja<br><br>**MaxLinear**<br>Bita Rahebi<br>Richard Hung<br>Bradley Lui<br>Zach Quinlan | **Cox**<br>Mitchell Stockwell<br>April Isaacson<br>Courtney Dabbiere<br>Chris Leah<br>Sarah Kamran<br><br>**DISH**<br>Chris Marchese<br>David Barkan<br>Oliver Richards<br>Tyler Train<br><br>**Comcast**<br>Krishnan Padmanabhan<br>Saranya Raghavan<br><br>**DIRECTV**<br>Ted Stevenson<br>David Frist | Lena Mescall |

The Special Master convened the hearing by videoconference on April 11, 2024, at 9:45 A.M. Pacific Time and heard arguments by Doug Winnard on behalf of Entropic, by

1   Bita Rahebi and Richard Hung on behalf of MaxLinear, by Mitchell Stockwell and April

2   Isaacson on behalf of Cox, and by Chris Marchese and Oliver Richards on behalf of

3   DISH.  The Special Master took recesses from 10:56 A.M. to 11:03 A.M., 12:15 P.M. to

4   12:25 P.M., and 1:58 P.M. to 2:14 P.M.  The Special Master took the motions under

5   submission and adjourned the hearing at 3:40 P.M.

7   Dated: *April 11, 2024*          By: _____
                                          David M. Keyzer
                                          Special Master

SPECIAL MASTER MINUTES - 3