Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Attorneys for Comcast Defendants.

*(Additional counsel information omitted)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION *et al.*,<br><br>Defendants.<br><hr>ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC. *et al.*,<br><br>Defendants. | CASE NO. 2:23-CV-01049-JWH-KES (Lead)<br><br>CASE NO. 2:23-CV-01050-JWH-KES (Related)<br><br>Assigned to Hon. John W. Holcomb<br><br>**STIPULATION REQUESTING EXTENSION OF DEADLINE TO SUBMIT JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT, INCLUDING EXPERT DECLARATIONS; [PROPOSED ORDER]** |

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, and Comcast Corporation ("Comcast"), CoxCom, LLC, Cox Communications California, LL, Cox Communications, Inc. ("Cox") (collectively, the "Parties") hereby submit the following Stipulation and Proposed Order to request an extension of the deadline to submit their Joint Claim Construction and Prehearing Statement, including Expert Declarations.

WHEREAS, the current deadline to submit the Joint Claim Construction Statement and Prehearing Statement, including Expert Declarations, is set for Friday, April 12, 2024;

WHEREAS, counsel for the Parties have conferred regarding jointly requesting to extend the deadline one week to Friday, April 19, 2024;

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The Parties jointly request that the Court continue the deadline for the Parties to submit the Joint Claim Construction Statement, including Expert Declarations from April 12, 2024, to April 19, 2024.

Dated: April 12, 2024        */s/ Krishnan Padmanabhan*
Krishnan Padmanabhan (SB: 254220)
kpadmanabhan@winston.com
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Brian Ferguson (*pro hac vice*)
bferguson@winston.com
**Winston & Strawn LLP**
1901 L Street NW
Washington, D.C. 20036
Phone: 202-282-5000
Fax: 202-282-5100

| | |
|---|---|
| 1 | Saranya Raghavan (*pro hac vice*) |
| 2 | sraghavan@winston.com |
|  | **Winston & Strawn LLP** |
| 3 | 35 West Wacker, Dr. |
|  | Chicago, IL 60601 |
| 4 | Phone: 312-558-5600 |
|  | Fax: 312-558-5700 |
| 5 | *Attorneys for Comcast Defendants* |

6  By: /s/ *April E. Isaacson*
7  April E. Isaacson (SBN 180638)
   aisaacson@kilpatricktownsend.com
8  **KILPATRICK TOWNSEND &**
9  **STOCKTON LLP**
   Two Embarcadero Center, Suite 1900
10 San Francisco CA 94111
11 (415) 273 8306

12 Sarah Y. Kamran (SBN 347617)
   skamran@kilpatricktownsend.com
13 **KILPATRICK TOWNSEND &**
14 **STOCKTON LLP**
   1801 Century Park East, Suite 2300
15 Los Angeles CA 90067
16 (310) 777 3733

17
   Mitchell G. Stockwell (*pro hac vice*)
18 mstockwell@kilpatricktownsend.com
   Vaibhav P. Kadaba (*pro hac vice*)
19 wkadaba@kilpatricktownsend.com
20 Michael J. Turton (*pro hac vice*)
   mturton@kilpatricktownsend.com
21 Courtney S. Dabbiere (*pro hac vice*)
22 cdabbiere@kilpatricktownsend.com
   Christopher S. Leah (*pro hac vice*)
23 cleah@kilpatricktownsend.com
24 Andrew N. Saul (*pro hac vice*)
   asaul@kilpatricktownsend.com
25 **KILPATRICK TOWNSEND &**
26 **STOCKTON LLP**
   1100 Peachtree Street, NE, Suite 2800
27 Atlanta GA 30309
28

(404) 815 6500
*Attorneys for Cox Defendants*

*/s/Christina Goodrich*
Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

James A. Shimota *(pro hac vice)*
jim.shimota@klgates.com
Jason A. Engel *(pro hac vice)*
jason.engel@klgates.com
Nathan J. Fuller *(pro hac vice)*
Nathan.fuller@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

Courtney A. Neufeld *(pro hac vice)*
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 370-7836
Facsimile: (206) 623-7022

*Attorneys for Entropic Communications, LLC*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Krishnan Padmanabhan, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: April 12, 2024                     */s/ Krishnan Padmanabhan*