# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION *et al.*, <br><br> Defendants. | CASE NO. 2:23-CV-01049-JWH-KES <br> CASE NO. 2:23-CV-01050-JWH-KES <br><br> **[PROPOSED] ORDER ON STIPULATION REQUESTING EXTENSION OF DEADLINE TO FILE JOINT CLAIM CONSTRUCTION STATEMENT** |
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC. *et al.*, <br><br> Defendants. | |

1  After full consideration of the Stipulation Requesting Extension of Deadline to
2  Submit Joint Claim Construction and Prehearing Statement, including Expert
3  Declarations, and good cause appearing, it is hereby ORDERED as follows:
4  The deadline for the Parties to submit the Joint Claim Construction and
5  Prehearing Statement, including Expert Declarations, is continued from April 12, 2024
6  to April 19, 2024.

**IT IS SO ORDERED.**

Dated: _____     _____
Honorable John W. Holcomb
United States District Judge