DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br>     Plaintiff, <br><br> v. <br><br> DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISH NETWORK SERVICE LLC, <br>     Defendants. <br>_____<br><br> ENTROPIC COMMUNICATIONS, LLC, <br>     Plaintiff, <br><br> v. <br><br> COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC, <br>     Defendants. | Case No. 2:23-cv-01043-JWH-KES <br>    LEAD CASE <br><br> Case No. 2:23-cv-01049-JWH-KES <br>    LEAD CASE <br><br> Hon. John W. Holcomb <br> Special Master David M. Keyzer <br><br><br> **NOTICE OF** <br><br> **SPECIAL MASTER MINUTES** |

1  Pursuant to authority provided by the Court's July 5, 2023 Order Appointing
2  David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-cv-1043, Dkt.
3  74; No. 2:23-CV-1049, Dkt. 62), the Special Master attaches hereto the Special Master
4  Minutes for an informal status conference held on May 1, 2024.

Dated: May 1, 2024          By:  /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master