DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br>     Plaintiff, <br><br>   v. <br><br> DISH NETWORK CORPORATION, et al., <br>     Defendants. <br> _____ <br> ENTROPIC COMMUNICATIONS, LLC, <br>     Plaintiff, <br><br>   v. <br><br> COX COMMUNICATIONS, INC., et al., <br>     Defendants. | Case No. 2:23-cv-01043-JWH-KES <br>   LEAD CASE <br><br> Case No. 2:23-cv-01049-JWH-KES <br>   LEAD CASE <br><br> Hon. John W. Holcomb <br> Special Master David M. Keyzer <br><br> **SPECIAL MASTER MINUTES** |

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (No. 2:23-CV-1043, Dkt. 74; No. 2:23-CV-1049, Dkt. 62), and pursuant to Special Master Order No. SM-17 (-1043, Dkt. 433-1, -1049, Dkt. 291-1), the Special Master held an informal status conference regarding discovery on May 1, 2024. The parties appeared as follows:

| Present for Plaintiff Entropic | Present for Comcast Defendants | Reporter |
|---|---|---|
| Nicholas Lenning<br>Courtney Neufeld | Krishnan Padmanabhan<br>Saranya Raghavan<br>Ashok Ramani | Teckla Clay-Pratt |

The Special Master convened the informal status conference by videoconference on May 1, 2024, at 10:00 A.M. Pacific Time, heard discussion by Nicholas Lenning on behalf of Plaintiff Entropic Communications, LLC and by Krishnan Padmanabhan on behalf of Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC, and adjourned at 10:24 A.M.

Dated: May 1, 2024

By: /s/ David Keyzer
David M. Keyzer
Special Master