# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Entropic Communications, LLC <br><br> PLAINTIFF(S) <br> v. <br> Cox Communications, Inc. et al <br><br> DEFENDANT(S). | **CASE NUMBER:** <br> 2:23-cv-01049-JWH-KES <br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 4/30/2024 | 308 | APPLICATION of Non-Resident Attorney |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 5/2/2024

By: _____
U.S. District Judge, John W. Holcomb