Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01050-JWH-KES (Related Case)<br><br>**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE FOR COMPLETION OF CLAIM CONSTRUCTION DISCOVERY; [PROPOSED] ORDER**<br><br>Hearing Date:　　July 16, 2024<br>Hearing Time:　　10:00 a.m.<br>Courtroom:　　　9D |

**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE FOR COMPLETION OF CLAIM CONSTRUCTION DISCOVERY**

| | |
|---|---|
| 1 | ENTROPIC COMMUNICATIONS, LLC, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | COMCAST CORPORATION, *et al.*, |
| 6 | Defendants. |

Krishnan Padmanabhan (SBN 254220)
**WINSTON AND STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: 212-294-6700
kpadmanabhan@winston.com

Attorneys for Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC

April Elizabeth Isaacson (SBN 180638)
**KILPATRICK TOWNSEND AND STOCKTON LLP**
2 Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415-273-8306
aisaacson@kilpatricktownsend.com

Attorneys for Defendants Cox Communications, Inc., Coxcom, LLC, and Cox Communications California LLC

[*Additional counsel listed on signature page*]

2

**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE FOR COMPLETION OF CLAIM CONSTRUCTION DISCOVERY**

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, and Comcast Corporation ("Comcast"), CoxCom, LLC, Cox Communications California, LL, Cox Communications, Inc. ("Cox") (together with Comcast, "Defendants") (collectively, the "Parties") hereby submit the following Stipulation and Proposed Order to request an extension of the deadline for Completion of Claim Construction Discovery.

WHEREAS, the current deadline for Completion of Claim Construction Discovery is Friday, May 3, 2024;

WHEREAS, due to the availability of counsel and claim construction expert witnesses, depositions cannot be completed sooner than May 10, 2024.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

The Parties jointly request that the Court continue the deadline for the Parties to complete claim construction discovery from May 3, 2024, to May 10, 2024.

Dated: May 3, 2024

By: */s/ Connor J. Meggs*

Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552- 5000
Facsimile: (310) 552- 5001

James A. Shimota (pro hac vice)
jim.shimota@klgates.com
Jason A. Engel (pro hac vice)
jason.engel@klgates.com

3

**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE FOR COMPLETION OF CLAIM CONSTRUCTION DISCOVERY**

| | |
|---|---|
| 1 | Nathan J. Fuller (pro hac vice) |
| 2 | nathan.fuller@klgates.com<br>K&L GATES LLP |
| 3 | 70 W. Madison Street, Suite 3300<br>Chicago, IL 60602 |
| 4 | Telephone: (312) 372-1121<br>Facsimile: (312) 827-8000 |
| 5 | Courtney A. Neufeld (pro hac vice) |
| 6 | K&L Gates LLP<br>925 Fourth Avenue, Suite 2900 |
| 7 | Seattle, WA 98104<br>Telephone: (206) 370-7836 |
| 8 | Facsimile: (206) 623-7022 |
| 9 | Alan E. Littmann<br>Douglas J. Winnard |
| 10 | Michael T. Pieja<br>Xaviere N. Giroud |
| 11 | Kurt A. Holtzman<br>Jennifer M. Hartjes |
| 12 | Shu Zhang<br>**GOLDMAN ISMAIL TOMASELLI** |
| 13 | **BRENNAN AND BAUM LLP**<br>200 South Wacker Driver, 22nd Floor |
| 14 | Chicago, IL 60606<br>Telephone: (312) 681-6000 |
| 15 | Fax: (312) 881-5191<br>alittman@goldmanismail.com |
| 16 | dwinnard@goldmanismail.com<br>mpieja@goldmanismail.com |
| 17 | xgiroud@goldmanismail.com<br>kholtzman@goldmanismail.com |
| 18 | jhartjes@goldmanismail.com<br>szhang@goldmanismail.com |
| 19 | ***Attorneys for Plaintiff, Entropic*** |
| 20 | ***Communications, LLC*** |
| 21 | Dated: May 3, 2024      By: */s/ Krishnan Padmanabhan* |
| 22 | Krishnan Padmanabhan (SBN 254220) |
| 23 | **WINSTON AND STRAWN LLP**<br>200 Park Avenue |
| 24 | New York, NY 10166<br>Telephone: 212-294-6700 |
| 25 | kpadmanabhan@winston.com |
| 26 | Saranya Raghavan<br>Natalie R. Holden |
| 27 | 35 West Wacker Drive<br>Chicago, IL 60601 |

4

**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE FOR
COMPLETION OF CLAIM CONSTRUCTION DISCOVERY**

Telephone: 312-558-5600
sraghavan@winston.com
nholden@winston.com

Brian E. Ferguson
1901 L Street NW
Washington, DC 20036
Telephone: 202-282-5000
beferguson@winston.com

Claire Dial
800 Capitol Street Suite 2400
Houston, TX 77002
Telephone: 713-651-2600
cdial@winston.com

Diana Hughes Leiden
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1924
dhleiden@winston.com

***Attorneys for Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC***

Dated: May 3, 2024

By: */s/ April E. Isaacson*

April Elizabeth Isaacson (SBN 180638)
**KILPATRICK TOWNSEND AND STOCKTON LLP**
2 Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: 415-273-8306
aisaacson@kilpatricktownsend.com

Mitchell G. Stockwell
Andrew N. Saul
Christopher S. Leah
Courtney S. Dabbiere
Michael J. Turton
Vaibhav P. Kadaba
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: 404-815-6214
mstockwell@kilpatricktownsend.com
asaul@kilpatricktownsend.com
cleah@kilpatricktownsend.com
cdabbiere@kilpatricktownsend.com
mturton@kilpatricktownsend.com
wkadaba@kilpatricktownsend.com

5

**JOINT STIPULATION REQUESTING EXTENSION OF DEADLINE FOR COMPLETION OF CLAIM CONSTRUCTION DISCOVERY**

Rishi Gupta
Sarah Y Kamran
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310-248-3830
rgupta@kilpatricktownsend.com
skamran@kilpatricktownsend.com

***Attorneys for Defendants Cox Communications, Inc., Coxcom, LLC, and Cox Communications California LLC***

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Connor J. Meggs, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: May 3, 2024          /s/ Connor J. Meggs