Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01050-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER ON STIPULATION REQUESTING EXTENSION OF DEADLINE FOR COMPLETION OF CLAIM CONSTRUCTION DISCOVERY** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |

**[PROPOSED] ORDER**

317828528.1

After full consideration of the Joint Stipulation Requesting Extension of Deadline for Completion of Claim Construction Discovery, and good cause appearing, it is hereby ORDERED as follows:  The deadline for the Parties to Complete Claim Construction Discovery is continued from May 3, 2024 to May 10, 2024.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable John W. Holcomb
United States District Judge