Name and address:

    Christina N. Goodrich (SBN 261722)
    K&L GATES LLP
    10100 Santa Monica Boulevard, 8th Floor
    Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Entropic Communications, LLC<br><br>                    Plaintiff(s),<br>v.<br><br>Cox Communications, Inc., et al.<br><br>                    Defendant(s), | CASE NUMBER<br><br>2:23-cv-01049-JWH-KES<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE*** | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Galluzzo, Vincent J.
*Applicant's Name (Last Name, First Name & Middle Initial)*      check here if federal government attorney ☐

K&L Gates LLP
*Firm/Agency Name*

| 300 South Tryon Street, Suite 1000 | (704) 331-7526 | N/A |
|---|---|---|
| | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Charlotte, NC 28202 | vincent.galluzzo@klgates.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Entropic Communications, LLC | ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Bar of Florida | 11/02/2010 | Yes |
| Bar of District of Columbia | 10/03/2011 | Yes |
| (continued in Section IV) | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 5/3/24

Vincent J. Galluzzo
Applicant's Name (please type or print)

_[signature]_
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Goodrich, Christina N.

*Designee's Name (Last Name, First Name & Middle Initial)*

K&L Gates LLP

*Firm/Agency Name*

10100 Santa Monica Boulevard, 8th Floor

*Street Address*

Los Angeles, CA 90067

*City, State, Zip Code*

(310) 552-5547
*Telephone Number*

(310) 552-5001
*Fax Number*

christina.goodrich@klgates.com
*Email Address*

261722
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated May 6, 2024

Christina N. Goodrich
*Designee's Name (please type or print)*

*/s/ Christina Goodrich*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Bar of North Carolina - Admitted 01/20/2023 - Active Member in Good Standing
United States Court of Appeals, Federal Circuit - Admitted 05/24/2011 - Active Member in Good Standing
United States Court of Appeals, Fourth Circuit - Admitted 4/12/2019 - Active Member in Good Standing
United States District Court, Middle District of Florida - Admitted 07/26/2018 - Active Member in Good Standing
United States District Court, Northern District of Florida - Admitted 08/07/2018 - Active Member in Good Standing



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )          In Re:   0086472
                              Vincent John Galluzzo
                              K&L Gates LLP
                              300 S Tryon St Ste 1000
                              Charlotte, NC 28202-0136

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 2, 2010**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  5th  day of **May, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-282803





*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Vincent John Galluzzo

*was duly qualified and admitted on October 3, 2011 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 05, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*



# Certificate of Good Standing

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

## Vincent John Galluzzo
Bar # 60098

was licensed to practice law by the State of North Carolina on January 20, 2023.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 1st of May, 2024.

Secretary of the North Carolina State Bar

