Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

[*Additional counsel on signature page*]

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>      Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01050-JWH-KES (Related Case)<br><br>**JOINT REQUEST FOR CLARIFICATION REGARDING ORDER SETTING CLAIM CONSTRUCTION SCHEDULE (ECF NO. 75)**<br><br>Hearing Date:   July 16, 2024<br>Hearing Time:   10:00 a.m.<br>Courtroom:        9D |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>      Defendants. | |

**JOINT REQUEST FOR CLARIFICATION**

1  Krishnan Padmanabhan (SBN 254220)
   **WINSTON AND STRAWN LLP**
2  200 Park Avenue
   New York, NY 10166
3  Telephone: 212-294-6700
   kpadmanabhan@winston.com
4
   Attorneys for Defendants Comcast Corporation, Comcast Cable Communications,
5  LLC, and Comcast Cable Communications Management, LLC

6  April Elizabeth Isaacson (SBN 180638)
   **KILPATRICK TOWNSEND AND STOCKTON LLP**
7  2 Embarcadero Center, Suite 1900
   San Francisco, CA 94111
8  Telephone: 415-273-8306
   aisaacson@kilpatricktownsend.com
9
   Attorneys for Defendants Cox Communications, Inc., Coxcom, LLC, and Cox
10 Communications California LLC

11 [*Additional counsel listed on signature page*]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, and Comcast Corporation ("Comcast"), CoxCom, LLC, Cox Communications California, LL, Cox Communications, Inc. ("Cox") (together with Comcast, "Defendants") (collectively, the "Parties") hereby submit the following Joint Request for Clarification Regarding Order Setting Claim Construction Schedule (ECF No. 75).[1]

The current claim construction schedule does not provide a date for a technical tutorial. Therefore, the parties respectfully request clarification as to:

(1) whether the Court would like the parties to provide a technical tutorial to the Court separate from the scheduled *Markman* briefing and *Markman* hearing;

(2) if so, the Court's preferred format (e.g., in person, electronic presentation with a voiceover); and

(3) the date on which the technical tutorial should be submitted or provided (if in person).

Dated: May 7, 2024

By: */s/ Connor J. Meggs*

Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552- 5000
Facsimile: (310) 552- 5001

---

[1] *See also* Dkt. 117 in the 2:23-cv-01050-JWH-KES case, which is the substantially similar Order Setting Claim Construction Schedule issued prior to consolidation with the 2:23-cv-01049-JWH-KES case.

|   |   |   |
|---|---|---|
| 1 | | James A. Shimota (pro hac vice)<br>jim.shimota@klgates.com |
| 2 | | Jason A. Engel (pro hac vice)<br>jason.engel@klgates.com |
| 3 | | Nathan J. Fuller (pro hac vice)<br>nathan.fuller@klgates.com |
| 4 | | K&L GATES LLP<br>70 W. Madison Street, Suite 3300 |
| 5 | | Chicago, IL 60602<br>Telephone: (312) 372-1121 |
| 6 | | Facsimile: (312) 827-8000 |
| 7 | | Courtney A. Neufeld (pro hac vice)<br>K&L Gates LLP |
| 8 | | 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 |
| 9 | | Telephone: (206) 370-7836<br>Facsimile: (206) 623-7022 |
| 10 | | |
| 11 | | Alan E. Littmann<br>Douglas J. Winnard |
| 12 | | Michael T. Pieja<br>Xaviere N. Giroud |
| 13 | | Kurt A. Holtzman<br>Jennifer M. Hartjes |
| 14 | | Shu Zhang<br>**GOLDMAN ISMAIL TOMASELLI BRENNAN AND BAUM LLP** |
| 15 | | 200 South Wacker Driver, 22nd Floor<br>Chicago, IL 60606 |
| 16 | | Telephone: (312) 681-6000<br>Fax: (312) 881-5191 |
| 17 | | alittman@goldmanismail.com<br>dwinnard@goldmanismail.com |
| 18 | | mpieja@goldmanismail.com<br>xgiroud@goldmanismail.com |
| 19 | | kholtzman@goldmanismail.com<br>jhartjes@goldmanismail.com |
| 20 | | szhang@goldmanismail.com |
| 21 | | ***Attorneys for Plaintiff, Entropic Communications, LLC*** |
| 22 | | |
| 23 | Dated: May 7, 2024 | By: */s/ Krishnan Padmanabhan* |
| 24 | | Krishnan Padmanabhan (SBN 254220)<br>**WINSTON AND STRAWN LLP** |
| 25 | | 200 Park Avenue<br>New York, NY 10166 |
| 26 | | Telephone: 212-294-6700<br>kpadmanabhan@winston.com |
| 27 | | |
| 28 | | Saranya Raghavan<br>Natalie R. Holden |

4

**JOINT REQUEST FOR CLARIFICATION**

<pre>
                                    35 West Wacker Drive
                                    Chicago, IL 60601
                                    Telephone: 312-558-5600
                                    sraghavan@winston.com
                                    nholden@winston.com

                                    Brian E. Ferguson
                                    1901 L Street NW
                                    Washington, DC 20036
                                    Telephone: 202-282-5000
                                    beferguson@winston.com

                                    Claire Dial
                                    800 Capitol Street Suite 2400
                                    Houston, TX 77002
                                    Telephone: 713-651-2600
                                    cdial@winston.com

                                    Diana Hughes Leiden
                                    333 South Grand Avenue
                                    Los Angeles, CA 90071-1543
                                    Telephone: 213-615-1924
                                    dhleiden@winston.com
</pre>

***Attorneys for Defendants Comcast Corporation, Comcast Cable Communications, LLC, and Comcast Cable Communications Management, LLC***

Dated: May 7, 2024                   By: */s/ April E. Isaacson*

<pre>
                                    April Elizabeth Isaacson (SBN 180638)
                                    KILPATRICK TOWNSEND AND
                                    STOCKTON LLP
                                    2 Embarcadero Center, Suite 1900
                                    San Francisco, CA 94111
                                    Telephone: 415-273-8306
                                    aisaacson@kilpatricktownsend.com

                                    Mitchell G. Stockwell
                                    Andrew N. Saul
                                    Christopher S. Leah
                                    Courtney S. Dabbiere
                                    Michael J. Turton
                                    Vaibhav P. Kadaba
                                    1100 Peachtree Street, Suite 2800
                                    Atlanta, GA 30309-4530
                                    Telephone: 404-815-6214
                                    mstockwell@kilpatricktownsend.com
                                    asaul@kilpatricktownsend.com
                                    cleah@kilpatricktownsend.com
                                    cdabbiere@kilpatricktownsend.com
                                    mturton@kilpatricktownsend.com
                                    wkadaba@kilpatricktownsend.com
</pre>

**JOINT REQUEST FOR CLARIFICATION**

|   |   |
|---|---|
| 1 |   |
| 2 | Rishi Gupta |
|   | Sarah Y Kamran |
| 3 | 1801 Century Park East, Suite 2300 |
|   | Los Angeles, CA 90067 |
| 4 | Telephone: 310-248-3830 |
|   | rgupta@kilpatricktownsend.com |
| 5 | skamran@kilpatricktownsend.com |

*Attorneys for Defendants Cox Communications, Inc., Coxcom, LLC, and Cox Communications California LLC*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Connor J. Meggs, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: May 7, 2024              */s/ Connor J. Meggs*