DAVID M. KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DISH NETWORK CORPORATION, et al.,<br>　　　　Defendants.<br>_____<br>ENTROPIC COMMUNICATIONS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., et al.,<br>　　　　Defendants. | Case No. 2:23-cv-01043-JWH-KES<br>　LEAD CASE<br>Case No. 2:23-cv-01049-JWH-KES<br>　LEAD CASE<br><br>Hon. John W. Holcomb<br>Special Master David M. Keyzer<br><br>**NOTICE OF REDACTED SPECIAL MASTER REPORT AND RECOMMENDATION ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024** |

Pursuant to the Court's July 5, 2023 Order Appointing David Keyzer, Esq. as Special Master for Discovery Purposes (Civil Action No. 2:23-cv-1043 ("-1043"), Dkt. 74; Civil Action No. 2:23-cv-1049 ("-1049"), Dkt. 62), the Court's February 9, 2024 Order Referring Matters to Special Master (-1043, Dkt. 343; -1049, Dkt. 240), and the Court's March 26, 2024 Order Referring Matters to Special Master (-1043, Dkt. 431), the Special Master attaches hereto the parties' jointly proposed redacted version of the Special Master Report and Recommendation on Motions Referred by the Court on February 9, 2024, and March 26, 2024, which the Court filed under seal on April 22, 2024 (-1043, Dkt. 446; -1049, Dkt. 302).

Dated: May 15, 2024

By: /s/ David Keyzer

David M. Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Special Master