Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Conner J. Meggs (SBN 336159)
connor.meggs@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

(*Additional counsel listed in signature block*)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1050-JWH-KES (Related Case)<br><br>**STIPULATION TO SET DEADLINE TO RESPOND TO OBJECTIONS TO THE SPECIAL MASTER REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 (DKT. 302); [PROPOSED] ORDER** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |

Plaintiff Entropic Communications, LLC ("Entropic"), Defendants CoxCom, LLC; Cox Communications California, LLC; Cox Communications, Inc. (collectively, "Cox"), and Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC (collectively, "MaxLinear") (inclusively, the "Parties") hereby submit the following Stipulation and Proposed Order to Continue the Deadline to Respond to Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 ("Special Master R&R") (Dkt. 302) with reference to the following facts:

WHEREAS, the Special Master R&R determined that the time to file objections was 21 days, per FRCP 53. (*Id.* at 86.)

WHEREAS, the Special Master R&R did not set a time for the filing of responses to objections, but responses to objections are contemplated by the Court's Order Appointing Special Master. (Dkt. 62.)

WHEREAS, on May 13, 2024, Cox filed objections to the Special Master R&R dated April 22, 2024. (Dkt. 321.) Thereafter, counsel for the Parties conferred regarding the deadline to respond to these objections.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

1. The deadline to respond to Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 (Dkt. 302) shall be set as **May 24, 2024**. This Stipulation does not contemplate further briefing following the responses, unless specifically requested by the Court.

2. The page limits shall be 10 pages, consistent with the limitation set forth in the Order Appointing Special Master (Dkt. 62.)

3. This request to extend this deadline is not submitted for the purpose of delay and no other deadlines will be affected by this extension.

| | |
|---|---|
| Dated: May 16, 2024 | Respectfully submitted, |
| | By: */s/ Douglas J. Winnard* |
| | Michael T. Pieja (SBN 250351) |
| | mpieja@goldmanismail.com |
| | Alan E. Littmann (*pro hac vice*) |
| | alittmann@goldmanismail.com |
| | Douglas Jordan Winnard (SBN 275420) |
| | dwinnard@goldmanismail.com |
| | Shaun Zhang (*pro hac vice*) |
| | szhang@goldmanismail.com.com |
| | Jennifer M. Hartjes (*pro hac vice*) |
| | jhartjes@goldmanismail.com |
| | Kurt A. Holtzman (*pro hac vice*) |
| | kholtzman@goldmanismail.com |
| | Xaviere N. Giroud (*pro hac vice*) |
| | xgiroud@goldmanismail.com |
| | **GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP** |
| | 200 South Wacker Dr., 22nd Floor |
| | Chicago, IL 60606 |
| | Tel: (312) 681-6000 |
| | Fax: (312) 881-5191 |
| | |
| | Christina Goodrich (SBN 261722) |
| | christina.goodrich@klgates.com |
| | Conner J. Meggs (SBN 336159) |
| | connor.meggs@klgates.com |
| | Cassidy T. Young (SBN 342891) |
| | cassidy.young@klgates.com |
| | **K&L GATES LLP** |
| | 10100 Santa Monica Boulevard |
| | Eighth Floor |
| | Los Angeles, CA 90067 |
| | Telephone: +1 310 552 5000 |
| | Facsimile: +1 310 552 5001 |
| | |
| | James A. Shimota *(pro hac vice)* |
| | jim.shimota@klgates.com |
| | Jason A. Engel (*pro hac vice*) |

jason.engel@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Facsimile: (312) 827-8000

Courtney A. Neufeld (pro hac vice)
courtney.neufeld@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 370-7836
Facsimile: (206) 623-7022

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

Dated: May 16, 2024

Respectfully submitted,

By:  /s/ *April E. Issacson*
April E. Isaacson (SBN 180638)
aisaacson@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco CA 94111
(415) 273-8306

Sarah Y. Kamran (SBN 347617)
skamran@kilpatricktownsend.com
KILPATRICK TOWNSEND &
STOCKTON LLP
1801 Century Park East, Suite 2300
Los Angeles CA 90067
(310) 777-3733

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com

| | |
|---|---|
| 1 | Michael J. Turton (*pro hac vice*) |
| 2 | mturton@kilpatricktownsend.com |
|   | Courtney S. Dabbiere (*pro hac vice*) |
| 3 | cdabbiere@kilpatricktownsend.com |
| 4 | Christopher S. Leah (*pro hac vice*) |
|   | cleah@kilpatricktownsend.com |
| 5 | Andrew N. Saul (*pro hac vice*) |
| 6 | asaul@kilpatricktownsend.com |
|   | **KILPATRICK TOWNSEND &** |
| 7 | **STOCKTON LLP** |
| 8 | 1100 Peachtree Street, NE, Suite 2800 |
|   | Atlanta GA 30309 |
| 9 | (404) 815-6500 |
| 10 | *Attorneys for Defendants* |
| 11 | *Cox Communications, Inc., et al.* |

| | | |
|---|---|---|
| 13 | Dated: May 16, 2024 | Respectfully submitted, |
| 14 | | |
| 15 | | By:  /s/ *John R. Lanham* |
|    | | BITA RAHEBI (CA SBN 209351) |
| 16 | | brahebi@mofo.com |
|    | | ALEX S. YAP (CA SBN 241400) |
| 17 | | ayap@mofo.com |
| 18 | | ROSE S. LEE (CA SBN 294658) |
|    | | roselee@mofo.com |
| 19 | | **MORRISON & FOERSTER LLP** |
| 20 | | 707 Wilshire Boulevard, Suite 6000 |
|    | | Los Angeles, California 90017-3543 |
| 21 | | Telephone: (213) 892-5200 |
| 22 | | Facsimile: (213) 892-5454 |
| 23 | | RICHARD S.J. HUNG (CA SBN |
| 24 | | 197425) |
|    | | rhung@mofo.com |
| 25 | | **MORRISON & FOERSTER LLP** |
| 26 | | 425 Market Street, |
|    | | San Francisco, California 94105- |
| 27 | | 2482 |
| 28 | | Palo Alto, California 94304-1018 |

5

STIPULATION TO SET DEADLINE TO RESPOND

Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BRADLEY LUI (CA SBN 143088)
blui@mofo.com
**MORRISON & FOERSTER LLP**
2100 L Street, NW, Suite 900
Washington, DC 20037-1679
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

JOHN R. LANHAM (CA SBN 289382)
jlanham@mofo.com
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone:  (858) 720-5100
Facsimile:   (858) 720-5125

*Attorneys for Counter-Defendants*
*MaxLinear, Inc. and*
*MaxLinear Communications LLC*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Douglas Jordan Winnard, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: May 16, 2024        */s/ Douglas J. Winnard*
Douglas Jordan Winnard
dwinnard@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
200 South Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191