# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1050-JWH-KES (Related Case)<br><br>**[PROPOSED] ORDER ON STIPULATION TO SET CERTAIN CLAIM CONSTRUCTION DEADLINES** |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |

[PROPOSED] ORDER

After full consideration of the Stipulation to Continue the Deadline to Respond to Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 ("Special Master R&R") (Dkt. 302), and good cause appearing, it is hereby ORDERED as follows:

1. The deadline to exchange proposed constructions shall be set as **May 24, 2024**.
2. The page limits shall be 10 pages, consistent with the limitation set forth in the Order Appointing Special Master (Dkt. 62.)
3. This request to extend this deadline is not submitted for the purpose of delay and no other deadlines will be affected by this extension.

**IT IS SO ORDERED.**

Dated: _____   _____
Honorable John W. Holcomb
United States District Judge