Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, California 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

**Attorneys for Plaintiff Entropic Communications, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br><br>Case No. 2:23-cv-01050-JWH-KES (Related Case)<br><br>**DECLARATION OF VINCENT J. GALLUZZO IN SUPPORT OF ENTROPIC'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Hearing Date:   July 16, 2024<br>Hearing Time:   10:00 a.m.<br>Courtroom:       9D (Santa Ana) |
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>Defendants. | |

**DECLARATION OF VINCENT J. GALLUZZO IN SUPPORT OF ENTROPIC'S OPENING CLAIM CONSTRUCTION BRIEF**

318666190.4

## DECLARATION OF VINCENT J. GALLUZZO

I, Vincent J. Galluzzo, declare as follows:

1. I am an attorney duly licensed to practice law in the State of North Carolina, the State of Florida, and the District of Columbia, and I have been admitted *pro hac vice* to practice before this Court. I am a partner at the law firm of K&L Gates LLP, and I am counsel of record for Plaintiff Entropic Communications, LLC ("Entropic") in the above-entitled action. This declaration is based on personal knowledge of the matters set forth in this declaration and based on documents on file with the Court and maintained in the ordinary course of business as part of the Firm's client files in this action. If called upon to testify regarding these matters, I could and would do so competently.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 8,223,775.

3. Attached as Exhibit B is a true and correct copy of U.S. Patent No. 8,284,690.

4. Attached as Exhibit C is a true and correct copy of U.S. Patent No. 10,135,682.

5. Attached as Exhibit D is a true and correct copy of a June 7, 2010 Response to Office Action regarding Application No. 10/675,566.

6. Attached as Exhibit E is a true and correct copy of the Transcript of the Deposition of John Holobinko taken on May 9, 2024 in this action.

7. Attached as Exhibit F is a true and correct copy of the Declaration of Dr. Sandeep Chatterjee Regarding Claim Construction submitted by Defendants in this action.

8. Attached as Exhibit G is a true and correct copy of U.S. Patent No. 9,178,765 from Application No. 13/948,401.

9. Attached as Exhibit H is a true and correct copy of the Transcript of the Deposition of Dr. Sandeep Chatterjee taken on May 10, 2024 in this action.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.

Executed on May 17th, 2024 in Charlotte, North Carolina.

/s/ Vincent J. Galluzzo

Vincent J. Galluzzo