# Exhibit E

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3     ENTROPIC COMMUNICATIONS,        )
       LLC,                            )
 4                                     )Case No.
                      Plaintiff,       )2:23-cv-01049-JWH-KES
 5                                     )(Lead Case)
           v.                          )
 6                                     )
       COX COMMUNICATIONS, INC., et    )Case No.
 7     al.,                            )2:23-cv-01050-JWH-KES
                                       )(Related Case.)
 8                     Defendants.     )
       ----------------------------)
 9     ENTROPIC COMMUNICATIONS,        )
       LLC,                            )
10                                     )
                      Plaintiff,       )
11                                     )
           v.                          )
12                                     )
       COMCAST CORPORATION, et al.,    )
13                                     )
                      Defendants.      )
14     ----------------------------)
15
16
17
18               REMOTE PROCEEDINGS OF THE
19         VIDEOTAPED DEPOSITION OF JOHN HOLOBINKO
20                 THURSDAY, MAY 9, 2024
21
22
23     REPORTED BY NANCY J. MARTIN
24     CSR. NO. 9504, RMR, RPR
25     PAGES 1 - 82
```

Page 1

**Page 2**

```
1           UNITED STATES DISTRICT COURT
2         CENTRAL DISTRICT OF CALIFORNIA
3   ENTROPIC COMMUNICATIONS,    )
    LLC,                        )
4                              )Case No.
          Plaintiff,    )2:23-cv-01049-JWH-KES
5                        )(Lead Case)
         v.             )
6                      )
    COX COMMUNICATIONS, INC., et )Case No.
7   al.,            )2:23-cv-01050-JWH-KES
                    )(Related Case.)
8        Defendants.   )
    ------------------------)
9   ENTROPIC COMMUNICATIONS,    )
    LLC,                        )
10                            )
          Plaintiff,    )
11                      )
         v.             )
12                      )
    COMCAST CORPORATION, et al.,  )
13                      )
         Defendants.   )
14  ------------------------)
15              - - -
16        Thursday, May 9, 2024
17              - - -
18      Remote Deposition of JOHN HOLOBINKO,
19   beginning at 8:43 a.m., before Nancy J. Martin, a
20   Registered Merit Reporter, Certified Shorthand
21   Reporter.  All parties appeared remotely.
22
23
24
25
```

**Page 3**

```
1   A P P E A R A N C E S :
2
    KRISHNAN PADMANABHAN, ESQ.
3   WINSTON & STRAWN, LLP
    101 California Street
4   35th Floor
    San Francisco, California  94111
5   (212) 294-3564
    kpadmanabhan@winston.com
6   Counsel for Comcast
7   -and-
8   KATHRYN BI, ATTORNEY AT LAW
    DAVIS POLK & WARDWELL LLP
9   450 Lexington Avenue
    11th Floor
10  New York, New York 10017
    kathryn.bi@davispolk.com
11  Counsel for Comcast
12
13  VINCENT GALLUZZO, ESQ.
    K&L Gates LLP
14  300 South Tryon Street
    Suite 1000
15  Charlotte, North Carolina  28202
    vincent.galluzzo@klgates.com
16  Counsel for Entropic
17
18  SARAH KAMRAN, ATTORNEY AT LAW
    KILPATRICK TOWNSEND & STOCKTON LLP
19  1801 Century Park East
    Suite 2300
20  Los Angeles, California  90067
    (310) 310-7015
21  skamran@ktslaw.com
    Counsel for Cox
22
23
24
25
```

**Page 4**

```
1               I N D E X
2   TESTIMONY OF JOHN HOLOBINKO          PAGE
3   BY MR. PADMANABHAN                 6
4   BY MR. GALLUZZO            73
5          E X H I B I T S
6   NUMBER      DESCRIPTION         PAGE
7   Exhibit 1      Exhibits A through K to    8
    first declaration,
8
    Exhibit 2      DECLARATION OF         18
9   JOHN HOLOBINKO IN SUPPORT
    OF/PLAINTIFF
10  ENTROPICS/PROPOSED
    CLAIM/CONSTRUCTIONS
11
    Exhibit 3      REBUTTAL DECLARATION    19
12  OF/JOHN HOLOBINKO IN
    SUPPORT OF/PLAINTIFF
13  ENTROPICS/PROPOSED
    CLAIM/CONSTRUCTIONS
14  CLAIM/CONSTRUCTIONS
15  Exhibit 4      CABLE-TECH Expo 2013, NEW   67
16  ANALYTIC METHODS FOR
    DETERMINING/NETWORK
17  PERFORMANCE ISSUES
    AND/PREDICTING SERVICE
18  DISRUPTIONS IN/CABLE
    NETWORKS/Independent
19  Communications Consultant
    &/(former) VP, Strategy and
20  Business
    Development/ARRIS/John
    Holobinko
21
22
23
24
25
```

**Page 5**

```
1            E X H I B I T S
2              (CONTINUE)
3   NUMBER         DESCRIPTION          PAGE
4   Exhibit 5      New Analytic Methods For   69
    Determining
5   Network/Performance Issues
    And Predicting
6   Service/Disruptions in
    Cable Networks
7
    Exhibit 6      DOCSIS Best Practices and   70
8   Guidelines/Proactive
    Network Maintenance
9   using/Pre-equalization/
    CM-GL-PNMP-V02-110623
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

1  CHARLOTTE, NORTH CAROLINA, THURSDAY, MAY 09, 2024;

2          8:43 A.M.

3          -OoO-

4          JOHN HOLOBINKO,

5      having been sworn/affirmed,

6      was examined and testified as follows:

7

8          EXAMINATION

9  BY MR. PADMANABHAN:

10  Q.  Mr. Holobinko, we met briefly off camera,

11 but my name is Krishnan Padmanabhan.  I'm an attorney

12 for Comcast, and I'll be asking you questions today.

13    Do you understand that?

14  A.  Yes.

15  Q.  And your job is to do your best to answer my

16 questions; correct?

17  A.  Yes.

18  Q.  Okay.  You issued two declarations on the

19 matter of claim construction in this case; right?

20  A.  Yes.

21  Q.  And the first declaration was on April 19;

22 correct?

23    (The witness reviewed material.)

24  BY MR. PADMANABHAN:

25  Q.  Dates don't matter, Mr. Holobinko.  Let's

Page 6

---

1 just --

2  A.  Yes.

3  Q.  You issued an initial declaration; correct?

4  A.  Yes.

5  Q.  And about 10 days later you issued a rebuttal

6 declaration; correct?

7  A.  Correct.

8  Q.  And in those declarations you addressed two

9 claim terms; correct?

10  A.  Yes.

11  Q.  And one of those claim terms was "SNR-related

12 metric"?

13  A.  Yes.

14  Q.  And the other was "CMTS"?

15  A.  Yes.

16  Q.  Okay.  So I'd like to start with SNR related

17 metric.  Is that okay?

18  A.  Sure.

19  Q.  Both claims terms were in the claims of the

20 '682 patent; right?

21  A.  Right.

22    MR. PADMANABHAN:  Just one second.

23    (Pause in proceedings.)

24    MR. PADMANABHAN:  So I've introduced what's

25 Exhibit 1 to your deposition, which are the exhibits

Page 7

---

1 that you had attached to your first declaration,

2 Exhibits A through K.

3    Let me know if you see them.  They are also

4 found in your binder behind Tab 3.

5    (Deposition Exhibit 1 was marked for

6    identification.)

7    MR. GALLUZZO:  KP, this is just a

8 housekeeping matter.  Are you talking about

9 introducing on Exhibit Share because I don't see

10 anything?

11    MR. PADMANABHAN:  I am introducing on Exhibit

12 Share.  It seems to be spinning furiously.

13    Can we go off the record for just one second?

14    (A recess was taken from 8:46 a.m.

15    to 8:57 a.m.)

16  BY MR. PADMANABHAN:

17  Q.  Mr. Holobinko, as Exhibit 1 to your

18 deposition, we've introduced Exhibits A to K for your

19 first declaration, and that's behind Tab 3 in your

20 binder.  Can you turn there.

21    And if you go a few pages in, so Exhibit B to

22 your first declaration was the '682 patent.

23  A.  Yes.

24  Q.  And I'd like to go to Column 3 at Line 54.

25    Tell me when you're there.

Page 8

---

1  A.  Yes, I'm there.

2  Q.  At Line 54 it reads, "As shown in Figure 2A,

3 to determine one or more measured performance

4 metric(s) (e.g., an SNR-related metric such as SNR at

5 a particular frequency or SNR over a range of

6 frequencies (an SNR profile), noise levels, strength

7 of desired signals and/or the like)."

8    Do you see that?

9  A.  Yes.

10  Q.  So this passage recites something called a

11 "performance metric."

12    Do you see that?

13  A.  Yes.

14  Q.  And it also recites something called an

15 SNR-related metric.

16  A.  Yes.

17  Q.  Would you agree that the scope of performance

18 metric is broader than the scope of SNR related

19 metric?

20    MR. GALLUZZO:  Objection to form.  Vague.

21    THE WITNESS:  Do I answer?

22    MR. GALLUZZO:  Give him a moment to sit back

23 down.

24    THE WITNESS:  Okay.

25  BY MR. PADMANABHAN:

Page 9

3 (Pages 6 - 9)

1    Q. Do you need the question again,
2  Mr. Holobinko?
3    A. Yes, please.
4    Q. Would you agree that the scope of performance
5  metric is broader than the scope of SNR related
6  metric?
7        MR. GALLUZZO: Objection to form. Vague.
8  BY MR. PADMANABHAN:
9    Q. You can go ahead and answer.
10    A. Okay. A performance -- an SNR metric or an
11  SNR related metric is a performance metric.
12  Performance metric may be broader.
13    Q. You say, "may be." I want to understand, in
14  your opinion, is performance metric, as recited in
15  this passage of the '682 patent, broader than SNR
16  related metric?
17    A. The -- for the purpose of the patent, the SNR
18  metric is performance metric.
19    Q. So in your opinion --
20    A. So I can't --
21    Q. Go ahead.
22    A. No.
23    Q. Finish your response, please.
24    A. Okay. I'm finished. Thank you.
25    Q. So in your opinion, performance metric has

Page 10

1  the same scope as SNR related metric in the
2  '682 patent?
3        MR. GALLUZZO: Objection to form. Vague.
4        When I object, unless I tell you not to
5  answer, if you understand the question, you can
6  answer.
7        THE WITNESS: Okay. So "performance" can
8  include things other than the SNR metric, but for the
9  purpose of the patent, the patent refers to the
10  performance of the transmission layer.
11  BY MR. PADMANABHAN:
12    Q. That's not what I asked, Mr. Holobinko.
13    A. I'm sorry.
14    Q. I'm going to try and ask it again.
15        In your opinion, in the context of the
16  '682 patent, is a performance metric broader or the
17  same in scope as an SNR related metric?
18        MR. GALLUZZO: Objection to form. Vague.
19        THE WITNESS: I've answered it the best I
20  can.
21  BY MR. PADMANABHAN:
22    Q. Okay. I need to understand your answer
23  again. So in your opinion, in the context of the
24  '682 patent, is performance metric broader in scope
25  than SNR related metric?

Page 11

1        MR. GALLUZZO: Objection to form. Vague.
2        THE WITNESS: So performance metric may be
3  the result of SNR metrics.
4  BY MR. PADMANABHAN:
5    Q. Is it broader or the same in scope?
6    A. It's somewhat different in scope. It is
7  determined from -- as it says in the patent --
8        THE WITNESS: Give me -- I'm going to pause
9  for a second.
10        (The witness reviewed material.)
11        MR. GALLUZZO: Mr. Holobinko, if in your
12  answer you're referring to something, just make sure
13  you reference that in the record.
14        THE WITNESS: Okay. Thank you.
15        (The witness further reviewed material.)
16        THE WITNESS: So the patent refers to a
17  performance, for example, of a channel, and so SNR
18  related metric is related to that, and performance
19  could include other factors.
20  BY MR. PADMANABHAN:
21    Q. Okay. So in your opinion, performance metric
22  is broader because it can include things beyond an SNR
23  related metric.
24        Is that fair?
25    A. It might include -- it might include more.

Page 12

1    Q. So in Lines 56 through 58 -- so Column 3,
2  Lines 56 through 58, it says, "(e.g. an SNR related
3  metric such as SNR at a particular frequency or SNR
4  over a range of frequencies (an SNR profile), noise
5  levels, strength of desired signals, and/or the
6  like)."
7        Do you see that?
8        (The witness reviewed material.)
9        THE WITNESS: Yes.
10  BY MR. PADMANABHAN:
11    Q. In your opinion, everything after the e.g.
12  within that parenthesis on Column 3, Lines 56 through
13  58, are all SNR related metrics; correct?
14        (The witness further reviewed material.)
15        THE WITNESS: I'm sorry. Which lines are you
16  referring to as "those things"? Oh. Excuse me. That
17  would be "noise levels, strength of desired signals."
18        Is that what you're referring to?
19  BY MR. PADMANABHAN:
20    Q. Correct. In your opinion, those two items
21  are also SNR related metrics; correct?
22    A. Yes.
23    Q. Okay. And then it says, "and/or the like."
24        Do you see that?
25    A. Yes.

Page 13

4 (Pages 10 - 13)

Page 14

1    Q. You'd agree that this passage does not tell
2  you how a metric must be like SNR to be SNR related;
3  correct?
4         MR. GALLUZZO: Objection to form.
5         THE WITNESS: Yes. But a person of ordinary
6  skill in the art would not understand exactly the
7  kinds of things that are being referred to here.
8  BY MR. PADMANABHAN:
9    Q. They would know exactly what is or is not
10  like SNR such that it's SNR related?
11    A. Yes.
12    Q. Can you give me the full list of metrics that
13  would be SNR related metrics based on Column 3,
14  Lines 53 to 59?
15         MR. GALLUZZO: Objection to form. Vague.
16         THE WITNESS: The patent doesn't say that
17  there is a specific set. That's why it uses "and the
18  like," but it uses things similar that a POSITA would
19  understand. I would refer to the previous patents
20  that also bring up BER, and it's mentioned.
21  Symbol-to-noise ratio, things that are the like.
22  BY MR. PADMANABHAN:
23    Q. Okay. So what I'm asking for -- well, let's
24  take a pause.
25         Mr. Holobinko, you're a person of ordinary

Page 15

1  skill in the art; correct?
2    A. Yes.
3    Q. Okay. So based on your knowledge as a person
4  of ordinary skill in the art and disclosure in the
5  '682 patent, can you tell me all of the metrics that
6  you believe qualify as "and/or the like"?
7         MR. GALLUZZO: Objection to form. Vague.
8         THE WITNESS: I can tell you if a metric
9  conforms to "and the like," but a metric could be
10  invented that isn't made yet but would still conform
11  completely to "as the like." A measure of signal
12  quality.
13  BY MR. PADMANABHAN:
14    Q. I understand that's what you said in your
15  declaration, that you said that it's a measure of
16  signal quality, but what I'm asking is whether or not
17  you can list out -- well, strike that. Let's ask it
18  slightly differently.
19         You would agree that in Column 3 of the '682
20  at Line 58 and 59, when it says, "and/or the like,"
21  it's expanding SNR related metric beyond the
22  explicitly listed metrics in that passage; correct?
23         MR. GALLUZZO: Objection to form.
24         Sorry, Mr. Holobinko. Go ahead.
25         THE WITNESS: It is saying there are others.

Page 16

1  BY MR. PADMANABHAN:
2    Q. So there are more than just what's explicitly
3  listed there; correct?
4    A. Correct.
5    Q. Okay. So what I'm asking you is can you give
6  me a list of other metrics that existed, as of 2012,
7  that you believe would be SNR related metrics?
8    A. Sure. MER.
9    Q. Any others?
10    A. Power level.
11    Q. Any others?
12    A. BER.
13    Q. Any others?
14    A. Symbol to noise.
15    Q. Okay. So when you say, "power level," that's
16  strength of the signal; right?
17    A. Power level is defined. So that's the power
18  level coming into the cable modem for a given signal.
19    Q. That's the numerator in signal-to-noise
20  ratio; correct?
21    A. No.
22    Q. Okay. So how is it different?
23    A. It is the RF power.
24    Q. Okay. Any other metrics that you would say
25  are "and/or the like"?

Page 17

1    A. There might be others. Those are the ones
2  that come to my mind as a POSITA.
3    Q. Now I want to go back to my original question
4  because I don't think you answered it. So I'd like to
5  go back to my original question.
6         In Column 3 at Lines 58 and 59, when it says,
7  "and/or the like," it does not define what it means to
8  be "and/or the like."
9         Is that fair?
10         MR. GALLUZZO: Objection to form. Vague.
11         THE WITNESS: It doesn't specifically define
12  "and the like," but within the patent it says that
13  these are metrics, SNR related metrics, which are
14  measures.
15  BY MR. PADMANABHAN:
16    Q. Okay. So it's saying SNR related metrics,"
17  gives you a list, and says, "and/or the like";
18  correct?
19    A. Yes. Correct.
20    Q. So what I'm asking you is is there anything
21  in the '682 patent that tells you what is like the
22  explicitly listed metrics in Column 3, Lines 54
23  through 59?
24    A. It gives examples through the patent and
25  tells you where those metrics come from. And so to a

5 (Pages 14 - 17)

Page 18

1  POSITA, it is very understandable and clear what "and
2  the like" means.
3      Q. And if there are any passages within the
4  '682 patent you're relying upon, you cited those in
5  your expert declarations; correct?
6      A. Yes.
7      (Pause.)
8      MR. PADMANABHAN: Okay. I'd like to go to
9  your opening declaration, which is behind Tab 1 in
10 your binder, and I've added it to the Share as
11 Exhibit 2 to this deposition. Specifically, I would
12 like to go to Paragraph 48.
13     Please let me know when you're there.
14     MR. GALLUZZO: KP, did you say 40 or 48?
15     MR. PADMANABHAN: 48. Can you guys hear me
16 okay?
17     MR. GALLUZZO: Yeah. It was just a little
18 muffled right at that moment.
19     (Deposition Exhibit 2 was marked for
20     identification.)
21     THE WITNESS: I'm there.
22 BY MR. PADMANABHAN:
23     Q. Okay. In the first sentence of Paragraph 48
24 to your declaration you state, "A POSITA would have
25 reasonably understood the boundaries of the term 'SNR

Page 19

1  related metric' as generally referring to any metrics
2  representing and/or measuring signal quality."   Do
3  you see that?
4      A. Yes.
5      Q. So in this passage you're saying that an SNR
6  related metric can be a metric that represents signal
7  quality; correct?
8      A. Correct.
9      Q. And separately you're also saying SNR related
10 metric can be any metric that measures signal quality;
11 correct?
12     A. Yes.
13     MR. PADMANABHAN: Okay. Let's go to your
14 second declaration, which is behind Tab 2 of your
15 binder. And I've introduced that as Exhibit 3 in the
16 Share.
17     (Deposition Exhibit 3 was marked for
18     identification.)
19     MR. PADMANABHAN: I'd like to start at
20 Paragraphs 7 and 8. Let me know when you're there.
21     (Pause.)
22     THE WITNESS: I'm there.
23 BY MR. PADMANABHAN:
24     Q. In Paragraph 7 you say, "It has long been
25 known that network communications are affected by

Page 20

1  noise."
2      Do you see that?
3      A. Yes.
4      Q. Noise can come from cabling; correct?
5      A. No.  Noise can come as a result of
6  disturbances within a cable but not from the cable
7  itself --
8      (Indiscernible crosstalk.)
9      THE WITNESS: -- other than basic,
10 theoretical thermal noise that any electrical engineer
11 understands.
12 BY MR. PADMANABHAN:
13     Q. So noise can come from the environment of the
14 cable; correct?
15     A. Correct.
16     Q. Noise can come from the environment
17 generally; correct?
18     A. Correct.
19     Q. Noise can come from equipment?
20     A. Yes.
21     Q. Where else can noise come from?
22     A. Any number of sources.
23     Q. Can you tell me some of them?
24     A. Repeat the ones that you already gave me as
25 an example, please.

