# Exhibit H

Page 1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3                         SANTA ANA DIVISION

4

5    ENTROPIC COMMUNICATIONS, LLC,

6          PLAINTIFF,                  CASE NO.:

7       vs.                           2:23-CV-01049-JWH-KES

                                       LEAD CASE

8    COMCAST CORPORATION; COMCAST

9    CABLE COMMUNICATIONS, LLC; AND

10   COMCAST CABLE COMMUNICATIONS

11   MANAGEMENT, LLC,

12         DEFENDANTS.                 2:23-CV-01050-JWH-KES

     _____/  RELATED CASE

13

14      VIDEOTAPED DEPOSITION OF SANDEEP CHATTERJEE, PH.D.

15          *VIA REMOTE COUNSEL VIDEOCONFERENCE*

16                 FRIDAY, MAY 10, 2024

17                      VOLUME I

18

19

20

21   STENOGRAPHICALLY REPORTED BY:

22   MEGAN F. ALVAREZ, RPR, CSR No. 12470

23   JOB NO. 6684756

24

25

Page 2

```
1           UNITED STATES DISTRICT COURT
2           CENTRAL DISTRICT OF CALIFORNIA
3              SANTA ANA DIVISION
4
5  ENTROPIC COMMUNICATIONS, LLC,
6      PLAINTIFF,         CASE NO.:
7      vs.          2:23-CV-01049-JWH-KES
                    LEAD CASE
8  COMCAST CORPORATION; COMCAST
9  CABLE COMMUNICATIONS, LLC; AND
10 COMCAST CABLE COMMUNICATIONS
11 MANAGEMENT, LLC,
12     DEFENDANTS.        2:23-CV-01050-JWH-KES
   _____/  RELATED CASE
13
14
15       Videotaped Videoconference Deposition of
16 SANDEEP CHATTERJEE, PH.D., Volume I, taken on behalf of
17 Plaintiff, VIA REMOTE COUNSEL.  Deponent testifying from
18 Atherton, California, beginning at 9:08 a.m. and ending
19 at 11:37 a.m. on Friday, May 10, 2024, before
20 Megan F. Alvarez, RPR, Certified Shorthand Reporter
21 No. 12470.
22
23
24
25
```

Page 4

```
1  APPEARANCES: (CONTINUED)
2
3  FOR DEFENDANTS:
4      BY:  KRISHNAN PADMANABHAN, ESQ.
5      WINSTON & STRAWN LLP
6      200 PARK AVENUE
7      NEW YORK, NEW YORK 10166
8      212.294.6700
9      212.294.4700 FAX
10     KPADMANABHAN@WINSTON.COM
11 AND
12     BY:  KATHRYN BI, ESQ.
13     DAVID POLK WARDWELL LLP
14     450 LEXINGTON AVENUE, 11TH FLOOR
15     NEW YORK, NEW YORK  10017
16
17 FOR DEFENDANT COX:
18     BY:  SARAH KAMRAM, ESQ.
19     KILPATRICK TOWNSEND STOCKTON LLP
20     1801 CENTURY PARK EAST, SUITE 2300
21     LOS ANGELES, CALIFORNIA 90067
22     SKAMRAN@KTSLAW.COM
23
24 THE VIDEO OPERATOR:
25     JEFF NICHOLS, VERITEXT
```

