# Exhibit A

**John Holobinko** **Charlotte NC Area**

email: jholobinko@comcast.net                                                                 Mobile 803.804.6529

John Holobinko currently is an Independent consultant and the Managing Director of his company Business Reimagined, LLC which he founded in April 2019. He provides insight on high tech companies and markets, especially in the areas of financial performance, technology assessment, and business/market strategy. He has also served as an expert witness in patents litigation. His expertise spans cloud computing, optical networking, routing/switching silicon and systems, big data analytics/AI systems, fiber to the home, 5G/WiFi, and cable networks.  He has following key skills: Executive Management, Strategy, Technology Assessment, Profit and Loss Management, Cross-functional Team Leadership. He has authored/coauthored 8 patents in the fields of optics, networking and big data analytics/AI.

**Business Reimagined, LLC, Managing Director**                                 *May 2019 - Present*

Provides consulting services to businesses and financial firms, including analysis of markets, technology assessment, operations and financial performance, competition, R&D effectiveness and provides expert witness services. He also assists companies in evaluation of acquisition targets.

**Pineville NC Chamber of Commerce, President and CEO**                 *April 2019 - Present*

Leads this community organization within the Charlotte Metropolitan area focused on helping businesses to grow and supporting the community. Coordinates programs, collaborates with local business leaders of large corporations and local government officials.

**Cisco Systems, Inc., Director, Access Networks Business Strategy**     *May 2014 - April 2019*

Led strategy for Cisco's access network products, collaborating across multiple business units. Led new product initiatives in cloud networking, big data analytics, optical networking, DOCSIS, Ethernet and RF access networking. Also responsible for driving internal initiatives to improve product development velocity and business operations. Served as external Cisco spokesperson to analysts and trade press for the business unit.

**Business Transformation Consultants, President**                               *October 2013 - May 2014*

Independent consultant providing business and market analysis, strategy and recommendations for revenue and profit margin improvement and reinvigorating innovation for multiple clients.

For client Cisco Systems, provided profit/loss reviews and recommendations for product, technology, and market strategies for multiple Cisco business segments, Results for one business unit included 30% Y/Y revenue growth and increased market share, while improving delivery and product quality.

**Motorola Mobility, Network Infrastructure  VP of Business Strategy/Ops** *July 2010 - Sep 2013*

Reporting to the VP/GM of the $1B Network Infrastructure business, led a strategy and business development team responsible for identifying and driving emerging technologies and market opportunities across four business units.  Also led monthly P&L operations reviews and headed the Business Investment Board, responsible for major projects and M&A evaluations.

**BigBand Networks, Inc., Vice President, GM** *December 2006 - June 2010*

Multiple senior positions including VP, General Manager of IP Video (CMTS and IP services) business, VP of Product Management and VP of Marketing. BigBand was a market leader of digital video networking solutions for cable operators and telcos worldwide. Later acquired by Arris in 2011.

**VPIsystems, Inc., President and CEO** *November 2003 - November 2005*

Lead successful business turnaround of this international big data/analytics software company focused on optimizing networking traffic capacity for major telecom carriers worldwide and major communications equipment vendors. Managed business locations across three continents including US headquarters and subsidiaries in Germany, Belarus and Australia

**Aplion Networks Inc., President and CEO** *March 1998 - March 2003*

Led this pioneering company that developed and built the first software programmable packet routing/switching platform for delivering cloud based services (SaaS), using patented layer 4-7 deep packet inspection. Applications: IP Video, voice and VPNs over service provider networks and internet access networks. Raised over $50 Million in four tranches. 140 employees worldwide, including India development subsidiary. Patents and IP sold in 2003.

**ADC Telecommunications BCD (now CommScope)** *July 1986 - March 1998*
**VP, Marketing and Strategic Planning**

Cofounded American Lightwave Systems, a digital fiber optic, FTTx and RF networking company in 1986, which was subsequently acquired at 17X multiple by ADC in 1990, ADC's most successful acquisition in the 1990's. '91 - 96 ADC VP of Product Management and Strategic Planning for Broadband Communications Division. Responsible for hardware and software product P&Ls and market strategy. '96 - '98 Director of Mergers, Acquisitions and long range technology planning. These businesses were later acquired by Commscope.

Education

BSEE Electrical Engineering, Carnegie Mellon University

Other

Author of 8 patents in the areas of optical networking, cable/RF technology and big data analytics/AI.

Chairman, Pineville Police Department Citizens Advisory Board