# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　Defendants.<br><br>ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-1049-JWH-KES (Lead Case)<br>Case No. 2:23-cv-1050-JWH-KES (Related Case)<br><br>**ORDER ON STIPULATION TO SET DEADLINE TO RESPOND TO OBJECTIONS TO THE SPECIAL MASTER REPORT AND RECOMMENDATIONS ON MOTIONS REFERRED BY THE COURT ON FEBRUARY 9, 2024, AND MARCH 26, 2024 (DKT. 302)** |

ORDER

After full consideration of the Stipulation to Set the Deadline to Respond to Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 ("Special Master R&R") (Dkt. 302), and good cause appearing, it is hereby **ORDERED** as follows:

1. The deadline to respond to Objections to the Special Master Report and Recommendations on Motions Referred by the Court on February 9, 2024, and March 26, 2024 (Dkt. 302) is May 24, 2024. This Stipulation does not contemplate further briefing following the responses, unless specifically requested by the Court.

2. The page limits shall be 10 pages, consistent with the limitation set forth in the Order Appointing Special Master (Dkt. 62.).

3. This request to extend this deadline is not submitted for the purpose of delay and no other deadlines will be affected by this extension.

**IT IS SO ORDERED.**

Dated: May 17, 2024

Honorable John W. Holcomb
United States District Judge

2
ORDER