1  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  Connor J. Meggs (SBN 336159)
   connor.meggs@klgates.com
3  Cassidy T. Young (SBN 342891)
   cassidy.young@klgates.com
4  K&L Gates LLP
   10100 Santa Monica Boulevard
5  Eighth Floor
   Los Angeles, California 90067
6  Telephone: +1 310 552 5000
   Facsimile: +1 310 552 5001
7
   [*Additional counsel on signature page*]
8
   **Attorneys for Plaintiff Entropic**
9  **Communications, LLC**

10

11            **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-1049-JWH-KES (Lead Case) |
| 14 | |
| 15             Plaintiff, | Case No. 2:23-cv-01050-JWH-KES (Related Case) |
| 16        v. | **NOTICE OF LODGING OF** |
| 17  COX COMMUNICATIONS, INC., *et al.*, | **TECHNICAL TUTORIAL IN SUPPORT OF CLAIM CONSTRUCTION** |
| 18             Defendants. | |
| 19 | Hearing Date:   July 23, 2024<br>Hearing Time:   10:00 a.m.<br>Courtroom:      9D |
| 20 | |
| 21  ENTROPIC COMMUNICATIONS, LLC, | |
| 22 | |
| 23             Plaintiff, | |
| 24        v. | |
| 25  COMCAST CORPORATION, *et al.*, | |
| 26             Defendants. | |

27

28

**NOTICE OF LODGING OF TECHNICAL TUTORIAL IN SUPPORT OF CLAIM CONSTRUCTION**

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 11-5.1 and the May 9, 2024, Order of this Court (Dkt. 319), Plaintiff Entropic Communications, LLC lodges herewith the following technical tutorial materials in support of Claim Construction, all of which are saved to a USB thumb drive and shall be delivered to the Court:

- The PowerPoint slides presented in the technical tutorial video.
- A PDF version of the PowerPoint slides presented in the technical tutorial that includes a transcript of the video's narration. The same is attached hereto as **Exhibit A** for the Court's convenience.
- A narrated technical tutorial video.

Respectfully submitted,

Dated: July 2, 2024

By: */s/ Connor J. Meggs*

Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
Connor J. Meggs (SBN 336159)
connor.meggs@klgates.com
Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552- 5000
Facsimile: (310) 552- 5001

James A. Shimota (pro hac vice)
jim.shimota@klgates.com
Jason A. Engel (pro hac vice)
jason.engel@klgates.com
Nathan J. Fuller (pro hac vice)
nathan.fuller@klgates.com
K&L GATES LLP
70 W. Madison Street, Suite 3300

**NOTICE OF LODGING OF TECHNICAL TUTORIAL IN SUPPORT OF CLAIM CONSTRUCTION**

|   |   |
|---|---|
| 1 | Chicago, IL 60602 |
| 2 | Telephone: (312) 372-1121<br>Facsimile: (312) 827-8000 |
| 3 | Courtney A. Neufeld (pro hac vice) |
| 4 | K&L Gates LLP<br>925 Fourth Avenue, Suite 2900 |
| 5 | Seattle, WA 98104<br>Telephone: (206) 370-7836 |
| 6 | Facsimile: (206) 623-7022 |
| 7 | Alan E. Littmann<br>Douglas J. Winnard |
| 8 | Michael T. Pieja<br>Xaviere N. Giroud |
| 9 | Kurt A. Holtzman<br>Jennifer M. Hartjes |
| 10 | Shu Zhang<br>**GOLDMAN ISMAIL TOMASELLI** |
| 11 | **BRENNAN AND BAUM LLP**<br>200 South Wacker Driver, 22nd Floor |
| 12 | Chicago, IL 60606<br>Telephone: (312) 681-6000 |
| 13 | Fax: (312) 881-5191<br>alittman@goldmanismail.com |
| 14 | dwinnard@goldmanismail.com<br>mpieja@goldmanismail.com |
| 15 | xgiroud@goldmanismail.com<br>kholtzman@goldmanismail.com |
| 16 | jhartjes@goldmanismail.com<br>szhang@goldmanismail.com |
| 17 | ***Attorneys for Plaintiff, Entropic Communications, LLC*** |

4

**NOTICE OF LODGING OF TECHNICAL TUTORIAL IN SUPPORT OF CLAIM CONSTRUCTION**