UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01049-JWH(KESx) | Date | July 23, 2024 |
| Title | *Entropic Communications, LLC v. Cox Communications, Inc. et al* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal for Clarissa Lara | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jason A. Engel | April Elizabeth Isaacson |
| Michael T. Pieja | Michael J. Turton |
| Nathan J. Fuller | Sarah Y. Kamran |
| Vincent John Galluzzo | Krishnan Padmanabhan |
| | Ashok Ramani |
| | David J. Lisson |
| | Diana Hughes Leiden |
| | John Robert Lanham |

**Proceedings:** **HEARING RE: CLAIM CONSTRUCTION (*MARKMAN* HEARING)**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and hears oral argument.

For reasons stated on the record, the issue of Claim Construction is taken **UNDER SUBMISSION**. The Court will issue a final order.

**IT IS SO ORDERED.**

Time: 02:35
Initials of Preparer: rrp/cla