Page 21

1      Q. From the environment of the cable, from the
2  environment generally, from equipment.
3      A. From reflections within the cable signal
4  reflections.
5      Q. Now, in Paragraph 8 you say, "The effect of
6  noise in the context of digitally modulated signals is
7  a bedrock of information theory."
8      Do you see that?
9      A. Yes.
10     Q. And you continue and say that "noise has a
11 negative impact on the information carrying capacity
12 of a signaling channel, as Shannon recognized."
13     A. Yes.
14     Q. So Shannon -- when you say when "Shannon
15 recognized," you're talking about Shannon's capacity
16 theorem; correct?
17     A. Yes.
18     Q. And Shannon's capacity theorem sets a
19 theoretical upper bound on the capacity of a channel;
20 correct?
21     A. Yes.
22     Q. So that's a theoretical maximum amount of
23 data that could be passed through a channel; correct?
24     A. Correct.
25     Q. What else can affect the actual capacity of

6 (Pages 18 - 21)

1 the channel?
2     A.  The way that the information is encoded on
3 the channel.
4     Q.  Anything else?
5     A.  That's the one that comes to mind in context
6 of your saying "in Shannon."
7     Q.  Shannon's capacity theorem is not referenced
8 in the '682 patent; correct?
9     A.  I'm not sure.
10     Q.  Okay.  We talked earlier about bit error rate
11 and symbol error rate.
12         Do you recall that?
13     A.  Yes.
14     Q.  Can you input bit error rate into Shannon's
15 theorem to get the theoretical limit on capacity?
16         MR. GALLUZZO:  Objection to form.  Vague.
17         THE WITNESS:  Bit error rate is a measure of
18 quality.  It's not an input.
19 BY MR. PADMANABHAN:
20     Q.  So, Mr. Holobinko, I'd like you to answer the
21 question I asked.
22     A.  Okay.
23     Q.  That's helpful.
24     A.  I'm sorry.
25     Q.  Can you input bit error rate into Shannon's

Page 22

1 theorem to get a theoretical limit on capacity?
2         MR. GALLUZZO:  Objection to form.  Vague.
3         THE WITNESS:  I'm not sure.  I would have to
4 go back to Shannon's theorem and review it again to
5 give you that answer.
6 BY MR. PADMANABHAN:
7     Q.  Would you expect a person skilled in the art,
8 in reading the '682 patent, to go back and reference
9 Shannon's theorem to determine whether any particular
10 metric is or is not an SNR related metric?
11     A.  No.  But a POSITA wouldn't have to.
12     Q.  So --
13     A.  It's frozen.
14     Q.  We're not frozen.  I'm frozen.
15     A.  Sorry.
16     Q.  So Shannon's theorem gives you the maximum
17 capacity a channel can hold; correct?
18     A.  Yes.
19     Q.  That's the maximum data rate; correct?
20     A.  I believe so.
21     Q.  So if you reach Shannon's -- the capacity at
22 Shannon's theorem, bit error rate is zero; correct?
23     A.  I would have to go back to Shannon's theory.
24     Q.  Same for symbol error rate.  You wouldn't
25 know if symbol error rate is zero?

Page 23

1         MR. GALLUZZO:  Objection to form.
2         THE WITNESS:  At the -- under Shannon's
3 theory and under the most ideal conditions in the
4 absence of noise, the bit error rate would be zero.
5 BY MR. PADMANABHAN:
6     Q.  Would you agree that whether a metric is SNR
7 related is based on the degree to which the metric is
8 related to measuring the information capacity of the
9 channel?
10         MR. GALLUZZO:  Objection to form.
11         THE WITNESS:  Would you repeat it again,
12 please.
13 BY MR. PADMANABHAN:
14     Q.  Sure.
15         Would you agree that whether a metric is SNR
16 related is based on the degree to which it is related
17 to measuring the information capacity of a channel?
18         MR. GALLUZZO:  Objection to form.
19         THE WITNESS:  No.  It's -- I would say it's
20 related -- it is whether or not it is a similar
21 measure to SNR.
22 BY MR. PADMANABHAN:
23     Q.  Okay.  Does it matter to what degree of
24 similarity a metric is to SNR in determining whether
25 it's an SNR related metric?

Page 24

1     A.  It has to be understood as highly similar and
2 used in place of SNR.  So it's an SNR related metric.
3     Q.  So that's my question.  Does it matter to
4 what degree the metric is related to SNR in order to
5 determine whether it's an SNR related metric?
6         MR. GALLUZZO:  Objection.  Asked and
7 answered.
8         THE WITNESS:  As I said, it needs to be
9 closely related to SNR such that it can be used in
10 place of SNR where SNR isn't available.
11 BY MR. PADMANABHAN:
12     Q.  So you're saying it has to be a substitute
13 for SNR; is that right?
14     A.  Not -- a similar means.
15     Q.  Well, "yes" or "no," it has to be a
16 substitute for SNR?
17         MR. GALLUZZO:  Objection to form.
18         THE WITNESS:  Well, you're asking a question
19 that doesn't have context.
20 BY MR. PADMANABHAN:
21     Q.  Well, I'm asking you in reading the
22 '682 patent is it your opinion that a person of skill
23 in the art would understand that in order to be an SNR
24 related metric, a metric must be a substitute for SNR?
25     A.  Yes.

Page 25

7 (Pages 22 - 25)

**Page 26**

1    Q. Is whether a metric is a substitute for SNR
2  dependent on the particular application?
3    A. Yes. And let me clarify.
4      If you're in advanced modulation techniques,
5  you need to have these SNR related metrics to
6  understand the equivalent of SNR because the classic
7  SNR measurement isn't available.
8    Q. Does it say anywhere in the '682 patent that
9  SNR is not available?
10    A. A person -- no. A person of skill in the art
11  would know, from many years dating back to the early
12  2000s, that classic SNR cannot not measured on a QAM
13  or an OFDM channel the way it's measured on an analog
14  channel.
15    Q. Well, the '682 patent, at Column 3 --
16    A. Uh-huh.
17    Q. -- Line 56 and 57 and 58 says that an SNR
18  related metric could be SNR on a particular frequency
19  or SNR over a range of frequencies; correct?
20    A. Correct. So if we were talking about --
21    (Indiscernible crosstalk.)
22  BY MR. PADMANABHAN:
23    Q. Go ahead.
24    A. Excuse me for interrupting.
25      MR. GALLUZZO: Mr. Holobinko, I think KP is

**Page 27**

1  giving you a chance to finish your answer.
2      Is that right?
3      MR. PADMANABHAN: I was trying to, but why
4  don't I ask my question.
5      MR. GALLUZZO: Hold on a second.
6      Did you have more to answer?
7      It's difficult with video. So I'm trying to
8  referee.
9      Did you have more to answer, Mr. Holobinko?
10      THE WITNESS: Yes.
11      There's a difference between a signal and a
12  channel.
13  BY MR. PADMANABHAN:
14    Q. I'll ask my question again, Mr. Holobinko.
15      The '682 patent at Column 3, Line 68 --
16  sorry. 56 through 58 references measuring SNR at a
17  particular frequency; correct?
18    A. Correct.
19    Q. And SNR over a range of frequencies; correct?
20    A. Correct.
21    Q. So the '682 contemplates measuring SNR;
22  correct?
23    A. Yes.
24    Q. So I want to go back to your statement that
25  in order to determine whether a metric is an SNR

**Page 28**

1  related metric, a person of skill would determine
2  whether it was a substitute for SNR.
3      Do you recall that testimony?
4    A. Yes.
5    Q. Does it matter what the specific application
6  is in determining whether or not a particular metric
7  is a substitute for SNR?
8    A. Repeat one more time, please.
9    Q. Does it matter what you intend to use the
10  metric for in determining whether it is a substitute
11  for SNR?
12    A. In the context of the patent that refers to
13  the transmission layer, no.
14    Q. Where does the patent -- is there anywhere in
15  your declaration where you discuss how the patent
16  references the transmission layer?
17    A. It's the tran- --
18      THE WITNESS: I have to look through.
19      (The witness reviewed material.)
20      MR. PADMANABHAN: Why don't we take a
21  two-minute break, and we can return to that.
22      MR. GALLUZZO: Hold on a second.
23      MR. PADMANABHAN: Do you want him to answer
24  the question now before we break?
25      MR. GALLUZZO: I'm just going to object to

**Page 29**

1  taking a break while you're having him answer one of
2  your questions. If you --
3      (Indiscernible crosstalk.)
4      MR. PADMANABHAN: I'll re-ask the question
5  after the break.
6      MR. GALLUZZO: Okay. That's fine.
7      MR. PADMANABHAN: Okay. Let's go off the
8  record.
9      (A recess was taken from 9:32 a.m.
10      to 9:37 a.m.)
11  BY MR. PADMANABHAN:
12    Q. Mr. Holobinko, is noise a substitute for SNR?
13      (The witness reviewed material.)
14      THE WITNESS: A noise level can be a
15  substitute for SNR, as it states in the patent.
16  BY MR. PADMANABHAN:
17    Q. Okay. So when you say, "noise level," what
18  are you referencing?
19    A. The signal.
20    Q. It's just a measurement of noise; correct?
21    A. Noise level is always relative to a -- well,
22  there's a reference level of noise, as a POSITA would
23  know.
24    Q. How about strength of desired signals? Is
25  that a substitute for SNR?

8 (Pages 26 - 29)

Page 30

```
 1        (The witness reviewed material.)
 2        THE WITNESS:  Strength of desired signal can
 3   be a measure, yes.
 4   BY MR. PADMANABHAN:
 5        Q.  You say, "can be."  Are there instances when
 6   strength of desired signal cannot be a substitute for
 7   SNR?
 8        A.  Strength of a desired signal is a parameter
 9   that can be used to determine SNR or SNR equivalent.
10        Q.  Why don't you start by telling me what is
11   strength of desired signal?
12        A.  The strength of desired signal, strength is
13   equivalent to magnitude.  A signal that's too high
14   will create issues.  A signal that's too low will
15   create issues.  So strength of a signal in that
16   context is an indicator.
17        Q.  Is strength of the desired signal the
18   numerator in SNR?
19        A.  Yes.
20        Q.  So --
21        MR. GALLUZZO:  Hold on.
22        Were you finished?
23        THE WITNESS:  I'm finished.
24        MR. GALLUZZO:  Okay.  Thank you.
25   BY MR. PADMANABHAN:
```

Page 31

```
 1        Q.  Is strength of desired signal as a numerator
 2   in SNR, whether or not it's a substitute for SNR
 3   depends on what the noise level is; right?
 4        A.  As I referenced previously, in an SNR
 5   measurement, that's correct, but in terms of measuring
 6   quality, as I measured -- in terms of the other use of
 7   strength of signal, I told you in terms of too high,
 8   too low.
 9        Q.  In what instances is strength of signal not a
10   substitute for SNR?
11        (Pause.)
12        THE WITNESS:  When you don't know the noise
13   level.
14   BY MR. PADMANABHAN:
15        Q.  Is BER a substitute for SNR?
16        A.  It can be.
17        Q.  In what instances is BER not a substitute for
18   SNR?
19        A.  The only instance I can think of is if you're
20   measuring it outside the bounds of the transmission
21   layer.
22        (Pause.)
23   BY MR. PADMANABHAN:
24        Q.  In your declarations, do you identify
25   anyplace in the '682 patent that requires that SNR
```

Page 32

```
 1   related metric eliminated the transmission layer?
 2        A.  No.  The patent is defined at the
 3   transmission layer.
 4        Q.  So I'm going to ask my question again,
 5   Mr. Holobinko.
 6        Is there anyplace in either of your two
 7   declarations where you explain that the '682 patent
 8   requires SNR related metrics to be measured at the
 9   transmission layer?
10        MR. GALLUZZO:  Objection.  Asked and
11   answered.
12        (The witness reviewed material.)
13        THE WITNESS:  I would refer you to
14   Paragraphs 17 and 18 in my rebuttal, for which a
15   POSITA would have no difficulty understanding the
16   reference.  And if you go to Page 6, the first line,
17   the "fundamental communications property."  So the
18   communications are done at the transport layer, a
19   POSITA would understand that.
20   BY MR. PADMANABHAN:
21        Q.  Paragraphs 17 and 18 don't make any reference
22   to the transmission layer, do they?
23        A.  The answer doesn't make sense outside the
24   transmission layer.
25        Q.  Okay.  Let's go to Paragraph 11 of your
```

Page 33

```
 1   declaration -- your rebuttal declaration, which is
 2   Exhibit 3 to your deposition.
 3        A.  Okay.
 4        Q.  You say, "SNR is not the only measurement
 5   that indicates the signal quality and thus the
 6   performance of a signaling channel.  Various SNR
 7   related metrics are 'related' to SNR in the sense that
 8   they measure the same fundamental communications
 9   property as SNR - the information carrying capacity
10   (i.e., 'quality' or 'performance') of a channel."
11        Do you see that?
12        A.  Yes.
13        Q.  Is the quality of a channel different than
14   the information-carrying capacity of a channel?
15        A.  I think they're pretty well synonymous.
16        Q.  Is the performance of a channel different
17   than the information-carrying capacity of a channel?
18        A.  In terms of they're synonymous.
19        Q.  You don't cite any documents in support of
20   your opinion in Paragraph 11 regarding the
21   understanding of a person of ordinary skill; correct?
22        A.  I do not -- I do not cite a document.
23        Q.  Can you identify the list of metrics that
24   measure the information-carrying capacity of a
25   channel?
```

9 (Pages 30 - 33)

Page 34

1    A.  The total number of bits, the total number of
2  symbols measured over time.
3    Q.  And would you agree that any metric that
4  assesses the total number of bits over time is an SNR
5  related metric?
6    A.  If it's measured across the transmission
7  layer, yes.
8    Q.  When you say, "the transmission layer," what
9  are you referring to?
10    A.  Referring to the demarcation point of the
11  CMTS through the network to the cable modem.
12    Q.  So let's talk about a downstream signal
13  received at the cable mode.
14    Are you with me?
15    A.  Yes.
16    Q.  In that instance, any SNR you measure would
17  involve the cable modem; correct?
18    A.  SNR can be measured independent of the cable
19  modem, but in the context of this, yes.
20    Q.  When you say, "in the context of this," you
21  mean in the context of the '682 patent?
22    A.  Yes.
23    Q.  So any SNR measurement performed using the
24  cable modem would involve a noise introduced, for
25  example, by the cable modem?

Page 35

1    MR. GALLUZZO:  Objection to form.
2    THE WITNESS:  Yes.  However slight that is,
3  you're correct.
4  BY MR. PADMANABHAN:
5    Q.  And that's something beyond what you're
6  calling "the transmission layer"; correct?
7    A.  No.
8    Q.  Okay.  So, again, help me understand what you
9  mean by "the transmission layer"?
10    MR. GALLUZZO:  Objection.  Asked and
11  answered.
12  BY MR. PADMANABHAN:
13    Q.  Go ahead.  You can answer.
14    A.  Well, you're speaking about a measurement
15  device, and any measurement device has noise
16  associated with it, as a POSITA would know.  The
17  question is whether the noise introduced by that
18  device affects the measurement.
19    And so you asked if the modem, in its
20  measurement, introduces noise, yes.  It's negligible
21  compared to the measurement.
22    Q.  You're assuming it's negligible; correct?
23    A.  As a POSITA, I know it's negligible or test
24  equipment wouldn't work, all the measurements across
25  the cable TV industry since Day 1 wouldn't work.

Page 36

1  They'd be unreliable.
2    Q.  Have you heard of "LTE ingress"?
3    A.  Yes.
4    Q.  What's LTE ingress?
5    A.  It's a phenomenon that occurs in cable
6  systems as a result of interference from LTE signals
7  getting into the cable plant.
8    Q.  And what's LTE?
9    A.  Cellular-type signals.
10    Q.  And cellular-type signals can be generated by
11  having, for example, a cellular access point in your
12  home; right?
13    A.  They can -- that's one point, yes.
14    Q.  And it could be from having multiple cell
15  phones routing on your cable modem?
16    A.  Excuse me?
17    Q.  It could be from having multiple cell phones
18  routing on your cable modem?
19    A.  I don't know that for a fact.
20    Q.  You don't know one way or the other?
21    MR. GALLUZZO:  You have to give a verbal
22  answer if you understand the question.
23    THE WITNESS:  I have to give a verbal answer?
24    MR. GALLUZZO:  If you understand the
25  question.