Page 3

```
1  APPEARANCES: (ALL PARTIES APPEARING VIA VIDEOCONFERENCE)
2
3  FOR PLAINTIFF:
4      BY:  VINCE GALLUZZO, ESQ.
5      K&L GATES
6      300 SOUTH TRYON STREET
7      SUITE 1000
8      CHARLOTTE, NORTH CAROLINA 28202
9      VINCENT.GALLUZZO@KLGATES.COM
10 AND
11     BY:  MATTHEW BLAIR, ESQ.
12     K&L GATES
13     2801 VIA FORTUNA, SUITE 350
14     AUSTIN, TEXAS 78746
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1              INDEX
2  WITNESS                 EXAMINATION
3  SANDEEP CHATTERJEE, PH.D.
4  VOLUME I
5     BY MR. GALLUZZO              9
6
7          --o0o--
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

Page 6

1        EXHIBITS MARKED FOR IDENTIFICATION
2  No.        Description            Page
3  Exhibit 1    Declaration of Dr. Sandeep ..........13
4        Chatterjee Regarding Claim
5        Construction
6
7  Exhibit 2    Errata to Declaration of ............13
8        Dr. Sandeep Chatterjee
9        Regarding Claim Construction
10
11  Exhibit 3    Curriculum Vitae, Exhibit F to ......13
12        Declaration of Dr. Sandeep
13        Chatterjee
14
15  Exhibit 4    Patent No. US 10,135,682 B2, ........13
16        dated 11/20/18, Exhibit N to
17        Declaration of Dr. Sandeep
18        Chatterjee
19
20  Exhibit 5    U.S. Patent Application .............47
21        Publication Number 2003/66087,
22        dated April 3, 2003
23
24
25

Page 7

1        EXHIBITS MARKED FOR IDENTIFICATION
2  No.        Description            Page
3  Exhibit 6    U.S. Patent Application .............47
4        Publication Number 2004/45035,
5        dated March 4, 2004
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1        FRIDAY, MAY 10, 2024
2            9:08 A.M.
3
4            --o0o--
5
6        THE VIDEO OPERATOR:  Good morning.  We're
7  going on the record at 9:08 a.m. on May 10, 2024.
8        This is Media Unit 1 of the video-recorded
9  deposition of Dr. Sandeep Chatterjee taken by
10  counsel for plaintiff in the matter of the Entropic
11  Communications, LLC, vs. Comcast Corporation,
12  et al., filed in the United States District Court
13  for the Central District of California, Case Number
14  2:22-CV-07775-JWH-JEM.
15        This deposition is being conducted
16  remotely using virtual technology.
17        My name is Jeff Nichols, representing
18  Veritext Legal Solutions, and I'm the videographer.
19        The court reporter is Megan Alvarez from
20  the firm Veritext Legal Solutions.
21        Counsel will now state their appearances
22  and affiliations for the record starting with the
23  noticing attorney.
24        MR. GALLUZZO:  This is Vince Galluzzo from
25  K&L Gates on behalf of Entropic.  With me is my

Page 9

1  colleague, Matt Blair.
2        MR. PADMANABHAN:  This is
3  Krishnan Padmanabhan of Winston Strawn on behalf of
4  Comcast.  And with me I have Kathryn Bi of
5  Davis Polk & Wardwell.
6        THE VIDEO OPERATOR:  Ms. Kamran?
7        MS. KAMRAN:  Hi.  Sarah Kamran from
8  Kilpatrick Townsend & Stockton representing Cox.
9        THE VIDEO OPERATOR:  Thank you so much.
10        Will the court reporter please swear in
11  the witness, and then, Counsel, you may proceed.
12            --o0o--
13            EXAMINATION
14  BY MR. GALLUZZO:
15    Q.  Good morning, Dr. Chatterjee.
16    A.  Good morning.
17    Q.  I apologize for these initial questions,
18  but I think they're important.
19        I understand you were recently in a car
20  accident, and I'm sorry to hear that.
21        How long ago did that occur?
22    A.  It wasn't a car accident.  I just had to
23  have surgery.
24    Q.  Oh, my misunderstanding.
25        How long ago was your surgery?

3 (Pages 6 - 9)

Page 10

1    A.   Two weeks and two days.
2    Q.   As a result of that surgery, were you
3  placed on any medications?
4    A.   I was, yes.
5    Q.   What medications were you placed on?
6    A.   Are you talking about back then or now?
7    Q.   Well, let's work backwards.
8         So today, are you taking any medications
9  related to that surgery?
10   A.   Yes.
11   Q.   What medications?
12   A.   Aspirin.  I think it's baby aspirin.
13   Q.   Anything else?
14   A.   No.
15   Q.   Prior to today, did you take any
16  medications related to your surgery other than
17  aspirin?
18   A.   Yes.
19   Q.   When was the most recent medication you
20  took other than aspirin?
21   A.   I think I stopped taking all of the pain
22  medicine about a week after surgery.  So about
23  probably like eight or nine days ago.
24   Q.   And, generally speaking -- I don't need to
25  know doses -- but what were those pain medications?

Page 11

1    A.   So I think the pain medications were
2  Tylenol and oxycodone or codeine.
3    Q.   And you said you stopped taking the
4  Tylenol and the oxycodeine or codone approximately
5  eight or nine days ago?
6    A.   Yes.
7    Q.   Do you recall the date of your surgery?
8    A.   I can look it up.  I just have to look at
9  the calendar.
10   Q.   Let me maybe ask an easier question.
11        Was your surgery before or after you
12  issued your declarations regarding claim
13  construction in this case?
14   A.   It was after the declaration.  Like I
15  said, it was about two weeks and two days ago.  So I
16  think it was the 23rd.
17   Q.   Of April?
18   A.   Yes.
19   Q.   Prior to your surgery and prior to your
20  issuance of your declaration regarding claim
21  construction, were you taking any pain medications?
22   A.   Prior to my surgery?  Is that your
23  question?
24   Q.   Yeah, prior to your surgery and prior to
25  your issuance of your declaration regarding claim

Page 12

1  construction.
2    A.   No.
3    Q.   Do you have any reason to believe that
4  your taking of pain medication up till and about
5  eight or nine days ago would in any way impair your
6  ability to testify here today truthfully,
7  accurately, and to the best of your ability?
8    A.   No, not at all.  I just -- apart from
9  maybe needing a little bit more time during breaks
10  and things like that, I don't -- nothing with
11  regards to my ability to testify.
12   Q.   Okay.  Any other reasons do you have any
13  concerns about your ability to testify here today?
14   A.   No.
15   Q.   I'm happy to accommodate breaks whenever
16  needed and for however long you need, so please just
17  ask.
18   A.   Thank you.
19   Q.   So, Dr. Chatterjee, to get into the
20  substance of the deposition here, I've already
21  premarked four exhibits in Exhibit Share.  Feel free
22  to refer to those at any time.  I just ask since
23  we're remote that if you are referring to something,
24  either in Exhibit Share or in any of the printed
25  copies you have in front of you, that you tell me

Page 13

1  that you're doing that.
2         Is that fair?
3    A.   Yes.
4         So I think I'm just gonna download the
5  four exhibits just to make it easier.
6    Q.   That's fine.  While you're doing that,
7  I'll state for the record what they are.
8         MR. GALLUZZO:  Exhibit 1 is the April 19th
9  Chatterjee declaration regarding claim construction.
10        (Whereupon Exhibit 1 was marked for
11        identification.)
12        MR. GALLUZZO:  Exhibit 2 is an errata that
13  we received with what I believe are minor
14  corrections to that declaration.
15        (Whereupon Exhibit 2 was marked for
16        identification.)
17        MR. GALLUZZO:  Exhibit 3 is your CV,
18  which -- Exhibit F to your declaration.
19        (Whereupon Exhibit 3 was marked for
20        identification.)
21        MR. GALLUZZO:  And Exhibit 4 is the
22  '682 patent which was originally Exhibit N, as in
23  Nancy, to your declaration.
24        (Whereupon Exhibit 4 was marked for
25        identification.)

4 (Pages 10 - 13)

Page 14

1 BY MR. GALLUZZO:
2    Q.   Dr. Chatterjee, have you had a chance to
3 download those?
4    A.   I -- yes, I just downloaded them.
5    Q.   Dr. Chatterjee, is it correct that the
6 Exhibit 2, the errata, are minor corrections to your
7 original declaration?
8    A.   Yes, they're extremely minor, just some
9 exhibit numbering/naming issues.
10    Q.   Apart from the changes reflected in that
11 errata, do you have any other changes or updates to
12 make to your declaration here today?
13    A.   No.  I stand behind that declaration.
14 It's accurate.
15    Q.   Are you here today to provide any
16 additional opinions that were not already in the
17 scope of your declaration?
18    A.   I don't believe so.  I'm happy to answer
19 whatever questions you have for me, but I believe my
20 opinions are set forth clearly within my
21 declaration.
22    Q.   I understand you have opinions about the
23 meaning of two claim terms or phrases.  I'll for
24 short call them CMTS and SNR-related metric.  Let's
25 talk about CMTS briefly first.

Page 15

1      Do you understand what I mean when I say
2 "CMTS"?
3    A.   I do.
4    Q.   In your own words, what's your basis for
5 your opinion that CMTS in the '682 patent is
6 properly understood as, quote, equipment at which
7 the cable modem's connection to the hybrid fiber
8 coaxial network terminates?
9      MR. PADMANABHAN:  Objection.  Form.
10      THE WITNESS:  Well, as I've explained in
11 my declaration, the term -- the acronym CMTS, which
12 is an acronym for cable modem termination system, it
13 was a term of art at the July 2012 time frame.  And
14 one of ordinary skill would have known the meaning
15 of CMTS, or cable modem termination system, and set
16 forth that meaning.
17      And in addition to that, I've cited to a
18 multitude of contemporaneous documents that
19 demonstrate that understanding that I'm stating
20 that -- that a person of ordinary skill in the art
21 would have had of CMTS.  I've cited to documentation
22 that corroborates that understanding.
23 BY MR. GALLUZZO:
24    Q.   By "equipment," do you mean the CMTS in
25 the '682 patent is hardware only?

Page 16

1    A.   I -- equipment -- and, again, this is
2 explained clearly in the declaration.  By
3 "equipment," I'm saying that it is hardware, but it
4 doesn't have to be hardware only.  There can be
5 software running on that hardware, but it is
6 equipment.  It is a physical equipment.
7    Q.   Okay.  So that was maybe my
8 misunderstanding and could clear up quite a bit of
9 questioning here today.  So I just want to be sure I
10 heard you right.
11      It is not your opinion that CMTS, as used
12 in the '682 patent, can only encompass hardware.  It
13 is your opinion that it can also include software.
14      I understand you have other disputes; is
15 that right?
16    A.   I want to clarify.  Your question was a
17 little bit vague.
18      So what I'm saying is that one of ordinary
19 skill in the July 2012 time frame would have an
20 understanding that CMTS's equipment which would mean
21 that it's a physical thing, a physical piece of
22 hardware, and there could be software running on
23 that physical piece of hardware.
24    Q.   Okay.  So I think I understand.  But to
25 confirm, you're not saying that CMTS, as understood

Page 17

1 by those of skill in the art in relation to the
2 '682 patent, could not include software?
3      MR. PADMANABHAN:  Objection.  Form.  Asked
4 and answered.
5      THE WITNESS:  Again, the way you're asking
6 question is very vague and so --
7 BY MR. GALLUZZO:
8    Q.   Okay.  I'll withdraw it.  I'll withdraw
9 and ask it different way.
10      You're not saying that those of skill in
11 the art in 2012 would read "CMTS" in the '682 patent
12 and believe that that term encompassed only
13 hardware?
14      MR. PADMANABHAN:  Object to form.  Asked
15 and answered.
16      THE WITNESS:  As I've explained, as of
17 July 2012, one of ordinary skill would understand
18 that it can be hardware.  It can be only hardware.
19 But there can also be software that is running on
20 top of that hardware.
21 BY MR. GALLUZZO:
22    Q.   All right.  Let's talk about SNR-related
23 metric for a moment.
24      In your own words, what is the basis for
25 your opinion that SNR-related metric is indefinite?

5 (Pages 14 - 17)

1      MR. PADMANABHAN: Objection. Form.
2      THE WITNESS: I'm not really sure what you
3 mean by in my own words.
4      The declaration sets forth a number of
5 reasons why SNR-related metric would be indefinite
6 to those of ordinary skill. But, essentially,
7 the -- the basic point is that one of ordinary skill
8 would not with reasonable certainty understand the
9 bounds of the term. Those of ordinary skill would
10 simply not understand the scope and the bounds of
11 that term.
12 BY MR. GALLUZZO:
13    Q. If you take a look at your declaration,
14 either one, the original or the errata, does not
15 matter to me, and specifically go to paragraph 34, I
16 have a question about that. Let me know when you're
17 there, please.
18    A. Okay. And you asked me to tell you what
19 I'm looking at, either the digital copy or the
20 printout. I'm looking at the printout that's here
21 before me.
22    Q. That's fine with me.
23    A. Okay. I'm at paragraph 34.
24    Q. So 34 sets out your understanding of the
25 legal requirements for indefiniteness as provided to

1 you by counsel for Comcast; is that right?
2    A. Yes. It's a summary of that, yes.
3    Q. Okay. Is this the legal principle that
4 you applied in your analysis to come to your
5 indefiniteness opinion?
6    A. So, to be clear, I'm not making a legal
7 conclusion; I'm providing technical opinions. And
8 the technical opinion that I'm providing is that one
9 of ordinary skill in view of the patent would simply
10 not be able to tell with reasonable certainty what
11 the bounds of that term are.
12    Q. In coming to that technical opinion, did
13 you consider the language of the claims, the
14 specification, and the prosecution history?
15    A. I did consider that. I believe I've cited
16 to all of those in my declaration.
17      In addition to that, I've considered other
18 issues as well. I've reviewed the declarations from
19 Dr. Holobinko.
20      And so, yes, to answer your question, I
21 did consider those, but I've considered other
22 materials as well.
23    Q. In coming to your technical opinions as
24 stated in your April 19th declaration, did you also
25 consider background knowledge of the art?

1    A. Are you referring to the knowledge of one
2 of ordinary skill?
3    Q. Yes.
4    A. Yes, I did consider that.
5    Q. And even with that background knowledge of
6 the art, you still don't think that the claim term
7 is definite?
8    A. I believe it's very clear that it's --
9 that one of ordinary skill would not be able to
10 understand with reasonable certainty what the bounds
11 are. In fact, even Dr. Holobinko seems to change
12 his mind on what the meaning of the term is. He has
13 multiple changing definitions.
14      MR. GALLUZZO: Move to strike as
15 nonresponsive after the words "in fact."
16 BY MR. GALLUZZO:
17    Q. Dr. Chatterjee, could you turn to what
18 I've marked as Exhibit 3, which is your CV?
19    A. Okay.
20    Q. It should be Exhibit F to your original
21 declaration.
22    A. Okay.
23    Q. Is this a true and accurate copy of your
24 current CV?
25    A. I believe it was as of the date that it

1 was submitted.
2    Q. At least for purposes of this case, is all
3 relevant work experience of yours listed here?
4    A. I believe relevant work experience that
5 can be listed is listed, yes.
6    Q. Nothing's missing?
7    A. Say that again. You broke up a little
8 bit.
9      MR. PADMANABHAN: Objection. Form.
10 BY MR. GALLUZZO:
11    Q. Nothing is missing?
12      MR. PADMANABHAN: Same objection.
13      THE WITNESS: Well, like I said, things
14 that can be listed on a public CV are listed, yes.
15 BY MR. GALLUZZO:
16    Q. Your CV does not list involvement in
17 designing cable systems?
18    A. Can you be more specific what you mean by
19 "in designing cable systems"?
20    Q. Have you ever designed a cable system?
21      MR. PADMANABHAN: Objection. Form.
22      THE WITNESS: That's my question. What do
23 you mean by "cable system"?
24 BY MR. GALLUZZO:
25    Q. Have you ever designed a system for use in

Page 22

1 cable television systems?

2    A.  Say that again?  Have I ever designed a

3 system for use in cable television systems?  Is that

4 your question?

5       Yes, my -- my Ph.D. was on home and office

6 automation.  Big parts of my Ph.D. were looking at

7 interfacing with cable TV systems and cable modems.

8 Around that time when -- when DOCSIS came out, that

9 was a major time period because it really ushered in

10 the always on connectivity.  And given that my Ph.D.

11 work was on home automation, office automation, it

12 dovetailed directly with that technology.  I did

13 significant research into what was happening with

14 cable TV systems, including DOCSIS.

15       And then the applications in my Ph.D,

16 which I believe is listed on my -- my CV, was

17 selected as one of the top inventions in computing

18 at MIT, and it showcased in a time capsule at the

19 Boston Museum of Science.

20       An application of that was looking at how

21 television systems could be automated, made more

22 intelligent, how there could be coordination and

23 communications with other home and office devices.

24       So, yes, I have significant experience in

25 developing network-based systems, in interfacing

Page 23

1 with and working with cable systems.  And that work

2 continued not only from the late '90s, onwards for

3 several years thereafter.

4    Q.  Have you ever worked in designing a cable

5 modem?

6    A.  I have never worked at a cable modem

7 company.  And so if that's your question, no.

8    Q.  Have you ever worked in designing a

9 set-top box?

10    A.  I have actually.  In terms of, again, my

11 Ph.D work that I just explained to you, it was with

12 regards to home automation.  And I believe even the

13 brief description about my technical background in

14 my declaration touches on some aspects of that.

15       And it was a type of a set-top box that

16 would make a television intelligent.  It would -- it

17 would capture clicks from a remote control.  It

18 would learn from those clicks.  It would control the

19 communications with the television set.

20       So, yes, I have designed and developed

21 research advanced intelligence set-top boxes.

22    Q.  Have you ever designed a CMTS?

23    A.  Well, a CMTS, like we've talked or we've

24 touched on briefly and is set forth extensively in

25 my declaration, it's a type of gateway.  It's a type

Page 24

1 of router.  And not only my Ph.D work touched on

2 aspects of that, even my master's work touched on

3 routing capabilities, networking, and how to route

4 data within networks.

5       My master's work was on 3D mesh networks,

6 whereas my Ph.D work was on other types of network

7 systems and network topologies.

8    Q.  So the answer to my question is no?

9       MR. PADMANABHAN:  Objection.  Form.

10       THE WITNESS:  The answer to your question

11 is I have significant experience with systems that

12 are similar to CMTSs.  Like I said, they're similar

13 to routers or gateways.

14       A CMTS, as I've explained in the body of

15 my declaration -- or I think I've cited to some

16 dictionary definitions that state that a CMTS is, in

17 some senses, a gateway on one side having the

18 Internet and on the other side terminating the HFC

19 network.

20       So, as I just explained to you, I have

21 significant experience in developing routers and

22 routing technology.  So I believe my answer is I

23 have significant experience in these technologies.

24 BY MR. GALLUZZO:

25    Q.  I assume you're familiar with RF

Page 25

1 engineering principles then?

2    A.  I think that's a very broad term.  If you

3 ask me something specific, I'm happy to answer your

4 question.

5    Q.  Sure.

6       Do all RF frequencies travel at the same

7 speed through a coaxial cable?

8       MR. PADMANABHAN:  Objection.  Form.

9       THE WITNESS:  Well, I think it depends on

10 the entire setup.  This seems like a theoretical

11 question, a hypothetical.  I really need to

12 understand exactly what the setup is, and then I can

13 answer your question.

14 BY MR. GALLUZZO:

15    Q.  Assume a theoretically lossless and no

16 impedance situation.

17       Do all RF frequencies travel at the same

18 speed through a coaxial cable?

19       MR. PADMANABHAN:  Objection.  Form.

20       THE WITNESS:  Can you point me to where in

21 my declaration a finding on this?

22 BY MR. GALLUZZO:

23    Q.  I'm just trying to get a sense for whether

24 what you say is true, is that your background,

25 knowledge, and experience is relevant related to the

7 (Pages 22 - 25)

Page 26

1  matters at issue in this case.
2      If you can't answer, that's fine.  I can
3  move on --
4      A.  Well.
5      MR. PADMANABHAN:  Hold on.  Is there a
6  pending question?
7      MR. GALLUZZO:  Yeah.
8  BY MR. GALLUZZO:
9      Q.  The pending question is:  Do all RF
10  frequencies travel at the same speed through a
11  coaxial cable?
12      MR. PADMANABHAN:  Objection.  Form.
13      THE WITNESS:  Well, again, as I said, if
14  you can point me to where I'm opining on this, I'd
15  be happy to review it and answer your question.
16      But it seems like you're asking me a very
17  vague hypothetical, and I'd need to know more