Page 37

1    THE WITNESS:  Oh.  I'm sorry.
2    So I don't know for certain if they will
3  affect the insides of the cable modem.
4  BY MR. PADMANABHAN:
5    Q.  Okay.  Let's go back to information-carrying
6  capacity of a signal.
7    Are you with me?
8    A.  Yes.
9    Q.  Would you agree that any metric that has a
10  negative impact on the information-carrying capacity
11  of a signaling channel is SNR related?
12    A.  You said that fast.  So please repeat it one
13  more time.
14    Q.  Yeah, I'll repeat it.
15    Would you agree that any metric that has a
16  negative impact on the information-carrying capacity
17  of a channel is SNR related?
18    A.  It would only be if it's measurable impact.
19  Things can impact and be impacted by.  It's whether
20  it's measurable.
21    Q.  So is it situation dependent, if the metric
22  is large enough that it causes impact, then it's an
23  SNR related metric?
24    MR. GALLUZZO:  Objection to form.  Vague.
25    THE WITNESS:  No.  Something can be

10 (Pages 34 - 37)

1  measurable, and because its measure is so small it
2  doesn't have an impact on signal quality, but it needs
3  to be measurable.
4  BY MR. PADMANABHAN:
5      Q.  You mean it needs to be physically able to be
6  measured?
7      A.  And related to signal quality, yes.
8      Q.  So let's go with the "related" part.  That's
9  what I'm trying to understand.
10     A.  Uh-huh.
11     Q.  Would you agree that any measurable metric
12  that has a negative impact on the information-carrying
13  capacity of a channel is SNR related?
14         MR. GALLUZZO:  Objection.  Asked and
15  answered.
16         (The witness reviewed material.)
17  BY MR. PADMANABHAN:
18     Q.  Mr. Holobinko, do you have an answer?
19         THE WITNESS:  I'm referring back to my
20  response.  Give me a moment, please.
21         (Pause in proceedings.)
22         THE WITNESS:  So repeat one more time for me.
23  Indulge me.
24  BY MR. PADMANABHAN:
25     Q.  Would you agree that any measurable metric

Page 38

1  that has a negative impact on the information-carrying
2  capacity of a channel is an SNR related metric?
3         MR. GALLUZZO:  Objection.  Asked and
4  answered.
5         THE WITNESS:  The measurable metric has to be
6  related to signal quality.  So I can't just take any
7  metric and say that's related to signal quality.
8  It has to be similar to as in the SNR like.
9         (The Reporter requested clarification.)
10         THE WITNESS:  Oh.  Excuse me.  L-i-k-e.
11         (Pause.)
12  BY MR. PADMANABHAN:
13     Q.  Would you agree that any metric that is
14  correlated to the information-carrying capacity of a
15  channel is SNR related?
16         MR. GALLUZZO:  Objection to form.  Vague.
17         THE WITNESS:  Repeat one more time.
18  BY MR. PADMANABHAN:
19     Q.  Would you agree that any metric that is
20  correlated to the information-carrying capacity of a
21  channel is an SNR related metric?
22         MR. GALLUZZO:  Objection to form.  Vague.
23         THE WITNESS:  No.  "Correlated" is a term
24  which to me is too vague.
25  BY MR. PADMANABHAN:

Page 39

1      Q.  Would you agree that noise is not the only
2  physical impairment to the information capacity of a
3  channel?
4      A.  Yes.
5      Q.  Would you agree the following impact
6  information capacity of a channel intersymbol
7  interference --
8         (Indiscernible crosstalk.)
9  BY MR. PADMANABHAN:
10     Q.  Strike that.  Let me ask it --
11     A.  So sorry.
12         MR. GALLUZZO:  Hold on just a minute for some
13  refereeing.
14         Mr. Holobinko, just give it a moment after a
15  question.  With the video, things are more difficult
16  than in person.
17  BY MR. PADMANABHAN:
18     Q.  Mr. Holobinko, would you agree that
19  intersymbol interference impacts the information
20  capacity of a channel?
21     A.  Yes.
22     Q.  Would you agree that clipping impacts the
23  information capacity of a channel?
24     A.  It may or may not.
25     Q.  Would you agree that quantization impacts the

Page 40

1  information capacity of a channel?
2      A.  The degree of quantization, but I'm not sure
3  otherwise.
4      Q.  Is intersymbol interference an SNR related
5  metric?
6      A.  No.
7      Q.  Is clipping an SNR related metric?
8      A.  As I said, it is not -- it might be in some
9  cases, and it might not be in others.
10     Q.  Would you agree that SNR does not actually
11  tell you the bits per second that a channel would
12  actually carry?
13     A.  I agree with that.  That depends on the
14  encoding of the channel or the signal.
15     Q.  Does it rely on things beyond just the
16  encoding and the SNR?
17     A.  Repeat the question, please.
18     Q.  The number of bits per second that a channel
19  can carry, does it rely on more than just SNR and
20  encoding?
21         (The witness reviewed material.)
22         THE WITNESS:  Again, it relies on the noise
23  and the other things that are measured by SNR and SNR
24  equivalent measures.
25  BY MR. PADMANABHAN:

Page 41

11 (Pages 38 - 41)

1    Q. Okay.
2    A. SNR related measures, to be clear.
3    Q. So, Mr. Holobinko, it's a little bit
4  circular. You're saying that SNR related metrics are
5  things that measure signal quality and then that
6  measure information capacity of the channel, and then
7  I'm asking you -- well, strike that. We'll come back
8  to it.
9      Let's talk about bit error rate.
10     Would you agree that bit error rate is
11  affected by factors other than those that affect
12  channel quality?
13     (The witness reviewed material.)
14     THE WITNESS: So say that one more time.
15  BY MR. PADMANABHAN:
16    Q. Would you agree that bit error rate is
17  affected by factors other than those that affect
18  channel quality?
19    A. Not channel quality but signal quality.
20    Q. Okay. I'll ask it again. Would you agree
21  that bit error rate is affected by factors other than
22  those that affect signal quality?
23    A. No.
24    Q. Can processing problems at the receiver
25  affect bit error rate?

Page 42

1    A. Processing problems at the receiver decoding
2  the signal could affect the quality -- the bit error
3  rate, yes.
4    Q. Can the method of encoding impact the bit
5  error rate?
6    A. Not unless the encoder isn't working
7  properly.
8    Q. Can the modulation rate affect the bit error
9  rate?
10    A. Only if the modulation rate isn't supported
11  by the SNR required for the modulation.
12    Q. Well, follow my example. Let's say you've
13  got a channel that's got some non-zero signal-to-noise
14  ratio but still is able to support 4-QAM with no
15  errors. Are you with me?
16    A. Yes.
17    Q. This doesn't mean the channel is noise free;
18  correct?
19    A. Correct.
20    MR. GALLUZZO: Objection to form.
21  BY MR. PADMANABHAN:
22    Q. It just means that the noise doesn't push the
23  symbols out of their target areas on the IQ?
24    MR. GALLUZZO: Objection to form.
25    THE WITNESS: What are you asking me?

Page 43

1  BY MR. PADMANABHAN:
2    Q. I'm asking -- I'm saying so in the situation
3  where there's some non-zero SNR but the signal is
4  still received, the 4-QAM signal is still received
5  with no errors, that's because the noise is sufficient
6  to move the bits out of the appropriate range on the
7  IQ graph; right?
8    MR. GALLUZZO: Objection to form. Vague.
9    THE WITNESS: The signal-to-noise is
10  sufficient to support 4-QAM. That's what that's
11  telling me.
12  BY MR. PADMANABHAN:
13    Q. It's just that the noise is not sufficient to
14  cause a decoding error; right?
15    MR. GALLUZZO: Objection to form.
16    THE WITNESS: No. You're incorrect. The
17  noise stays the same. It's the signal to the noise.
18  BY MR. PADMANABHAN:
19    Q. I guess my point is if the signal-to-noise is
20  the same and you have zero errors at 4-QAM -- zero bit
21  errors at 4-QAM, you may have bit errors at 8-QAM;
22  right?
23    A. That's correct.
24    Q. So the modulation rate can affect the bit
25  error rate; correct?

Page 44

1    A. The modulation rate can be affected by the
2  signal level in that if the signal to the noise is
3  inadequate, you will get errors based at that QAM
4  encoding rate.
5    Q. Can bit synchronization affect bit error
6  rate? Let me ask it again clearly.
7      Can bit synchronization affect bit error
8  rate?
9    A. Yes.
10    Q. Can intersymbol interference affect bit error
11  rate?
12    A. Yes.
13    Q. Is bit error rate synonymous with capacity?
14    MR. GALLUZZO: Objection to form. Vague.
15    THE WITNESS: No.
16  BY MR. PADMANABHAN:
17    Q. Why not?
18    A. Because a bit error rate is measured for a
19  given capacity. It's not a measure of capacity.
20    Q. So bit error rate is almost like how much
21  less than total capacity you're going to get; right?
22    MR. GALLUZZO: Objection to form. Vague.
23  BY MR. PADMANABHAN:
24    Q. Well, let me ask it with real numbers.
25      If the capacity of a channel is 10 megabits

Page 45

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1  per second and your bit error rate is 1 megabit per
2  second, you'll only get 9 megabits per second.
3      Is that fair?
4      MR. GALLUZZO:  Objection to form.  Vague.
5      THE WITNESS:  If your corrected bit error
6  rate ends up with 1 megabit per second of errors still
7  in the system, then you'll have a throughput of
8  9 megabits.  I think 10 megabits is the reference?
9  BY MR. PADMANABHAN:
10     Q.  Correct.
11         And when you say, "corrected," you're saying
12  that because some of the bit errors may not be
13  corrected or -- you're basically saying assuming that
14  the 1 megabit per second is the total set of errors;
15  correct?
16     MR. GALLUZZO:  Objection to form.
17     THE WITNESS:  (No audible response.)
18  BY MR. PADMANABHAN:
19     Q.  You need to verbally respond, Mr. Holobinko.
20     A.  I'm sorry.  I was waiting.  So I'm saying the
21  total amount of errors before correction -- I mean
22  after correction.  Excuse me.
23     Q.  In a theoretically noiseless transmission
24  network, you will still have some bit errors solely
25  attributable to the receiving device; correct?

Page 46

1      A.  If it's in accordance with Paragraph 25, if
2  it's measured purely in terms of the physical channel.
3      Q.  So excluding the impact of the receiver?
4      A.  Not excluding the impact of the receiver.
5  Everything associated with the physical channel.
6      Q.  Is the receiver part of the physical channel?
7      A.  Sure, because ultimately, you're looking at
8  the quality that gets delivered at the cable modem.
9  So that's part of it, like every component in the
10  physical channel across the transmission layer.
11     (Pause.)
12  BY MR. PADMANABHAN:
13     Q.  Is it fair that, in measuring throughput at
14  the receiving device, you don't know what impact
15  signal-to-noise ratio had on the throughput?
16     A.  No, because at the point that you're asking
17  of throughput, there can only be two things measured,
18  the bits or the symbols.
19     (Pause.)
20  BY MR. PADMANABHAN:
21     Q.  Is symbol error rate synonymous with
22  information capacity of a channel?
23     A.  "Is symbol error rate synonymous with
24  capacity?"  No.  It's a measure of effective capacity,
25  similar to signal to noise.

Page 48

1      A.  Yes.
2      Q.  Okay.  Let's go to Paragraph 25 --
3      (Indiscernible crosstalk.)
4      THE WITNESS:  Okay.  Go.
5  BY MR. PADMANABHAN:
6      Q.  Let's go to Paragraph 25 of your rebuttal
7  declaration.  And here you're talking about
8  throughput.
9         It says, "In my opinion the situation is easy
10  for a person of ordinary skill in the art to sort out.
11  If throughput is measured purely in terms of the
12  physical channel such that it provides a measure of
13  signal quality, then that particular 'throughput'
14  could serve as an SNR related metric.  However, when
15  throughput does not provide a measure of signal
16  quality, it is not necessarily a metric."
17         Do you see that?
18     A.  Yes.
19     Q.  So it's your opinion that sometimes
20  throughput is an SNR related metric and sometimes
21  throughput is not an SNR related metric; correct?
22     A.  Yes.  That is in terms of what is defined as
23  "throughput."
24     Q.  What would you need to know to determine if
25  throughput is an SNR related metric?

Page 47

1      Q.  So let me go back to throughput.
2         How much beyond just the channel could be
3  measured by throughput for it to still be an SNR
4  related metric?
5      MR. GALLUZZO:  Objection to form.  Vague.
6      THE WITNESS:  You're asking me to quantify
7  how much?  Re-ask the question, please.  Repeat the
8  question.
9  BY MR. PADMANABHAN:
10     Q.  How much beyond just the channel could be in
11  a measurement of throughput such that it still is an
12  SNR related metric?
13     MR. GALLUZZO:  Objection to form.  Vague.
14     THE WITNESS:  The term "throughput" has to be
15  defined for a particular -- with a particular set of
16  boundaries in the network.  And so as I have stated
17  before -- and I'll state again -- is if we're talking
18  about throughput of bits and symbols, then it is the
19  transmission layer, and so that's how it is bounded to
20  be an SNR related metric.
21  BY MR. PADMANABHAN:
22     Q.  Is signal-to-noise ratio a useful indicator
23  of signal quality in a noisy environment?
24     A.  Yes.
25     Q.  So I'd like to turn you to Paragraph 23 of

Page 49

13 (Pages 46 - 49)

1  your rebuttal declaration.  At Line 21 you say,
2  "Throughput is not a useful indicator of the signal
3  quality in a noisy environment."
4      Do you see that?
5      THE WITNESS:  Give me one moment, please, to
6  review.
7      (The witness reviewed material.)
8      THE WITNESS:  Yes.  So please ask your
9  question again.
10 BY MR. PADMANABHAN:
11     Q.  Well, first off, do you agree with the
12 sentence in your declaration on Lines 21 and 22 of
13 Paragraph 23?
14     A.  Oh, yes.
15     Q.  Okay.  And so in Paragraph 25 you say that
16 "'throughput' could serve as an SNR related metric";
17 correct?
18     A.  Correct.
19     Q.  And in Paragraph 23 you say it's not a useful
20 indicator of signal quality --
21     A.  Oh, no.
22     Q.  -- if it's too noisy; correct?
23     A.  Oh, no.  No.  No.  It's related to
24 Dr. Chatterjee's definition of throughput and the
25 term.  So throughput may sometimes be impacted by SNR,

Page 50

1  as Dr. Chatterjee seems to agree, and sometimes it may
2  not be.
3      I'd point you to the previous statement.
4  "Throughput, like latency, may be heavily or even
5  exclusively a function of processing efficiency or
6  lack thereof."
7      Q.  Well, do you agree with that?
8      A.  I agree that throughput, measured at a high
9  level of packets and things like that, that may
10 definitely be a result of these other things that
11 Dr. Chatterjee mischaracterizes as being associated
12 with the transport system.
13     Q.  Does throughput indicate the information
14 carrying capacity of a channel?
15     A.  Again, you're using the term "throughput"
16 generically.  You have to define what throughput
17 you're talking about.
18     Q.  Can throughput indicate the information
19 carrying capacity of a channel?
20     A.  I would say that question is too vague.
21 I can't answer that "yes" or "no" unless I understand
22 the context of throughput.
23     Q.  So you need to know the specifics of the
24 particular throughput measurement to determine whether
25 it's related to the information carrying capacity of a

Page 51

1  channel?
2      A.  I need to know that it's related to the
3  information capacity of the channel and not of the
4  network as a whole.
5      Q.  Well, in Paragraph 23 you say, "Throughput
6  broadly refers to an amount of information, per unit
7  time, that can be transmitted through a communications
8  network."
9      A.  Yes.
10     Q.  Do you agree with that statement in your
11 declaration?
12     A.  Yes.
13     Q.  And it's that definition of throughput that
14 you say can or cannot be an SNR related metric;
15 correct?
16     A.  No.  The second word of my sentence on
17 Paragraph 23 is the keyword.  "Throughput broadly
18 refers to an amount of information."  That's not a
19 definition in that context.  I go back to my previous
20 answer.
21     Q.  Well, let's get rid of "broadly" for a
22 second.  When you say, "Throughput refers to an amount
23 of information, per unit time, that can be transmitted
24 through a communications network."
25     MR. GALLUZZO:  Objection to form.

Page 52

1      Is there a question?
2  BY MR. PADMANABHAN:
3      Q.  Using that definition, does throughput
4  indicate the information carrying capacity of a
5  channel?
6      MR. GALLUZZO:  Objection to form.  Vague.
7      THE WITNESS:  I would refer you to Lines 15
8  and 16 of my response.  "As with latency, 'throughput'
9  is a metric that involves many factors above and
10 beyond signal quality."
11 BY MR. PADMANABHAN:
12     Q.  Does throughput indicate the information
13 carrying capacity of a channel?
14     A.  Again, my question is I'm addressing as
15 Dr. Chatterjee uses the term, measuring the
16 performance of the entire network.
17     Q.  How would a person of ordinary skill in the
18 art know?
19     A.  A person of skill in the art would know the
20 difference between throughput issues which are caused
21 by routers, other things associated, and other parts
22 of the DOCSIS system, the MAC layer versus the file
23 layer.  They would know the difference between packets
24 and symbols and bits.  All of these affect the
25 throughput of the system but not what we're talking

Page 53

14 (Pages 50 - 53)

| | |
|---|---|
| 1 about, the transport layer -- | 1 is not necessarily a metric of the information |
| 2 BY MR. PADMANABHAN: | 2 carrying capacity of the physical channel," you're |
| 3    Q. When you say the transmission -- | 3 implying that latency sometimes is a metric for the |
| 4    (Indiscernible crosstalk.) | 4 information carrying capacity of the physical channel, |
| 5 BY MR. PADMANABHAN: | 5 correct? |
| 6    Q. When you're saying the transmission layer, | 6    MR. GALLUZZO: Objection to form. |
| 7 you're referring to the DOCSIS layer or the MAC layer | 7    THE WITNESS: Incorrect. My response on |
| 8 or the PHY layer? | 8 latency is the way that Dr. Chatterjee has defined |
| 9    A. No. It's the PHY layer. The physical layer | 9 latency, which is the waiting time or time delay for |
| 10 the transport network has defined in the patent and as | 10 network communications. |
| 11 any POSITA knows what that is. | 11 BY MR. PADMANABHAN: |
| 12    Q. Does the '682 patent in any place say that | 12    Q. So is it your opinion that latency is never a |
| 13 SNR related metric must be at the PHY layer? | 13 metric for the information carrying capacity of a |
| 14    A. No. It says the transport layer, which is | 14 physical channel? |
| 15 that PHY layer. PHY has symbols and bits. It doesn't | 15    A. As Dr. Chatterjee has defined "latency" and |
| 16 have packets. | 16 my response is based on that, that's correct. His |
| 17    Q. So I searched the '682 patent. It does not | 17 definition. |
| 18 say the word "transport" anywhere. You'd agree with | 18    (Pause.) |
| 19 me; right? | 19 BY MR. PADMANABHAN: |
| 20    A. Yes. However, it clearly is shown in terms | 20    Q. How about if there are not significant delays |
| 21 of the illustration. | 21 solely attributable to the end-point devices? |
| 22    MR. PADMANABHAN: Why don't we take a | 22    MR. GALLUZZO: Objection to form. Vague. |
| 23 two-minute break. | 23    THE WITNESS: Well, again, you can have |
| 24    MR. GALLUZZO: Can we take five instead of | 24 latency without an impact on throughput or on SNR. |
| 25 two? | 25 BY MR. PADMANABHAN: |
| Page 54 | Page 56 |