18  information.
19  BY MR. GALLUZZO:
20      Q.  What is a DOCSIS data carrier?
21      MR. PADMANABHAN:  Objection.  Form.
22      THE WITNESS:  Can you provide the DOCSIS
23  specification so I can take a look at it?
24  BY MR. GALLUZZO:
25      Q.  Can you not answer without answering in

Page 27

1  relation to the DOCSIS specification?
2      MR. PADMANABHAN:  Objection.  Form.
3      THE WITNESS:  The DOCSIS specification is,
4  I believe, several hundreds of pages long, and I've
5  not memorized everything within these
6  specifications.
7  BY MR. GALLUZZO:
8      Q.  Sitting here today, without referencing
9  the DOCSIS standard, are you able to tell me what a
10  DOCSIS data carrier is?
11      MR. PADMANABHAN:  Objection.  Form.
12      THE WITNESS:  Again, like I explained, the
13  DOCSIS specifications and documents are hundreds and
14  hundreds of pages long.  I have not memorized them.
15  BY MR. GALLUZZO:
16      Q.  What's a QAM carrier, Q-A-M carrier?
17      MR. PADMANABHAN:  Objection.  Form.
18      THE WITNESS:  Basically QAM is a
19  quadrature amplitude modulation.  It's a type of
20  modulation which is oftentimes done in cable
21  systems.  There are different ways.  There's 16, 64
22  different types of QAM.  And they basically modulate
23  the signal to represent different symbols.
24  BY MR. GALLUZZO:
25      Q.  Are you familiar with OFDM carriers?

Page 28

1      A.  I'm not sure what you mean by am I
2  familiar with them, but OFDM is orthogonal frequency
3  division multiplexing.
4      Q.  Do you know what an OFDM carrier is?
5      A.  Well, it's -- the carrier is the signal,
6  and OFDM is a way of modulating or using that
7  signal.
8      Q.  Can an OFDM carrier have a signal-to-noise
9  ratio in SNR?
10      MR. PADMANABHAN:  Objection.  Form.
11      THE WITNESS:  Again, I don't understand
12  your question.  You said, "Can an OFDM carrier have
13  SNR?"
14  BY MR. GALLUZZO:
15      Q.  Yes, that's my question.
16      A.  I don't even understand what that means
17  for an OFDM carrier to have SNR.
18      Q.  Can you measure SNR of an OFDM carrier?
19  Is that possible?
20      MR. PADMANABHAN:  Objection.  Form.
21      THE WITNESS:  Your question is:  Can SNR
22  be measured for a signal?  Yes, SNR can be measured
23  for a signal.
24      Your -- so your -- these questions that
25  you're asking, Number 1, are very vague, but they're

Page 29

1  also -- they don't make sense because you're
2  applying the type of usage and then talking about
3  measuring SNR for that type of usage.
4      And on top of that, I don't see where this
5  is in my declaration.
6  BY MR. GALLUZZO:
7      Q.  I don't see it in your declaration either,
8  but, Dr. Chatterjee, you're telling us that you have
9  sufficient relevant experience to this case, so I'm
10  testing.
11      So here's my question.  I'll ask again.
12  Can an OFDM carrier have a measurable
13  signal-to-noise ratio?
14      MR. PADMANABHAN:  Objection.  Form.
15      THE WITNESS:  Well, I think, as I've
16  already explained to you, I don't really understand
17  your question because it's vague, it's not a
18  complete hypothetical, and I don't see how it's
19  relevant to opinions that are set forth in my
20  declaration.
21      As I've explained, I have significant
22  experience.  I've built systems, networking systems.
23  Here with regards to the SNR term, the SNR-related
24  metric's term, systems that I've built had to deal
25  with SNR as well.

8 (Pages 26 - 29)

Page 30

1    And so I don't understand these questions
2 and the relationship to my declaration whatsoever.
3 BY MR. GALLUZZO:
4    Q.  Going back to QAM carriers or QAM, as you
5 pronounced it, what is the typical bandwidth in the
6 United States for a QAM carrier?
7        MR. PADMANABHAN:  Objection.  Form.
8        THE WITNESS:  I believe it's either
9 6 megahertz or 8 megahertz.  I don't remember
10 exactly off the top of my head.
11    Again, this would be in the DOCSIS
12 specifications and in other specifications.  And
13 engineers don't memorize everything.  That's the
14 whole point of having specifications, so people can
15 review specifications.
16 BY MR. GALLUZZO:
17    Q.  So earlier when I asked about OFDM
18 carriers and SNR, I think you had testified that you
19 can take SNR for a signal.  So let me follow up on
20 that.
21    Here's my question:  How would one of
22 skill in the art in 2012 measure the performance of
23 an OFDM channel?
24        MR. PADMANABHAN:  Objection.  Form.
25        THE WITNESS:  I'm not -- again, you've --

Page 31

1 you're basically changing the question it seems
2 like.  Now you're talking about measure the
3 performance of a OFDM channel.  So -- but then you
4 said you're going back to the original question, but
5 you're asking something different here.  So it's --
6 it's, again, a very confusing question.
7 BY MR. GALLUZZO:
8    Q.  All right.  Well, then I'll just ask the
9 question without a lead-in.
10    How would one of skill in the art in 2012
11 measure the performance of an OFDM channel?
12    A.  This is my exact point, that you're not
13 providing information.  What is being transmitted?
14 How is it being transmitted?  Are we talking about a
15 lab situation where you're gonna connect up some
16 kind of an oscilloscope?  There are too many
17 variables here that you're not providing.
18    Q.  Are you not able to answer my question
19 without answering those variables?
20        MR. PADMANABHAN:  Objection.  Form.
21        THE WITNESS:  Like I said, your question
22 is very vague and does not make sense from a
23 technical perspective.
24    And so it's not possible to answer without
25 knowing the specifics of the situation.  I would

Page 32

1 need to think about it, consider it, and then I
2 would be able to be give you an answer.
3 BY MR. GALLUZZO:
4    Q.  Prior to your work on this case, were you
5 familiar with CMTS systems in use in 2012?
6    A.  I think I answered that question already,
7 that I've been working in this space since, I
8 believe, the late 1990s.  So, yes, 19- -- late 1990s
9 is prior to 2012 and prior to my involvement in this
10 case.
11    Q.  Are you familiar with the CMTS systems
12 that Comcast and Cox used in 2012?
13        MR. PADMANABHAN:  Objection.  Form.
14        THE WITNESS:  Off the top of my head, I
15 don't remember if I looked at what specific MSOs
16 were using, but I do recall what were -- what the
17 major vendors were providing.
18 BY MR. GALLUZZO:
19    Q.  Do you know whether Comcast and Cox were
20 using distributed CMTSs in 2012 or modulated CMTSs
21 in 2012?
22        MR. PADMANABHAN:  Objection.  Form.
23 Compound.  Vague.
24        THE WITNESS:  I think your question cut
25 off a little bit.  Can you repeat that, please?

Page 33

1 BY MR. GALLUZZO:
2    Q.  Do you know whether either Comcast or Cox
3 was using a distributed or a modular CMTS in 2012?
4        MR. PADMANABHAN:  Objection.  Form.
5 Compound.  Vague.
6        THE WITNESS:  Well, with regards to the
7 opinions that I've set forth in my declaration, I've
8 set forth opinions from the perspective of one of
9 ordinary skill.
10    And one of ordinary skill would understand
11 a CMTS could be, as I've explained in the body of my
12 declaration, it could have, for example, a modular
13 design with regards to, for example, the downstream
14 aspects of it.  And that allowed more scalability,
15 but it was, nonetheless, a piece of equipment that
16 was located in the head end or other distribution
17 hub for the MSO.
18 BY MR. GALLUZZO:
19    Q.  My question was a little more specific
20 about Comcast and Cox.  Are you familiar --
21 withdrawn.
22    Did either Comcast or Cox use a CMTS that
23 was not -- withdrawn.  I'll ask it a different way.
24    Did either Comcast or Cox use a CMTS in
25 2012 that was not a piece of equipment at a single

9 (Pages 30 - 33)

Page 34

1 location at the head end or distribution hub?
2         MR. PADMANABHAN: Objection. Form.
3         THE WITNESS: Again, I don't see how it's
4 relevant to the opinions in my declaration what is
5 setting forth what one of ordinary skill would have
6 understood to be a CMTS at the July 2012 time frame.
7 BY MR. GALLUZZO:
8     Q.  Did you ask them?
9         MR. PADMANABHAN: Objection. Form.
10        THE WITNESS: I, again, I -- to answer
11 your question, no.  And, again, I don't see how that
12 would be relevant to rendering opinions from the
13 perspective of one of ordinary skill.
14 BY MR. GALLUZZO:
15    Q.  So you didn't think it was relevant to ask
16 your client and the co-defendant, two of the largest
17 MSOs of the time, what architecture of CMTS they
18 were using at the relevant period?
19        MR. PADMANABHAN: Objection. Form.
20        THE WITNESS: The opinions that I've
21 rendered are, again, from the perspective of one of
22 ordinary skill.  And I do set forth what the major
23 vendors such as Cisco and ARRIS were providing at
24 that time.  So the major vendors would be the ones
25 that are providing equipment such as CMTSs to

Page 35

1 various MSOs in the space.
2 BY MR. GALLUZZO:
3     Q.  Just for clarity of the record, could you
4 explain what you mean when you say "MSO"?
5     A.  Typically an MSO is a multiservice
6 operator, and they provide essentially triple play
7 services.
8     Q.  But you'd agree with me that the claims of
9 the '682 patent do not require an Integrated CMTS?
10 They don't use those words?
11        MR. PADMANABHAN: Objection. Form.
12        THE WITNESS: The claims of the asserted
13 patent simply states "CMTS."  And one of ordinary
14 skill at the relevant time period, which is July of
15 2012, would know what a CMTS is and was at that time
16 period.
17        And I've explained that one of ordinary
18 skill would understand a CMTS to be equipment
19 located at the head end and which terminates the --
20 the connection from the cable modems, the HFC
21 network.
22 BY MR. GALLUZZO:
23    Q.  What would one of skill in the art
24 understand Integrated CMTS to be, or ICMTS, in 2012?
25        MR. PADMANABHAN: Objection. Form.

Page 36

1         THE WITNESS: You just told me that the
2 term does not appear in the claims, and I'm -- the
3 opinions that I'm setting forth in my declaration
4 and that I'm here to answer your questions are with
5 regards to what the claims actually state, not what
6 if the claim language were completely different in
7 some way.
8 BY MR. GALLUZZO:
9     Q.  Have you ever heard of the term "ICMTS" or
10 "Integrated CMTS"?
11     A.  Again, I would have to think about it.
12 Are you asking from today, or are you asking back in
13 2012?  I would have to think about it.
14     Q.  At any point, have you ever heard that
15 term before?
16        MR. PADMANABHAN: Objection. Form.
17        THE WITNESS: Again, I would need to think
18 about it.  It's -- people -- people use -- different
19 people use different terminology, different words.
20 I would need to think about it, consider what one of
21 ordinary skill would understand and then answer your
22 question.
23 BY MR. GALLUZZO:
24    Q.  Fair to say you didn't consider that term
25 in coming to your opinions in this case?

Page 37

1         MR. PADMANABHAN: Objection. Form.
2         THE WITNESS: The opinions that I've set
3 forth in the declaration are with regards to what
4 the asserted patent's actual claim language is.
5         If your question is did I consider
6 modifying the claim language of the asserted patent
7 and rendering opinions based on some modification of
8 the claim language, I agree.  I did not do that.
9 BY MR. GALLUZZO:
10    Q.  That wasn't my question.
11        My question was whether you considered the
12 phrase "Integrated CMTS" as part of your opinions
13 about what one of skill in the art would understand
14 to be CMTS on its own in 2012.
15        You didn't do that, did you?
16        MR. PADMANABHAN: Objection. Form.
17        THE WITNESS: Again, I don't understand
18 how your question -- this question is different from
19 the previous one.
20        But with regards to the opinions I've set
21 forth, I looked at the actual claim language which
22 recites CMTS or the actual spelled-out version of
23 the acronym CMTS.  And the opinions that I've set
24 forth are what would one of ordinary skill
25 understand that to mean given that it was a term of

10 (Pages 34 - 37)

Page 38

1 art at that time.
2      And I've rendered what I believe one of
3 ordinary skill would have understood that term to
4 mean, and then I've pointed to document after
5 document after document showing that that
6 understanding is correct; that these other documents
7 simply corroborate that understanding that one of
8 ordinary skill would have had for that term.
9 BY MR. GALLUZZO:
10     Q.  So just to be clear, the answer to my
11 question would be correct, you did not do that?
12     MR. PADMANABHAN:  Objection.  Form.  Asked
13 and answered.  Misstates testimony.
14     And, you know, I'm just gonna say for the
15 record, Mr. Galluzzo, you're not presenting him with
16 his declaration; you're just asking questions in the
17 abstract so...
18     MR. GALLUZZO:  I told him he was more than
19 welcome to look at his declaration any time he
20 wanted.
21     But I can represent for you that ICMTS and
22 Integrated CMTS absolutely are not in the
23 declaration.
24     MR. PADMANABHAN:  That's a misstatement on
25 the record.

Page 39

1      MR. GALLUZZO:  Where is it?
2      MR. PADMANABHAN:  It's on paragraph 66.
3      MR. GALLUZZO:  I don't see it.  But if I
4 missed it, then my apologies.
5      THE WITNESS:  Line 15 -- paragraph 66,
6 line 15.
7      MR. GALLUZZO:  Oh, there you go.
8 Apologies, Dr. Chatterjee.  I missed that one.
9 BY MR. GALLUZZO:
10     Q.  Have you heard of a phrase -- or a
11 term called "DOCSIS Remote PHY," P-H-Y?
12     MR. PADMANABHAN:  Objection.  Form.
13     THE WITNESS:  Well, again, I think this is
14 you're asking me questions about the specifications,
15 you're asking me specifically with regards to
16 DOCSIS.  If you provide me the specification, I'm
17 happy to take a look at it and answer your question.
18 BY MR. GALLUZZO:
19     Q.  Are you able to answer my question without
20 the specification?
21     MR. PADMANABHAN:  Objection.  Form.
22 Argumentative.
23     THE WITNESS:  You're asking -- you're
24 asking me a question about the DOCSIS specification,
25 and I'm saying I have not memorized hundreds and

Page 40

1 hundreds and hundreds of pages, and that's my
2 answer.  I've not memorized it, and I was never told
3 that I needed to memorize it.
4      And, as a practice, engineers don't
5 memorize documents.  That's the whole purpose of
6 having specifications, so that people can refer to
7 the specifications and read the specifications and
8 then do things based on the specifications.
9 Engineering is not a memorization game.
10 BY MR. GALLUZZO:
11     Q.  I'm not asking you about the -- the
12 details of the concept.  I'm just asking if you've
13 ever heard the phrase, to your knowledge, sitting
14 here today, "DOCSIS Remote PHY"?
15     MR. PADMANABHAN:  Objection.  Form.  It's
16 outside the scope of the declaration.
17     MR. GALLUZZO:  I mean, if you're gonna
18 represent it's outside the scope, I'd be happy to
19 move on.
20     MR. PADMANABHAN:  I don't even know what
21 that means.  Go ahead.  Ask your questions.  I
22 didn't tell you not to ask your question.  Object to
23 form.  Why don't you reask your question.
24 BY MR. GALLUZZO:
25     Q.  Fair to say that, sitting here today, you

Page 41

1 can't tell me what DOCSIS Remote PHY is?
2      MR. PADMANABHAN:  Objection.  Form.
3      THE WITNESS:  You -- you have the word
4 "DOCSIS" in your question, which means that you're
5 asking me about the usage of the term within the
6 DOCSIS specification.  I've told you that the DOCSIS
7 specification is hundreds and hundreds and hundreds
8 of pages long.
9      You're telling me that I should have
10 memorized hundreds of pages prior to this
11 deposition, and I'm telling you I was never told
12 that I needed to do that, and, Number 2, engineers
13 don't memorize specifications because that would
14 defeat the purpose of having specifications.
15 BY MR. GALLUZZO:
16     Q.  Are you familiar with the concept of a
17 distributed CMTS?
18     MR. PADMANABHAN:  Objection.  Form.
19     THE WITNESS:  Are you asking me in the
20 July 2012 time frame?
21 BY MR. GALLUZZO:
22     Q.  Sure.  Let's -- let's -- let me put it
23 this way.  I'll withdraw and reask.
24     Let's look at paragraph 75 of your
25 declaration.

11 (Pages 38 - 41)

Page 42

1 Are you there?
2 A. I am.
3 Q. The first sentence refers to not -- POSITA
4 not understanding that the '682 spec related to
5 centralized or distributed, and what I want to focus
6 on is the second sentence: "That would be
7 inconsistent with the use of the term in the patent
8 and the meaning of CMTS to a person of ordinary
9 skill in the art at the time of the alleged
10 invention. And the patent does not purport to
11 redefine CMTS or disclose a new type of CMTS
12 consistent with that definition."
13 Do you see that?
14 A. I do.
15 Q. Is it your opinion that a person of skill
16 in the art would understand a distributed CMTS to be
17 a, quote, new type of CMTS in 2012?
18 MR. PADMANABHAN: Objection. Form.
19 THE WITNESS: With regards to this
20 paragraph 75, it's simply stating that there's no
21 disclosure in the patent, in the specifications, in
22 the file history, in the figures, in the claims,
23 anywhere with regards to a different type of CMTS or
24 anything like that. It simply talks about a CMTS,
25 which is a term of art which one of ordinary skill

Page 43

1 would have understood.
2 And that's my point in that paragraph.
3 BY MR. GALLUZZO:
4 Q. So is it your opinion that a person of
5 ordinary skill would not understand what a
6 distributed CMTS was in 2012?
7 MR. PADMANABHAN: Objection. Form.
8 Vague.
9 THE WITNESS: Can you show me a document?
10 Because just saying the word in a vacuum, I don't
11 really understand what you, Mr. Galluzzo, are
12 meaning by that term.
13 So -- but what I'm telling you, and what
14 I've made very clear in my declaration, is that the
15 term "CMTS" was, in the relevant time period of
16 July 2012, a term of art. Those of ordinary skill
17 knew what a CMTS was.
18 The patent -- the asserted patent does not
19 disclose anything new with regards to a CMTS. And
20 one of ordinary skill reading the patent would
21 understand that it's talking about a CMTS, which
22 I've set forth what that understanding would be in
23 my declaration. And on top of that, I've cited to
24 document after document after document after
25 document that corroborates that understanding.

Page 44

1 BY MR. GALLUZZO:
2 Q. In preparing your opinions in this case,
3 did you do any research into the state of
4 distributed CMTS technology prior to 2012 to
5 determine whether distributed CMTSs were new or not
6 as of 2012?
7 MR. PADMANABHAN: Objection. Form.
8 Vague.
9 THE WITNESS: Again, I don't really
10 understand your question.
11 And even, again, talking about Mr. --
12 Dr. Holobinko's declaration, he doesn't even cite to
13 any document that shows this. He just says that he
14 knew about some nebulous CMTS system and he cites to
15 no documents. There's no evidence that even
16 Dr. Holobinko knows about.
17 So it seems like even Dr. Holobinko agrees
18 with me that CMTS was, as I've set forth in my
19 declaration, that it was a piece of equipment that
20 terminates the cable modem's connection to the HFC
21 network as well.
22 BY MR. GALLUZZO:
23 Q. Dr. Chatterjee, I'm moving to strike as
24 nonresponsive when you started to talk about
25 Dr. Holobinko. I didn't ask you about

Page 45

1 Dr. Holobinko; I asked you what you did.
2 I'd like you to try to focus on my
3 questions. If you don't understand my questions,
4 please ask me to rephrase. But I'd like clear
5 responses to my questions unless you do not
6 understand them.
7 MR. PADMANABHAN: Counsel -- Counsel --
8 Counsel, you can ask your questions, and
9 Dr. Chatterjee is -- will provide his responses.
10 Okay. But --
11 MR. GALLUZZO: You and I both know what
12 he's doing.
13 MR. PADMANABHAN: I think you're badgering
14 him. I think that the -- the narrative's not
15 necessary. And I think you can ask your questions.
16 BY MR. GALLUZZO:
17 Q. Dr. Chatterjee, in preparing your opinions
18 in this case, did you do any research into the state
19 of distributed CMTS technology prior to 2012?
20 MR. PADMANABHAN: Objection. Form.
21 Vague.
22 THE WITNESS: In preparing my declaration,
23 I set forth what one of ordinary skill would
24 understand or would have understood the term "CMTS"
25 to mean at the relevant time period of July 2012.

12 (Pages 42 - 45)

Page 46

1        Clearly I did research because there is --
2 again, as I've stated for you multiple times --
3 there's document after document after document after
4 document that I cite to in my declaration that
5 corroborates the understanding that I've set forth
6 in my declaration.
7        So clearly I did research, and that
8 research corroborated the construction, the
9 definition, the understanding that I've set forth
10 that one of ordinary skill would have had of that
11 term.
12 BY MR. GALLUZZO:
13    Q.  My question was a little more specific
14 than research.  I asked you about research into the