| | |
|---|---|
| 1    MR. PADMANABHAN: Five would be fine, yeah. | 1    Q. So is that part of what's required to be an |
| 2    MR. GALLUZZO: Okay. | 2 SNR related metric? You need to have an impact on |
| 3    (A recess was taken from 10:27 a.m. | 3 SNR? |
| 4    to 10:43 a.m.) | 4    A. It needs to have a correlation to SNR. It |
| 5 BY MR. PADMANABHAN: | 5 has to be an SNR related metric, and latency does not |
| 6    Q. Mr. Holobinko, can we go to Paragraph 21 of | 6 meet that criterion. |
| 7 your declaration. | 7    Q. Okay. Let's go to your first declaration, |
| 8    MR. GALLUZZO: Which one, KP? | 8 which is Exhibit 2 to your deposition. And it's -- do |
| 9 BY MR. PADMANABHAN: | 9 you have it? |
| 10    Q. Of your rebuttal declaration. | 10    A. Yes. |
| 11    A. Yes. | 11    Q. And let's go to "'cable modem termination |
| 12    Q. So this is Exhibit 3 to your deposition; | 12 system (CMTS)'" starting on Page 11. I just want to |
| 13 right? | 13 get there for your reference. |
| 14    A. Yes. | 14    Tell me when you're there. |
| 15    Q. And in Paragraph 21 you say, "Latency is not | 15    A. I am there. |
| 16 necessarily a metric for the information carrying | 16    Q. Mr. Holobinko, would you agree that in 2012 |
| 17 capacity of a physical channel." | 17 there were devices that were referred to as "CMTSes"? |
| 18    Do you see that? | 18    A. I'm sorry. Your audio broke up. |
| 19    A. Yes. | 19    Q. Sure. |
| 20    Q. So when you say that, you're indicating that | 20    Well, let's start with this: The acronym |
| 21 sometimes latency is a metric for the information | 21 "CMTS" stands for cable modem termination system; |
| 22 carrying capacity -- | 22 right? |
| 23    (The Reporter requested clarification.) | 23    A. Yes. |
| 24 BY MR. PADMANABHAN: | 24    Q. Okay. And would you agree that in 2012 there |
| 25    Q. In paragraph 21, when you say that "Latency | 25 were devices that were referred to as "CMTSes"? |
| Page 55 | Page 57 |

| | |
|---|---|
| 1    A. There were systems that were referred to as | 1    Q. -- that was not in products that were already |
| 2 "CMTSes." | 2 deployed in the marketplace; correct? |
| 3    Q. Those systems had a physical piece of | 3    A. Correct. But I would add that -- |
| 4 hardware that you would call a "CMTS"; right? | 4    Q. So, Mr. Holobinko, I'd like you to answer the |
| 5    A. They had multiple -- they could have multiple | 5 question I'm asking -- |
| 6 pieces of hardware and software called a "CMTS." | 6       MR. GALLUZZO: Hold on a second. You just |
| 7    Q. Was the RSC4 referenced as a CMTS? | 7 interrupted him in the middle of his answer. |
| 8    A. The RSC4 is an integrated CMTS. It consists | 8    Mr. Holobinko, please finish your answer. |
| 9 of hardware -- | 9       MR. PADMANABHAN: No. No. I'll ask -- |
| 10    (Indiscernible crosstalk.) | 10       MR. GALLUZZO: No. No. You stopped him -- |
| 11       THE WITNESS: Excuse me. Let me -- I paused, | 11 you stopped him from answering a question. Please let |
| 12 so forgive me. | 12 him finish answering the question. |
| 13 BY MR. PADMANABHAN: | 13       MR. PADMANABHAN: We're going to have a messy |
| 14    Q. No, go ahead. | 14 record. I'm just going to re-ask my question, and you |
| 15    A. And it consists of hardware and software. | 15 can provide your answer, Mr. Holobinko. |
| 16    Q. The RSC4 is not a general purpose computer; | 16       MR. GALLUZZO: KP, I understand what you're |
| 17 right? | 17 trying to do. Please let him finish answering his |
| 18    A. That is correct, it is not a general purpose | 18 question. If you'd like to re-ask it, you can after |
| 19 computer. | 19 that. |
| 20    Q. Another CMTS available in 2012 is the | 20       MR. PADMANABHAN: Go ahead. Say what you're |
| 21 Cisco uBER10012? | 21 going to say. |
| 22    A. Yeah. Commonly referred to as a Cisco 10K in | 22       For the record, I'd like to say that you |
| 23 short, for short. | 23 basically cannot interrupt the questioning. So I'll |
| 24    Q. So we'll refer to it as such. | 24 let it go this time, but we're not going to do it |
| 25    A. Yeah. | 25 again. |
| Page 58 | Page 60 |

| | |
|---|---|
| 1    Q. Uber 10k or just 10k? | 1    Q. Go ahead, Mr. Holobinko. |
| 2    A. Just 10k is fine. | 2    A. As early as 2001, people defined |
| 3    Q. Okay. And so the Cisco 10k was also a piece | 3 disaggregation of the CMTS and the use -- the |
| 4 of hardware; correct? | 4 potential use of general purpose machines and the |
| 5    A. It was a piece of hardware and software. It | 5 disaggregation was memorialized in -- initially in |
| 6 had an operating system, a processing capability. | 6 2005 with modular CMTS. |
| 7    Q. Was -- the Cisco 10k was not a general | 7    Q. You do not cite any documents in either of |
| 8 purpose computer; right? | 8 your two declarations regarding the supposed |
| 9    A. Was not a general purpose computer, that is | 9 disaggregation of the CMTS; correct? |
| 10 correct. | 10    A. That is -- I'm not sure. So on the premise |
| 11    Q. You don't cite anything in your declaration | 11 that I didn't cite them, Dr. Chatterjee cited Cisco |
| 12 stating that a general purpose computer could be a | 12 and John Chapman, and John Chapman was the person who |
| 13 CMTS in 2012, do you? | 13 invented that while he was the chief architect for |
| 14    A. I do not, but a POSITA would know that by | 14 CMTS at Cisco Systems since 2001. |
| 15 2012 that the ability to do many of the functions of a | 15    Q. When you say he "invented that," what do you |
| 16 CMTS were being looked at being done on the general | 16 say that he invented? |
| 17 computer. | 17    A. Modular CMTS. |
| 18    Q. You don't cite any documents in support of | 18    Q. Modular CMTSes were devices in which |
| 19 that proposition; correct? | 19 something called an edge QAM would sit outside of the |
| 20    A. No, I don't. But a POSITA and as the head | 20 housing of a CMTS; right? |
| 21 of business strategy at Motorola, I actually was part | 21    A. Partially correct. That's one of the devices |
| 22 of an effort that did the early work on that. | 22 that could sit outside. |
| 23    Q. So that's the early work. That was | 23    Q. You do not cite any documents related to any |
| 24 development work -- | 24 disaggregation of CMTSes in your declarations; |
| 25    A. Yes. | 25 correct? |
| Page 59 | Page 61 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    A.  Correct.
2    Q.  Now, you reference "functions."  What
3  functions would a device need to have in order to be
4  considered a CMTS?  Actually, strike that.  Strike my
5  question.
6        In your declaration you do not identify any
7  functions that a computer would need to have in order
8  to qualify as a CMTS; correct?
9    A.  Correct.
10      (Pause.)
11  BY MR. PADMANABHAN:
12    Q.  I want you to put yourself back in 2012.
13      Can you do that for me?
14    A.  Okay.
15    Q.  A cable modem transmitting upstream would
16  have hardware in the headend at which the data would
17  terminate; correct?
18    A.  Correct.
19    Q.  In 2012 the hardware at which the data would
20  terminate in the cable headend was called a CMTS;
21  correct?
22    A.  Incorrect.
23    Q.  What was it called?
24    A.  It was called the burst receiver within the
25  PHY layer of the CMTS.  It was not called a CMTS.

Page 62

1      I'll refer back to my original answer, which
2  is that CMTS is a multi-function system of which
3  you've just described one function.
4    Q.  The burst receiver was a component that sat
5  within a CMTS; correct?
6    A.  Yes.
7    Q.  Okay.  So CMTS is -- it's a rack server
8  device; right?
9    A.  Again, if we take your argument that the
10  burst receiver sits in the CMTS, then by the same
11  token, the modulator, which was initially part of the
12  CMTS, was routinely separated from the CMTS at that
13  time in a modular CMTS architecture, and by that time,
14  people understood the further disaggregation was
15  desired.
16    Q.  The modulator also sat in the cable
17  headend -- correct? -- in 2012?
18    A.  No, not necessarily.  The modulator could be
19  further away.
20    Q.  In 2012?
21    A.  In 2012.  I owned a product line of QAM
22  modulators.
23    Q.  Okay.  And where would they sit?
24    A.  They could sit in another hub.
25    Q.  Okay.

Page 63

1    A.  As long as you could do the fiberoptic back
2  to do the burst receiver, you could put the QAM
3  somewhere else.  It wasn't a requirement.
4    Q.  Are there any other -- so there's a
5  modulator -- right? -- which can sit outside of -- in
6  the modular CMTS architecture, it can sit outside of
7  the CMTS housing; correct?
8    A.  Yes.
9    Q.  In 2012 are there any other physical
10  components you'd say are part of the CMTS besides the
11  CMTS chassis and the modulator?
12    A.  Well, if we call the CMTS a system, I have a
13  clock that's generated outside of that chassis.  I
14  have systems for doing subscriber management that are
15  programed into the CMTS that are outside of that.  And
16  by 2012, the view of the disaggregation of the CMTS
17  was widely discussed and being presented in papers as
18  far back as 2007.  And so a POSITA would understand
19  that a CMTS does not necessarily have to be a single
20  box.
21    Q.  Is every system that's responsible with
22  managing a piece of hardware part of that hardware?
23      MR. GALLUZZO:  Objection to form.  Vague.
24      THE WITNESS:  So you're using the term
25  "managing a piece of hardware."  What are you

Page 64

1  referring to as a "piece of hardware" because the CMTS
2  is hardware and software.
3  BY MR. PADMANABHAN:
4    Q.  I'm not trying to take away the software off
5  the CMTS.
6    A.  Okay.
7    Q.  So I'm talking there's a physical device
8  called a "CMTS" and a cable headend in 2012.
9      Are you with me?
10    A.  Yes.  In one form.  An integrated CMTS is
11  what you're referring to.
12    Q.  Okay.  Let's say it's a modular CMTS, so
13  the --
14    A.  Okay.
15    Q.  -- resides also in the cable headend.
16      Are you with me?
17    A.  Okay.  Okay, yes.
18    Q.  Is every system that's responsible for
19  providing data to that CMTS located in the headend
20  also part of the CMTS, in your opinion?
21    A.  Is every system responsible for providing
22  data to that CMTS a part of the CMTS.
23      What do you mean by "data"?
24    Q.  Well, I asked my question.  Do you have an
25  answer?

Page 65

17 (Pages 62 - 65)

1    A. Well, data in your context could be the
2   traffic that's being delivered to the cable modems.
3   It could be programming language. Data is too generic
4   a form. I don't know what your question is.
5    Q. Is every system that's responsible for, for
6   example, providing the list of subscribers that are
7   going to be handled by that CMTS, part of that CMTS?
8    MR. GALLUZZO: Objection to form. Vague.
9    THE WITNESS: The CMTS specification doesn't
10   say whether it is or isn't. It's a matter of
11   implementation.
12   BY MR. PADMANABHAN:
13    Q. When you say, "the CMTS specification," what
14   are you referencing?
15    A. The DOCSIS specification.
16    Q. Would you say the DOCSIS specification
17   defines what a CMTS is?
18    A. In terms of its minimum functions, yes. In
19   terms of its form, no. That's why different CMTSes
20   are built differently.
21    MR. PADMANABHAN: Mr. Holobinko, I'm going
22   to -- give me a moment.
23    (Pause in proceedings.)
24    MR. PADMANABHAN: So I'd like you to turn to
25   Tab 10 of your binder, which I've marked as Exhibit 4
Page 66

1    Do you see that?
2    A. Yes.
3    Q. And in that image, that's what you're
4   referencing as the CMTS, that chassis; correct?
5    MR. GALLUZZO: Objection to form.
6    THE WITNESS: That is -- my intent there was
7   a -- was to represent the functions of a CMTS system,
8   not to define by bounds what a CMTS is.
9   BY MR. PADMANABHAN:
10    Q. No matter. I just want to understand.
11    A. Yeah. So I'll agree that --
12    MR. GALLUZZO: Hold on.
13    THE WITNESS: Sorry.
14   BY MR. PADMANABHAN:
15    Q. Is that chassis a CMTS?
16    A. No. The chassis and software and you can't
17   tell from this example if the edge QAMs are also part
18   of the CMTS function.
19    Q. Okay. So it could be chassis with software
20   and edge QAMs; correct?
21    MR. GALLUZZO: Objection to form.
22   BY MR. PADMANABHAN:
23    Q. You can answer, Mr. Holobinko.
24    A. The functions of the CMTS would be at least
25   with those devices.
Page 68

1   to your deposition.
2    (Pause.)
3    THE WITNESS: Yes.
4    (Deposition Exhibit 4 was marked for
5    identification.)
6    MR. PADMANABHAN: And Exhibit 4 to your
7   deposition is a presentation, a "CABLE-TECH Expo
8   2013."
9    Q. Do you see that?
10    A. Yes.
11    Q. And it lists one dashing John Holobinko as
12   its author.
13    Do you see that?
14    A. I see that very well, and I agree with you.
15    Q. Okay. And if you go to the eighth slide,
16   it's entitled "Example System Functional
17   Characteristics," work piece of paper.
18    A. What is the header?
19    Q. "Example System Functional Characteristics."
20    A. Yes.
21    Q. And it says, "CMTS and DOCSIS CPE MIBS."
22    Do you see that?
23    A. Uh-huh.
24    Q. And you've got something circled there, and
25   it shows a chassis.
Page 67

1    MR. PADMANABHAN: Okay. Let's go to
2   Exhibit 5, which is behind Tab 11 in your binder.
3    (Deposition Exhibit 5 was marked for
4    identification.)
5    MR. PADMANABHAN: And this appears to be a
6   paper associated with the presentation that we looked
7   at.
8    Q. Do you see that?
9    A. I'm sorry. Tab 5, I see a patent.
10    Q. No. It's Tab 11. Exhibit 5. It says,
11   "Tab 11" in your binder. You're fine.
12    A. Tab 11.
13    MR. PADMANABHAN: So Tab 11, for the record,
14   is Exhibit 5 to the deposition, and it's a
15   presentation entitled "New Analytic Methods For
16   Determining Network Performance Issues" with an
17   Expo 2013 date, and it lists John Holobinko as an
18   author, amongst others.
19    Q. Do you see that?
20    A. Yes.
21    Q. And this is the paper that goes along with
22   the presentation we looked at as Exhibit 4; correct?
23    A. Yes.
24    Q. Okay. And so if you go to the second to the
25   last page, there's a bibliography.
Page 69

18 (Pages 66 - 69)

1    A.  Yes.
2    Q.  And it says there, "'proactive Network
3  Maintenance Using Pre-equalization' DOCSIS."
4       Do you see that?
5    A.  No.  Forgive me.  Abbreviations and acronyms?
6    Q.  No.  Previous page says, "Bibliography."
7    A.  Oh.  Thank you.
8    Q.  Do you see that, "'Proactive'" --
9    A.  Yes.
10    Q.  -- "'Network Maintenance Using
11  Pre-equalization'"?
12    A.  Yes.
13    Q.  And that's a DOCSIS specification document;
14  right?
15    A.  Uh-huh.  Yes.
16       (Deposition Exhibit 6 was marked for
17       identification.)
18       MR. PADMANABHAN:  So if you turn to Tab 12,
19  we have that DOCSIS specification document regarding
20  proactive network maintenance using
21  pre-equalization --
22       THE WITNESS:  Uh-huh.
23       MR. PADMANABHAN:  -- and that is Exhibit 6 to
24  your deposition.
25       And if you turn to Page 3, there's a

Page 70

1  definition of cable modem termination system.
2    Q.  Do you see that?
3    A.  Yes.
4    Q.  And it says, "A device located at the cable
5  television system headend or distribution hub."
6       Do you see that?
7    A.  Yes.
8    Q.  Do you disagree with that definition?
9    A.  Yes.  And a POSITA would understand that
10  that's a generic term.
11    Q.  But when you refer to the DOCSIS
12  specification, this is amongst the documents you're
13  referencing; correct?
14    A.  No.  I'm referring to the DOCSIS
15  specification as in DOCSIS 2.0, DOCSIS 3.0, DOCSIS 3.1
16  that defines the DOCSIS system --
17       (Indiscernible crosstalk.)
18       THE WITNESS:  -- as opposed to a proactive
19  network maintenance system specification.
20  BY MR. PADMANABHAN:
21    Q.  Do you know if those specifications define a
22  cable modem termination system in any way different
23  than the document that's Exhibit 6 to your deposition?
24    A.  As I stated previously, they don't define.
25  They define the functions.  They don't define the

Page 71

1  form.
2    Q.  Okay.  Let me ask you a couple of examples
3  just so I understand your opinions.  I want you to
4  think about when you're at home and you're logging
5  onto your Apple TV device to watch your favorite
6  streaming program.  Let's say it's a Netflix program.
7       Are you with me?
8    A.  Yes.
9    Q.  Okay.  You go into the log-in screen for
10  Netflix, and you need to enter a user name and
11  password.
12       Are you with me?
13    A.  I'm with you.
14    Q.  And you put the user name and password in,
15  and that's going to be authenticated by some back-end
16  server; correct?
17    A.  Could be.
18    Q.  Let's assume it is.
19       MR. GALLUZZO:  Counsel, I believe we are out
20  of time.
21       MR. PADMANABHAN:  Okay.  That's fine.
22       Thank you very much.  Appreciate it.
23  Mr. Holobinko.  Thank you for your time.
24       THE WITNESS:  Thank you.
25       MR. PADMANABHAN:  We are appreciative.

Page 72

1       MR. GALLUZZO:  I have some short redirect,
2  but I'd like to take a break, please.
3       MR. PADMANABHAN:  Sure.
4       (A recess was taken from 11:12 a.m.
5       to 11:17 a.m.)
6
7            EXAMINATION
8  BY MR. GALLUZZO:
9    Q.  Mr. Holobinko, thank you.  Just a short
10  redirect here.
11       Do you recall your earlier testimony when
12  defense counsel was asking you about SNR related
13  metrics and you referred to them as being a
14  "substitute for SNR"?
15    A.  Yes.
16    Q.  Explain what you meant when you said
17  substitute for SNR.
18       MR. PADMANABHAN:  Objection.  Form.
19  BY MR. GALLUZZO:
20    Q.  Is that concept described in either --
21       MR. PADMANABHAN:  Hold on.  I think there's a
22  delay or something.
23       REPORTER MARTIN:  I didn't hear the answer.
24       MR. PADMANABHAN:  Yeah, I didn't hear an
25  answer.  I definitely heard an objection.