15 state of distributed CMTS technology.
16        Did you do any such research?
17        MR. PADMANABHAN:  Objection.  Form.  Asked
18 and answered.  Vague.
19        THE WITNESS:  So I think I answered your
20 question.  I did research into CMTS technology to
21 make sure that what I was setting forth as the
22 understanding of one of ordinary skill was correct.
23 And as I've stated for you multiple times, I've
24 cited to document after document after document
25 after document that corroborates that understanding.

Page 47

1        So I did research into CMTSs.  I've cited
2 to the CMTSs provided by the major vendors at that
3 time, which I believe were Cisco and ARRIS.
4        And, again, you've told me not to talk
5 about Dr. Holobinko, but even he is unable to cite
6 to anything apart from what I've cited to, apart
7 from the CMTSs provided by the major vendors, apart
8 from the dictionary definitions that I've cited to,
9 the DOCSIS definition books that I've cited to.
10        So I believe, even though again you've
11 told me not to talk about Dr. Holobinko, he seems to
12 agree with me.  He doesn't even have any
13 documentation or evidence that's different than the
14 evidence that I've cited to in my declaration.
15        MR. GALLUZZO:  Move to strike as
16 nonresponsive as to references to Dr. Holobinko to
17 the end.
18 BY MR. GALLUZZO:
19    Q.  Dr. Chatterjee, I placed into the marked
20 exhibits two exhibits, Exhibit 5 and Exhibit 6.
21        (Whereupon Exhibit 5 was marked for
22        identification.)
23        (Whereupon Exhibit 6 was marked for
24        identification.)
25 ///

Page 48

1 BY MR. GALLUZZO:
2    Q.  Please download those, and then I'm gonna
3 ask you some questions.
4        MR. PADMANABHAN:  So we have a clear
5 record with respect to your various motions to
6 strike, Mr. Galluzzo, I don't even know that's
7 appropriate or an actual thing that one can do in --
8 in this deposition.
9        But that being said, we obviously
10 disagree.  We'll just have a standing disagreement
11 on that.
12        THE WITNESS:  Okay.  I've downloaded them.
13 BY MR. GALLUZZO:
14    Q.  Would it surprise you to learn that
15 distributed CMTS technology was discussed and
16 available in the art prior to 2012?
17        MR. PADMANABHAN:  Objection.  Form.
18        THE WITNESS:  Again, the opinions that
19 I've set forth are what one of ordinary skill would
20 have understood the term "CMTS" to be in 2012.
21        There -- there clearly may be projects and
22 research that people are doing into different
23 things, but I've set forth what one of ordinary
24 skill would have understood the term to be or the
25 term to mean as of the relevant time period.

Page 49

1 BY MR. GALLUZZO:
2    Q.  I'd like you to turn to Exhibit 5,
3 Dr. Chatterjee.  For the record, this is U.S. Patent
4 Application Publication 2003/66087.
5        Are you there with me?
6    A.  I've opened the document, yes.
7        MR. PADMANABHAN:  So, Vince, we've been
8 going for an hour.
9        MR. GALLUZZO:  I'm hopefully about three
10 to four minutes from a break.
11        MR. PADMANABHAN:  Okay.  We've been going
12 for an hour.  Would you like a break now, or are you
13 gonna take a break in three or four -- do you need
14 to go three or four minutes longer?
15        MR. GALLUZZO:  I'd prefer to go three to
16 four minutes longer unless it's an emergency.
17        MR. PADMANABHAN:  It's not an emergency,
18 but we've been going an hour.  There's -- you just
19 introduced a new exhibit.  So seems like a natural
20 breaking point.
21        MR. GALLUZZO:  Dr. Chatterjee, do you
22 require a break?
23        THE WITNESS:  It's not an emergency like
24 you're stating.  But given that I have this issue
25 with my leg and my knee, getting my knee off of this

13 (Pages 46 - 49)

Page 50

1 propped-up table and walking around would be helpful
2 for me.
3        MR. GALLUZZO:  All right.  Let's go off
4 the record.
5        THE VIDEO OPERATOR:  We are going off the
6 record.  The time is 10:08.
7        (Off the record at 10:08 a.m. and back
8        on the record at 10:25 a.m.)
9        THE VIDEO OPERATOR:  We are back on the
10 record.  The time is 10:25.
11 BY MR. GALLUZZO:
12    Q.  Dr. Chatterjee, during the break, did you
13 discuss the substance of your testimony or Exhibits
14 5 or 6 with counsel?
15    A.  I did not.  Just walking with my crutches
16 takes a lot of time, unfortunately.
17    Q.  Not a problem.  I hope your leg and knee
18 are feeling better.  If you need another break,
19 please just ask.
20        Let's turn to Exhibit 5.
21        Have you seen Exhibit 5 before today, to
22 your knowledge?
23    A.  I don't think so.  Is it cited in my
24 declaration?
25    Q.  I'll represent to you that I don't believe

Page 51

1 that it is.  If I'm wrong, counsel can correct me
2 since I was wrong earlier.  But I don't believe it
3 was.
4        MR. PADMANABHAN:  I -- sorry.  I checked
5 last time, Mr. Galluzzo.  But I -- I'm not gonna
6 take on the obligation of checking the accuracy of
7 your statements.  With apologies, but you know...
8 BY MR. GALLUZZO:
9    Q.  So let's -- let's assume it's not cited in
10 your declaration, Dr. Chatterjee.
11        Fair to say that you didn't review
12 Exhibit 5 in coming to your opinions in this case?
13        MR. PADMANABHAN:  Objection.  Form.
14        THE WITNESS:  I think with the
15 representation that it's not been cited in my
16 declaration, and it seems to be a patent application
17 or patent publication, I don't believe I've reviewed
18 this, no.
19 BY MR. GALLUZZO:
20    Q.  You'd agree with me that Exhibit 5 was
21 published April of 2003?
22        MR. PADMANABHAN:  Objection.  Form.
23        THE WITNESS:  The patent application
24 publication date appears to be April 3rd, 2003.
25 ///

Page 52

1 BY MR. GALLUZZO:
2    Q.  Would you also agree that it discusses
3 distributed cable modem termination systems such as
4 is described in the first line of the abstract?
5        MR. PADMANABHAN:  Objection.  Form.
6        THE WITNESS:  Well, I think you only read
7 a couple of words from that first sentence.  I
8 believe the first sentence has a lot more than what
9 you read.
10 BY MR. GALLUZZO:
11    Q.  Sure.  And I'll agree with you there.  But
12 at least part of what that first sentence is refers
13 to distributed cable modem termination systems?
14    A.  I think that second through sixth word of
15 that sentence is that.  But what the patent
16 application is getting at, I would need to take a
17 look at the document to actually tell you what it's
18 talking about.
19        But, again, just reading a little bit
20 further of that first sentence, it seems to be
21 talking about having modulators that are separate
22 from the chassis and even -- even in my declaration,
23 I am talking about those kind of modular CMTS
24 systems where the -- for example, the downstream
25 portions can be separate from the chassis.

Page 53

1    Q.  Could you turn to Exhibit 6, please?  For
2 the record, this is U.S. Patent Application
3 Publication Number 2004/45035?
4    A.  Okay.  I'm there.
5    Q.  To your knowledge, have you seen this
6 Exhibit 6 before today?
7    A.  I don't think so.  But, again, just like
8 with the last, Exhibit 5, I don't see the relevance
9 of this to my opinions.
10        This one also seems to be a patent
11 application publication, and I would need to look at
12 what exactly this publication -- patent application
13 publication is disclosing or would teach one of
14 ordinary skill.
15        But, again, I don't see the relevance of
16 this to my declaration and the opinions contained
17 therein.
18    Q.  So you can tell that it's not relevant
19 even though you haven't reviewed it?
20        MR. PADMANABHAN:  Objection.  Form.
21 Argumentative.
22        THE WITNESS:  My point is I think I've
23 told you that I need to -- to the extent that it's
24 not cited in my declaration, I would need to review
25 it to understand what it's stating.

14 (Pages 50 - 53)

Page 54

1    But based on what you were asking me, some
2  patent application publication where there's no
3  information whether it was ever realized as a
4  product is simply a patent application concept.  I
5  don't believe that one or two such patent
6  applications or concepts would be relevant to or
7  would change the understanding of what one of
8  ordinary skill would have of a CMTS.
9    And the asserted patent simply talks about
10  CMTS.  And I've set forth in my declaration what one
11  of ordinary skill would understand a CMTS to mean at
12  the relevant time period, and I've cited to document
13  after document after document that confirms that
14  understanding at the relevant time period of
15  July 2012.
16  BY MR. GALLUZZO:
17    Q.  I'll represent to you that Exhibit 6 is
18  not cited in your declaration.
19    With that representation and assuming it
20  to be true, fair to say you didn't review Exhibit 6
21  in coming to your opinions?
22    MR. PADMANABHAN:  Objection.  Form.
23    THE WITNESS:  If it's not cited in my
24  declaration, then I would agree with you that I did
25  not review this Exhibit 6 with regards to or in

Page 55

1  relation to rendering the opinions set forth in my
2  declaration.
3    But, again, like I've explained, the
4  patent, the asserted patent, is talking about CMTS.
5  It's a term of art, and one of ordinary skill would
6  clearly understand what a CMTS is or was at the
7  relevant time period of July 2012.  And I've set
8  forth that understanding, and I've cited to a
9  multitude of documents that corroborate and confirm
10  that understanding.
11  BY MR. GALLUZZO:
12    Q.  Could you turn to paragraph 86 of your
13  declaration, please?
14    A.  Okay.  I'm there.
15    Q.  In this paragraph -- paraphrasing -- you
16  discuss some of your opinions about the term
17  "SNR-related metric."  I'd like to focus on the
18  second sentence:  "A wide range of additional
19  metrics may, in theory, impact SNR or be impacted by
20  SNR."
21    Here's my question:  Other than the three
22  you've listed -- latency, throughput, and
23  environmental factors -- sitting here today, can you
24  think of any other metrics that can impact or be
25  impacted by SNR?

Page 56

1    A.  To be clear, the environmental factors is
2  not a metric in and of itself.  Environmental
3  factors is a class of metrics that I talk about in
4  that section of my declaration.
5    Q.  Thank you for that clarification.  Maybe
6  let me shortcut us here a bit.
7    Can -- as part of the environmental
8  factors, can ambient temperature affect or be
9  affected by SNR?
10    A.  I believe I talked about that in the
11  "Environmental Conditions" section of my report.  I
12  did talk about moisture, heat, things like that.
13    Q.  Let's focus on temperature for a moment.
14    Is it your opinion that a person of skill
15  in the art would have trouble discerning whether
16  ambient temperature or is not an SNR-related metric?
17    A.  One of ordinary skill would not be able to
18  determine with reasonable certainty whether -- your
19  question is related to ambient temperature, whether
20  it is or is not an SNR-related metric, yes.
21    Q.  So, in your view, ambient temperature
22  could be an SNR-related metric as used in the
23  '682 patent?
24    A.  I'm stating that ambient temperature, as a
25  multitude of other factors, can impact SNR or be

Page 57

1  impacted by SNR, but it's not -- it's not clear with
2  reasonable certainty whether that would fall within
3  the bounds of the claimed SNR-related metric.
4    And I'll give you another example.  Like
5  even something like ISI, intersymbol interference,
6  that can impact or it can -- it can be used to
7  measure, for example, signal quality which
8  Dr. Holobinko, in one of his changing and
9  inconsistent definitions or understandings of
10  SNR-related metric says could be signal quality.
11    ISI can be used to measure signal quality,
12  but ISI has no relationship with regards to noise.
13  ISI is not about noise.
14    So that's -- on the flip side, that's
15  another example of where one of ordinary skill would
16  simply not understand what falls within the scope of
17  or outside the scope of SNR-related metric.
18    Q.  I'm just trying to get a sense for what
19  your opinion is.
20    Are you saying then that things like
21  temperature and ISI could be SNR-related metrics
22  under the '682 patent?
23    A.  That's the point; that one of ordinary
24  skill would not have a way to determine whether it
25  is or is not.

15 (Pages 54 - 57)

Page 58

1    Like I've talked about in my declaration,
2 heat or moisture, you know, there -- there is some
3 relationship where they can impact SNR.  And then on
4 the flip side, I just gave you the example of ISI,
5 that it's not even noise.
6    And so it's not even about SNR or noise,
7 but -- but it would fall under Dr. Holobinko's
8 changing -- or at least one of his changing and
9 inconsistent definitions and understandings of
10 SNR-related metric.
11    Q.  Is localized lightning strikes something
12 that can affect SNR?
13    MR. PADMANABHAN: Objection. Form.
14    THE WITNESS:  I believe kind of related to
15 what you were asking me about ambient temperature.
16 Yes, if a -- if a lightning strike catches something
17 nearby on fire, that would raise the ambient
18 temperature and, yes, it could impact SNR.
19    But even -- that's what I'm getting at;
20 that ambient temperature, moisture, these kind of
21 environmental factors may impact SNR, but one of
22 ordinary skill would not have any way to determine
23 with reasonable certainty whether it falls within
24 the scope or outside of the scope of the SNR-related
25 metric term.

Page 59

1 BY MR. GALLUZZO:
2    Q.  In your view, is the relative occurrence
3 of localized lightning strikes something that could
4 be an SNR-related metric?
5    MR. PADMANABHAN: Objection. Form.
6    THE WITNESS:  I don't think lightning
7 strike. But like I -- lightning strike is -- is
8 something that can cause ambient temperature
9 increases is what I'm talking about. But I -- I
10 haven't thought about beyond that.
11    So I did explain in my declaration that
12 heat, moisture, they can, and it's known that they
13 can and do, or may impact SNR as well.
14    And so the answer to your question,
15 lightning strike can result in increased
16 temperature.
17 BY MR. GALLUZZO:
18    Q.  So if a lightning strike can, through
19 different steps, result in increased SNR, is it your
20 opinion that a person of skill in the art would view
21 lightning strikes as maybe or maybe not an
22 SNR-related metric?  They can't tell?  Is that your
23 opinion?
24    MR. PADMANABHAN: Objection. Form.
25    THE WITNESS:  Again, I don't -- I don't

Page 60

1 think that a lightning strike would be understood to
2 in some way impact SNR.  It's not the lightning
3 strike.  If a lightning strikes and nothing happens,
4 it's not gonna impact SNR potentially.
5    What I'm talking about really is the --
6 the aftereffect of a lightning strike and what
7 happens when that lightning strikes nearby and if
8 something catches on fire.  That's really what I'm
9 talking about.
10 BY MR. GALLUZZO:
11    Q.  Are you saying that a person of skill in
12 the art would be certain that lightning strikes are
13 not an SNR-related metric?
14    MR. PADMANABHAN: Objection. Form.
15    THE WITNESS:  I've never stated anything
16 like that in my declaration.  I think I've answered
17 your question a couple of times already; that what
18 I'm talking about is really the heat and the
19 temperature.
20    I'm not talking about what causes it.  I'm
21 talking about that if the ambient temperature
22 increases, that can impact SNR.  But then, it's not
23 clear to one of ordinary skill with reasonable
24 certainty whether that would fall within the scope
25 or the bounds of SNR-related metric.

Page 61

1 BY MR. GALLUZZO:
2    Q.  Yeah, I'm just trying to get a sense for
3 whether, in your opinion, at -- in your declaration
4 as we've discussed here today, whether lightning
5 strikes are something that a person of skill in the
6 art would have trouble discerning, whether it is or
7 is not an SNR-related metric.
8    So are you saying it is definitely not an
9 SNR-related metric, are you saying they would have
10 trouble determining whether it is or is not, or are
11 you saying it definitely is?  Those are the three
12 options I see.
13    MR. PADMANABHAN: Objection to the form of
14 the question.
15    THE WITNESS:  I think what I'm saying is
16 that I have not considered that.
17    I've considered -- I'm simply trying to
18 state that very mainstream common metrics that one
19 of ordinary skill would think about in relation to
20 these kinds of communication systems, that those of
21 ordinary skill would simply have no way to
22 reasonably determine whether it falls within the
23 scope.
24    And I've explained in quite a bit of
25 detail various examples of these metrics and why one

16 (Pages 58 - 61)

Page 62

1 of ordinary skill would be unable to discern with
2 reasonable certainty whether it falls within or
3 outside of the scope of the claim term.
4 BY MR. GALLUZZO:
5   Q.  Would a person of skill in the art
6 understand ambient temperature to be a performance
7 metric?
8       MR. PADMANABHAN:  Objection.  Form.
9       THE WITNESS:  It could be a performance
10 metric given that temperature can influence and
11 impact SNR.  So it could be.
12 BY MR. GALLUZZO:
13   Q.  If you were writing a peer-reviewed
14 article to be submitted in a scientific publication,
15 would you feel comfortable characterizing ambient
16 temperature around a coaxial line as a performance
17 metric?
18       MR. PADMANABHAN:  Objection.  Form.
19       THE WITNESS:  I believe it can be a
20 performance metric.  As I've explained, it can
21 impact the performance of a channel for various
22 reasons, including that the SNR can be impacted by
23 temperature.
24 BY MR. GALLUZZO:
25   Q.  If you were to tell one of your friends in

Page 63

1 industry that the ambient temperature around a given
2 piece of coaxial cable is 98 degrees Fahrenheit, do
3 you think that person would understand the
4 performance of the signal in that coaxial cable?
5       MR. PADMANABHAN:  Objection.  Form.
6       THE WITNESS:  It is a type of metric.  It
7 is a metric that could be used.  But it's not clear
8 to those of ordinary skill whether that would fall
9 within the scope of SNR-related metric or not.
10 BY MR. GALLUZZO:
11   Q.  Let's flip the roles.  Let's say one of
12 your colleagues in the field told you that the
13 ambient temperature around a length of coaxial cable
14 was 98 degrees Fahrenheit.
15       How would you characterize the performance
16 of the signals in that cable?
17       MR. PADMANABHAN:  Objection.  Form.
18 Vague.
19       THE WITNESS:  I'm not sure how to answer
20 that question.  It's, again, just like your other
21 hypotheticals, it's a very high-level, confusing,
22 vague hypothetical.  You're asking me to
23 characterize the performance without knowing what is
24 actually happening and what is going on.
25       As I've explained to you, it can be a

Page 64

1 metric.  It can be a performance metric.  It can be
2 a quality metric.
3       But the question is that one of ordinary
4 skill would have no way to reasonably -- with
5 reasonable certainty determine whether it falls
6 within the scope of SNR-related metric.
7       And I've told you even the ISI example is
8 on the flip side; that there is no connection,
9 relationship with noise.  And that can be a metric
10 as well.  That can -- that can be used to measure
11 signal quality as well.  So that's another example
12 of, again, one of ordinary skill would simply have
13 no way to determine with reasonable certainty
14 whether it falls within or outside the scope of the
15 claim term.
16 BY MR. GALLUZZO:
17   Q.  Can the strength of the earth's magnetic
18 field affect SNR?
19       MR. PADMANABHAN:  Objection.  Form.
20       THE WITNESS:  Magnetic fields can impact
21 SNR.
22       If you have -- I believe if you have very
23 strong magnets that you want to play around with or
24 put around cabling, they can impact the signal
25 quality, and they can impact things like SNR.

Page 65

1 BY MR. GALLUZZO:
2   Q.  You might not have heard.  I asked about
3 the strength of the earth's magnetic field.
4       Can that impact SNR?
5   A.  Well, I think I -- I answered for you that
6 magnetic fields can impact SNR.  I believe it would
7 really be up to where the cabling is on the earth,
8 what is around it, if there's shielding around it.
9       Again, it's -- these are high-level,
10 vague, incomplete hypotheticals you are asking me,
11 and it's not possible to answer these questions.
12   Q.  So you agree that magnetic fields can
13 impact SNR.
14       In that case, would a person of skill in
15 the art understand where the cabling is on the
16 earth, as you said, to be an SNR-related metric or
17 not?
18       MR. PADMANABHAN:  Objection.  Form.
19       THE WITNESS:  Is your question where, like
20 in terms of, like, latitude and longitude a piece of
21 cable is located?
22 BY MR. GALLUZZO:
23   Q.  Sure.  I'll reask.
24       Would a person of the skill in the art
25 believe that -- in your view -- that the latitude