Page 73

19 (Pages 70 - 73)

Page 74

1    MR. GALLUZZO: I'll re-ask. I don't see a
2 delay now, but if you guys get a delay, we can try a
3 different means.
4    MR. PADMANABHAN: So, Mr. Holobinko, just as
5 your counsel had a right to object, we also have a
6 right to object to any questions that your counsel
7 asks. So I would ask that you give us the same
8 courtesy and take a moment before you answer.
9    Can you do that for me?
10    THE WITNESS: Yes.
11    MR. GALLUZZO: Are you getting a delay now?
12 He did pause earlier.
13    MR. PADMANABHAN: We definitely did not hear
14 a pause. I objected immediately. So why don't you
15 re-ask. But I objected, for the record, to the
16 previous question.
17    MR. GALLUZZO: When I ask questions, wait
18 extra long because I think we have a delay.
19    Q. So, Mr. Holobinko, do you recall earlier
20 testimony when counsel for the defendants was asking
21 you about SNR related metrics and you had discussed
22 the concept of a substitute for SNR?
23    A. Yes.
24    Q. What did you mean when you were describing a
25 substitute for SNR?

Page 75

1    MR. PADMANABHAN: Objection. Form.
2    THE WITNESS: I meant an equivalency.
3 BY MR. GALLUZZO:
4    Q. Is that concept described in either of your
5 declarations?
6    A. Yes.
7    Q. Make sure you please give a moment for --
8    A. Oh, I'm so sorry.
9    Q. -- objections.
10    MR. PADMANABHAN: I will object to form.
11    Go ahead.
12 BY MR. GALLUZZO:
13    Q. Do you recall testimony where defense counsel
14 was asking you about various examples of SNR related
15 metrics?
16    A. Yes.
17    Q. BER was one of those metrics you were
18 discussing?
19    A. Yes.
20    Q. Is BER, bit error rate, an SNR related
21 metric?
22    A. Yes.
23    Q. Are you 100 percent sure of that?
24    A. It is -- yes. It is referred to directly in
25 the patent.

Page 76

1    Q. Where?
2    A. Through reference -- if I...
3    (The witness reviewed material.)
4    THE WITNESS: I'm sorry. It is either -- if
5 it's not in the patent, it's in the patents that are
6 referred to as part of the claim. I have to look for
7 a moment.
8    (The witness further reviewed material.)
9 BY MR. GALLUZZO:
10    Q. Mr. Holobinko, I'll withdraw the question.
11    Could you please turn to Paragraph 15 of your
12 rebuttal declaration.
13    (Pause.)
14 BY MR. GALLUZZO:
15    Q. Are you there?
16    A. Yes.
17    Q. At the top of Page 5, is this the application
18 you were referring to?
19    A. Yes.
20    Q. Is bit error rate listed there?
21    A. It is.
22    Q. I'd like to move on to throughput. There was
23 quite a bit of testimony about this.
24    Do you recall that?
25    A. Yes.

Page 77

1    Q. Are there different ways of measuring
2 throughput?
3    A. Absolutely.
4    MR. PADMANABHAN: Mr. Holobinko, you got to
5 give me a second.
6    MR. GALLUZZO: Yeah, let's give it a three
7 count between questions.
8    MR. PADMANABHAN: Objection. Form.
9 BY MR. GALLUZZO:
10    Q. Is it possible to measure throughput at the
11 network layer or the MAC layer?
12    A. Yes.
13    MR. PADMANABHAN: Objection. Form.
14 BY MR. GALLUZZO:
15    Q. What are you measuring the throughput of at
16 that layer?
17    MR. PADMANABHAN: Objection. Form.
18    THE WITNESS: At the MAC layer, you're
19 measuring the throughput end to end of packets, not of
20 bits, not of symbols.
21 BY MR. GALLUZZO:
22    Q. At that layer is throughput an SNR related
23 metric?
24    A. No.
25    Q. Make sure to give your three count.

20 (Pages 74 - 77)

1       MR. GALLUZZO:  Did you have an objection,
2  Counsel?
3       MR. PADMANABHAN:  No.
4       MR. GALLUZZO:  All right.  No further
5  questions.
6       MR. PADMANABHAN:  We don't have any further
7  redirect.  We'll save our questions for the Markman
8  hearing.
9       (Witness excused.)
10       (Deposition concluded at 11:25 a.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                          Page 78

1       INSTRUCTIONS TO WITNESS
2
3       Please read your deposition over carefully
4  and make any necessary corrections. You should state
5  the reason in the appropriate space on the errata
6  sheet for any corrections that are made.
7       After doing so, please sign the errata sheet
8  and date it.  You are signing same subject to the
9  changes you have noted on the errata sheet, which will
10  be attached to your deposition.  It is imperative that
11  you return the original errata sheet to the deposing
12  attorney within thirty (30) days of receipt of the
13  deposition transcript by you.  If you fail to do so,
14  the deposition transcript may be deemed to be accurate
15  and may be used in court.
16
17
18
19
20
21
22
23
24
25
                                          Page 80

1       C E R T I F I C A T E
2       I do hereby certify that the aforesaid testimony
3  was taken before me, pursuant to notice, at the time
4  and place indicated; that said deponent was by me duly
5  sworn to tell the truth, the whole truth, and nothing
6  but the truth; that the testimony of said deponent was
7  correctly recorded in machine shorthand by me and
8  thereafter transcribed under my supervision with
9  computer-aided transcription; that the deposition is a
10  true and correct record of the testimony given by the
11  witness; and that I am neither of counsel nor kin to
12  any party in said action, nor interested in the
13  outcome thereof.
14
15
       Nancy J. Martin, RMR, CSR
16
17  Dated:  May 14, 2024
18
19
20
21  (The foregoing certification of this transcript does
22  not apply to any reproduction of the same by any
23  means, unless under the direct control and/or
24  supervision of the certifying shorthand reporter.)
25
                                          Page 79

1       - - - - - - - -
2       E R R A T A
3       - - - - - - - -
4  PAGE   LINE     CHANGE
5  ____   ____   _____
6  ____   ____   _____
7  ____   ____   _____
8  ____   ____   _____
9  ____   ____   _____
10  ____   ____   _____
11  ____   ____   _____
12  ____   ____   _____
13  ____   ____   _____
14  ____   ____   _____
15  ____   ____   _____
16  ____   ____   _____
17  ____   ____   _____
18  ____   ____   _____
19  ____   ____   _____
20  ____   ____   _____
21  ____   ____   _____
22  ____   ____   _____
23  ____   ____   _____
24  ____   ____   _____
25  ____   ____   _____
                                          Page 81

                                  21 (Pages 78 - 81)

```
 1          ACKNOWLEDGMENT OF DEPONENT
 2
 3          I, JOHN HOLOBINKO, do hereby certify that I
 4   have read the foregoing pages, _____ to _____,
 5   and that the same is a correct transcription of the
 6   answers given by me to the questions therein
 7   propounded, except for the corrections or changes in
 8   form or substance, if any, noted in the attached
 9   Errata Sheet.
10
11   _____
12   DATE              SIGNATURE
13
14
15
16   Subscribed and sworn to before me this _____ day
17   of _____, 20__.
18
19
20   My commission expires: _____.
21
22   _____
23   Notary Public
24
25
```

```
 1   _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF
 2   Transcript - The witness should review the transcript and
 3   make any necessary corrections on the errata pages included
 4   below, noting the page and line number of the corrections.
 5   The witness should then sign and date the errata and penalty
 6   of perjury pages and return the completed pages to all
 7   appearing counsel within the period of time determined at
 8   the deposition or provided by the Federal Rules.
 9   __ Federal R&S Not Requested - Reading & Signature was not
10   requested before the completion of the deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   VINCENT GALLUZZO, ESQ.
 2   vincent.galluzzo@klgates.com
 3            May 14, 2024
 4   RE: ENTROPIC COMMUNICATIONS, LLP  vs. COX COMMUNICATIONS, INC.
 5   MAY 9, 2024-JOHN HOLOBINKO-JOB NO.6690893
 6   The above-referenced transcript has been
 7   completed by Veritext Legal Solutions and
 8   review of the transcript is being handled as follows:
 9   __ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext
10   to schedule a time to review the original transcript at
11   a Veritext office.
12   __ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF
13   Transcript - The witness should review the transcript and
14   make any necessary corrections on the errata pages included
15   below, noting the page and line number of the corrections.
16   The witness should then sign and date the errata and penalty
17   of perjury pages and return the completed pages to all
18   appearing counsel within the period of time determined at
19   the deposition or provided by the Code of Civil Procedure.
20   Contact Veritext when the sealed original is required.
21   __ Waiving the CA Code of Civil Procedure per Stipulation of
22   Counsel - Original transcript to be released for signature
23   as determined at the deposition.
24   __ Signature Waived – Reading & Signature was waived at the
25   time of the deposition.
```

```
 1   ENTROPIC COMMUNICATIONS, LLP  vs. COX COMMUNICATIONS, INC.
 2   JOHN HOLOBINKO-JOB NO.6690893
 3        E R R A T A  S H E E T
 4   PAGE_____ LINE_____ CHANGE_____
 5   _____
 6   REASON_____
 7   PAGE_____ LINE_____ CHANGE_____
 8   _____
 9   REASON_____
10   PAGE_____ LINE_____ CHANGE_____
11   _____
12   REASON_____
13   PAGE_____ LINE_____ CHANGE_____
14   _____
15   REASON_____
16   PAGE_____ LINE_____ CHANGE_____
17   _____
18   REASON_____
19   PAGE_____ LINE_____ CHANGE_____
20   _____
21   REASON_____
22   _____
23   _____   _____
24   WITNESS              Date
25
```

**[& - 8:46]**

| & |
|---|
| **&**   3:3,8,18 4:19 83:24 84:9 |

| 0 |
|---|
| **01049**   1:4 2:4 |
| **01050**   1:7 2:7 |
| **09**   6:1 |

| 1 |
|---|
| **1**   1:25 4:7 7:25 8:5,17 18:9 35:25 46:1,6 46:14 84:1 |
| **10**   7:5 45:25 46:8 66:25 |
| **100**   75:23 |
| **1000**   3:14 |
| **10017**   3:10 |
| **101**   3:3 |
| **10:27**   55:3 |
| **10:43**   55:4 |
| **10k**   58:22 59:1 59:1,2,3,7 |
| **11**   32:25 33:20 57:12 69:2,10 69:11,12,13 |
| **11:12**   73:4 |
| **11:17**   73:5 |
| **11:25**   78:10 |
| **11th**   3:9 |
| **12**   70:18 |
| **14**   79:17 83:3 |
| **15**   53:7 76:11 |
| **16**   53:8 |

| **17**   32:14,21 |
|---|
| **18**   4:8 32:14,21 |
| **1801**   3:19 |
| **19**   4:11 6:21 |

| 2 |
|---|
| **2**   4:8 18:11,19 19:14 57:8 |
| **2.0**   71:15 |
| **20**   82:17 |
| **2000s**   26:12 |
| **2001**   61:2,14 |
| **2005**   61:6 |
| **2007**   64:18 |
| **2012**   16:6 57:16,24 58:20 59:13,15 62:12 62:19 63:17,20 63:21 64:9,16 65:8 |
| **2013**   4:15 67:8 69:17 |
| **2024**   1:20 2:16 6:1 79:17 83:3 83:5 |
| **2025.520**   83:9 83:12 |
| **21**   50:1,12 55:6 55:15,25 |
| **212**   3:5 |
| **22**   50:12 |
| **23**   49:25 50:13 50:19 52:5,17 |
| **2300**   3:19 |
| **25**   47:2,6 48:1 50:15 |

| **28202**   3:15 |
|---|
| **294-3564**   3:5 |
| **2:23**   1:4,7 2:4,7 |
| **2a**   9:2 |

| 3 |
|---|
| **3**   4:11 8:4,19 8:24 13:1,12 14:13 15:19 17:6,22 19:15 19:17 26:15 27:15 33:2 55:12 70:25 |
| **3.0**   71:15 |
| **3.1**   71:15 |
| **30**   80:12 84:1 |
| **300**   3:14 |
| **310**   3:20 |
| **310-7015**   3:20 |
| **35th**   3:4 |

| 4 |
|---|
| **4**   4:15 43:14 44:4,10,20,21 66:25 67:4,6 69:22 |
| **40**   18:14 |
| **450**   3:9 |
| **48**   18:12,14,15 18:23 |

| 5 |
|---|
| **5**   5:4 69:2,3,9 69:10,14 76:17 |
| **53**   14:14 |
| **54**   8:24 9:2 17:22 |

| **56**   13:1,2,12 26:17 27:16 |
|---|
| **57**   26:17 |
| **58**   13:1,2,13 15:20 17:6 26:17 27:16 |
| **59**   14:14 15:20 17:6,23 |

| 6 |
|---|
| **6**   4:3 5:7 32:16 70:16,23 71:23 |
| **67**   4:15 |
| **68**   27:15 |
| **682**   7:20 8:22 10:15 11:2,16 11:24 15:5,19 17:21 18:4 22:8 23:8 25:22 26:8,15 27:15,21 31:25 32:7 34:21 54:12,17 |
| **69**   5:4 |

| 7 |
|---|
| **7**   19:20,24 |
| **70**   5:7 |
| **73**   4:4 |

| 8 |
|---|
| **8**   4:7 19:20 21:5 44:21 |
| **82**   1:25 |
| **8:43**   2:19 6:2 |
| **8:46**   8:14 |

Page 1

**[8:57 - asking]**

| | |
|---|---|
| **8:57** 8:15 | |
| **9** | |
| **9** 1:20 2:16 | |
| 46:2,8 83:5 | |
| **90067** 3:20 | |
| **94111** 3:4 | |
| **9504** 1:24 | |
| **975** 79:15 | |
| **9:32** 29:9 | |
| **9:37** 29:10 | |
| **a** | |
| **a.m.** 2:19 6:2 | |
| 8:14,15 29:9 | |
| 29:10 55:3,4 | |
| 73:4,5 78:10 | |
| **abbreviations** | |
| 70:5 | |
| **ability** 59:15 | |
| **able** 38:5 43:14 | |
| **above** 53:9 | |
| 83:6 | |
| **absence** 24:4 | |
| **absolutely** 77:3 | |
| **access** 36:11 | |
| **accordance** | |
| 48:1 | |
| **accurate** 80:14 | |
| **acknowledg...** | |
| 82:1 | |
| **acronym** 57:20 | |
| **acronyms** 70:5 | |
| **action** 79:12 | |
| **actual** 21:25 | |

**actually** 41:10
41:12 59:21
62:4
**add** 60:3
**added** 18:10
**addressed** 7:8
**addressing**
53:14
**advanced** 26:4
**affect** 21:25
37:3 42:11,17
42:22,25 43:2
43:8 44:24
45:5,7,10
53:24
**affected** 19:25
42:11,17,21
45:1
**affects** 35:18
**affirmed** 6:5
**aforesaid** 79:2
**agree** 9:17 10:4
14:1 15:19
24:6,15 34:3
37:9,15 38:11
38:25 39:13,19
40:1,5,18,22,25
41:10,13 42:10
42:16,20 50:11
51:1,7,8 52:10
54:18 57:16,24
67:14 68:11
**ahead** 10:9,21
15:24 26:23
35:13 58:14

60:20 61:1
75:11
**aided** 79:9
**al** 1:7,12 2:7,12
**amount** 21:22
46:21 52:6,18
52:22
**analog** 26:13
**analytic** 4:15
5:4 69:15
**angeles** 3:20
**answer** 6:15
9:21 10:9 11:5
11:6,22 12:12
22:20 23:5
27:1,6,9 28:23
29:1 32:23
35:13 36:22,23
38:18 51:21
52:20 60:4,7,8
60:15 63:1
65:25 68:23
73:23,25 74:8
**answered**
11:19 17:4
25:7 32:11
35:11 38:15
39:4
**answering**
60:11,12,17
**answers** 82:6
**anyplace** 31:25
32:6
**appeared** 2:21

**appearing**
83:18 84:7
**appears** 69:5
**apple** 72:5
**application**
26:2 28:5
76:17
**apply** 79:22
**appreciate**
72:22
**appreciative**
72:25
**appropriate**
44:6 80:5
**april** 6:21
**architect** 61:13
**architecture**
63:13 64:6
**areas** 43:23
**argument** 63:9
**arris** 4:20
**art** 14:6 15:1,4
23:7 25:23
26:10 47:10
53:18,19
**asked** 11:12
22:21 25:6
32:10 35:10,19
38:14 39:3
65:24
**asking** 6:12
14:23 15:16
16:5 17:20
25:18,21 42:7
43:25 44:2

Page 2

**[asking - capacity]**

48:16 49:6
60:5 73:12
74:20 75:14
**asks** 74:7
**assesses** 34:4
**associated**
35:16 48:5
51:11 53:21
69:6
**assume** 72:18
**assuming** 35:22
46:13
**attached** 8:1
80:10 82:8
**attorney** 3:8,18
6:11 80:12
**attributable**
46:25 56:21
**audible** 46:17
**audio** 57:18
**authenticated**
72:15
**author** 67:12
69:18
**available** 25:10
26:7,9 58:20
**avenue** 3:9

**b**

**b** 4:5 5:1 8:21
84:1
**back** 9:22 17:3
17:5 23:4,8,23
26:11 27:24
37:5 38:19
42:7 49:1

52:19 62:12
63:1 64:1,18
72:15
**based** 14:13
15:3 24:7,16
45:3 56:16
**basic** 20:9
**basically** 46:13
60:23
**bedrock** 21:7
**beginning** 2:19
**believe** 15:6
16:7 23:20
72:19
**ber** 14:20 16:12
31:15,17 75:17
75:20
**best** 5:7 6:15
11:19
**beyond** 12:22
15:21 35:5
41:15 49:2,10
53:10
**bi** 3:8
**bibliography**
69:25 70:6
**binder** 8:4,20
18:10 19:15
66:25 69:2,11
**bit** 22:10,14,17
22:25 23:22
24:4 42:3,9,10
42:16,21,25
43:2,4,8 44:20
44:21,24 45:5

45:5,7,7,10,13
45:18,20 46:1
46:5,12,24
75:20 76:20,23
**bits** 34:1,4
41:11,18 44:6
48:18 49:18
53:24 54:15
77:20
**bound** 21:19
**boundaries**
18:25 49:16
**bounded** 49:19
**bounds** 31:20
68:8
**box** 64:20
**break** 28:21,24
29:1,5 54:23
73:2
**briefly** 6:10
**bring** 14:20
**broader** 9:18
10:5,12,15
11:16,24 12:5
12:22
**broadly** 52:6
52:17,21
**broke** 57:18
**built** 66:20
**burst** 62:24
63:4,10 64:2
**business** 4:19
59:21

**c**

**c** 3:1 79:1,1
**ca** 83:9,12,21
**cable** 4:15,17
5:6 16:18 20:6
20:6,14 21:1,3
34:11,13,17,18
34:24,25 35:25
36:5,7,15,18
37:3 48:8
57:11,21 62:15
62:20 63:16
65:8,15 66:2
67:7 71:1,4,22
**cabling** 20:4
**california** 1:2
2:2 3:3,4,20
**call** 58:4 64:12
**called** 9:10,14
58:6 61:19
62:20,23,24,25
65:8
**calling** 35:6
**camera** 6:10
**capability** 59:6
**capacity** 21:11
21:15,18,19,25
22:7,15 23:1
23:17,21 24:8
24:17 33:9,14
33:17,24 37:6
37:10,16 38:13
39:2,14,20
40:2,6,20,23
41:1 42:6