17 (Pages 62 - 65)

1 and longitude of the location of a piece of cable to
2 be an SNR-related metric given that the earth's
3 magnetic field can affect SNR?
4         MR. PADMANABHAN:  Objection.  Form.
5         THE WITNESS:  So I think I explained to
6 you that magnetic fields can impact SNR.
7         And depending on what is -- depending on a
8 lot of other information that would need to be
9 provided, I guess that can be a metric.
10        If there's a very strong magnet or a
11 magnetic field in a particular location, yes, things
12 like latitude, longitude can be used as a --
13 determining or a measure of signal quality for
14 performance because it would be known that that is
15 impacting SNR.
16        So from that perspective, again, it
17 would -- it could be a metric; but, again, one of
18 ordinary skill would have -- would not be able to
19 determine with reasonable certainty whether it falls
20 within the scope of SNR-related metric or not.
21 BY MR. GALLUZZO:
22     Q.  If an animal chews through a coaxial
23 cable, would that decrease SNR or affect SNR?
24     A.  Well, I think if the animal chews through
25 the cable, there's probably not transmission

1 happening on that cable.
2     Q.  Let's say the animal chews through it part
3 way so there is some transmission remaining.
4         Would that affect SNR?
5         MR. PADMANABHAN:  Objection.  Form.
6         THE WITNESS:  I think, again, you're --
7 you're asking these very high-level, vague
8 questions.  How much did the animal chew through?
9 Only the outer casing?  What kind of cable are we
10 talking about?  If it's a coax, did the animal go
11 through the insulation and, if so, how much?
12        You're -- it's -- you're not -- you keep
13 on asking these very vague, confusing, nonsensical,
14 technical questions that simply cannot be answered.
15 BY MR. GALLUZZO:
16     Q.  Is there an amount of coaxial cable
17 through which an animal can chew that will affect
18 SNR?
19         MR. PADMANABHAN:  Objection.  Form.
20         THE WITNESS:  Well, I think I answered
21 part of that question for you; that if the animal
22 chews through all of it, there's probably not any
23 communications happening because the cable has been
24 terminated.
25 ///

1 BY MR. GALLUZZO:
2     Q.  And maybe I didn't make the connection.
3         Does that mean that SNR has been affected?
4         MR. PADMANABHAN:  Objection.  Form.
5         THE WITNESS:  If you're measuring SNR on
6 the other side and the animal has destroyed the
7 cable, there's nothing going through to the other
8 side where the measurement is happening.
9 BY MR. GALLUZZO:
10    Q.  So, in that case, in your view, is the
11 presence of the animal chewing through the cable an
12 SNR-related metric or could it be an SNR-related
13 metric?
14        MR. PADMANABHAN:  Objection.  Form.
15        THE WITNESS:  Again, this is a nonsensical
16 question.  I just explained to you that if the
17 animal chews through the cable, there's nothing
18 going through to the receiver.
19        And so your question doesn't make any
20 sense.
21 BY MR. GALLUZZO:
22    Q.  Well, I believe your opinion is that there
23 are a number of things that can affect SNR.  A
24 person of skill in the art would not be sure whether
25 they are or are not an SNR-related metric.

1         Is this one of those?  Is the presence of
2 an animal chewing through the coaxial cable one of
3 those that, in your view, a person of skill in the
4 art would have trouble discerning whether it is or
5 is not an SNR-related metric?
6         MR. PADMANABHAN:  Objection.  Form.
7         THE WITNESS:  Like I explained even for
8 your lightning example, I'm -- that's not the point
9 of my declaration.  I'm not stating that -- what may
10 happen.
11        Like when we talked about ambient
12 temperature, I've made it very clear in my
13 declaration that temperature can have an impact on
14 SNR.  How that temperature increased, I'm not
15 talking about that.  And I'm not stating that how --
16 like if you go there with a blowtorch and increase
17 the temperature, I'm not saying that's an
18 SNR-related metric, or I'm not even saying it's a
19 metric.  That's somebody doing something to cabling,
20 and it's similar to your lightning example.
21        The point is that there are a number of
22 factors that can impact SNR or be impacted by SNR,
23 and one of ordinary skill would simply not be able
24 to tell with reasonable certainty whether those
25 metrics are within the scope of or outside the scope

18 (Pages 66 - 69)

Page 70

1 of SNR-related metric.
2 BY MR. GALLUZZO:
3    Q.  Is this one of those factors or metrics?
4        MR. PADMANABHAN:  Objection.  Form.
5        THE WITNESS:  By "this" -- again, you're
6 talking about the animal chewing through a cable?
7 BY MR. GALLUZZO:
8    Q.  Yes.
9        MR. PADMANABHAN:  Same objection.
10       THE WITNESS:  I'm not stating that an
11 animal chewing through a cable is a metric or a
12 factor.
13       What I am stating with regards to your
14 lightning example, which I thought was equally
15 without -- it doesn't make technical sense with
16 regards to the questions that you're asking, there
17 can -- heat and ambient temperature can impact SNR.
18       There are different ways that SNR can --
19 or there are different ways that temperature can be
20 increased or decreased.  Lightning can be one of
21 them.  I'm not stating that having a lightning
22 strike somebody's house is a metric or an
23 SNR-related metric or any type of metric.
24       All I'm stating is that ambient
25 temperature is known to impact SNR, and one of

Page 71

1 ordinary skill would simply not be able to tell with
2 reasonable certainty whether that metric of ambient
3 temperature or, as another example, moisture, falls
4 within the scope of SNR-related metric or not.
5 BY MR. GALLUZZO:
6    Q.  Are any of the environmental factors that
7 you're opining on like bit error rate?
8        MR. PADMANABHAN:  Objection.  Form.
9        THE WITNESS:  Can you ask -- I don't think
10 I understood your question.
11 BY MR. GALLUZZO:
12   Q.  So you've opined about a number of
13 environmental factors.  We've been talking about a
14 few of them, ambient temperature being one.
15       Are you with me so far?
16   A.  Yes.  We've been talking about ambient
17 temperature being one, yes.
18   Q.  And so I'd like to expand the
19 environmental factors you refer to in paragraph 90
20 of your declaration.
21       Are any of the environmental factors on
22 which you are opining like bit error rate?
23       MR. PADMANABHAN:  Objection.  Form.
24       THE WITNESS:  I'm not sure what you mean
25 by, "Are they like bit error rate?"  Okay?

Page 72

1        Bit error rate is the number of erroneous
2 bits received over the total number of bits
3 received.
4        So I don't really understand your question
5 that whether the environmental factors are like bit
6 error rate.
7 BY MR. GALLUZZO:
8    Q.  Okay.  Let me try to go through some of
9 the factors, then.
10       So here's my question:  Is ambient heat
11 like bit error rate?
12       MR. PADMANABHAN:  Objection.  Form.
13       THE WITNESS:  Ambient temperature is the
14 temperature surrounding, for example, a cable.  I
15 don't understand what it means to be like bit error
16 rate.
17 BY MR. GALLUZZO:
18   Q.  Well, are you able to say whether it is or
19 is not like bit error rate?
20   A.  Well, I --
21       MR. PADMANABHAN:  Objection.  Objection.
22 Form.
23       Go ahead.
24       THE WITNESS:  I explained to you that
25 ambient temperature is a temperature.  And I

Page 73

1 explained to you that bit error rate is the number
2 of erroneously received bits over the total number
3 of received bits.
4        So, from that perspective, they're
5 different metrics, if that's your question.
6 Obviously bit error rate is not measured in
7 Fahrenheit or Celsius, if that's your question.
8 BY MR. GALLUZZO:
9    Q.  Is there anything about the two that are
10 alike?
11       MR. PADMANABHAN:  Objection.  Form.
12       THE WITNESS:  There is.  They both can
13 be -- they can impact or be impacted by
14 SNR-related -- or they can -- let me back up.
15 Sorry.  They can be impacted by or impact SNR.
16       And so with regards to the ambient
17 temperature, as I've set forth, it's unclear
18 whether, with reasonable certainty, one of ordinary
19 skill would simply not understand whether it falls
20 within the scope of the SNR-related metric claim
21 term.
22 BY MR. GALLUZZO:
23   Q.  Does consistently low SNR affect
24 subscriber or customer satisfaction?
25   A.  Again, this is another vague, confusing,

19 (Pages 70 - 73)

Page 74

1 high-level question that you're asking.
2        If you're asking about customer
3 satisfaction, for example, with pricing, then it has
4 nothing to do with one or the other.
5        So it -- all of these questions that
6 you're asking me are very vague and high level and
7 confusing, and it's difficult to answer.
8    Q.  Can consistently low SNR affect subscriber
9 satisfaction with the received services?
10       MR. PADMANABHAN:  Objection.  Form.
11       THE WITNESS:  I haven't really thought
12 about that.  But, again, it -- subscribers are not
13 looking at SNR; they're looking at bandwidth.  And
14 so even if you have low or relatively low SNR but
15 you have huge bandwidth, I think subscribers will be
16 very happy.
17       So, again, this is what I'm stating; that
18 you're asking very confusing, vague, incomplete
19 hypotheticals that it's very difficult to answer.
20 BY MR. GALLUZZO:
21   Q.  Does ambient temperature characterize
22 signal or channel quality?
23       MR. PADMANABHAN:  Objection.  Form.
24       THE WITNESS:  They -- ambient temperature
25 could be a measure of channel quality, channel

Page 75

1 performance.
2        Again, Dr. Holobinko has numerous
3 inconsistent and ever-changing definitions.  They
4 can fall within his different inconsistent
5 definitions, but one of ordinary skill would not
6 understand whether that falls within the scope of
7 SNR-related metric or not.  With reasonable
8 certainty one of ordinary skill would not be able to
9 make that determination.
10 BY MR. GALLUZZO:
11   Q.  So you're telling me that ambient
12 temperature -- this is your testimony, that ambient
13 temperature can characterize signal quality or
14 channel quality.  How?
15       MR. PADMANABHAN:  Objection.  Form.
16 Argumentative.
17       THE WITNESS:  If you're looking at --
18 if -- we've discussed, and I believe it's discussed
19 in my declaration as well, that temperature can
20 impact SNR.  And, in fact, SNR could also impact
21 ambient temperature as well.  So, therefore, knowing
22 that the -- knowing the temperature, the ambient
23 temperature, it can characterize or -- or it can be
24 a measure of the channel quality.
25 ///

Page 76

1 BY MR. GALLUZZO:
2    Q.  Are you familiar with modulation error
3 rate, MER?
4    A.  It's -- it's a different type of error
5 rate calculation similar to SER, BER.
6    Q.  Would you agree that SNR and MER are often
7 used interchangeably by those of skill in the art?
8        MR. PADMANABHAN:  Objection.  Form.
9        THE WITNESS:  I don't believe that they're
10 used interchangeably.  For example, it would not be
11 used interchangeably because if you think about in
12 terms of what is happening, how the -- how the data
13 may be encoded, it simply does not make sense to use
14 them interchangeably.
15 BY MR. GALLUZZO:
16   Q.  Do you agree that SNR is related to MER?
17       MR. PADMANABHAN:  Objection.  Form.
18       THE WITNESS:  I believe modulation error
19 rate can be impacted by SNR, and, on the flip side,
20 it may impact SNR.  But, again, it -- one of
21 ordinary skill would not be able to determine
22 whether it falls within the scope of the claim term
23 SNR-related metric.
24 BY MR. GALLUZZO:
25   Q.  Do you agree that SNR and modulation error

Page 77

1 rate, MER, are both ratios indicating the quality of
2 signal transmission?
3        MR. PADMANABHAN:  Objection.  Form.
4        THE WITNESS:  I think MER is a -- it could
5 be a metric.  Like I explained to you, it depends on
6 what is happening.  If nothing is being modulated,
7 if you just have a signal going over a cable, that's
8 a very different situation.
9        So, again, these are vague hypotheticals
10 without information necessary to answer these
11 questions.
12 BY MR. GALLUZZO:
13   Q.  Do you agree that they're both ratios
14 indicating the quality of a signal transmission?
15       MR. PADMANABHAN:  Objection.  Form.
16       THE WITNESS:  I think that's what I just
17 explained to you; that without knowing the details
18 about the actual environment, what the setup is,
19 they -- they may have no relationship at all.
20 BY MR. GALLUZZO:
21   Q.  Let's turn to paragraph 81 of your
22 declaration.
23   A.  Okay.  I'm there.
24   Q.  Here you have an excerpt from the
25 '682 patent, Column 3, lines 54 to 63.  That's what

20 (Pages 74 - 77)

Page 78

1 I'm gonna refer to.
2       You'd agree with me that this portion of
3 the '682 patent defines four examples of what a
4 person of skill in the art would understand an
5 SNR-related metric to be?
6   A.  Yes, I believe this is providing four
7 examples and then it continues and/or the like.
8   Q.  So just to make sure I'm on the same page
9 as you, do you agree with me that a person of skill
10 in the art would have no trouble understanding that
11 these four examples are, in fact, SNR-related
12 metrics?
13       MR. PADMANABHAN: Objection. Form.
14       THE WITNESS: I believe that one of
15 ordinary skill would understand these four to be
16 examples provided by the patent of being SNR-related
17 metrics.
18 BY MR. GALLUZZO:
19   Q.  And the person of the skill in the art,
20 because they're reading the specification and taking
21 it as true, wouldn't be confused; those are, in
22 fact, SNR-related metrics, those four, right?
23       MR. PADMANABHAN: Objection. Form.
24       THE WITNESS: Well, these four are
25 extremely closely related. The first two are

Page 79

1 basically SNR at a particular frequency and SNR over
2 a range of frequencies. And then the last two are
3 the denominator or the numerator for SNR.
4 BY MR. GALLUZZO:
5   Q.  That wasn't my question. I'm just making
6 sure that you're not saying there would be still
7 confusion about whether these are in or out.
8       So here's my question: Would there be any
9 confusion in a person of ordinary skill's mind as to
10 whether these four examples are in or out of being
11 an SNR-related metric?
12       MR. PADMANABHAN: Objection. Form.
13       THE WITNESS: I think these are four
14 examples. And then I believe other portions from
15 other patents provide at least two more examples.
16       But the point that I'm making in my
17 declaration is that one of ordinary skill would not
18 understand with reasonable certainty what is in or
19 out of scope of the definition. And the point I
20 raised about these are mostly related is because,
21 again, Dr. Holobinko seems to concede that this is a
22 term of degree, and he says that things have to be
23 sufficiently closely related. So it would leave one
24 of ordinary skill not knowing with reasonable
25 certainty what is sufficiently closely related or

Page 80

1 not to be within the scope of SNR-related metric.
2 BY MR. GALLUZZO:
3   Q.  So I thought your opinion was one thing,
4 but it sounds like it's another, so let me try to
5 clarify.
6       Is it your opinion that a person of skill
7 in the art would not be able to determine even one
8 SNR-related metric; that they would be unclear about
9 any metric, whether it's SNR-related, even including
10 the examples provided in the specification?
11       Is that your opinion?
12       MR. PADMANABHAN: Objection. Form.
13 Misstates testimony.
14       THE WITNESS: I'm not stating that these
15 four examples that are provided would confuse one of
16 ordinary skill, whether it's in or out.
17       I'm stating that one of ordinary skill
18 would not understand what the bounds or the scope of
19 the term is. The specification expressly states
20 "and/or the like." The specification is expressly
21 stating that it's not limited to these four.
22       And so my point is that one of ordinary
23 skill would not understand what is or is not, beyond
24 a couple of these examples that are provided, fall
25 within the scope or outside of the scope of the

Page 81

1 claim term. And I've given numerous examples in my
2 declaration why one of ordinary skill would be --
3 would not be able to determine or ascertain with
4 reasonable certainty.
5       And then, I even gave you today some
6 examples with regards to ISI and why it would even
7 lead to more confusion.
8       And then I've also repeatedly told you how
9 Dr. Holobinko also seems to be -- not to be able to
10 tell with reasonable certainty what the meaning of
11 the claim term is because he keeps on inconsistently
12 and changing his definition of what he believes the
13 claim term to mean.
14 BY MR. GALLUZZO:
15   Q.  Would that same testimony about the
16 confusion apply to the other two examples as well;
17 that there is no confusion that these six examples
18 are in -- your opinion is that whatever's beyond
19 that is what's confusing?
20   A.  My opinion is not about confusion or not.
21 My opinion is that one of ordinary skill in --
22 within the context of the asserted patent would not
23 know the scope of the claim term.
24       And as you pointed me to earlier on in the
25 day in that "Legal Summary" section, my

21 (Pages 78 - 81)

Page 82

1  understanding is that the law requires that a claim
2  must particularly point out and distinctly claim the
3  subject matter which the patentee regards as the
4  invention.
5      So my opinion is that, from a technical
6  perspective -- I'm opining from a technical
7  perspective -- one of ordinary skill in the context
8  of the asserted patent would not know what is in or
9  out -- would not know with reasonable certainty what
10  is in or out of the scope of the claim term and the
11  claim.
12      Q.  Yeah. I'm sorry. That's just not my
13  question, and I used the same language you did which
14  is confusing. So if by using your own words it
15  created problems, I'm sorry.
16      My question -- I'm trying to get a sense
17  of the guidelines of your opinion in a really simple
18  way, so let me state this as clearly as I can.
19      The '682 patent, including the
20  incorporated by reference application, includes six
21  examples which it says are SNR-related metrics.
22      Do you disagree that a person of ordinary
23  skill in the art would understand at least those six
24  examples to be SNR-related metrics?
25      MR. PADMANABHAN: Objection. Form.

Page 83

1      THE WITNESS: That's -- that's what I'm
2  trying to explain to you.
3      My opinion is that one of ordinary skill
4  would not know what the scope is of the claim term
5  like you're asking in your question, that those are
6  at least in the understanding of one of ordinary
7  skill. But my opinion is that one of ordinary skill
8  would not know what else falls within the scope of
9  the claim term.
10      And I've given a number of examples in my
11  declaration, and I gave you at least one more
12  example today as well, that shows that one of
13  ordinary skill would not be able to ascertain with
14  reasonable certainty whether -- what is in or what
15  is out of scope of the claim term and the claims.
16  BY MR. GALLUZZO:
17      Q.  Beyond those six, what is in or out beyond
18  the six? That's really all I'm trying to get at.
19      A.  Well, the patent expressly states "and/or
20  the like," so the patent is expressly stating that
21  it's -- lot of other things can fall within the
22  scope of the claim term. And that's my point; that
23  one of ordinary skill would not be able to ascertain
24  with reasonable certainty what falls within the
25  scope of the claim term and the claims.

Page 84

1      Q.  How many additional examples would the
2  specification need to give for a person of skill to
3  have certainty on that?
4      MR. PADMANABHAN: Objection. Form.
5      THE WITNESS: Again, this is like a very
6  high-level, vague hypothetical you're asking. It's
7  not about giving examples. It's not about if the
8  patent gave three more examples, it would be clear
9  to one of ordinary skill with reasonable certainty
10  what the claim term means.
11      The point is it's not about the number of
12  examples. The patent is using a certain claim term.
13  It's not a term of art. And one of ordinary skill
14  would be unable to ascertain with reasonable
15  certainty what the bounds of that claim term are.
16      MR. GALLUZZO: Let's go off the record.
17      THE VIDEO OPERATOR: One moment.
18      We are going off the record. The time is
19  11:18.
20      (Off the record at 11:18 a.m. and back
21      on the record at 11:27 a.m.)
22      THE VIDEO OPERATOR: We are back on the
23  record. The time is 11:27.
24  BY MR. GALLUZZO:
25      Q.  Dr. Chatterjee, is bit error rate an

Page 85

1  SNR-related metric in the meaning of the
2  '682 patent?
3      A.  I believe bit error rate is an example
4  provided by the parent patent.
5      Q.  Does that mean --
6      A.  And I believe I discussed that in my