Page 3

**[capacity - comes]**

45:13,19,19,21
45:25 48:22,24
48:24 51:14,19
51:25 52:3
53:4,13 55:17
55:22 56:2,4
56:13
**carefully** 80:3
**carolina** 3:15
6:1
**carry** 41:12,19
**carrying** 21:11
33:9,14,17,24
37:5,10,16
38:12 39:1,14
39:20 51:14,19
51:25 53:4,13
55:16,22 56:2
56:4,13
**case** 1:4,5,6,7
2:4,5,6,7 6:19
**cases** 41:9
**cause** 44:14
**caused** 53:20
**causes** 37:22
**ccp** 83:9,12
**cell** 36:14,17
**cellular** 36:9,10
36:11
**central** 1:2 2:2
**century** 3:19
**certain** 37:2
**certification**
79:21

**certified** 2:20
**certify** 79:2
82:3
**certifying**
79:24
**chance** 27:1
**change** 81:4
85:4,7,10,13,16
85:19
**changes** 80:9
82:7
**channel** 12:17
21:12,19,23
22:1,3 23:17
24:9,17 26:13
26:14 27:12
33:6,10,13,14
33:16,17,25
37:11,17 38:13
39:2,15,21
40:3,6,20,23
41:1,11,14,18
42:6,12,18,19
43:13,17 45:25
47:12 48:2,5,6
48:10,22 49:2
49:10 51:14,19
52:1,3 53:5,13
55:17 56:2,4
56:14
**chapman** 61:12
61:12
**characteristics**
67:17,19

**charlotte** 3:15
6:1
**chassis** 64:11
64:13 67:25
68:4,15,16,19
**chatterjee** 51:1
51:11 53:15
56:8,15 61:11
**chatterjee's**
50:24
**chief** 61:13
**circled** 67:24
**circular** 42:4
**cisco** 58:21,22
59:3,7 61:11
61:14
**cite** 33:19,22
59:11,18 61:7
61:11,23
**cited** 18:4
61:11
**civil** 83:19,21
**claim** 4:10,13
4:14 6:19 7:9
7:11 76:6
**claims** 7:19,19
**clarification**
39:9 55:23
**clarify** 26:3
**classic** 26:6,12
**clear** 18:1 42:2
**clearly** 45:6
54:20
**clipping** 40:22
41:7

**clock** 64:13
**closely** 25:9
**cm** 5:9
**cmts** 7:14 34:11
57:12,21 58:4
58:6,7,8,20
59:13,16 61:3
61:6,9,14,17,20
62:4,8,20,25,25
63:2,5,7,10,12
63:12,13 64:6
64:7,10,11,12
64:15,16,19
65:1,5,8,10,12
65:19,20,22,22
66:7,7,9,13,17
67:21 68:4,7,8
68:15,18,24
**cmtses** 57:17
57:25 58:2
61:18,24 66:19
**code** 83:9,12,19
83:21
**column** 8:24
13:1,12 14:13
15:19 17:6,22
26:15 27:15
**comcast** 1:12
2:12 3:6,11
6:12
**come** 17:2,25
20:4,5,13,16,19
20:21 42:7
**comes** 22:5

**[coming - davispolk.com]**

coming 16:18
commission
  82:20
commonly
  58:22
communicati...
  1:3,6,9 2:3,6,9
  4:18 19:25
  32:17,18 33:8
  52:7,24 56:10
  83:4,4 85:1,1
compared
  35:21
completed 83:7
  83:17 84:6
completely
  15:11
completion
  84:10
component
  48:9 63:4
components
  64:10
computer
  58:16,19 59:8
  59:9,12,17
  62:7 79:9
concept 73:20
  74:22 75:4
concluded
  78:10
conditions 24:3
conform 15:10
conforms 15:9

considered
  62:4
consists 58:8
  58:15
construction
  6:19
constructions
  4:10,13,14
consultant 4:18
contact 83:9,20
contemplates
  27:21
context 11:15
  11:23 21:6
  22:5 25:19
  28:12 30:16
  34:19,20,21
  51:22 52:19
  66:1
continue 5:2
  21:10
control 79:23
corporation
  1:12 2:12
correct 6:16,22
  7:3,6,7,9 13:13
  13:20,21 14:3
  15:1,22 16:3,4
  16:20 17:18,19
  18:5 19:7,8,11
  20:4,14,15,17
  20:18 21:16,20
  21:23,24 22:8
  23:17,19,22
  26:19,20 27:17

27:18,19,20,22
  29:20 31:5
  33:21 34:17
  35:3,6,22
  43:18,19 44:23
  44:25 46:10,15
  46:25 47:21
  50:17,18,22
  52:15 56:5,16
  58:18 59:4,10
  59:19 60:2,3
  61:9,21,25
  62:1,8,9,17,18
  62:21 63:5,17
  64:7 68:4,20
  69:22 71:13
  72:16 79:10
  82:5
corrected 46:5
  46:11,13
correction
  46:21,22
corrections
  80:4,6 82:7
  83:14,15 84:3
  84:4
correctly 79:7
correlated
  39:14,20,23
correlation
  57:4
counsel 3:6,11
  3:16,21 72:19
  73:12 74:5,6
  74:20 75:13

78:2 79:11
  83:18,22 84:7
count 77:7,25
couple 72:2
court 1:1 2:1
  80:15
courtesy 74:8
cox 1:6 2:6 3:21
  83:4 85:1
cpe 67:21
create 30:14,15
criterion 57:6
crosstalk 20:8
  26:21 29:3
  40:8 47:3 54:4
  58:10 71:17
csr 1:24 79:15
cv 1:4,7 2:4,7

**d**

d 4:1
dashing 67:11
data 21:23
  23:19 62:16,19
  65:19,22,23
  66:1,3
date 69:17 80:8
  82:12 83:16
  84:5 85:24
dated 79:17
dates 6:25
dating 26:11
davis 3:8
davispolk.com
  3:10

Page 5

**[day - docsis]**

day  35:25 82:16
days  7:5 80:12
declaration  4:7 4:8,11 6:21 7:3 7:6 8:1,19,22 15:15 18:9,24 19:14 28:15 33:1,1 47:7 50:1,12 52:11 55:7,10 57:7 59:11 62:6 76:12
declarations  6:18 7:8 18:5 31:24 32:7 61:8,24 75:5
decoding  43:1 44:14
deemed  80:14
defendants  1:8 1:13 2:8,13 74:20
defense  73:12 75:13
define  17:7,11 51:16 68:8 71:21,24,25,25
defined  16:17 32:2 47:22 49:15 54:10 56:8,15 61:2
defines  66:17 71:16

definitely  51:10 73:25 74:13
definition  50:24 52:13,19 53:3 56:17 71:1,8
degree  24:7,16 24:23 25:4 41:2
delay  56:9 73:22 74:2,2 74:11,18
delays  56:20
delivered  48:8 66:2
demarcation  34:10
dependent  26:2 37:21
depends  31:3 41:13
deployed  60:2
deponent  79:4 79:6 82:1
deposing  80:11
deposition  1:19 2:18 7:25 8:5 8:18 18:11,19 19:17 33:2 55:12 57:8 67:1,4,7 69:3 69:14 70:16,24 71:23 78:10 79:9 80:3,10 80:13,14 83:19

83:23,25 84:8 84:10
described  63:3 73:20 75:4
describing  74:24
description  4:6 5:3
desired  9:7 13:5,17 29:24 30:2,6,8,11,12 30:17 31:1 63:15
determine  9:3 23:9 25:5 27:25 28:1 30:9 47:24 51:24
determined  12:7 83:18,23 84:7
determining  4:16 5:4 24:24 28:6,10 69:16
development  4:20 59:24
device  35:15,15 35:18 46:25 48:14 62:3 63:8 65:7 71:4 72:5
devices  56:21 57:17,25 61:18 61:21 68:25

difference  27:11 53:20,23
different  12:6 16:22 33:13,16 66:19 71:22 74:3 77:1
differently  15:18 66:20
difficult  27:7 40:15
difficulty  32:15
digitally  21:6
direct  79:23
directly  75:24
disaggregation  61:3,5,9,24 63:14 64:16
disagree  71:8
disclosure  15:4
discuss  28:15
discussed  64:17 74:21
discussing  75:18
disruptions  4:17 5:6
distribution  71:5
district  1:1,2 2:1,2
disturbances  20:6
docsis  5:7 53:22 54:7 66:15,16 67:21

Page 6

**[docsis - extra]**

70:3,13,19
71:11,14,15,15
71:15,16
**document**
33:22 70:13,19
71:23
**documents**
33:19 59:18
61:7,23 71:12
**doing** 64:14
80:7
**downstream**
34:12
**dr** 50:24 51:1
51:11 53:15
56:8,15 61:11
**duly** 79:4

**e**

**e** 3:1,1 4:1,5 5:1
39:10 79:1,1
81:2 83:9,12
84:1 85:3,3,3
**e.g.** 9:4 13:2,11
**earlier** 22:10
73:11 74:12,19
**early** 26:11
59:22,23 61:2
**east** 3:19
**easy** 47:9
**edge** 61:19
68:17,20
**effect** 21:5
**effective** 48:24
**efficiency** 51:5

**effort** 59:22
**eighth** 67:15
**either** 32:6 61:7
73:20 75:4
76:4
**electrical** 20:10
**eliminated** 32:1
**encoded** 22:2
**encoder** 43:6
**encoding** 41:14
41:16,20 43:4
45:4
**ends** 46:6
**engineer** 20:10
**enter** 72:10
**entire** 53:16
**entitled** 67:16
69:15
**entropic** 1:3,9
2:3,9 3:16 83:4
85:1
**entropics** 4:10
4:13
**environment**
20:13,16 21:1
21:2 49:23
50:3
**equalization**
5:9 70:3,11,21
**equipment**
20:19 21:2
35:24
**equivalency**
75:2

**equivalent** 26:6
30:9,13 41:24
**errata** 80:5,7,9
80:11 82:9
83:14,16 84:3
84:5
**error** 22:10,11
22:14,17,25
23:22,24,25
24:4 42:9,10
42:16,21,25
43:2,5,8 44:14
44:25 45:5,7
45:10,13,18,20
46:1,5 48:21
48:23 75:20
76:20
**errors** 43:15
44:5,20,21,21
45:3 46:6,12
46:14,21,24
**esq** 3:2,13 83:1
**et** 1:6,12 2:6,12
**exactly** 14:6,9
**examination**
6:8 73:7
**examined** 6:6
**example** 12:17
20:25 34:25
36:11 43:12
66:6 67:16,19
68:17
**examples** 17:24
72:2 75:14

**except** 82:7
**excluding** 48:3
48:4
**exclusively**
51:5
**excuse** 13:16
26:24 36:16
39:10 46:22
58:11
**excused** 78:9
**exhibit** 4:7,8,11
4:15 5:4,7 7:25
8:5,9,11,17,21
18:11,19 19:15
19:17 33:2
55:12 57:8
66:25 67:4,6
69:2,3,10,14,22
70:16,23 71:23
**exhibits** 4:7
7:25 8:2,18
**existed** 16:6
**expanding**
15:21
**expect** 23:7
**expert** 18:5
**expires** 82:20
**explain** 32:7
73:16
**explicitly** 15:22
16:2 17:22
**expo** 4:15 67:7
69:17
**extra** 74:18

Page 7

**[f - given]**

| f | | | |
|---|---|---|---|

**f** 79:1
**fact** 36:19
**factors** 12:19
  42:11,17,21
  53:9
**fail** 80:13
**fair** 12:24 17:9
  46:3 48:13
**far** 64:18
**fast** 37:12
**favorite** 72:5
**federal** 84:1,8,9
**fiberoptic** 64:1
**figure** 9:2
**file** 53:22
**fine** 29:6 55:1
  59:2 69:11
  72:21
**finish** 10:23
  27:1 60:8,12
  60:17
**finished** 10:24
  30:22,23
**first** 4:7 6:21
  8:1,19,22
  18:23 32:16
  50:11 57:7
**five** 54:24 55:1
**floor** 3:4,9
**follow** 43:12
**following** 40:5
**follows** 6:6
  83:8

**foregoing**
  79:21 82:4
**forgive** 58:12
  70:5
**form** 9:20 10:7
  11:3,18 12:1
  14:4,15 15:7
  15:23 17:10
  22:16 23:2
  24:1,10,18
  25:17 35:1
  37:24 39:16,22
  43:20,24 44:8
  44:15 45:14,22
  46:4,16 49:5
  49:13 52:25
  53:6 56:6,22
  64:23 65:10
  66:4,8,19 68:5
  68:21 72:1
  73:18 75:1,10
  77:8,13,17
  82:8
**former** 4:19
**found** 8:4
**francisco** 3:4
**frcp** 84:1
**free** 43:17
**frequencies** 9:6
  13:4 26:19
  27:19
**frequency** 9:5
  13:3 26:18
  27:17

**frozen** 23:13,14
  23:14
**full** 14:12
**function** 51:5
  63:2,3 68:18
**functional**
  67:16,19
**functions** 59:15
  62:2,3,7 66:18
  68:7,24 71:25
**fundamental**
  32:17 33:8
**furiously** 8:12
**further** 12:15
  13:14 63:14,19
  76:8 78:4,6

| g | | | |
|---|---|---|---|

**galluzzo** 3:13
  4:4 8:7 9:20,22
  10:7 11:3,18
  12:1,11 14:4
  14:15 15:7,23
  17:10 18:14,17
  22:16 23:2
  24:1,10,18
  25:6,17 26:25
  27:5 28:22,25
  29:6 30:21,24
  32:10 35:1,10
  36:21,24 37:24
  38:14 39:3,16
  39:22 40:12
  43:20,24 44:8
  44:15 45:14,22
  46:4,16 49:5

  49:13 52:25
  53:6 54:24
  55:2,8 56:6,22
  60:6,10,16
  64:23 66:8
  68:5,12,21
  72:19 73:1,8
  73:19 74:1,11
  74:17 75:3,12
  76:9,14 77:6,9
  77:14,21 78:1
  78:4 83:1
**gates** 3:13
**general** 58:16
  58:18 59:7,9
  59:12,16 61:4
**generally** 19:1
  20:17 21:2
**generated**
  36:10 64:13
**generic** 66:3
  71:10
**generically**
  51:16
**getting** 36:7
  74:11
**give** 9:22 12:8
  14:12 16:5
  23:5 36:21,23
  38:20 40:14
  50:5 66:22
  74:7 75:7 77:5
  77:6,25
**given** 16:18
  45:19 79:10

Page 8

**[given - indiscernible]**

82:6
**gives** 17:17,24
23:16
**giving** 27:1
**gl** 5:9
**go** 8:13,21,24
10:9,21 15:24
17:3,5 18:8,12
19:13 23:4,8
23:23 26:23
27:24 29:7
32:16,25 35:13
37:5 38:8 47:2
47:4,6 49:1
52:19 55:6
57:7,11 58:14
60:20,24 61:1
67:15 69:1,24
72:9 75:11
**goes** 69:21
**going** 11:14
12:8 28:25
32:4 45:21
60:13,14,21,24
66:7,21 72:15
**graph** 44:7
**guess** 44:19
**guidelines** 5:8
**guys** 18:15 74:2

**h**

**h** 4:5 5:1 85:3
**handled** 66:7
83:8
**hardware** 58:4
58:6,9,15 59:4

59:5 62:16,19
64:22,22,25
65:1,2
**head** 59:20
**headend** 62:16
62:20 63:17
65:8,15,19
71:5
**header** 67:18
**hear** 18:15
73:23,24 74:13
**heard** 36:2
73:25
**hearing** 78:8
**heavily** 51:4
**help** 35:8
**helpful** 22:23
**high** 30:13 31:7
51:8
**highly** 25:1
**hold** 23:17 27:5
28:22 30:21
40:12 60:6
68:12 73:21
**holobinko** 1:19
2:18 4:2,9,12
4:20 6:4,10,25
8:17 10:2
11:12 12:11
14:25 15:24
22:20 26:25
27:9,14 29:12
32:5 38:18
40:14,18 42:3
46:19 55:6

57:16 60:4,8
60:15 61:1
66:21 67:11
68:23 69:17
72:23 73:9
74:4,19 76:10
77:4 82:3 83:5
85:2
**home** 36:12
72:4
**housekeeping**
8:8
**housing** 61:20
64:7
**hub** 63:24 71:5
**huh** 26:16
38:10 67:23
70:15,22

**i**

**i.e.** 33:10
**ideal** 24:3
**identification**
8:6 18:20
19:18 67:5
69:4 70:17
**identify** 31:24
33:23 62:6
**illustration**
54:21
**image** 68:3
**immediately**
74:14
**impact** 21:11
37:10,16,18,19
37:22 38:2,12

39:1 40:5 43:4
48:3,4,14
56:24 57:2
**impacted** 37:19
50:25
**impacts** 40:19
40:22,25
**impairment**
40:2
**imperative**
80:10
**implementati...**
66:11
**implying** 56:3
**inadequate**
45:3
**include** 11:8
12:19,22,25,25
**included** 83:14
84:3
**incorrect** 44:16
56:7 62:22
**independent**
4:18 34:18
**indicate** 51:13
51:18 53:4,12
**indicated** 79:4
**indicates** 33:5
**indicating**
55:20
**indicator** 30:16
49:22 50:2,20
**indiscernible**
20:8 26:21
29:3 40:8 47:3

Page 9

[indiscernible - layer]

54:4 58:10 71:17
**indulge** 38:23
**industry** 35:25
**information** 21:7,11 22:2 24:8,17 33:9 33:14,17,24 37:5,10,16 38:12 39:1,14 39:20 40:2,6 40:19,23 41:1 42:6 48:22 51:13,18,25 52:3,6,18,23 53:4,12 55:16 55:21 56:1,4 56:13
**ingress** 36:2,4
**initial** 7:3
**initially** 61:5 63:11
**input** 22:14,18 22:25
**insides** 37:3
**instance** 31:19 34:16
**instances** 30:5 31:9,17
**instructions** 80:1
**integrated** 58:8 65:10
**intend** 28:9

**intent** 68:6
**interested** 79:12
**interference** 36:6 40:7,19 41:4 45:10
**interrupt** 60:23
**interrupted** 60:7
**interrupting** 26:24
**intersymbol** 40:6,19 41:4 45:10
**introduced** 7:24 8:18 19:15 34:24 35:17
**introduces** 35:20
**introducing** 8:9 8:11
**invented** 15:10 61:13,15,16
**involve** 34:17 34:24
**involves** 53:9
**iq** 43:23 44:7
**issued** 6:18 7:3 7:5
**issues** 4:16 5:5 30:14,15 53:20 69:16
**items** 13:20