7  declaration as well.
8      Q.  Does that mean that it is an SNR-related
9  metric in the meaning of the '682 patent?
10      A.  I think we talked about this before; that
11  one of ordinary skill would understand the six
12  examples provided to be examples of SNR-related
13  metric, but one of ordinary skill would not be able
14  to determine with reasonable certainty other metrics
15  that may or may not fall within the scope of the
16  claim term.
17      Q.  And that's because of the "and/or the
18  like" at the end of the list?
19      A.  Well, not only that, the -- the patent
20  does not state that it's limited to those examples.
21  And so the claim term would not be -- like I
22  explained, the claim term is not a term of art. One
23  of ordinary skill would not know what the bounds are
24  with reasonable certainty of that claim term, and
25  that there are many metrics that are used. Some are

22 (Pages 82 - 85)

Page 86

1 related to SNR, some are influenced by SNR, some
2 influence SNR.
3        And then, like I explained today, even
4 something like ISI, it's not related to noise, but
5 it can fall within Dr. Holobinko's -- at least one
6 or more of Dr. Holobinko's inconsistent
7 constructions or proposed constructions of the term
8 "SNR-related metric."
9        So one of ordinary skill would simply not
10 be able to determine with reasonable certainty the
11 scope of that claim term.
12    Q.  If the patent did say that it was limited
13 to those six examples, that SNR-related metric is
14 these six examples, would your opinion still apply
15 that the claim term would be indefinite?
16    MR. PADMANABHAN:  Objection.  Form.
17    THE WITNESS:  One more thing before I --
18 just popped into my head.  To answer your last
19 question, I believe the patent also uses EG for
20 SNR-related metric.  So that was another part of the
21 answer as well.
22        But, again, this is related to -- kind of
23 similar to the questions that you were asking me in
24 the morning.  I've considered what the patent
25 actually states.  Like, in the morning, you were

Page 87

1 asking me if the claim language were completely
2 different, night and day difference between what the
3 claims are actually reciting versus something else.
4 The opinions that --
5 BY MR. GALLUZZO:
6    Q.  That's not what I was asking,
7 Dr. Chatterjee, but continue.
8    A.  Well, maybe I misunderstood your question.
9 You -- you told me your question was if the patent
10 said something different.
11        And that's my point.  The patent does not
12 say something different.  And the opinions and the
13 analysis that I've performed is based on what the
14 patent actually states and not if the patent were
15 something totally different.
16        If the patent were something totally
17 different, I would need to consider that, I would
18 need to think about it, and then I would render
19 opinions based on that.
20        And so, again, based on what the patent,
21 the intrinsic record, the claims are reciting --
22    Q.  Dr. Chatterjee, I don't need another
23 recitation of your opinion.  We've heard it.  We've
24 heard it a number of times.  I'll withdraw the
25 question if it matters.

Page 88

1        Here is perhaps my last question:  Did you
2 run any searches or did you do any searches to
3 determine if the SNR-related metric was used in any
4 patents or articles prior to 2012 other than the
5 '682 patent family?
6    MR. PADMANABHAN:  Objection.  Form.
7 BY MR. GALLUZZO:
8    Q.  And, again, this would be prior to issuing
9 your April 19th declaration.
10    A.  I don't recall if I did.
11        Again, I recall Dr. Holobinko cites to a
12 couple of patents which he states -- recites the
13 words "SNR-related metric."  And I'll note that I
14 think he ran -- he's citing to a book from 1920, and
15 I -- I think he's citing to either two or three
16 documents that he found that seems to use the word
17 "SNR-related metric."  And it's not even clear -- he
18 doesn't even go into what the context is of what
19 he's -- what he's pointing to.
20        And the fact that he's only able to
21 identify, I think, either two or three documents
22 from 1920, and now we're sitting in 2024, about a
23 hundred years, I think it further undermines --
24    Q.  Dr. Chatterjee, I didn't ask you about --
25    A.  -- Dr. Holobinko's opinion.

Page 89

1    Q.  I didn't ask you about Mr. Holobinko.
2    MR. GALLUZZO:  I'm gonna move to strike as
3 nonresponsive as to discussion of Mr. Holobinko.
4 BY MR. GALLUZZO:
5    Q.  You don't -- so you didn't do any searches
6 to determine whether any other publications or
7 patents use the term "SNR-related metric," or at
8 least you didn't find anything prior to your
9 declaration, correct?
10    MR. PADMANABHAN:  Objection.  Form.
11    THE WITNESS:  I think I answered your
12 question at the -- when you asked me this last time,
13 which I stated that I don't recall whether I
14 searched or not.  And that's why I began explaining
15 that even Dr. Holobinko, who seems to have done a
16 search, was only able to find like two or three in a
17 hundred years.
18        So I believe that, like I was explaining
19 to you, it seriously undermines his opinion, and it
20 further supports my opinions with regards to this
21 claim term as set forth in my declaration.
22    MR. GALLUZZO:  I have no further
23 questions, but I'll move to strike the portion about
24 Dr. -- Mr. Holobinko as nonresponsive.
25    MR. PADMANABHAN:  We obviously disagree

23 (Pages 86 - 89)

Page 90

1  regarding the appropriateness of your moving to
2  strike, and we'll understand your questions are
3  concluded.  We will reserve questions for the claim
4  construction hearing.
5       THE VIDEO OPERATOR:  Anyone else have any
6  questions for the witness?
7       Okay.  We are going off the record at
8  11:35 a.m., and this concludes today's testimony
9  given by Dr. Sandeep Chatterjee.  The total number
10 of media units used was three and will be retained
11 by Veritext Legal Solutions.
12      (Off-the-record discussion.)
13      THE COURT REPORTER:  Counsel, did you want
14 to order a copy of the transcript?
15      MR. PADMANABHAN:  Yes, please.
16      MR. GALLUZZO:  We'll need an expedite.
17      THE COURT REPORTER:  I have a same-day
18 rough draft.  When would you like the final?
19      MR. GALLUZZO:  Tuesday the 14th.  If not,
20 then the 15th.
21      THE COURT REPORTER:  Tuesday the 14th is
22 fine.
23      MR. GALLUZZO:  We'll take it then, please.
24      THE COURT REPORTER:  K.P., did you want
25 the rough draft?

Page 91

1       MR. PADMANABHAN:  Yes, ma'am.
2       (TIME NOTED: 11:37 a.m.)
3              * * * * *
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 92

1            CERTIFICATE OF REPORTER
2       I, the undersigned, a Certified Shorthand
3  Reporter of the State of California, do hereby
4  certify:
5       That the foregoing proceedings were taken
6  before me at the time and place herein set forth;
7  that any witnesses in the foregoing proceedings,
8  prior to testifying, were administered an oath; that
9  a verbatim record of the proceedings was made by me
10 using machine shorthand, which was thereafter
11 transcribed under my direction; and that the
12 foregoing is an accurate transcription thereof.
13      Further, that if the foregoing pertains to
14 the original transcript of a deposition in a federal
15 case, before completion of the proceedings, review
16 of the transcript [X] was [ ] was not requested.
17      I further certify that I am neither
18 financially interested in the action, nor a relative
19 or employee of any attorney of any party to this
20 action.
21      IN WITNESS WHEREOF, I have this date
22 subscribed my name.
23 DATED:
24
                    MEGAN F. ALVAREZ
25                  CSR No. 12470, RPR

Page 93

1              Veritext Legal Solutions
                  1100 Superior Ave
2                     Suite 1820
                  Cleveland, Ohio 44114
3                 Phone: 216-523-1313
4
   May 14, 2024
5
   To: Krishnan Padmanabhan, Esq.
6
   Case Name: Entropic Communications, LLC v. Comcast Corporation
7
   Veritext Reference Number: 6684756
8
   Witness:  Sandeep Chatterjee, PhD      Deposition Date:  5/10/2024
9
10 Dear Sir/Madam:
11
12 Enclosed please find a deposition transcript.  Please have the witness
   review the transcript and note any changes or corrections on the
13 included errata sheet, indicating the page, line number, change, and
14 the reason for the change.  Have the witness' signature notarized and
15 forward the completed page(s) back to us at the Production address
16 shown
17 above, or email to production-midwest@veritext.com.
18
   If the errata is not returned within thirty days of your receipt of
19 this letter, the reading and signing will be deemed waived.
20
21 Sincerely,
22 Production Department
23
24
25 NO NOTARY REQUIRED IN CA

24 (Pages 90 - 93)

Page 94

1    DEPOSITION REVIEW
     CERTIFICATION OF WITNESS
2
3    ASSIGNMENT REFERENCE NO: 6684756
     CASE NAME: Entropic Communications, LLC v. Comcast
     DATE OF DEPOSITION: 5/10/2024
4    WITNESS' NAME: Sandeep Chatterjee, PhD
5    In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7    I have made no changes to the testimony
     as transcribed by the court reporter.
8
9    Date _____  Sandeep Chatterjee, PhD
10   Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11   the referenced witness did personally appear
     and acknowledge that:
12
     They have read the transcript;
13   They signed the foregoing Sworn
          Statement; and
14   Their execution of this Statement is of
          their free act and deed.
15
     I have affixed my name and official seal
16
     this _____ day of _____, 20____.
17
     _____
18   Notary Public
19
     _____
     Commission Expiration Date
20
21
22
23
24
25

Page 95

1    DEPOSITION REVIEW
     CERTIFICATION OF WITNESS
2
3    ASSIGNMENT REFERENCE NO: 6684756
     CASE NAME: Entropic Communications, LLC v. Comcast
     DATE OF DEPOSITION: 5/10/2024
4    WITNESS' NAME: Sandeep Chatterjee, PhD
5    In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7    I have listed my changes on the attached
     Errata Sheet, listing page and line numbers as
8    well as the reason(s) for the change(s).
9    I request that these changes be entered
     as part of the record of my testimony.
10
     I have executed the Errata Sheet, as well
11   as this Certificate, and request and authorize
     that both be appended to the transcript of my
12   testimony and be incorporated therein.
13   _____
     Date         Sandeep Chatterjee, PhD
14
     Sworn to and subscribed before me, a
15   Notary Public in and for the State and County,
     the referenced witness did personally appear
16   and acknowledge that:
17   They have read the transcript;
     They have listed all of their corrections
18        in the appended Errata Sheet;
     They signed the foregoing Sworn
19        Statement; and
     Their execution of this Statement is of
20        their free act and deed.
21   I have affixed my name and official seal
22   this _____ day of _____, 20____.
23   _____
     Notary Public
24
     _____
25   Commission Expiration Date

Page 96

1    ERRATA SHEET
     VERITEXT LEGAL SOLUTIONS MIDWEST
2    ASSIGNMENT NO: 6684756
3    PAGE/LINE(S) /      CHANGE      /REASON
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19
     _____  _____
20   Date         Sandeep Chatterjee, PhD
21   SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22   DAY OF _____, 20_____ .
23   _____
     Notary Public
24
     _____
25   Commission Expiration Date

25 (Pages 94 - 96)

[& - 90067]

| & | |
|---|---|
| **&** | 4:5 9:5,8 |

**0**

**01049** 1:7 2:7
**01050** 1:12
 2:12
**07775** 8:14

**1**

**1** 6:3 8:8 13:8
 13:10 28:25
**10** 1:16 2:19
 8:1,7
**10,135,682** 6:15
**1000** 3:7
**10017** 4:15
**10166** 4:7
**10:08** 50:6,7
**10:25** 50:8,10
**11/20/18** 6:16
**1100** 93:1
**11:18** 84:19,20
**11:27** 84:21,23
**11:35** 90:8
**11:37** 2:19 91:2
**11th** 4:14
**12470** 1:22
 2:21 92:25
**13** 6:3,7,11,15
**14** 93:4
**14th** 90:19,21
**15** 39:5,6
**15th** 90:20
**16** 27:21

**1801** 4:20
**1820** 93:2
**19** 32:8
**1920** 88:14,22
**1990s** 32:8,8
**19th** 13:8 19:24
 88:9

**2**

**2** 6:7 13:12,15
 14:6 41:12
**20** 94:16 95:22
 96:22
**200** 4:6
**2003** 6:22
 51:21,24
**2003/66087**
 6:21 49:4
**2004** 7:5
**2004/45035** 7:4
 53:3
**2012** 15:13
 16:19 17:11,17
 30:22 31:10
 32:5,9,12,20,21
 33:3,25 34:6
 35:15,24 36:13
 37:14 41:20
 42:17 43:6,16
 44:4,6 45:19
 45:25 48:16,20
 54:15 55:7
 88:4
**2024** 1:16 2:19
 8:1,7 88:22
 93:4

**212.294.4700**
 4:9
**212.294.6700**
 4:8
**216-523-1313**
 93:3
**2300** 4:20
**23rd** 11:16
**2801** 3:13
**28202** 3:8
**2:22** 8:14
**2:23** 1:7,12 2:7
 2:12

**3**

**3** 6:11,22 13:17
 13:19 20:18
 77:25
**300** 3:6
**34** 18:15,23,24
**350** 3:13
**3d** 24:5
**3rd** 51:24

**4**

**4** 6:15 7:5
 13:21,24
**44114** 93:2
**450** 4:14
**47** 6:20 7:3

**5**

**5** 6:20 47:20,21
 49:2 50:14,20
 50:21 51:12,20
 53:8

**5/10/2024** 93:8
 94:3 95:3
**54** 77:25

**6**

**6** 7:3 30:9
 47:20,23 50:14
 53:1,6 54:17
 54:20,25
**63** 77:25
**64** 27:21
**6559** 92:24
**66** 39:2,5
**6684756** 1:23
 93:7 94:2 95:2
 96:2
**682** 13:22 15:5
 15:25 16:12
 17:2,11 35:9
 42:4 56:23
 57:22 77:25
 78:3 82:19
 85:2,9 88:5

**7**

**75** 41:24 42:20
**78746** 3:14

**8**

**8** 30:9
**81** 77:21
**86** 55:12

**9**

**9** 5:5
**90** 71:19
**90067** 4:21

[90s - appear]

**90s** 23:2
**98** 63:2,14
**9:08** 2:18 8:2,7

**a**

**a.m.** 2:18,19
 8:2,7 50:7,8
 84:20,21 90:8
 91:2
**ability** 12:6,7
 12:11,13
**able** 19:10 20:9
 27:9 31:18
 32:2 39:19
 56:17 66:18
 69:23 71:1
 72:18 75:8
 76:21 80:7
 81:3,9 83:13
 83:23 85:13
 86:10 88:20
 89:16
**above** 93:17
**absolutely**
 38:22
**abstract** 38:17
 52:4
**accident** 9:20
 9:22
**accommodate**
 12:15
**accordance**
 94:5 95:5
**accuracy** 51:6
**accurate** 14:14
 20:23 92:12

**accurately** 12:7
**acknowledge**
 94:11 95:16
**acronym** 15:11
 15:12 37:23
**act** 94:14 95:20
**action** 92:18,20
**actual** 37:4,21
 37:22 48:7
 77:18
**actually** 23:10
 36:5 52:17
 63:24 86:25
 87:3,14
**addition** 15:17
 19:17
**additional**
 14:16 55:18
 84:1
**address** 93:15
**administered**
 92:8
**advanced**
 23:21
**affect** 56:8
 58:12 64:18
 66:3,23 67:4
 67:17 68:23
 73:23 74:8
**affected** 56:9
 68:3
**affiliations**
 8:22
**affixed** 94:15
 95:21

**aftereffect** 60:6
**ago** 9:21,25
 10:23 11:5,15
 12:5
**agree** 35:8 37:8
 47:12 51:20
 52:2,11 54:24
 65:12 76:6,16
 76:25 77:13
 78:2,9
**agrees** 44:17
**ahead** 40:21
 72:23
**al** 8:12
**alike** 73:10
**alleged** 42:9
**allowed** 33:14
**alvarez** 1:22
 2:20 8:19
 92:24
**ambient** 56:8
 56:16,19,21,24
 58:15,17,20
 59:8 60:21
 62:6,15 63:1
 63:13 69:11
 70:17,24 71:2
 71:14,16 72:10
 72:13,25 73:16
 74:21,24 75:11
 75:12,21,22
**amount** 67:16
**amplitude**
 27:19

**ana** 1:3 2:3
**analysis** 19:4
 87:13
**angeles** 4:21
**animal** 66:22
 66:24 67:2,8
 67:10,17,21
 68:6,11,17
 69:2 70:6,11
**answer** 14:18
 19:20 24:8,10
 24:22 25:3,13
 26:2,15,25
 31:18,24 32:2
 34:10 36:4,21
 38:10 39:17,19
 40:2 59:14
 63:19 65:11
 74:7,19 77:10
 86:18,21
**answered** 17:4
 17:15 32:6
 38:13 46:18,19
 60:16 65:5
 67:14,20 89:11
**answering**
 26:25 31:19
**apart** 12:8
 14:10 47:6,6,7
**apologies** 39:4
 39:8 51:7
**apologize** 9:17
**appear** 36:2
 94:11 95:15

**[appearances - believe]** Page 3

**appearances**
3:1 4:1 8:21
**appearing** 3:1
**appears** 51:24
**appended**
95:11,18
**application**
6:20 7:3 22:20
49:4 51:16,23
52:16 53:2,11
53:12 54:2,4
82:20
**applications**
22:15 54:6
**applied** 19:4
**apply** 81:16
86:14
**applying** 29:2
**appropriate**
48:7
**appropriaten...**
90:1
**approximately**
11:4
**april** 6:22
11:17 13:8
19:24 51:21,24
88:9
**architecture**
34:17
**argumentative**
39:22 53:21
75:16
**arris** 34:23
47:3

**art** 15:13,20
17:1,11 19:25
20:6 30:22
31:10 35:23
37:13 38:1
42:9,16,25
43:16 48:16
55:5 56:15
59:20 60:12
61:6 62:5
65:15,24 68:24
69:4 76:7 78:4
78:10,19 80:7
82:23 84:13
85:22
**article** 62:14
**articles** 88:4
**ascertain** 81:3
83:13,23 84:14
**asked** 17:3,14
18:18 30:17
38:12 45:1
46:14,17 65:2
89:12
**asking** 17:5
26:16 28:25
31:5 36:12,12
38:16 39:14,15
39:23,24 40:11
40:12 41:5,19
54:1 58:15
63:22 65:10
67:7,13 70:16
74:1,2,6,18
83:5 84:6

86:23 87:1,6
**aspects** 23:14
24:2 33:14
**aspirin** 10:12
10:12,17,20
**asserted** 35:12
37:4,6 43:18
54:9 55:4
81:22 82:8
**assignment**
94:2 95:2 96:2
**assume** 24:25
25:15 51:9
**assuming** 54:19
**atherton** 2:18
**attached** 95:7
**attorney** 8:23
92:19
**austin** 3:14
**authorize**
95:11
**automated**
22:21
**automation**
22:6,11,11
23:12
**available** 48:16
**ave** 93:1
**avenue** 4:6,14

**b**

**b2** 6:15
**baby** 10:12
**back** 10:6 30:4
31:4 36:12
50:7,9 73:14

84:20,22 93:15
**background**
19:25 20:5
23:13 25:24
**backwards**
10:7
**badgering**
45:13
**bandwidth**
30:5 74:13,15
**based** 22:25
37:7 40:8 54:1
87:13,19,20
**basic** 18:7
**basically** 27:18
27:22 31:1
79:1
**basis** 15:4
17:24
**began** 89:14
**beginning** 2:18
**behalf** 2:16
8:25 9:3
**believe** 12:3
13:13 14:18,19
17:12 19:15
20:8,25 21:4
22:16 23:12
24:22 27:4
30:8 32:8 38:2
47:3,10 50:25
51:2,17 52:8
54:5 56:10
58:14 62:19
64:22 65:6,25

**[believe - changes]**                                                    Page 4

68:22 75:18
76:9,18 78:6
78:14 79:14
85:3,6 86:19
89:18
**believes** 81:12
**ber** 76:5
**best** 12:7
**better** 50:18
**beyond** 59:10
80:23 81:18
83:17,17
**bi** 4:12 9:4
**big** 22:6
**bit** 12:9 16:8,17
21:8 32:25
52:19 56:6
61:24 71:7,22
71:25 72:1,5
72:11,15,19
73:1,6 84:25
85:3
**bits** 72:2,2 73:2
73:3
**blair** 3:11 9:1
**blowtorch**
69:16
**body** 24:14
33:11
**book** 88:14
**books** 47:9
**boston** 22:19
**bounds** 18:9,10
19:11 20:10
57:3 60:25

80:18 84:15
85:23
**box** 23:9,15
**boxes** 23:21
**break** 49:10,12
49:13,22 50:12
50:18
**breaking** 49:20
**breaks** 12:9,15
**brief** 23:13
**briefly** 14:25
23:24
**broad** 25:2
**broke** 21:7
**built** 29:22,24

**c**

**ca** 93:25
**cable** 1:9,10 2:9
2:10 15:7,12
15:15 21:17,19
21:20,23 22:1
22:3,7,7,14
23:1,4,6 25:7
25:18 26:11
27:20 35:20
44:20 52:3,13
63:2,4,13,16
65:21 66:1,23
66:25 67:1,9
67:16,23 68:7
68:11,17 69:2
70:6,11 72:14
77:7
**cabling** 64:24
65:7,15 69:19

**calculation**
76:5
**calendar** 11:9
**california** 1:2
2:2,18 4:21
8:13 92:3
**call** 14:24
**called** 39:11
**capabilities**
24:3
**capsule** 22:18
**capture** 23:17
**car** 9:19,22
**carolina** 3:8
**carrier** 26:20
27:10,16,16
28:4,5,8,12,17
28:18 29:12
30:6
**carriers** 27:25
30:4,18
**case** 1:6,7,12
2:6,7,12 8:13
11:13 21:2
26:1 29:9 32:4
32:10 36:25
44:2 45:18
51:12 65:14
68:10 92:15
93:6 94:3 95:3
**casing** 67:9
**catches** 58:16
60:8
**cause** 59:8

**causes** 60:20
**celsius** 73:7
**central** 1:2 2:2
8:13
**centralized**
42:5
**century** 4:20
**certain** 60:12
84:12
**certainty** 18:8
19:10 20:10
56:18 57:2
58:23 60:24
62:2 64:5,13
66:19 69:24
71:2 73:18
75:8 79:18,25
81:4,10 82:9
83:14,24 84:3
84:9,15 85:14
85:24 86:10
**certificate** 92:1
95:11
**certification**
94:1 95:1
**certified** 2:20
92:2
**certify** 92:4,17
**chance** 14:2
**change** 20:11
54:7 93:13,14
95:8 96:3
**changes** 14:10
14:11 93:12
94:7 95:7,9

**[changing - coming]**                                                      Page 5

changing  20:13
  31:1 57:8 58:8
  58:8 75:3
  81:12
channel  30:23
  31:3,11 62:21
  74:22,25,25
  75:14,24
characterize
  63:15,23 74:21
  75:13,23
characterizing
  62:15
charlotte  3:8
chassis  52:22
  52:25
chatterjee  1:14
  2:16 5:3 6:4,8
  6:13,18 8:9
  9:15 12:19
  13:9 14:2,5
  20:17 29:8
  39:8 44:23
  45:9,17 47:19
  49:3,21 50:12
  51:10 84:25
  87:7,22 88:24
  90:9 93:8 94:4
  94:9 95:4,13
  96:20
checked  51:4
checking  51:6
chew  67:8,17
chewing  68:11
  69:2 70:6,11

chews  66:22,24
  67:2,22 68:17
cisco  34:23
  47:3
cite  44:12 46:4
  47:5
cited  15:17,21
  19:15 24:15
  43:23 46:24
  47:1,6,8,9,14
  50:23 51:9,15
  53:24 54:12,18
  54:23 55:8
cites  44:14
  88:11
citing  88:14,15
civil  94:5 95:5
claim  6:4,9
  11:12,20,25
  13:9 14:23
  20:6 36:6 37:4
  37:6,8,21 62:3
  64:15 73:20
  76:22 81:1,11
  81:13,23 82:1
  82:2,10,11
  83:4,9,15,22,25
  84:10,12,15
  85:16,21,22,24
  86:11,15 87:1
  89:21 90:3
claimed  57:3
claims  19:13
  35:8,12 36:2,5
  42:22 83:15,25

87:3,21
clarification
  56:5
clarify  16:16
  80:5
clarity  35:3
class  56:3
clear  16:8 19:6
  20:8 38:10
  43:14 45:4
  48:4 56:1 57:1
  60:23 63:7
  69:12 84:8
  88:17
clearly  14:20
  16:2 46:1,7
  48:21 55:6
  82:18
cleveland  93:2
clicks  23:17,18
client  34:16
closely  78:25
  79:23,25
cmts  14:24,25
  15:2,5,11,15,21
  15:24 16:11,25
  17:11 23:22,23
  24:14,16 32:5
  32:11 33:3,11
  33:22,24 34:6
  34:17 35:9,13
  35:15,18,24
  36:10 37:12,14
  37:22,23 38:22
  41:17 42:8,11

42:11,16,17,23
  42:24 43:6,15
  43:17,19,21
  44:4,14,18
  45:19,24 46:15
  46:20 48:15,20
  52:23 54:8,10
  54:11 55:4,6
cmts's  16:20
cmtss  24:12
  32:20,20 34:25
  44:5 47:1,2,7
coax  67:10
coaxial  15:8
  25:7,18 26:11
  62:16 63:2,4
  63:13 66:22
  67:16 69:2
codeine  11:2
codone  11:4
colleague  9:1
colleagues
  63:12
column  77:25
comcast  1:8,8
  1:10 2:8,8,10
  8:11 9:4 19:1
  32:12,19 33:2
  33:20,22,24
  93:6 94:3 95:3
come  19:4
comfortable
  62:15
coming  19:12
  19:23 36:25

51:12 54:21
**commission**
94:19 95:25
96:25
**common** 61:18
**communication**
61:20
**communicati...**
1:5,9,10 2:5,9