**j**

**j** 1:23 2:19 79:15
**job** 6:15 83:5 85:2
**john** 1:19 2:18 4:2,9,12,20 6:4 61:12,12 67:11 69:17 82:3 83:5 85:2
**jwh** 1:4,7 2:4,7

**k**

**k** 4:7 8:2,18 39:10
**k&l** 3:13
**kamran** 3:18
**kathryn** 3:8
**kathryn.bi** 3:10
**kes** 1:4,7 2:4,7
**keyword** 52:17
**kilpatrick** 3:18
**kin** 79:11
**kinds** 14:7
**klgates.com** 3:15 83:2
**know** 8:3 14:9 18:13 19:20 23:25 26:11 29:23 31:12 35:16,23 36:19 36:20 37:2 47:24 48:14 51:23 52:2 53:18,19,23 59:14 66:4

71:21
**knowledge** 15:3
**known** 19:25
**knows** 54:11
**kp** 8:7 18:14 26:25 55:8 60:16
**kpadmanabhan** 3:5
**krishnan** 3:2 6:11
**ktslaw.com** 3:21

**l**

**l** 39:10
**lack** 51:6
**language** 66:3
**large** 37:22
**latency** 51:4 53:8 55:15,21 55:25 56:3,8,9 56:12,15,24 57:5
**law** 3:8,18
**layer** 11:10 28:13,16 31:21 32:1,3,9,18,22 32:24 34:7,8 35:6,9 48:10 49:19 53:22,23 54:1,6,7,8,9,9 54:13,14,15 62:25 77:11,11 77:16,18,22

Page 10

**[lead - megabit]**

| | | | |
|---|---|---|---|
| **lead** 1:5 2:5 | **located** 65:19 | **marked** 8:5 | 38:3,11,25 |
| **legal** 83:7 | 71:4 | 18:19 19:17 | 39:5 |
| **level** 16:10,15 | **locked** 83:12 | 66:25 67:4 | **measure** 15:11 |
| 16:17,18 29:14 | 84:1 | 69:3 70:16 | 15:15 22:17 |
| 29:17,21,22 | **log** 72:9 | **marketplace** | 24:21 30:3 |
| 31:3,13 45:2 | **logging** 72:4 | 60:2 | 33:8,24 34:16 |
| 51:9 | **long** 19:24 64:1 | **markman** 78:7 | 38:1 42:5,6 |
| **levels** 9:6 13:5 | 74:18 | **martin** 1:23 | 45:19 47:12,15 |
| 13:17 | **look** 28:18 76:6 | 2:19 73:23 | 48:24 77:10 |
| **lexington** 3:9 | **looked** 59:16 | 79:15 | **measured** 9:3 |
| **limit** 22:15 23:1 | 69:6,22 | **material** 6:23 | 26:12,13 31:6 |
| **line** 8:24 9:2 | **looking** 48:7 | 12:10,15 13:8 | 32:8 34:2,6,18 |
| 15:20 26:17 | **los** 3:20 | 13:14 28:19 | 38:6 41:23 |
| 27:15 32:16 | **low** 30:14 31:8 | 29:13 30:1 | 45:18 47:11 |
| 50:1 63:21 | **lte** 36:2,4,6,8 | 32:12 38:16 | 48:2,17 49:3 |
| 81:4 83:15 | | 41:21 42:13 | 51:8 |
| 84:4 85:4,7,10 | **m** | 50:7 76:3,8 | **measurement** |
| 85:13,16,19 | **mac** 53:22 54:7 | **matter** 6:19,25 | 26:7 29:20 |
| **lines** 13:1,2,12 | 77:11,18 | 8:8 24:23 25:3 | 31:5 33:4 |
| 13:15 14:14 | **machine** 79:7 | 28:5,9 66:10 | 34:23 35:14,15 |
| 17:6,22 50:12 | **machines** 61:4 | 68:10 | 35:18,20,21 |
| 53:7 | **made** 15:10 | **maximum** | 49:11 51:24 |
| **list** 14:12 15:17 | 80:6 | 21:22 23:16,19 | **measurements** |
| 16:6 17:17 | **magnitude** | **mean** 34:21 | 35:24 |
| 33:23 66:6 | 30:13 | 35:9 38:5 | **measures** 17:14 |
| **listed** 15:22 | **maintenance** | 43:17 46:21 | 19:10 41:24 |
| 16:3 17:22 | 5:8 70:3,10,20 | 65:23 74:24 | 42:2 |
| 76:20 | 71:19 | **means** 17:7 | **measuring** 19:2 |
| **lists** 67:11 | **make** 12:12 | 18:2 25:14 | 24:8,17 27:16 |
| 69:17 | 32:21,23 75:7 | 43:22 74:3 | 27:21 31:5,20 |
| **little** 18:17 42:3 | 77:25 80:4 | 79:23 | 48:13 53:15 |
| **llc** 1:3,9 2:3,9 | 83:14 84:3 | **meant** 73:16 | 77:1,15,19 |
| **llp** 3:3,8,13,18 | **management** | 75:2 | **meet** 57:6 |
| 83:4 85:1 | 64:14 | **measurable** | **megabit** 46:1,6 |
| | **managing** | 37:18,20 38:1 | 46:14 |
| | 64:22,25 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[megabits - noise]**

**megabits** 45:25
46:2,8,8
**memorialized**
61:5
**mentioned**
14:20
**mer** 16:8
**merit** 2:20
**messy** 60:13
**met** 6:10
**method** 43:4
**methods** 4:15
5:4 69:15
**metric** 7:12,17
9:4,4,11,15,18
9:19 10:5,6,10
10:11,11,12,14
10:16,18,18,25
11:1,8,16,17,24
11:25 12:2,18
12:21,23 13:3
14:2 15:8,9,21
19:1,6,6,10,10
23:10,10 24:6
24:7,15,24,25
25:2,4,5,24,24
26:1,18 27:25
28:1,6,10 32:1
34:3,5 37:9,15
37:21,23 38:11
38:25 39:2,5,7
39:13,19,21
41:5,7 47:14
47:16,20,21,25
49:4,12,20

50:16 52:14
53:9 54:13
55:16,21 56:1
56:3,13 57:2,5
75:21 77:23
**metrics** 12:3
13:13,21 14:12
14:13 15:5,22
16:6,7,24
17:13,13,16,22
17:25 19:1
26:5 32:8 33:7
33:23 42:4
73:13 74:21
75:15,17
**mibs** 67:21
**middle** 60:7
**mind** 17:2 22:5
**minimum**
66:18
**minute** 28:21
40:12 54:23
**mischaracteri...**
51:11
**mode** 34:13
**modem** 16:18
34:11,17,19,24
34:25 35:19
36:15,18 37:3
48:8 57:11,21
62:15 71:1,22
**modems** 66:2
**modular** 61:6
61:17,18 63:13
64:6 65:12

**modulated**
21:6
**modulation**
26:4 43:8,10
43:11 44:24
45:1
**modulator**
63:11,16,18
64:5,11
**modulators**
63:22
**moment** 9:22
18:18 38:20
40:14 50:5
66:22 74:8
75:7 76:7
**motorola** 59:21
**move** 44:6
76:22
**muffled** 18:18
**multi** 63:2
**multiple** 36:14
36:17 58:5,5

**n**

**n** 3:1 4:1
**name** 6:11
72:10,14
**nancy** 1:23
2:19 79:15
**necessarily**
47:16 55:16
56:1 63:18
64:19
**necessary** 80:4
83:14 84:3

**need** 10:1 11:22
26:5 46:19
47:24 51:23
52:2 57:2 62:3
62:7 72:10
**needs** 25:8 38:2
38:5 57:4
**negative** 21:11
37:10,16 38:12
39:1
**negligible**
35:20,22,23
**neither** 79:11
**netflix** 72:6,10
**network** 4:16
5:5,8 19:25
34:11 46:24
49:16 52:4,8
52:24 53:16
54:10 56:10
69:16 70:2,10
70:20 71:19
77:11
**networks** 4:18
5:6
**never** 56:12
**new** 3:10,10
4:15 5:4 69:15
**no.6690893**
83:5 85:2
**noise** 9:6 13:4
13:17 14:21
16:14,19 20:1
20:4,5,10,13,16
20:19,21 21:6

Page 12

[noise - padmanabhan]

21:10 24:4
29:12,14,17,20
29:21,22 31:3
31:12 34:24
35:15,17,20
40:1 41:22
43:13,17,22
44:5,9,13,17,17
44:19 45:2
48:15,25 49:22
**noiseless** 46:23
**noisy** 49:23
  50:3,22
**non** 43:13 44:3
**north** 3:15 6:1
**notary** 82:23
**notating** 83:15
  84:4
**noted** 80:9 82:8
**notice** 79:3
**number** 4:6 5:3
  20:22 34:1,1,4
  41:18 83:15
  84:4
**numbers** 45:24
**numerator**
  16:19 30:18
  31:1

**o**

**object** 11:4
  28:25 74:5,6
  75:10
**objected** 74:14
  74:15

**objection** 9:20
  10:7 11:3,18
  12:1 14:4,15
  15:7,23 17:10
  22:16 23:2
  24:1,10,18
  25:6,17 32:10
  35:1,10 37:24
  38:14 39:3,16
  39:22 43:20,24
  44:8,15 45:14
  45:22 46:4,16
  49:5,13 52:25
  53:6 56:6,22
  64:23 66:8
  68:5,21 73:18
  73:25 75:1
  77:8,13,17
  78:1
**objections** 75:9
**occurs** 36:5
**ofdm** 26:13
**office** 83:11
**oh** 13:16 37:1
  39:10 50:14,21
  50:23 70:7
  75:8
**okay** 6:18 7:16
  7:17 9:24
  10:10,24 11:7
  11:22 12:14,21
  13:23 14:23
  15:3 16:5,15
  16:22,24 17:16
  18:8,16,23

19:13 22:10,22
24:23 29:6,7
29:17 30:24
32:25 33:3
35:8 37:5 42:1
42:20 47:2,4
50:15 55:2
57:7,24 59:3
62:14 63:7,23
63:25 65:6,12
65:14,17,17
67:15 68:19
69:1,24 72:2,9
72:21
**ones** 17:1 20:24
**ooo** 6:3
**opening** 18:9
**operating** 59:6
**opinion** 10:14
  10:19,25 11:15
  11:23 12:21
  13:11,20 25:22
  33:20 47:9,19
  56:12 65:20
**opinions** 72:3
**opposed** 71:18
**order** 25:4,23
  27:25 62:3,7
**ordinary** 14:5
  14:25 15:4
  33:21 47:10
  53:17
**original** 17:3,5
  63:1 80:11
  83:10,20,22

**outcome** 79:13
**outside** 31:20
  32:23 61:19,22
  64:5,6,13,15
**owned** 63:21

**p**

**p** 3:1,1
**packets** 51:9
  53:23 54:16
  77:19
**padmanabhan**
  3:2 4:3 6:9,11
  6:24 7:22,24
  8:11,16 9:25
  10:8 11:11,21
  12:4,20 13:10
  13:19 14:8,22
  15:13 16:1
  17:15 18:8,15
  18:22 19:13,19
  19:23 20:12
  22:19 23:6
  24:5,13,22
  25:11,20 26:22
  27:3,13 28:20
  28:23 29:4,7
  29:11,16 30:4
  30:25 31:14,23
  32:20 35:4,12
  37:4 38:4,17
  38:24 39:12,18
  39:25 40:9,17
  41:25 42:15
  43:21 44:1,12
  44:18 45:16,23

Page 13

**[padmanabhan - place]**

| | | | |
|---|---|---|---|
| 46:9,18 47:5 | 33:20 47:2,6 | 11:2,9,9,16,24 | 12:17,18,21 |
| 48:12,20 49:9 | 48:1 49:25 | 12:7,16 14:16 | 33:6,10,16 |
| 49:21 50:10 | 50:13,15,19 | 15:5 17:12,21 | 53:16 69:16 |
| 53:2,11 54:2,5 | 52:5,17 55:6 | 17:24 18:4 | **performed** |
| 54:22 55:1,5,9 | 55:15,25 76:11 | 22:8 23:8 | 34:23 |
| 55:24 56:11,19 | **paragraphs** | 25:22 26:8,15 | **period** 83:18 |
| 56:25 58:13 | 19:20 32:14,21 | 27:15 28:12,14 | 84:7 |
| 60:9,13,20 | **parameter** 30:8 | 28:15 29:15 | **perjury** 83:17 |
| 62:11 65:3 | **parenthesis** | 31:25 32:2,7 | 84:6 |
| 66:12,21,24 | 13:12 | 34:21 54:10,12 | **person** 14:5,25 |
| 67:6 68:9,14 | **park** 3:19 | 54:17 69:9 | 15:3 23:7 |
| 68:22 69:1,5 | **part** 38:8 48:6 | 75:25 76:5 | 25:22 26:10,10 |
| 69:13 70:18,23 | 48:9 57:1 | **patents** 14:19 | 28:1 33:21 |
| 71:20 72:21,25 | 59:21 63:11 | 76:5 | 40:16 47:10 |
| 73:3,18,21,24 | 64:10,22 65:20 | **pause** 7:23 12:8 | 53:17,19 61:12 |
| 74:4,13 75:1 | 65:22 66:7 | 14:24 18:7 | **phenomenon** |
| 75:10 77:4,8 | 68:17 76:6 | 19:21 31:11,22 | 36:5 |
| 77:13,17 78:3 | **partially** 61:21 | 38:21 39:11 | **phones** 36:15 |
| 78:6 | **particular** 9:5 | 48:11,19 56:18 | 36:17 |
| **page** 4:2,6 5:3 | 13:3 23:9 26:2 | 62:10 66:23 | **phy** 54:8,9,13 |
| 32:16 57:12 | 26:18 27:17 | 67:2 74:12,14 | 54:15,15 62:25 |
| 69:25 70:6,25 | 28:6 47:13 | 76:13 | **physical** 40:2 |
| 76:17 81:4 | 49:15,15 51:24 | **paused** 58:11 | 47:12 48:2,5,6 |
| 83:15 84:4 | **parties** 2:21 | **pdf** 83:12 84:1 | 48:10 54:9 |
| 85:4,7,10,13,16 | **parts** 53:21 | **penalty** 83:16 | 55:17 56:2,4 |
| 85:19 | **party** 79:12 | 84:5 | 56:14 58:3 |
| **pages** 1:25 8:21 | **passage** 9:10 | **people** 61:2 | 64:9 65:7 |
| 82:4 83:14,17 | 10:15 14:1 | 63:14 | **physically** 38:5 |
| 83:17 84:3,6,6 | 15:22 19:5 | **percent** 75:23 | **piece** 58:3 59:3 |
| **paper** 67:17 | **passages** 18:3 | **performance** | 59:5 64:22,25 |
| 69:6,21 | **passed** 21:23 | 4:16 5:5 9:3,11 | 65:1 67:17 |
| **papers** 64:17 | **password** | 9:17 10:4,10 | **pieces** 58:6 |
| **paragraph** | 72:11,14 | 10:11,12,14,18 | **place** 25:2,10 |
| 18:12,23 19:24 | **patent** 7:20 | 10:25 11:7,10 | 54:12 79:4 |
| 21:5 32:25 | 8:22 10:15,17 | 11:16,24 12:2 | |

Page 14

**[plaintiff - quite]**

| | | | |
|---|---|---|---|
| **plaintiff** 1:4,10 2:4,10 4:9,12 | **premise** 61:10 | **property** 32:17 33:9 | **quality** 15:12 15:16 19:2,7 |
| **plant** 36:7 | **presentation** 67:7 69:6,15 69:22 | **proposed** 4:10 4:13 | 19:10 22:18 31:6 33:5,10 |
| **please** 10:3,23 18:13 20:25 24:12 28:8 37:12 38:20 41:17 49:7 50:5,8 60:8,11 60:17 73:2 75:7 76:11 80:3,7 | **presented** 64:17 | **proposition** 59:19 | 33:13 38:2,7 39:6,7 42:5,12 42:18,19,19,22 43:2 47:13,16 48:8 49:23 50:3,20 53:10 |
| | **pretty** 33:15 | **propounded** 82:7 | |
| | **previous** 14:19 51:3 52:19 70:6 74:16 | **provide** 47:15 60:15 | |
| | **previously** 31:4 71:24 | **provided** 83:19 84:8 | **quantify** 49:6 |
| **pnmp** 5:9 | **proactive** 5:8 70:2,8,20 71:18 | **provides** 47:12 | **quantization** 40:25 41:2 |
| **point** 34:10 36:11,13 44:19 48:16 51:3 56:21 | | **providing** 65:19,21 66:6 | **question** 10:1 11:5 17:3,5 22:21 25:3,18 27:4,14 28:24 29:4 32:4 35:17 36:22,25 40:15 41:17 49:7,8 50:9 51:20 53:1,14 60:5,11,12,14 60:18 62:5 65:24 66:4 74:16 76:10 |
| | **problems** 42:24 43:1 | **public** 82:23 | |
| **polk** 3:8 | **procedure** 83:19,21 | **purely** 47:11 48:2 | |
| **posita** 14:18 17:2 18:1,24 23:11 29:22 32:15,19 35:16 35:23 54:11 59:14,20 64:18 71:9 | **proceedings** 1:18 7:23 38:21 66:23 | **purpose** 10:17 11:9 58:16,18 59:8,9,12 61:4 | |
| | **processing** 42:24 43:1 51:5 59:6 | **pursuant** 79:3 | |
| | | **push** 43:22 | |
| | **product** 63:21 | **put** 62:12 64:2 72:14 | |
| **possible** 77:10 | **products** 60:1 | | **questioning** 60:23 |
| **potential** 61:4 | **profile** 9:6 13:4 | **q** | **questions** 6:12 6:16 29:2 74:6 74:17 77:7 78:5,7 82:6 |
| **power** 16:10,15 16:17,17,23 | **program** 72:6,6 | **qam** 26:12 43:14 44:4,10 44:20,21,21 45:3 61:19 63:21 64:2 | |
| **practices** 5:7 | **programed** 64:15 | | |
| **pre** 5:9 70:3,11 70:21 | **programming** 66:3 | **qams** 68:17,20 | **quite** 76:23 |
| **predicting** 4:17 5:5 | **properly** 43:7 | **qualify** 15:6 62:8 | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[r - repeat]**

| r |
|---|
| **r**  3:1 79:1 81:2 |
| 81:2 85:3,3 |
| **r&s**  84:1,9 |
| **rack**  63:7 |
| **range**  9:5 13:4 |
| 26:19 27:19 |
| 44:6 |
| **rate**  22:10,11 |
| 22:14,17,25 |
| 23:19,22,24,25 |
| 24:4 42:9,10 |
| 42:16,21,25 |
| 43:3,5,8,9,10 |
| 44:24,25 45:1 |
| 45:4,6,8,11,13 |
| 45:18,20 46:1 |
| 46:6 48:21,23 |
| 75:20 76:20 |
| **ratio**  14:21 |
| 16:20 43:14 |
| 48:15 49:22 |
| **reach**  23:21 |
| **read**  80:3 82:4 |
| **reading**  23:8 |
| 25:21 83:24 |
| 84:9 |
| **reads**  9:2 |
| **real**  45:24 |
| **reason**  80:5 |
| 85:6,9,12,15,18 |
| 85:21 |
| **reasonably** |
| 18:25 |