2:10 8:11
22:23 23:19
67:23 93:6
94:3 95:3
**company** 23:7
**complete** 29:18
**completed**
93:15
**completely**
36:6 87:1
**completion**
92:15
**compound**
32:23 33:5
**computing**
22:17
**concede** 79:21
**concept** 40:12
41:16 54:4
**concepts** 54:6
**concerns** 12:13
**concluded** 90:3
**concludes** 90:8
**conclusion** 19:7
**conditions**
56:11

**conducted** 8:15
**confirm** 16:25
55:9
**confirms** 54:13
**confuse** 80:15
**confused** 78:21
**confusing** 31:6
63:21 67:13
73:25 74:7,18
81:19 82:14
**confusion** 79:7
79:9 81:7,16
81:17,20
**connect** 31:15
**connection**
15:7 35:20
44:20 64:8
68:2
**connectivity**
22:10
**consider** 19:13
19:15,21,25
20:4 32:1
36:20,24 37:5
87:17
**considered**
19:17,21 37:11
61:16,17 86:24
**consistent**
42:12
**consistently**
73:23 74:8
**construction**
6:5,9 11:13,21
12:1 13:9 46:8

90:4
**constructions**
86:7,7
**contained**
53:16
**contemporan...**
15:18
**context** 81:22
82:7 88:18
**continue** 87:7
**continued** 4:1
23:2
**continues** 78:7
**control** 23:17
23:18
**coordination**
22:22
**copies** 12:25
**copy** 18:19
20:23 90:14
**corporation**
1:8 2:8 8:11
93:6
**correct** 14:5
38:6,11 46:22
51:1 89:9
**corrections**
13:14 14:6
93:12 95:17
**corroborate**
38:7 55:9
**corroborated**
46:8
**corroborates**
15:22 43:25

46:5,25
**counsel** 1:15
2:17 8:10,21
9:11 19:1 45:7
45:7,8 50:14
51:1 90:13
**county** 94:10
95:15
**couple** 52:7
60:17 80:24
88:12
**court** 1:1 2:1
8:12,19 9:10
90:13,17,21,24
94:7
**cox** 4:17 9:8
32:12,19 33:2
33:20,22,24
**created** 82:15
**crutches** 50:15
**csr** 1:22 92:25
**current** 20:24
**curriculum**
6:11
**customer** 73:24
74:2
**cut** 32:24
**cv** 1:7,12 2:7,12
8:14 13:17
20:18,24 21:14
21:16 22:16

| d |
|---|

**data** 24:4 26:20
27:10 76:12

**[date - direction]**

**date**   11:7 20:25
  51:24 92:21
  93:8 94:3,9,19
  95:3,13,25
  96:20,25
**dated**   6:16,22
  7:5 92:23
**david**   4:13
**davis**   9:5
**day**   81:25 87:2
  90:17 94:16
  95:22 96:22
**days**   10:1,23
  11:5,15 12:5
  93:18
**deal**   29:24
**dear**   93:10
**declaration**   6:3
  6:7,12,17
  11:14,20,25
  13:9,14,18,23
  14:7,12,13,17
  14:21 15:11
  16:2 18:4,13
  19:16,24 20:21
  23:14,25 24:15
  25:21 29:5,7
  29:20 30:2
  33:7,12 34:4
  36:3 37:3
  38:16,19,23
  40:16 41:25
  43:14,23 44:12
  44:19 45:22
  46:4,6 47:14

  50:24 51:10,16
  52:22 53:16,24
  54:10,18,24
  55:2,13 56:4
  58:1 59:11
  60:16 61:3
  69:9,13 71:20
  75:19 77:22
  79:17 81:2
  83:11 85:7
  88:9 89:9,21
**declarations**
  11:12 19:18
**decrease**   66:23
**decreased**
  70:20
**deed**   94:14
  95:20
**deemed**   93:19
**defeat**   41:14
**defendant**   4:17
  34:16
**defendants**
  1:12 2:12 4:3
**defines**   78:3
**definite**   20:7
**definitely**   61:8
  61:11
**definition**
  42:12 46:9
  47:9 79:19
  81:12
**definitions**
  20:13 24:16
  47:8 57:9 58:9

  75:3,5
**degree**   79:22
**degrees**   63:2,14
**demonstrate**
  15:19
**denominator**
  79:3
**department**
  93:22
**depending**   66:7
  66:7
**depends**   25:9
  77:5
**deponent**   2:17
**deposition**   1:14
  2:15 8:9,15
  12:20 41:11
  48:8 92:14
  93:8,11 94:1,3
  95:1,3
**described**   52:4
**description**   6:2
  7:2 23:13
**design**   33:13
**designed**   21:20
  21:25 22:2
  23:20,22
**designing**
  21:17,19 23:4
  23:8
**destroyed**   68:6
**detail**   61:25
**details**   40:12
  77:17

**determination**
  75:9
**determine**   44:5
  56:18 57:24
  58:22 61:22
  64:5,13 66:19
  76:21 80:7
  81:3 85:14
  86:10 88:3
  89:6
**determining**
  61:10 66:13
**developed**
  23:20
**developing**
  22:25 24:21
**devices**   22:23
**dictionary**
  24:16 47:8
**difference**   87:2
**different**   17:9
  27:21,22,23
  31:5 33:23
  36:6,18,19,19
  37:18 42:23
  47:13 48:22
  59:19 70:18,19
  73:5 75:4 76:4
  77:8 87:2,10
  87:12,15,17
**difficult**   74:7
  74:19
**digital**   18:19
**direction**   92:11

[directly - errata]                                                      Page 8

| | | | |
|---|---|---|---|
| **directly** 22:12 | **division** 1:3 2:3 | **dr** 6:3,8,12,17 | **employee** 92:19 |
| **disagree** 48:10 | 28:3 | 8:9 9:15 12:19 | **enclosed** 93:11 |
| 82:22 89:25 | **docsis** 22:8,14 | 14:2,5 19:19 | **encoded** 76:13 |
| **disagreement** | 26:20,22 27:1 | 20:11,17 29:8 | **encompass** |
| 48:10 | 27:3,9,10,13 | 39:8 44:12,16 | 16:12 |
| **discern** 62:1 | 30:11 39:11,16 | 44:17,23,25 | **encompassed** |
| **discerning** | 39:24 40:14 | 45:1,9,17 47:5 | 17:12 |
| 56:15 61:6 | 41:1,4,6,6 47:9 | 47:11,16,19 | **engineering** |
| 69:4 | **document** 38:4 | 49:3,21 50:12 | 25:1 40:9 |
| **disclose** 42:11 | 38:5,5 43:9,24 | 51:10 57:8 | **engineers** |
| 43:19 | 43:24,24,25 | 58:7 75:2 | 30:13 40:4 |
| **disclosing** | 44:13 46:3,3,3 | 79:21 81:9 | 41:12 |
| 53:13 | 46:4,24,24,24 | 84:25 86:5,6 | **entered** 95:9 |
| **disclosure** | 46:25 49:6 | 87:7,22 88:11 | **entire** 25:10 |
| 42:21 | 52:17 54:12,13 | 88:24,25 89:15 | 94:5 95:5 |
| **discuss** 50:13 | 54:13 | 89:24 90:9 | **entropic** 1:5 |
| 55:16 | **documentation** | **draft** 90:18,25 | 2:5 8:10,25 |
| **discussed** 48:15 | 15:21 47:13 | | 93:6 94:3 95:3 |
| 61:4 75:18,18 | **documents** | **e** | **environment** |
| 85:6 | 15:18 27:13 | **earlier** 30:17 | 77:18 |
| **discusses** 52:2 | 38:6 40:5 | 51:2 81:24 | **environmental** |
| **discussion** 89:3 | 44:15 55:9 | **earth** 65:7,16 | 55:23 56:1,2,7 |
| 90:12 | 88:16,21 | **earth's** 64:17 | 56:11 58:21 |
| **disputes** 16:14 | **doing** 13:1,6 | 65:3 66:2 | 71:6,13,19,21 |
| **distinctly** 82:2 | 45:12 48:22 | **easier** 11:10 | 72:5 |
| **distributed** | 69:19 | 13:5 | **equally** 70:14 |
| 32:20 33:3 | **doses** 10:25 | **east** 4:20 | **equipment** |
| 41:17 42:5,16 | **dovetailed** | **eight** 10:23 | 15:6,24 16:1,3 |
| 43:6 44:4,5 | 22:12 | 11:5 12:5 | 16:6,6,20 |
| 45:19 46:15 | **download** 13:4 | **either** 12:24 | 33:15,25 34:25 |
| 48:15 52:3,13 | 14:3 48:2 | 18:14,19 29:7 | 35:18 44:19 |
| **distribution** | **downloaded** | 30:8 33:2,22 | **errata** 6:7 |
| 33:16 34:1 | 14:4 48:12 | 33:24 88:15,21 | 13:12 14:6,11 |
| **district** 1:1,2 | **downstream** | **email** 93:17 | 18:14 93:13,18 |
| 2:1,2 8:12,13 | 33:13 52:24 | **emergency** | 95:7,10,18 |
| | | 49:16,17,23 | |

**[errata - file]**                                                                    Page 9

96:1

**erroneous** 72:1

**erroneously**
73:2

**error** 71:7,22
71:25 72:1,6
72:11,15,19
73:1,6 76:2,4
76:18,25 84:25
85:3

**esq** 3:4,11 4:4
4:12,18 93:5

**essentially** 18:6
35:6

**et** 8:12

**evidence** 44:15
47:13,14

**exact** 31:12

**exactly** 25:12
30:10 53:12

**examination**
5:2 9:13

**example** 33:12
33:13 52:24
57:4,7,15 58:4
64:7,11 69:8
69:20 70:14
71:3 72:14
74:3 76:10
83:12 85:3

**examples** 61:25
78:3,7,11,16
79:10,14,15
80:10,15,24
81:1,6,16,17

82:21,24 83:10
84:1,7,8,12
85:12,12,20
86:13,14

**excerpt** 77:24

**executed** 95:10

**execution**
94:14 95:19

**exhibit** 6:3,7,11
6:11,15,16,20
7:3 12:21,24
13:8,10,12,15
13:17,18,19,21
13:22,24 14:6
14:9 20:18,20
47:20,20,21,23
49:2,19 50:20
50:21 51:12,20
53:1,6,8 54:17
54:20,25

**exhibits** 6:1 7:1
12:21 13:5
47:20,20 50:13

**expand** 71:18

**expedite** 90:16

**experience** 21:3
21:4 22:24
24:11,21,23
25:25 29:9,22

**expiration**
94:19 95:25
96:25

**explain** 35:4
59:11 83:2

**explained**
15:10 16:2
17:16 23:11
24:14,20 27:12
29:16,21 33:11
35:17 55:3
61:24 62:20
63:25 66:5
68:16 69:7
72:24 73:1
77:5,17 85:22
86:3

**explaining**
89:14,18

**expressly** 80:19
80:20 83:19,20

**extensively**
23:24

**extent** 53:23

**extremely** 14:8
78:25

|  **f**  |

**f** 1:22 2:20 6:11
13:18 20:20
92:24

**fact** 20:11,15
75:20 78:11,22
88:20

**factor** 70:12

**factors** 55:23
56:1,3,8,25
58:21 69:22
70:3 71:6,13
71:19,21 72:5
72:9

**fahrenheit** 63:2
63:14 73:7

**fair** 13:2 36:24
40:25 51:11
54:20

**fall** 57:2 58:7
60:24 63:8
75:4 80:24
83:21 85:15
86:5

**falls** 57:16
58:23 61:22
62:2 64:5,14
66:19 71:3
73:19 75:6
76:22 83:8,24

**familiar** 24:25
27:25 28:2
32:5,11 33:20
41:16 76:2

**family** 88:5

**far** 71:15

**fax** 4:9

**federal** 92:14

**feel** 12:21 62:15

**feeling** 50:18

**fiber** 15:7

**field** 63:12
64:18 65:3
66:3,11

**fields** 64:20
65:6,12 66:6

**figures** 42:22

**file** 42:22

**[filed - galluzzo]**                                    Page 10

| | | | |
|---|---|---|---|
| **filed** 8:12 | 39:12,21 40:15 | **fortuna** 3:13 | 27:7,15,24 |
| **final** 90:18 | 40:23 41:2,18 | **forward** 93:15 | 28:14 29:6 |
| **financially** | 42:18 43:7 | **found** 88:16 | 30:3,16 31:7 |
| 92:18 | 44:7 45:20 | **four** 12:21 13:5 | 32:3,18 33:1 |
| **find** 89:8,16 | 46:17 48:17 | 49:10,13,14,16 | 33:18 34:7,14 |
| 93:11 | 51:13,22 52:5 | 78:3,6,11,15,22 | 35:2,22 36:8 |
| **finding** 25:21 | 53:20 54:22 | 78:24 79:10,13 | 36:23 37:9 |
| **fine** 13:6 18:22 | 58:13 59:5,24 | 80:15,21 | 38:9,15,18 |
| 26:2 90:22 | 60:14 61:13 | **frame** 15:13 | 39:1,3,7,9,18 |
| **fire** 58:17 60:8 | 62:8,18 63:5 | 16:19 34:6 | 40:10,17,24 |
| **firm** 8:20 | 63:17 64:19 | 41:20 | 41:15,21 43:3 |
| **first** 14:25 42:3 | 65:18 66:4 | **free** 12:21 | 43:11 44:1,22 |
| 52:4,7,8,12,20 | 67:5,19 68:4 | 94:14 95:20 | 45:11,16 46:12 |
| 78:25 | 68:14 69:6 | **frequencies** | 47:15,18 48:1 |
| **flip** 57:14 58:4 | 70:4 71:8,23 | 25:6,17 26:10 | 48:6,13 49:1,9 |
| 63:11 64:8 | 72:12,22 73:11 | 79:2 | 49:15,21 50:3 |
| 76:19 | 74:10,23 75:15 | **frequency** 28:2 | 50:11 51:5,8 |
| **floor** 4:14 | 76:8,17 77:3 | 79:1 | 51:19 52:1,10 |
| **focus** 42:5 45:2 | 77:15 78:13,23 | **friday** 1:16 | 54:16 55:11 |
| 55:17 56:13 | 79:12 80:12 | 2:19 8:1 | 59:1,17 60:10 |
| **follow** 30:19 | 82:25 84:4 | **friends** 62:25 | 61:1 62:4,12 |
| **foregoing** 92:5 | 86:16 88:6 | **front** 12:25 | 62:24 63:10 |
| 92:7,12,13 | 89:10 | **further** 52:20 | 64:16 65:1,22 |
| 94:13 95:18 | **forth** 14:20 | 88:23 89:20,22 | 66:21 67:15 |
| **form** 15:9 17:3 | 15:16 18:4 | 92:13,17 | 68:1,9,21 70:2 |
| 17:14 18:1 | 23:24 29:19 | **g** | 70:7 71:5,11 |
| 21:9,21 24:9 | 33:7,8 34:5,22 | | 72:7,17 73:8 |
| 25:8,19 26:12 | 36:3 37:3,21 | **galluzzo** 3:4 | 73:22 74:20 |
| 26:21 27:2,11 | 37:24 43:22 | 5:5 8:24,24 | 75:10 76:1,15 |
| 27:17 28:10,20 | 44:18 45:23 | 9:14 13:8,12 | 76:24 77:12,20 |
| 29:14 30:7,24 | 46:5,9,21 | 13:17,21 14:1 | 78:18 79:4 |
| 31:20 32:13,22 | 48:19,23 54:10 | 15:23 17:7,21 | 80:2 81:14 |
| 33:4 34:2,9,19 | 55:1,8 73:17 | 18:12 20:14,16 | 83:16 84:16,24 |
| 35:11,25 36:16 | 89:21 92:6 | 21:10,15,24 | 87:5 88:7 89:2 |
| 37:1,16 38:12 | | 24:24 25:14,22 | 89:4,22 90:16 |
| | | 26:7,8,19,24 | |

**[galluzzo - impacting]**                                        Page 11

90:19,23
**game** 40:9
**gates** 3:5,12
8:25
**gateway** 23:25
24:17
**gateways** 24:13
**generally** 10:24
**getting** 49:25
52:16 58:19
**give** 32:2 57:4
84:2
**given** 22:10
37:25 49:24
62:10 63:1
66:2 81:1
83:10 90:9
**giving** 84:7
**go** 18:15 39:7
40:21 49:14,15
50:3 67:10
69:16 72:8,23
84:16 88:18
**going** 8:7 30:4
31:4 49:8,11
49:18 50:5
63:24 68:7,18
77:7 84:18
90:7
**gonna** 13:4
31:15 38:14
40:17 48:2
49:13 51:5
60:4 78:1 89:2

**good** 8:6 9:15
9:16
**guess** 66:9
**guidelines**
82:17

**h**

**h** 39:11
**happen** 69:10
**happening**
22:13 63:24
67:1,23 68:8
76:12 77:6
**happens** 60:3,7
**happy** 12:15
14:18 25:3
26:15 39:17
40:18 74:16
**hardware**
15:25 16:3,4,5
16:12,22,23
17:13,18,18,20
**head** 30:10
32:14 33:16
34:1 35:19
86:18
**hear** 9:20
**heard** 16:10
36:9,14 39:10
40:13 65:2
87:23,24
**hearing** 90:4
**heat** 56:12 58:2
59:12 60:18
70:17 72:10

**helpful** 50:1
**hfc** 24:18 35:20
44:20
**hi** 9:7
**high** 63:21 65:9
67:7 74:1,6
84:6
**history** 19:14
42:22
**hold** 26:5
**holobinko**
19:19 20:11
44:16,17,25
45:1 47:5,11
47:16 57:8
75:2 79:21
81:9 88:11
89:1,3,15,24
**holobinko's**
44:12 58:7
86:5,6 88:25
**home** 22:5,11
22:23 23:12
**hope** 50:17
**hopefully** 49:9
**hour** 49:8,12
49:18
**house** 70:22
**hub** 33:17 34:1
**huge** 74:15
**hundred** 88:23
89:17
**hundreds** 27:4
27:13,14 39:25
40:1,1 41:7,7,7

41:10
**hybrid** 15:7
**hypothetical**
25:11 26:17
29:18 63:22
84:6
**hypotheticals**
63:21 65:10
74:19 77:9

**i**

**icmts** 35:24
36:9 38:21
**identification**
6:1 7:1 13:11
13:16,20,25
47:22,24
**identify** 88:21
**impact** 55:19
55:24 56:25
57:6 58:3,18
58:21 59:13
60:2,4,22
62:11,21 64:20
64:24,25 65:4
65:6,13 66:6
69:13,22 70:17
70:25 73:13,15
75:20,20 76:20
**impacted** 55:19
55:25 57:1
62:22 69:22
73:13,15 76:19
**impacting**
66:15

**impair** 12:5
**impedance** 25:16
**important** 9:18
**include** 16:13 17:2
**included** 93:13
**includes** 82:20
**including** 22:14 62:22 80:9 82:19
**incomplete** 65:10 74:18
**inconsistent** 42:7 57:9 58:9 75:3,4 86:6
**inconsistently** 81:11
**incorporated** 82:20 95:12
**increase** 69:16
**increased** 59:15,19 69:14 70:20
**increases** 59:9 60:22
**indefinite** 17:25 18:5 86:15
**indefiniteness** 18:25 19:5
**index** 5:1
**indicating** 77:1 77:14 93:13

**industry** 63:1
**influence** 62:10 86:2
**influenced** 86:1
**information** 26:18 31:13 54:3 66:8 77:10
**initial** 9:17
**insulation** 67:11
**integrated** 35:9 35:24 36:10 37:12 38:22
**intelligence** 23:21
**intelligent** 22:22 23:16
**interchangea...** 76:7,10,11,14
**interested** 92:18
**interfacing** 22:7,25
**interference** 57:5
**internet** 24:18
**intersymbol** 57:5
**intrinsic** 87:21
**introduced** 49:19
**invention** 42:10 82:4

**inventions** 22:17
**involvement** 21:16 32:9
**isi** 57:5,11,12 57:13,21 58:4 64:7 81:6 86:4
**issuance** 11:20 11:25
**issue** 26:1 49:24
**issued** 11:12
**issues** 14:9 19:18
**issuing** 88:8

**j**

**jeff** 4:25 8:17
**jem** 8:14
**job** 1:23
**july** 15:13 16:19 17:17 34:6 35:14 41:20 43:16 45:25 54:15 55:7
**jwh** 1:7,12 2:7 2:12 8:14

**k**

**k&l** 3:5,12 8:25
**k.p.** 90:24
**kamram** 4:18
**kamran** 9:6,7,7
**kathryn** 4:12 9:4

**keep** 67:12
**keeps** 81:11
**kes** 1:7,12 2:7 2:12
**kilpatrick** 4:19 9:8
**kind** 31:16 52:23 58:14,20 67:9 86:22
**kinds** 61:20
**klgates.com** 3:9
**knee** 49:25,25 50:17
**knew** 43:17 44:14
**know** 10:25 18:16 26:17 28:4 32:19 33:2 35:15 38:14 40:20 45:11 48:6 51:7 58:2 81:23 82:8,9 83:4,8 85:23
**knowing** 31:25 63:23 75:21,22 77:17 79:24
**knowledge** 19:25 20:1,5 25:25 40:13 50:22 53:5
**known** 15:14 59:12 66:14 70:25

**[knows - mean]** Page 13

**knows** 44:16
**kpadmanabhan** 4:10
**krishnan** 4:4 9:3 93:5
**ktslaw.com** 4:22

**l**

**lab** 31:15
**language** 19:13 36:6 37:4,6,8 37:21 82:13 87:1
**largest** 34:16
**late** 23:2 32:8,8
**latency** 55:22
**latitude** 65:20 65:25 66:12
**law** 82:1
**lead** 1:7 2:7 31:9 81:7
**learn** 23:18 48:14
**leave** 79:23
**leg** 49:25 50:17
**legal** 8:18,20 18:25 19:3,6 81:25 90:11 93:1 96:1
**length** 63:13
**letter** 93:19
**level** 63:21 65:9 67:7 74:1,6 84:6

**lexington** 4:14
**lightning** 58:11 58:16 59:3,6,7 59:15,18,21 60:1,2,3,6,7,12 61:4 69:8,20 70:14,20,21
**limited** 80:21 85:20 86:12
**line** 39:5,6 52:4 62:16 93:13 95:7 96:3
**lines** 77:25
**list** 21:16 85:18
**listed** 21:3,5,5 21:14,14 22:16 55:22 95:7,17
**listing** 95:7
**little** 12:9 16:17 21:7 32:25 33:19 46:13 52:19
**llc** 1:5,9,11 2:5 2:9,11 8:11 93:6 94:3 95:3
**llp** 4:5,13,19
**localized** 58:11 59:3
**located** 33:16 35:19 65:21
**location** 34:1 66:1,11
**long** 9:21,25 12:16 27:4,14 41:8

**longer** 49:14,16
**longitude** 65:20 66:1,12
**look** 11:8,8 18:13 26:23 38:19 39:17 41:24 52:17 53:11
**looked** 32:15 37:21
**looking** 18:19 18:20 22:6,20 74:13,13 75:17
**los** 4:21
**lossless** 25:15
**lot** 50:16 52:8 66:8 83:21
**low** 73:23 74:8 74:14,14

**m**

**m** 27:16
**ma'am** 91:1
**machine** 92:10
**madam** 93:10
**made** 22:21 43:14 69:12 92:9 94:7
**magnet** 66:10
**magnetic** 64:17 64:20 65:3,6 65:12 66:3,6 66:11
**magnets** 64:23
**mainstream** 61:18

**major** 22:9 32:17 34:22,24 47:2,7
**make** 13:5 14:12 23:16 29:1 31:22 46:21 68:2,19 70:15 75:9 76:13 78:8
**making** 19:6 79:5,16
**management** 1:11 2:11
**march** 7:5
**marked** 6:1 7:1 13:10,15,19,24 20:18 47:19,21 47:23
**master's** 24:2,5
**materials** 19:22
**matt** 9:1
**matter** 8:10 18:15 82:3
**matters** 26:1 87:25
**matthew** 3:11
**mean** 15:1,24 16:20 18:3 21:18,23 28:1 35:4 37:25 38:4 40:17 45:25 48:25 54:11 68:3 71:24 81:13 85:5,8

**[meaning - multiplexing]**                                                Page 14

**meaning**  14:23
  15:14,16 20:12
  42:8 43:12
  81:10 85:1,9
**means**  28:16
  40:21 41:4
  72:15 84:10
**measurable**
  29:12
**measure**  28:18
  30:22 31:2,11
  57:7,11 64:10
  66:13 74:25
  75:24
**measured**
  28:22,22 73:6
**measurement**
  68:8
**measuring**  29:3
  68:5
**media**  8:8
  90:10
**medication**
  10:19 12:4
**medications**
  10:3,5,8,11,16
  10:25 11:1,21
**medicine**  10:22
**megahertz**  30:9
  30:9
**megan**  1:22
  2:20 8:19
  92:24
**memorization**
  40:9

**memorize**
  30:13 40:3,5
  41:13
**memorized**
  27:5,14 39:25
  40:2 41:10
**mer**  76:3,6,16
  77:1,4
**mesh**  24:5
**metric**  14:24
  17:23,25 18:5
  55:17 56:2,16
  56:20,22 57:3
  57:10,17 58:10
  58:25 59:4,22
  60:13,25 61:7
  61:9 62:7,10
  62:17,20 63:6
  63:7,9 64:1,1,2
  64:6,9 65:16
  66:2,9,17,20
  68:12,13,25
  69:5,18,19
  70:1,11,22,23
  70:23 71:2,4
  73:20 75:7
  76:23 77:5
  78:5 79:11
  80:1,8,9 85:1,9
  85:13 86:8,13
  86:20 88:3,13
  88:17 89:7
**metric's**  29:24
**metrics**  55:19
  55:24 56:3

  57:21 61:18,25
  69:25 70:3
  73:5 78:12,17
  78:22 82:21,24
  85:14,25
**midwest**  93:17
  96:1
**mind**  20:12
  79:9
**minor**  13:13
  14:6,8
**minutes**  49:10
  49:14,16
**missed**  39:4,8
**missing**  21:6,11
**misstatement**
  38:24
**misstates**  38:13
  80:13
**misunderstan...**
  9:24 16:8
**misunderstood**
  87:8
**mit**  22:18
**modem**  15:12
  15:15 23:5,6
  52:3,13
**modem's**  15:7
  44:20
**modems**  22:7
  35:20
**modification**
  37:7
**modifying**  37:6

**modular**  33:3
  33:12 52:23
**modulate**  27:22
**modulated**
  32:20 77:6
**modulating**
  28:6
**modulation**
  27:19,20 76:2
  76:18,25
**modulators**
  52:21
**moisture**  56:12
  58:2,20 59:12
  71:3
**moment**  17:23
  56:13 84:17
**morning**  8:6
  9:15,16 86:24
  86:25
**motions**  48:5
**move**  20:14
  26:3 40:19
  47:15 89:2,23
**moving**  44:23
  90:1
**mso**  33:17 35:4
  35:5
**msos**  32:15
  34:17 35:1
**multiple**  20:13
  46:2,23
**multiplexing**
  28:3

[multiservice - ofdm]                                              Page 15

| | | | |
|---|---|---|---|
| **multiservice** 35:5 | **neither** 92:17 | **note** 88:13 | 33:4 34:2,9,19 |
| **multitude** | **network** 15:8 | 93:12 | 35:11,25 36:16 |
| 15:18 55:9 | 22:25 24:6,7 | **noted** 91:2 | 37:1,16 38:12 |
| 56:25 | 24:19 35:21 | **nothing's** 21:6 | 39:12,21 40:15 |
| **museum** 22:19 | 44:21 | **noticing** 8:23 | 41:2,18 42:18 |
| **n** | **networking** | **number** 6:21 | 43:7 44:7 |
| | 24:3 29:22 | 7:4 8:13 18:4 | 45:20 46:17 |
| **n** 6:16 13:22 | **networks** 24:4 | 28:25 41:12 | 48:17 51:13,22 |
| **name** 8:17 | 24:5 | 53:3 68:23 | 52:5 53:20 |
| 92:22 93:6 | **never** 23:6 40:2 | 69:21 71:12 | 54:22 58:13 |
| 94:3,4,15 95:3 | 41:11 60:15 | 72:1,2 73:1,2 | 59:5,24 60:14 |
| 95:4,21 | **new** 4:7,7,15,15 | 83:10 84:11 | 61:13 62:8,18 |
| **naming** 14:9 | 42:11,17 43:19 | 87:24 90:9 | 63:5,17 64:19 |
| **nancy** 13:23 | 44:5 49:19 | 93:7,13 | 65:18 66:4 |
| **narrative's** | **nichols** 4:25 | **numbering** | 67:5,19 68:4 |
| 45:14 | 8:17 | 14:9 | 68:14 69:6 |
| **natural** 49:19 | **night** 87:2 | **numbers** 95:7 | 70:4,9 71:8,23 |
| **nearby** 58:17 | **nine** 10:23 11:5 | **numerator** | 72:12,21,21 |
| 60:7 | 12:5 | 79:3 | 73:11 74:10,23 |
| **nebulous** 44:14 | **noise** 28:8 | **numerous** 75:2 | 75:15 76:8,17 |
| **necessary** | 29:13 57:12,13 | 81:1 | 77:3,15 78:13 |
| 45:15 77:10 | 58:5,6 64:9 | **o** | 78:23 79:12 |
| **need** 10:24 | 86:4 | | 80:12 82:25 |
| 12:16 25:11 | **nonresponsive** | **o0o** 5:7 8:4 | 84:4 86:16 |
| 26:17 32:1 | 20:15 44:24 | 9:12 | 88:6 89:10 |
| 36:17,20 49:13 | 47:16 89:3,24 | **oath** 92:8 | **obligation** 51:6 |
| 50:18 52:16 | **nonsensical** | **object** 17:14 | **obviously** 48:9 |
| 53:11,23,24 | 67:13 68:15 | 40:22 | 73:6 89:25 |
| 66:8 84:2 | **north** 3:8 | **objection** 15:9 | **occur** 9:21 |
| 87:17,18,22 | **notarized** | 17:3 18:1 21:9 | **occurrence** |
| 90:16 | 93:14 | 21:12,21 24:9 | 59:2 |
| **needed** 12:16 | **notary** 93:25 | 25:8,19 26:12 | **ofdm** 27:25 |
| 40:3 41:12 | 94:10,18 95:15 | 26:21 27:2,11 | 28:2,4,6,8,12 |
| **needing** 12:9 | 95:23 96:23 | 27:17 28:10,20 | 28:17,18 29:12 |
| | | 29:14 30:7,24 | 30:17,23 31:3 |
| | | 31:20 32:13,22 | |

[ofdm - padmanabhan]                                          Page 16

31:11
**office** 22:5,11
  22:23
**official** 94:15
  95:21
**oftentimes**
  27:20
**oh** 9:24 39:7
**ohio** 93:2
**okay** 12:12
  16:7,24 17:8
  18:18,23 19:3
  20:19,22 45:10
  48:12 49:11
  53:4 55:14
  71:25 72:8
  77:23 90:7
**ones** 34:24
**onwards** 23:2
**opened** 49:6
**operator** 4:24
  8:6 9:6,9 35:6
  50:5,9 84:17
  84:22 90:5
**opined** 71:12
**opining** 26:14
  71:7,22 82:6
**opinion** 15:5
  16:11,13 17:25
  19:5,8,12
  42:15 43:4
  56:14 57:19
  59:20,23 61:3
  68:22 80:3,6
  80:11 81:18,20

81:21 82:5,17
83:3,7 86:14
87:23 88:25
89:19
**opinions** 14:16
  14:20,22 19:7
  19:23 29:19
  33:7,8 34:4,12
  34:20 36:3,25
  37:2,7,12,20,23
  44:2 45:17
  48:18 51:12
  53:9,16 54:21
  55:1,16 87:4
  87:12,19 89:20
**options** 61:12
**order** 90:14
**ordinary** 15:14
  15:20 16:18
  17:17 18:6,7,9
  19:9 20:2,9
  33:9,10 34:5
  34:13,22 35:13
  35:17 36:21
  37:24 38:3,8
  42:8,25 43:5
  43:16,20 45:23
  46:10,22 48:19
  48:23 53:14
  54:8,11 55:5
  56:17 57:15,23