**rebuttal**  4:11
7:5 32:14 33:1
47:6 50:1
55:10 76:12
**recall**  22:12
28:3 73:11
74:19 75:13
76:24
**receipt**  80:12
**received**  34:13
44:4,4
**receiver**  42:24
43:1 48:3,4,6
62:24 63:4,10
64:2
**receiving**  46:25
48:14
**recess**  8:14
29:9 55:3 73:4
**recited**  10:14
**recites**  9:10,14
**recognized**
21:12,15
**record**  8:13
12:13 29:8
60:14,22 69:13
74:15 79:10
**recorded**  79:7
**redirect**  73:1
73:10 78:7
**refer**  14:19
32:13 53:7
58:24 63:1
71:11

**referee**  27:8
**refereeing**
40:13
**reference**  12:13
23:8 29:22
32:16,21 46:8
57:13 62:2
76:2
**referenced**  22:7
31:4 58:7 83:6
**references**
27:16 28:16
**referencing**
29:18 66:14
68:4 71:13
**referred**  14:7
57:17,25 58:1
58:22 73:13
75:24 76:6
**referring**  12:12
13:16,18 19:1
34:9,10 38:19
54:7 65:1,11
71:14 76:18
**refers**  11:9
12:16 28:12
52:6,18,22
**reflections**  21:3
21:4
**regarding**
33:20 61:8
70:19
**registered**  2:20
**related**  1:7 2:7
7:11,16 9:4,15

9:18 10:5,11
10:16 11:1,17
11:25 12:18,18
12:23 13:2,13
13:21 14:2,10
14:13 15:21
16:7 17:13,16
19:1,6,9 23:10
24:7,8,16,16,20
24:25 25:2,4,5
25:9,24 26:5
26:18 28:1
32:1,8 33:7,7
34:5 37:11,17
37:23 38:7,8
38:13 39:2,6,7
39:15,21 41:4
41:7 42:2,4
47:14,20,21,25
49:4,12,20
50:16,23 51:25
52:2,14 54:13
57:2,5 61:23
73:12 74:21
75:14,20 77:22
**relative**  29:21
**released**  83:22
**relies**  41:22
**rely**  41:15,19
**relying**  18:4
**remote**  1:18
2:18
**remotely**  2:21
**repeat**  20:24
24:11 28:8

Page 16

**[repeat - share]**

37:12,14 38:22
39:17 41:17
49:7
**reported**  1:23
**reporter**  2:20
2:21 39:9
55:23 73:23
79:24
**represent**  68:7
**representing**
19:2
**represents**  19:6
**reproduction**
79:22
**requested**  39:9
55:23 84:1,9
84:10
**required**  43:11
57:1 83:20
**requirement**
64:3
**requires**  31:25
32:8
**resides**  65:15
**respond**  46:19
**response**  10:23
38:20 46:17
53:8 56:7,16
**responsible**
64:21 65:18,21
66:5
**result**  12:3 20:5
36:6 51:10
**return**  28:21
80:11 83:17

84:6
**review**  23:4
50:6 83:8,10
83:13 84:2
**reviewed**  6:23
12:10,15 13:8
13:14 28:19
29:13 30:1
32:12 38:16
41:21 42:13
50:7 76:3,8
**rf**  16:23
**rid**  52:21
**right**  6:19 7:20
7:21 16:16
18:18 25:13
27:2 31:3
36:12 44:7,14
44:22 45:21
54:19 55:13
57:22 58:4,17
59:8 61:20
63:8 64:5
70:14 74:5,6
78:4
**rmr**  1:24 79:15
**routers**  53:21
**routinely**  63:12
**routing**  36:15
36:18
**rpr**  1:24
**rsc4**  58:7,8,16
**rules**  84:8

**s**

**s**  3:1 4:5 5:1 9:4
85:3
**san**  3:4
**sarah**  3:18
**sat**  63:4,16
**save**  78:7
**saying**  15:25
17:16 19:5,9
22:6 25:12
42:4 44:2
46:11,13,20
54:6
**says**  12:7 13:2
13:23 15:20
17:6,12,17
26:17 47:9
54:14 67:21
69:10 70:2,6
71:4
**schedule**  83:10
**scope**  9:17,18
10:4,5 11:1,17
11:24 12:5,6
**screen**  72:9
**sealed**  83:20
**searched**  54:17
**second**  7:22
8:13 12:9
19:14 27:5
28:22 41:11,18
46:1,2,2,6,14
52:16,22 60:6
69:24 77:5

**see**  8:3,9 9:8,12
13:7,24 19:3
20:2 21:8
33:11 47:17
50:4 55:18
67:9,13,14,22
68:1 69:8,9,19
70:4,8 71:2,6
74:1
**seems**  8:12 51:1
**sense**  32:23
33:7
**sentence**  18:23
50:12 52:16
**separated**
63:12
**separately**  19:9
**serve**  47:14
50:16
**server**  63:7
72:16
**service**  4:17 5:6
**set**  14:17 46:14
49:15
**sets**  21:18
**shannon**  21:12
21:14,14 22:6
**shannon's**
21:15,18 22:7
22:14,25 23:4
23:9,16,21,22
23:23 24:2
**share**  8:9,12
18:10 19:16

Page 17

**[sheet - starting]**

| | | | |
|---|---|---|---|
| **sheet**  80:6,7,9 | 83:24 84:9 | 15:21 16:7 | 68:19 |
| 80:11 82:9 | **significant** | 17:13,16 18:25 | **solely**  46:24 |
| **short**  58:23,23 | 56:20 | 19:5,9 23:10 | 56:21 |
| 73:1,9 | **signing**  80:8 | 24:6,15,21,24 | **solutions**  83:7 |
| **shorthand**  2:20 | **similar**  14:18 | 24:25 25:2,2,4 | **somewhat**  12:6 |
| 79:7,24 | 24:20 25:1,14 | 25:5,9,10,10,13 | **sorry**  11:13 |
| **shown**  9:2 | 39:8 48:25 | 25:16,23,24 | 13:15 15:24 |
| 54:20 | **similarity** | 26:1,5,6,7,9,12 | 22:24 23:15 |
| **shows**  67:25 | 24:24 | 26:17,18,19 | 27:16 37:1 |
| **sign**  80:7 83:16 | **single**  64:19 | 27:16,19,21,25 | 40:11 46:20 |
| 84:5 | **sit**  9:22 61:19 | 28:2,7,11 | 57:18 68:13 |
| **signal**  15:11,16 | 61:22 63:23,24 | 29:12,15,25 | 69:9 75:8 76:4 |
| 16:16,18,19 | 64:5,6 | 30:7,9,9,18 | **sort**  47:10 |
| 19:2,6,10 21:3 | **sits**  63:10 | 31:2,2,4,10,15 | **sources**  20:22 |
| 27:11 29:19 | **situation**  37:21 | 31:18,25 32:8 | **south**  3:14 |
| 30:2,6,8,11,12 | 44:2 47:9 | 33:4,6,7,9 34:4 | **space**  80:5 |
| 30:13,14,15,17 | **skamran**  3:21 | 34:16,18,23 | **speaking**  35:14 |
| 31:1,7,9 33:5 | **skill**  14:6 15:1 | 37:11,17,23 | **specific**  14:17 |
| 34:12 37:6 | 15:4 25:22 | 38:13 39:2,8 | 28:5 |
| 38:2,7 39:6,7 | 26:10 28:1 | 39:15,21 41:4 | **specifically** |
| 41:14 42:5,19 | 33:21 47:10 | 41:7,10,16,19 | 17:11 18:11 |
| 42:22 43:2,13 | 53:17,19 | 41:23,23 42:2 | **specification** |
| 44:3,4,9,17,19 | **skilled**  23:7 | 42:4 43:11 | 66:9,13,15,16 |
| 45:2,2 47:13 | **slide**  67:15 | 44:3 47:14,20 | 70:13,19 71:12 |
| 47:15 48:15,25 | **slight**  35:2 | 47:21,25 49:3 | 71:15,19 |
| 49:22,23 50:2 | **slightly**  15:18 | 49:12,20 50:16 | **specifications** |
| 50:20 53:10 | **small**  38:1 | 50:25 52:14 | 71:21 |
| **signaling**  21:12 | **snr**  7:11,16 9:4 | 54:13 56:24 | **specifics**  51:23 |
| 33:6 37:11 | 9:4,5,6,15,18 | 57:2,3,4,5 | **spinning**  8:12 |
| **signals**  9:7 13:5 | 10:5,10,11,15 | 73:12,14,17 | **stands**  57:21 |
| 13:17 21:6 | 10:17 11:1,8 | 74:21,22,25 | **start**  7:16 |
| 29:24 36:6,9 | 11:17,25 12:3 | 75:14,20 77:22 | 19:19 30:10 |
| 36:10 | 12:17,22 13:2 | **software**  58:6 | 57:20 |
| **signature**  79:15 | 13:3,3,4,13,21 | 58:15 59:5 | **starting**  57:12 |
| 82:12 83:22,24 | 14:2,2,10,10,13 | 65:2,4 68:16 | 61:14 |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[state - testimony]**

| | | | |
|---|---|---|---|
| **state** 18:24 49:17 80:4 83:9,12 | **subscribers** 66:6 | 49:18 53:24 54:15 77:20 | 51:17 53:25 65:7 |
| **stated** 49:16 71:24 | **substance** 82:8 | **synchronizati...** 45:5,7 | **target** 43:23 |
| **statement** 27:24 51:3 52:10 | **substitute** 25:12,16,24 26:1 28:2,7,10 29:12,15,25 30:6 31:2,10 31:15,17 73:14 73:17 74:22,25 | **synonymous** 33:15,18 45:13 48:21,23 | **tech** 4:15 67:7 |
| **states** 1:1 2:1 29:15 | | **system** 46:7 51:12 53:22,25 57:12,21 59:6 63:2 64:12,21 65:18,21 66:5 67:16,19 68:7 71:1,5,16,19,22 | **techniques** 26:4 |
| **stating** 59:12 | | | **television** 71:5 |
| **stays** 44:17 | | | **tell** 8:25 11:4 14:1 15:5,8 20:23 41:11 57:14 68:17 79:5 |
| **stipulation** 83:21 | **sufficient** 44:5 44:10,13 | **systems** 36:6 58:1,3 61:14 64:14 | **telling** 30:10 44:11 |
| **stockton** 3:18 | **suite** 3:14,19 | | **tells** 17:21,25 |
| **stopped** 60:10 60:11 | **supervision** 79:8,24 | **t** | **term** 18:25 39:23 49:14 50:25 51:15 53:15 64:24 71:10 |
| **strategy** 4:19 59:21 | **support** 4:9,12 33:19 43:14 44:10 59:18 | **t** 4:5 5:1 79:1,1 81:2 85:3,3 | |
| **strawn** 3:3 | **supported** 43:10 | **tab** 8:4,19 18:9 19:14 66:25 69:2,9,10,11,12 69:13 70:18 | **terminate** 62:17,20 |
| **streaming** 72:6 | **supposed** 61:8 | | **termination** 57:11,21 71:1 71:22 |
| **street** 3:3,14 | **sure** 7:18 12:12 16:8 22:9 23:3 24:14 41:2 48:7 57:19 61:10 73:3 75:7,23 77:25 | **take** 14:24 28:20 39:6 54:22,24 63:9 65:4 73:2 74:8 | **terms** 7:9,11,19 31:5,6,7 33:18 47:11,22 48:2 54:20 66:18,19 |
| **strength** 9:6 13:5,17 16:16 29:24 30:2,6,8 30:11,12,12,15 30:17 31:1,7,9 | | **taken** 8:14 29:9 55:3 73:4 79:3 | **test** 35:23 |
| **strike** 15:17 40:10 42:7 62:4,4 | **sworn** 6:5 79:5 82:16 | **talk** 34:12 42:9 | **testified** 6:6 |
| **subject** 80:8 | **symbol** 14:21 16:14 22:11 23:24,25 48:21 48:23 | **talked** 22:10 | **testimony** 4:2 28:3 73:11 74:20 75:13 76:23 79:2,6 |
| **subscribed** 82:16 | | **talking** 8:8 21:15 26:20 47:7 49:17 | |
| **subscriber** 64:14 | **symbols** 34:2 43:23 48:18 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[testimony - upstream]**

| | | | **u** |
|---|---|---|---|
| 79:10 | 47:23,25 48:13 | 83:6,8,10,13,13 | |
| **thank**  10:24 | 48:15,17 49:1 | 83:22 84:2,2 | **uber**  59:1 |
| 12:14 30:24 | 49:3,11,14,18 | **transcription** | **uber10012** |
| 70:7 72:22,23 | 50:2,16,24,25 | 79:9 82:5 | 58:21 |
| 72:24 73:9 | 51:4,8,13,15,16 | **transmission** | **uh**  26:16 38:10 |
| **theorem**  21:16 | 51:18,22,24 | 11:10 28:13,16 | 67:23 70:15,22 |
| 21:18 22:7,15 | 52:5,13,17,22 | 31:20 32:1,3,9 | **ultimately**  48:7 |
| 23:1,4,9,16,22 | 53:3,8,12,20,25 | 32:22,24 34:6 | **under**  24:2,3 |
| **theoretical** | 56:24 76:22 | 34:8 35:6,9 | 79:8,23 |
| 20:10 21:19,22 | 77:2,10,15,19 | 46:23 48:10 | **understand** |
| 22:15 23:1 | 77:22 | 49:19 54:3,6 | 6:13 10:13 |
| **theoretically** | **thursday**  1:20 | **transmitted** | 11:5,22 14:6 |
| 46:23 | 2:16 6:1 | 52:7,23 | 14:19 15:14 |
| **theory**  21:7 | **time**  28:8 34:2 | **transmitting** | 25:23 26:6 |
| 23:23 24:3 | 34:4 37:13 | 62:15 | 32:19 35:8 |
| **thereof**  51:6 | 38:22 39:17 | **transport** | 36:22,24 38:9 |
| 79:13 | 42:14 52:7,23 | 32:18 51:12 | 51:21 60:16 |
| **thermal**  20:10 | 56:9,9 60:24 | 54:1,10,14,18 | 64:18 68:10 |
| **things**  11:8 | 63:13,13 72:20 | **true**  79:10 | 71:9 72:3 |
| 12:22 13:16 | 72:23 79:3 | **truth**  79:5,5,6 | **understandable** |
| 14:7,18,21 | 83:10,18,25 | **try**  11:14 74:2 | 18:1 |
| 37:19 40:15 | 84:7 | **trying**  27:3,7 | **understanding** |
| 41:15,23 42:5 | **today**  6:12 | 38:9 60:17 | 32:15 33:21 |
| 48:17 51:9,10 | **token**  63:11 | 65:4 | **understands** |
| 53:21 | **told**  31:7 | **tryon**  3:14 | 20:11 |
| **think**  17:4 | **top**  76:17 | **turn**  8:20 49:25 | **understood** |
| 26:25 31:19 | **total**  34:1,1,4 | 66:24 70:18,25 | 18:25 25:1 |
| 33:15 46:8 | 45:21 46:14,21 | 76:11 | 63:14 |
| 72:4 73:21 | **townsend**  3:18 | **tv**  35:25 72:5 | **unit**  52:6,23 |
| 74:18 | **traffic**  66:2 | **two**  6:18 7:8 | **united**  1:1 2:1 |
| **thirty**  80:12 | **tran**  28:17 | 13:20 28:21 | **unreliable**  36:1 |
| **three**  77:6,25 | **transcribed** | 32:6 48:17 | **upper**  21:19 |
| **throughput** | 79:8 | 54:23,25 61:8 | **upstream** |
| 46:7 47:8,11 | **transcript** | **type**  36:9,10 | 62:15 |
| 47:13,15,20,21 | 79:21 80:13,14 | | |

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**[use - zero]**

use  28:9 31:6
  61:3,4
used  25:2,9
  30:9 80:15
useful  49:22
  50:2,19
user  72:10,14
uses  14:17,18
  53:15
using  5:9 34:23
  51:15 53:3
  64:24 70:3,10
  70:20

**v**

v  1:5,11 2:5,11
v02-110623  5:9
vague  9:20
  10:7 11:3,18
  12:1 14:15
  15:7 17:10
  22:16 23:2
  37:24 39:16,22
  39:24 44:8
  45:14,22 46:4
  49:5,13 51:20
  53:6 56:22
  64:23 66:8
various  33:6
  75:14
verbal  36:21,23
verbally  46:19
veritext  83:7,9
  83:11,20
versus  53:22

video  27:7
  40:15
videotaped
  1:19
view  64:16
vincent  3:13
  83:1
vincent.gallu...
  3:15 83:2
vp  4:19
vs  83:4 85:1

**w**

wait  74:17
waiting  46:20
  56:9
waived  83:24
  83:24
waiving  83:21
want  10:13
  17:3 27:24
  28:23 57:12
  62:12 68:10
  72:3
wardwell  3:8
watch  72:5
way  22:2 26:13
  36:20 56:8
  71:22
ways  77:1
we've  8:18
widely  64:17
winston  3:3
winston.com
  3:5

withdraw
  76:10
witness  6:23
  9:21,24 11:7
  11:19 12:2,8
  12:10,14,15,16
  13:8,9,14,15
  14:5,16 15:8
  15:25 17:11
  18:21 19:22
  20:9 22:17
  23:3 24:2,11
  24:19 25:8,18
  27:10 28:18,19
  29:13,14 30:1
  30:2,23 31:12
  32:12,13 35:2
  36:23 37:1,25
  38:16,19,22
  39:5,10,17,23
  41:21,22 42:13
  42:14 43:25
  44:9,16 45:15
  46:5,17 47:4
  49:6,14 50:5,7
  50:8 53:7 56:7
  56:23 58:11
  64:24 66:9
  67:3 68:6,13
  70:22 71:18
  72:24 74:10
  75:2 76:3,4,8
  77:18 78:9
  79:11 80:1
  83:13,16 84:2

  84:5 85:24
word  52:16
  54:18
work  35:24,25
  59:22,23,24
  67:17
working  43:6

**x**

x  4:1,5 5:1 84:1

**y**

yeah  18:17
  37:14 55:1
  58:22,25 68:11
  73:24 77:6
years  26:11
york  3:10,10

**z**

zero  23:22,25
  24:4 43:13
  44:3,20,20

Page 21

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.