  58:22 60:23
  61:19,21 62:1
  63:8 64:3,12
  66:18 69:23

71:1 73:18
75:5,8 76:21
78:15 79:9,17
79:24 80:16,17
80:22 81:2,21
82:7,22 83:3,6
83:7,13,23
84:9,13 85:11
85:13,23 86:9
**original** 14:7
  18:14 20:20
  31:4 92:14
**originally**
  13:22
**orthogonal**
  28:2
**oscilloscope**
  31:16
**outer** 67:9
**outside** 40:16
  40:18 57:17
  58:24 62:3
  64:14 69:25
  80:25
**own** 15:4 17:24
  18:3 37:14
  82:14
**oxycodeine**
  11:4
**oxycodone** 11:2

**p**

**p** 39:11
**padmanabhan**
  4:4 9:2,3 15:9
  17:3,14 18:1

21:9,12,21
24:9 25:8,19
26:5,12,21
27:2,11,17
28:10,20 29:14
30:7,24 31:20
32:13,22 33:4
34:2,9,19
35:11,25 36:16
37:1,16 38:12
38:24 39:2,12
39:21 40:15,20
41:2,18 42:18
43:7 44:7 45:7
45:13,20 46:17
48:4,17 49:7
49:11,17 51:4
51:13,22 52:5
53:20 54:22
58:13 59:5,24
60:14 61:13
62:8,18 63:5
63:17 64:19
65:18 66:4
67:5,19 68:4
68:14 69:6
70:4,9 71:8,23
72:12,21 73:11
74:10,23 75:15
76:8,17 77:3
77:15 78:13,23
79:12 80:12
82:25 84:4
86:16 88:6
89:10,25 90:15

91:1 93:5
**page** 6:2 7:2
   78:8 93:13,15
   95:7 96:3
**pages** 27:4,14
   40:1 41:8,10
**pain** 10:21,25
   11:1,21 12:4
**paragraph**
   18:15,23 39:2
   39:5 41:24
   42:20 43:2
   55:12,15 71:19
   77:21
**paraphrasing**
   55:15
**parent** 85:4
**park** 4:6,20
**part** 37:12
   52:12 56:7
   67:2,21 86:20
   95:9
**particular**
   66:11 79:1
**particularly**
   82:2
**parties** 3:1
**parts** 22:6
**party** 92:19
**patent** 6:15,20
   7:3 13:22 15:5
   15:25 16:12
   17:2,11 19:9
   35:9,13 37:6
   42:7,10,21

43:18,18,20
49:3 51:16,17
51:23 52:15
53:2,10,12
54:2,4,5,9 55:4
55:4 56:23
57:22 77:25
78:3,16 81:22
82:8,19 83:19
83:20 84:8,12
85:2,4,9,19
86:12,19,24
87:9,11,14,14
87:16,20 88:5
**patent's** 37:4
**patentee** 82:3
**patents** 79:15
   88:4,12 89:7
**peer** 62:13
**pending** 26:6,9
**people** 30:14
   36:18,18,19
   40:6 48:22
**performance**
   30:22 31:3,11
   62:6,9,16,20,21
   63:4,15,23
   64:1 66:14
   75:1
**performed**
   87:13
**period** 22:9
   34:18 35:14,16
   43:15 45:25
   48:25 54:12,14

55:7
**person** 15:20
   42:8,15 43:4
   56:14 59:20
   60:11 61:5
   62:5 63:3
   65:14,24 68:24
   69:3 78:4,9,19
   79:9 80:6
   82:22 84:2
**personally**
   94:11 95:15
**perspective**
   31:23 33:8
   34:13,21 66:16
   73:4 82:6,7
**pertains** 92:13
**ph.d** 22:15
   23:11 24:1,6
**ph.d.** 1:14 2:16
   5:3 22:5,6,10
**phd** 93:8 94:4,9
   95:4,13 96:20
**phone** 93:3
**phrase** 37:12
   39:10 40:13
**phrases** 14:23
**phy** 39:11
   40:14 41:1
**physical** 16:6
   16:21,21,23
**piece** 16:21,23
   33:15,25 44:19
   63:2 65:20
   66:1

**place** 92:6
**placed** 10:3,5
   47:19
**plaintiff** 1:6 2:6
   2:17 3:3 8:10
**play** 35:6 64:23
**please** 9:10
   12:16 18:17
   32:25 45:4
   48:2 50:19
   53:1 55:13
   90:15,23 93:11
   93:11
**point** 18:7
   25:20 26:14
   30:14 31:12
   36:14 43:2
   49:20 53:22
   57:23 69:8,21
   79:16,19 80:22
   82:2 83:22
   84:11 87:11
**pointed** 38:4
   81:24
**pointing** 88:19
**polk** 4:13 9:5
**popped** 86:18
**portion** 78:2
   89:23
**portions** 52:25
   79:14
**posita** 42:3
**possible** 28:19
   31:24 65:11

**potentially** 60:4

**practice** 40:4

**prefer** 49:15

**premarked** 12:21

**preparing** 44:2 45:17,22

**presence** 68:11 69:1

**presenting** 38:15

**previous** 37:19

**pricing** 74:3

**principle** 19:3

**principles** 25:1

**printed** 12:24

**printout** 18:20 18:20

**prior** 10:15 11:19,19,22,24 11:24 32:4,9,9 41:10 44:4 45:19 48:16 88:4,8 89:8 92:8

**probably** 10:23 66:25 67:22

**problem** 50:17

**problems** 82:15

**procedure** 94:5 95:5

**proceed** 9:11

**proceedings** 92:5,7,9,15

**product** 54:4

**production** 93:15,17,22

**projects** 48:21

**pronounced** 30:5

**properly** 15:6

**proposed** 86:7

**propped** 50:1

**prosecution** 19:14

**provide** 14:15 26:22 35:6 39:16 45:9 79:15

**provided** 18:25 47:2,7 66:9 78:16 80:10,15 80:24 85:4,12

**providing** 19:7 19:8 31:13,17 32:17 34:23,25 78:6

**public** 21:14 94:10,18 95:15 95:23 96:23

**publication** 6:21 7:4 49:4 51:17,24 53:3 53:11,12,13 54:2 62:14

**publications** 89:6

**published** 51:21

**purport** 42:10

**purpose** 40:5 41:14

**purposes** 21:2

**put** 41:22 64:24

**q**

**qam** 27:16,18 27:22 30:4,4,6

**quadrature** 27:19

**quality** 57:7,10 57:11 64:2,11 64:25 66:13 74:22,25 75:13 75:14,24 77:1 77:14

**question** 11:10 11:23 16:16 17:6 18:16 19:20 21:22 22:4 23:7 24:8 24:10 25:4,11 25:13 26:6,9 26:15 28:12,15 28:21 29:11,17 30:21 31:1,4,6 31:9,18,21 32:6,24 33:19 34:11 36:22 37:5,10,11,18 37:18 38:11 39:17,19,24 40:22,23 41:4 44:10 46:13,20 55:21 56:19

59:14 60:17 61:14 63:20 64:3 65:19 67:21 68:16,19 71:10 72:4,10 73:5,7 74:1 79:5,8 82:13 82:16 83:5 86:19 87:8,9 87:25 88:1 89:12

**questioning** 16:9

**questions** 9:17 14:19 28:24 30:1 36:4 38:16 39:14 40:21 45:3,3,5 45:8,15 48:3 65:11 67:8,14 70:16 74:5 77:11 86:23 89:23 90:2,3,6

**quite** 16:8 61:24

**quote** 15:6 42:17

**r**

**raise** 58:17

**raised** 79:20

**ran** 88:14

**range** 55:18 79:2

**rate** 71:7,22,25 72:1,6,11,16,19

73:1,6 76:3,5
76:19 77:1
84:25 85:3
**ratio**  28:9
29:13
**ratios**  77:1,13
**read**  17:11 40:7
52:6,9 94:5,6
94:12 95:5,6
95:17
**reading**  43:20
52:19 78:20
93:19
**realized**  54:3
**really**  18:2 22:9
25:11 29:16
43:11 44:9
60:5,8,18 65:7
72:4 74:11
82:17 83:18
**reask**  40:23
41:23 65:23
**reason**  12:3
93:14 95:8
96:3
**reasonable**
18:8 19:10
20:10 56:18
57:2 58:23
60:23 62:2
64:5,13 66:19
69:24 71:2
73:18 75:7
79:18,24 81:4
81:10 82:9

83:14,24 84:9
84:14 85:14,24
86:10
**reasonably**
61:22 64:4
**reasons**  12:12
18:5 62:22
**recall**  11:7
32:16 88:10,11
89:13
**receipt**  93:18
**received**  13:13
72:2,3 73:2,3
74:9
**receiver**  68:18
**recent**  10:19
**recently**  9:19
**recitation**
87:23
**recites**  37:22
88:12
**reciting**  87:3,21
**record**  8:7,22
13:7 35:3
38:15,25 48:5
49:3 50:4,6,7,8
50:10 53:2
84:16,18,20,21
84:23 87:21
90:7,12 92:9
95:9
**recorded**  8:8
**redefine**  42:11
**refer**  12:22
40:6 71:19

78:1
**reference**  82:20
93:7 94:2 95:2
**referenced**
94:11 95:15
**references**
47:16
**referencing**
27:8
**referring**  12:23
20:1
**refers**  42:3
52:12
**reflected**  14:10
**regarding**  6:4,9
11:12,20,25
13:9 90:1
**regards**  12:11
23:12 29:23
33:6,13 36:5
37:3,20 39:15
42:19,23 43:19
54:25 57:12
70:13,16 73:16
81:6 82:3
89:20
**related**  1:12
2:12 10:9,16
14:24 17:22,25
18:5 25:25
29:23 42:4
55:17 56:16,19
56:20,22 57:3
57:10,17,21
58:10,14,24

59:4,22 60:13
60:25 61:7,9
63:9 64:6
65:16 66:2,20
68:12,12,25
69:5,18 70:1
70:23 71:4
73:14,20 75:7
76:16,23 78:5
78:11,16,22,25
79:11,20,23,25
80:1,8,9 82:21
82:24 85:1,8
85:12 86:1,4,8
86:13,20,22
88:3,13,17
89:7
**relation**  17:1
27:1 55:1
61:19
**relationship**
30:2 57:12
58:3 64:9
77:19
**relative**  59:2
92:18
**relatively**  74:14
**relevance**  53:8
53:15
**relevant**  21:3,4
25:25 29:9,19
34:4,12,15,18
35:14 43:15
45:25 48:25
53:18 54:6,12

**[relevant - seems]**                                                    Page 20

54:14 55:7
**remaining** 67:3
**remember** 30:9
32:15
**remote** 1:15
2:17 12:23
23:17 39:11
40:14 41:1
**remotely** 8:16
**render** 87:18
**rendered** 34:21
38:2
**rendering**
34:12 37:7
55:1
**repeat** 32:25
**repeatedly** 81:8
**rephrase** 45:4
**report** 56:11
**reported** 1:21
**reporter** 2:20
8:19 9:10
90:13,17,21,24
92:1,3 94:7
**represent**
27:23 38:21
40:18 50:25
54:17
**representation**
51:15 54:19
**representing**
8:17 9:8
**request** 95:9,11
**requested**
92:16

**require** 35:9
49:22
**required** 93:25
**requirements**
18:25
**requires** 82:1
**research** 22:13
23:21 44:3
45:18 46:1,7,8
46:14,14,16,20
47:1 48:22
**reserve** 90:3
**respect** 48:5
**responses** 45:5
45:9
**result** 10:2
59:15,19
**retained** 90:10
**returned** 93:18
**review** 26:15
30:15 51:11
53:24 54:20,25
92:15 93:12
94:1 95:1
**reviewed** 19:18
51:17 53:19
62:13
**rf** 24:25 25:6
25:17 26:9
**right** 16:10,15
17:22 19:1
31:8 50:3
78:22
**roles** 63:11

**rough** 90:18,25
**route** 24:3
**router** 24:1
**routers** 24:13
24:21
**routing** 24:3,22
**rpr** 1:22 2:20
92:25
**rules** 94:5 95:5
**run** 88:2
**running** 16:5
16:22 17:19

**s**

**s** 93:15 95:8,8
96:3
**sandeep** 1:14
2:16 5:3 6:3,8
6:12,17 8:9
90:9 93:8 94:4
94:9 95:4,13
96:20
**santa** 1:3 2:3
**sarah** 4:18 9:7
**satisfaction**
73:24 74:3,9
**saying** 16:3,18
16:25 17:10
39:25 43:10
57:20 60:11
61:8,9,11,15
69:17,18 79:6
**says** 44:13
57:10 79:22
82:21

**scalability**
33:14
**science** 22:19
**scientific** 62:14
**scope** 14:17
18:10 40:16,18
57:16,17 58:24
58:24 60:24
61:23 62:3
63:9 64:6,14
66:20 69:25,25
71:4 73:20
75:6 76:22
79:19 80:1,18
80:25,25 81:23
82:10 83:4,8
83:15,22,25
85:15 86:11
**seal** 94:15
95:21
**search** 89:16
**searched** 89:14
**searches** 88:2,2
89:5
**second** 42:6
52:14 55:18
**section** 56:4,11
81:25
**see** 29:4,7,18
34:3,11 39:3
42:13 53:8,15
61:12
**seems** 20:11
25:10 26:16
31:1 44:17

**[seems - snr]** Page 21

| | | | |
|---|---|---|---|
| 47:11 49:19 | **setup** 25:10,12 | **signed** 94:13 | 30:22 31:10 |
| 51:16 52:20 | 77:18 | 95:18 | 33:9,10 34:5 |
| 53:10 79:21 | **several** 23:3 | **significant** | 34:13,22 35:14 |
| 81:9 88:16 | 27:4 | 22:13,24 24:11 | 35:18,23 36:21 |
| 89:15 | **share** 12:21,24 | 24:21,23 29:21 | 37:13,24 38:3 |
| **seen** 50:21 53:5 | **sheet** 93:13 | **signing** 93:19 | 38:8 42:9,15 |
| **selected** 22:17 | 95:7,10,18 | **similar** 24:12 | 42:25 43:5,16 |
| **sense** 25:23 | 96:1 | 24:12 69:20 | 43:20 45:23 |
| 29:1 31:22 | **shielding** 65:8 | 76:5 86:23 | 46:10,22 48:19 |
| 57:18 61:2 | **short** 14:24 | **simple** 82:17 | 48:24 53:14 |
| 68:20 70:15 | **shortcut** 56:6 | **simply** 18:10 | 54:8,11 55:5 |
| 76:13 82:16 | **shorthand** 2:20 | 19:9 35:13 | 56:14,17 57:15 |
| **senses** 24:17 | 92:2,10 | 38:7 42:20,24 | 57:24 58:22 |
| **sentence** 42:3,6 | **show** 43:9 | 54:4,9 57:16 | 59:20 60:11,23 |
| 52:7,8,12,15,20 | **showcased** | 61:17,21 64:12 | 61:5,19,21 |
| 55:18 | 22:18 | 67:14 69:23 | 62:1,5 63:8 |
| **separate** 52:21 | **showing** 38:5 | 71:1 73:19 | 64:4,12 65:14 |
| 52:25 | **shown** 93:16 | 76:13 86:9 | 65:24 66:18 |
| **ser** 76:5 | **shows** 44:13 | **sincerely** 93:21 | 68:24 69:3,23 |
| **seriously** 89:19 | 83:12 | **single** 33:25 | 71:1 73:19 |
| **services** 35:7 | **side** 24:17,18 | **sir** 93:10 | 75:5,8 76:7,21 |
| 74:9 | 57:14 58:4 | **sitting** 27:8 | 78:4,9,15,19 |
| **set** 14:20 15:15 | 64:8 68:6,8 | 40:13,25 55:23 | 79:17,24 80:6 |
| 23:9,15,19,21 | 76:19 | 88:22 | 80:16,17,23 |
| 23:24 29:19 | **signal** 27:23 | **situation** 25:16 | 81:2,21 82:7 |
| 33:7,8 34:22 | 28:5,7,8,22,23 | 31:15,25 77:8 | 82:23 83:3,7,7 |
| 37:2,20,23 | 29:13 30:19 | **six** 81:17 82:20 | 83:13,23 84:2 |
| 43:22 44:18 | 57:7,10,11 | 82:23 83:17,18 | 84:9,13 85:11 |
| 45:23 46:5,9 | 63:4 64:11,24 | 85:11 86:13,14 | 85:13,23 86:9 |
| 48:19,23 54:10 | 66:13 74:22 | **sixth** 52:14 | **skill's** 79:9 |
| 55:1,7 73:17 | 75:13 77:2,7 | **skamran** 4:22 | **snr** 14:24 17:22 |
| 89:21 92:6 | 77:14 | **skill** 15:14,20 | 17:25 18:5 |
| **sets** 18:4,24 | **signals** 63:16 | 16:19 17:1,10 | 28:9,13,17,18 |
| **setting** 34:5 | **signature** 92:24 | 17:17 18:6,7,9 | 28:21,22 29:3 |
| 36:3 46:21 | 93:14 | 19:9 20:2,9 | 29:23,23,25 |

**[snr - substance]**

30:18,19 55:17
55:19,20,25
56:9,16,20,22
56:25 57:1,3
57:10,17,21
58:3,6,10,12,18
58:21,24 59:4
59:13,19,22
60:2,4,13,22,25
61:7,9 62:11
62:22 63:9
64:6,18,21,25
65:4,6,13,16
66:2,3,6,15,20
66:23,23 67:4
67:18 68:3,5
68:12,12,23,25
69:5,14,18,22
69:22 70:1,17
70:18,23,25
71:4 73:14,15
73:20,23 74:8
74:13,14 75:7
75:20,20 76:6
76:16,19,20,23
76:25 78:5,11
78:16,22 79:1
79:1,3,11 80:1
80:8,9 82:21
82:24 85:1,8
85:12 86:1,1,2
86:8,13,20
88:3,13,17
89:7

**software**   16:5
16:13,22 17:2
17:19
**solutions**   8:18
8:20 90:11
93:1 96:1
**somebody**
69:19
**somebody's**
70:22
**sorry**   9:20 51:4
73:15 82:12,15
**sounds**   80:4
**south**   3:6
**space**   32:7 35:1
**speaking**   10:24
**spec**   42:4
**specific**   21:18
25:3 32:15
33:19 46:13
**specifically**
18:15 39:15
**specification**
19:14 26:23
27:1,3 39:16
39:20,24 41:6
41:7 78:20
80:10,19,20
84:2
**specifications**
27:6,13 30:12
30:12,14,15
39:14 40:6,7,7
40:8 41:13,14
42:21

**specifics**   31:25
**speed**   25:7,18
26:10
**spelled**   37:22
**stand**   14:13
**standard**   27:9
**standing**   48:10
**started**   44:24
**starting**   8:22
**state**   8:21 13:7
24:16 36:5
44:3 45:18
46:15 61:18
82:18 85:20
92:3 94:10
95:15
**stated**   19:24
46:2,23 60:15
89:13
**statement**
94:13,14 95:19
95:19
**statements**
51:7
**states**   1:1 2:1
8:12 30:6
35:13 80:19
83:19 86:25
87:14 88:12
**stating**   15:19
42:20 49:24
53:25 56:24
69:9,15 70:10
70:13,21,24
74:17 80:14,17

80:21 83:20
**stenographic...**
1:21
**steps**   59:19
**stockton**   4:19
9:8
**stopped**   10:21
11:3
**strawn**   4:5 9:3
**street**   3:6
**strength**   64:17
65:3
**strike**   20:14
44:23 47:15
48:6 58:16
59:7,7,15,18
60:1,3,6 70:22
89:2,23 90:2
**strikes**   58:11
59:3,21 60:3,7
60:12 61:5
**strong**   64:23
66:10
**subject**   82:3
**submitted**   21:1
62:14
**subscribed**
92:22 94:10
95:14 96:21
**subscriber**
73:24 74:8
**subscribers**
74:12,15
**substance**
12:20 50:13

**sufficient**   29:9
**sufficiently**
    79:23,25
**suite**   3:7,13
    4:20 93:2
**summary**   19:2
    81:25
**superior**   93:1
**supports**   89:20
**sure**   16:9 18:2
    25:5 28:1
    41:22 46:21
    52:11 63:19
    65:23 68:24
    71:24 78:8
    79:6
**surgery**   9:23,25
    10:2,9,16,22
    11:7,11,19,22
    11:24
**surprise**   48:14
**surrounding**
    72:14
**swear**   9:10
**sworn**   94:10,13
    95:14,18 96:21
**symbols**   27:23
**system**   15:12
    15:15 21:20,23
    21:25 22:3
    44:14
**systems**   21:17
    21:19 22:1,3,7
    22:14,21,25
    23:1 24:7,11

27:21 29:22,22
29:24 32:5,11
52:3,13,24
61:20

**t**

**table**   50:1
**take**   10:15
    18:13 26:23
    30:19 39:17
    49:13 51:6
    52:16 90:23
**taken**   2:16 8:9
    92:5
**takes**   50:16
**talk**   14:25
    17:22 44:24
    47:4,11 56:3
    56:12
**talked**   23:23
    56:10 58:1
    69:11 85:10
**talking**   10:6
    29:2 31:2,14
    43:21 44:11
    52:18,21,23
    55:4 59:9 60:5
    60:9,18,20,21
    67:10 69:15
    70:6 71:13,16
**talks**   42:24
    54:9
**teach**   53:13
**technical**   19:7
    19:8,12,23
    23:13 31:23

67:14 70:15
82:5,6
**technologies**
    24:23
**technology**
    8:16 22:12
    24:22 44:4
    45:19 46:15,20
    48:15
**television**   22:1
    22:3,21 23:16
    23:19
**tell**   12:25 18:18
    19:10 27:9
    40:22 41:1
    52:17 53:18
    59:22 62:25
    69:24 71:1
    81:10
**telling**   29:8
    41:9,11 43:13
    75:11
**temperature**
    56:8,13,16,19
    56:21,24 57:21
    58:15,18,20
    59:8,16 60:19
    60:21 62:6,10
    62:16,23 63:1
    63:13 69:12,13
    69:14,17 70:17
    70:19,25 71:3
    71:14,17 72:13
    72:14,25,25
    73:17 74:21,24

75:12,13,19,21
75:22,23
**term**   15:11,13
    17:12 18:9,11
    19:11 20:6,12
    25:2 29:23,24
    36:2,9,15,24
    37:25 38:3,8
    39:11 41:5
    42:7,25 43:12
    43:15,16 45:24
    46:11 48:20,24
    48:25 55:5,16
    58:25 62:3
    64:15 73:21
    76:22 79:22
    80:19 81:1,11
    81:13,23 82:10
    83:4,9,15,22,25
    84:10,12,13,15
    85:16,21,22,22
    85:24 86:7,11
    86:15 89:7,21
**terminated**
    67:24
**terminates**   15:8
    35:19 44:20
**terminating**
    24:18
**termination**
    15:12,15 52:3
    52:13
**terminology**
    36:19

| | | | |
|---|---|---|---|
| **terms**  14:23 | 11:16 13:4 | 34:17,24 35:14 | **totally**  87:15,16 |
| 23:10 65:20 | 16:24 20:6 | 35:15 38:1,19 | **touched**  23:24 |
| 76:12 | 24:15 25:2,9 | 41:20 42:9 | 24:1,2 |
| **testified**  30:18 | 29:15 30:18 | 43:15 45:25 | **touches**  23:14 |
| **testify**  12:6,11 | 32:1,6,24 | 47:3 48:25 | **townsend**  4:19 |
| 12:13 | 34:15 36:11,13 | 50:6,10,16 | 9:8 |
| **testifying**  2:17 | 36:17,20 39:13 | 51:5 54:12,14 | **transcribed** |
| 92:8 | 45:13,14,15 | 55:7 84:18,23 | 92:11 94:7 |
| **testimony** | 46:19 50:23 | 89:12 91:2 | **transcript** |
| 38:13 50:13 | 51:14 52:6,14 | 92:6 | 90:14 92:14,16 |
| 75:12 80:13 | 53:7,22 55:24 | **times**  46:2,23 | 93:11,12 94:5 |
| 81:15 90:8 | 59:6 60:1,16 | 60:17 87:24 | 94:12 95:5,11 |
| 94:6,7 95:6,9 | 61:15,19 63:3 | **today**  10:8,15 | 95:17 |
| 95:12 | 65:5 66:5,24 | 12:6,13 14:12 | **transcription** |
| **testing**  29:10 | 67:6,20 71:9 | 14:15 16:9 | 92:12 |
| **texas**  3:14 | 74:15 76:11 | 27:8 36:12 | **transmission** |
| **thank**  9:9 12:18 | 77:4,16 79:13 | 40:14,25 50:21 | 66:25 67:3 |
| 56:5 | 85:10 87:18 | 53:6 55:23 | 77:2,14 |
| **theoretical** | 88:14,15,21,23 | 61:4 81:5 | **transmitted** |
| 25:10 | 89:11 | 83:12 86:3 | 31:13,14 |
| **theoretically** | **thirty**  93:18 | **today's**  90:8 | **travel**  25:6,17 |
| 25:15 | **thought**  59:10 | **told**  36:1 38:18 | 26:10 |
| **theory**  55:19 | 70:14 74:11 | 40:2 41:6,11 | **triple**  35:6 |
| **thereof**  92:12 | 80:3 | 47:4,11 53:23 | **trouble**  56:15 |
| **thing**  16:21 | **three**  49:9,13 | 63:12 64:7 | 61:6,10 69:4 |
| 48:7 80:3 | 49:14,15 55:21 | 81:8 87:9 | 78:10 |
| 86:17 | 61:11 84:8 | **took**  10:20 | **true**  20:23 |
| **things**  12:10 | 88:15,21 89:16 | **top**  17:20 22:17 | 25:24 54:20 |
| 21:13 40:8 | 90:10 | 23:9,15,21 | 78:21 |
| 48:23 56:12 | **throughput** | 29:4 30:10 | **truthfully**  12:6 |
| 57:20 64:25 | 55:22 | 32:14 43:23 | **try**  45:2 72:8 |
| 66:11 68:23 | **till**  12:4 | **topologies**  24:7 | 80:4 |
| 79:22 83:21 | **time**  12:9,22 | **total**  72:2 73:2 | **trying**  25:23 |
| **think**  9:18 | 15:13 16:19 | 90:9 | 57:18 61:2,17 |
| 10:12,21 11:1 | 22:8,9,18 34:6 | | 82:16 83:2,18 |

| | | | |
|---|---|---|---|
| **tryon**  3:6 | **undersigned** | 45:24 48:20,24 | 28:25 29:17 |
| **tuesday**  90:19 | 92:2 | 60:1 71:10 | 31:22 32:23 |
| 90:21 | **understand** | **unfortunately** | 33:5 43:8 44:8 |
| **turn**  20:17 49:2 | 9:19 14:22 | 50:16 | 45:21 46:18 |
| 50:20 53:1 | 15:1 16:14,24 | **unit**  8:8 | 63:18,22 65:10 |
| 55:12 77:21 | 17:17 18:8,10 | **united**  1:1 2:1 | 67:7,13 73:25 |
| **tv**  22:7,14 | 20:10 25:12 | 8:12 30:6 | 74:6,18 77:9 |
| **two**  10:1,1 | 28:11,16 29:16 | **units**  90:10 | 84:6 |
| 11:15,15 14:23 | 30:1 33:10 | **updates**  14:11 | **variables**  31:17 |
| 34:16 47:20 | 35:18,24 36:21 | **usage**  29:2,3 | 31:19 |
| 54:5 73:9 | 37:13,17,25 | 41:5 | **various**  35:1 |
| 78:25 79:2,15 | 42:16 43:5,11 | **use**  21:25 22:3 | 48:5 61:25 |
| 81:16 88:15,21 | 43:21 44:10 | 32:5 33:22,24 | 62:21 |
| 89:16 | 45:3,6,24 | 35:10 36:18,19 | **vendors**  32:17 |
| **tylenol**  11:2,4 | 53:25 54:11 | 42:7 76:13 | 34:23,24 47:2 |
| **type**  23:15,25 | 55:6 57:16 | 88:16 89:7 | 47:7 |
| 23:25 27:19 | 62:6 63:3 | **used**  16:11 | **verbatim**  92:9 |
| 29:2,3 42:11 | 65:15 72:4,15 | 32:12 56:22 | **veritext**  4:25 |
| 42:17,23 63:6 | 73:19 75:6 | 57:6,11 63:7 | 8:18,20 90:11 |
| 70:23 76:4 | 78:4,15 79:18 | 64:10 66:12 | 93:1,7 96:1 |
| **types**  24:6 | 80:18,23 82:23 | 76:7,10,11 | **veritext.com.** |
| 27:22 | 85:11 90:2 | 82:13 85:25 | 93:17 |
| **typical**  30:5 | **understanding** | 88:3 90:10 | **version**  37:22 |
| **typically**  35:5 | 15:19,22 16:20 | **uses**  86:19 | **versus**  87:3 |
| **u** | 18:24 38:6,7 | **ushered**  22:9 | **video**  4:24 8:6 |
| | 42:4 43:22,25 | **using**  8:16 28:6 | 8:8 9:6,9 50:5 |
| **u.s.**  6:20 7:3 | 46:5,9,22,25 | 32:16,20 33:3 | 50:9 84:17,22 |
| 49:3 53:2 | 54:7,14 55:8 | 34:18 82:14 | 90:5 |
| **unable**  47:5 | 55:10 78:10 | 84:12 92:10 | **videoconfere...** |
| 62:1 84:14 | 82:1 83:6 | **v** | 1:15 2:15 3:1 |
| **unclear**  73:17 | **understandings** | | **videographer** |
| 80:8 | 57:9 58:9 | **v**  93:6 94:3 | 8:18 |
| **under**  57:22 | **understood** | 95:3 | **videotaped** |
| 58:7 92:11 | 15:6 16:25 | **vacuum**  43:10 | 1:14 2:15 |
| **undermines** | 34:6 38:3 43:1 | **vague**  16:17 | |
| 88:23 89:19 | | 17:6 26:17 | |

view   19:9 56:21
  59:2,20 65:25
  68:10 69:3
vince   3:4 8:24
  49:7
vincent.gallu...
  3:9
virtual   8:16
vitae   6:11
volume   1:17
  2:16 5:4
vs   1:7 2:7 8:11

| w |
| --- |

waived   93:19
walking   50:1
  50:15
want   16:9,16
  42:5 64:23
  90:13,24
wanted   38:20
wardwell   4:13
  9:5
way   12:5 17:5,9
  28:6 33:23
  36:7 41:23
  57:24 58:22
  60:2 61:21
  64:4,13 67:3
  82:18
ways   27:21
  70:18,19
we've   23:23,23
  49:7,11,18
  61:4 71:13,16
  75:18 87:23,23

week   10:22
weeks   10:1
  11:15
welcome   38:19
whatever's
  81:18
whatsoever
  30:2
whereof   92:21
wide   55:18
winston   4:5 9:3
winston.com
  4:10
withdraw   17:8
  17:8 41:23
  87:24
withdrawn
  33:21,23
witness   5:2
  9:11 15:10
  17:5,16 18:2
  21:13,22 24:10
  25:9,20 26:13
  26:22 27:3,12
  27:18 28:11,21
  29:15 30:8,25
  31:21 32:14,24
  33:6 34:3,10
  34:20 35:12
  36:1,17 37:2
  37:17 39:5,13
  39:23 41:3,19
  42:19 43:9
  44:9 45:22
  46:19 48:12,18

49:23 51:14,23
52:6 53:22
54:23 58:14
59:6,25 60:15
61:15 62:9,19
63:6,19 64:20
65:19 66:5
67:6,20 68:5
68:15 69:7
70:5,10 71:9
71:24 72:13,24
73:12 74:11,24
75:17 76:9,18
77:4,16 78:14
78:24 79:13
80:14 83:1
84:5 86:17
89:11 90:6
92:21 93:8,11
94:1,4,11 95:1
95:4,15
witnesses   92:7
witness'   93:14
word   41:3
  43:10 52:14
  88:16
words   15:4
  17:24 18:3
  20:15 35:10
  36:19 52:7
  82:14 88:13
work   10:7 21:3
  21:4 22:11
  23:1,11 24:1,2
  24:5,6 32:4

worked   23:4,6
  23:8
working   23:1
  32:7
writing   62:13
wrong   51:1,2

| x |
| --- |

x   92:16

| y |
| --- |

y   39:11
yeah   11:24
  26:7 61:2
  82:12
years   23:3
  88:23 89:17
york   4:7,7,15
  4:15

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.