| | |
|---|---|
| 1 | Christina N. Goodrich (SBN 261722) |
| | Christina.goodrich@klgates.com |
| 2 | Connor J. Meggs (SBN 336159) |
| | Connor.meggs@klgates.com |
| 3 | Rachel Berman (SBN 352237) |
| | Rachel.berman@klgates.com |
| 4 | K&L Gates LLP |
| | 10100 Santa Monica Boulevard |
| 5 | Eighth Floor |
| | Los Angeles, California 90067 |
| 6 | Telephone: +1 310 552 5000 |
| | Facsimile: +1 310 552 5001 |
| 7 | |
| | [*Additional counsel on signature page*] |
| 8 | |
| | **Attorneys for Plaintiff Entropic** |
| 9 | **Communications, LLC** |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:23-cv-01049-JWH-KES (Lead Case) |
| Plaintiff, | Case No. 2:23-cv-01050-JWH-KES (Related Case) |
| v. | |
| COX COMMUNICATIONS, INC., *et al.*, | [Assigned to the Honorable John W. Holcomb] |
| Defendants. | **NOTICE OF LODGING OF PLAINTIFF'S SLIDES PRESENTED AT THE JULY 23, 2024 CLAIM CONSTRUCTION HEARING** |
| ENTROPIC COMMUNICATIONS, LLC, | Claim Construction Hearing: |
| Plaintiff, | Date:      July 23, 2024 |
| v. | Time:      10:00 a.m. |
| COMCAST CORPORATION, *et al.*, | Courtroom: 9D |
| Defendants. | |

**PLAINTIFF'S NOTICE OF LODGING**

Plaintiff Entropic Communications, LLC hereby gives notice that it is lodging a copy of the slides that it presented during the July 23, 2024 claim construction hearing, which are attached hereto as Exhibit A.

Dated: July 25, 2024

By: */s/ Rachel Berman*
Christina Goodrich (SBN 261722)
Connor J. Meggs (SBN 336159)
Rachel Berman (SBN 352237)
K&L Gates, LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com
rachel.berman@klgates.com

James A. Shimota (*pro hac vice*)
Jason A. Engel (*pro hac vice*)
Nathan J. Fuller (*pro hac vice*)
70 W. Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
nathan.fuller@klgates.com

Vincent J. Galluzzo (*pro hac vice*)
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
vincent.galluzzo@klgates.com

Courtney A. Neufeld (*pro hac vice*)
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
courtney.neufeld@klgates.com

Michael T. Pieja (SBN 250351)
Alan E. Littmann (*pro hac vice*)
Douglas Jordan Winnard (SBN 275420)
Jennifer M. Hartjes (*pro hac vice*)
Xaviere N. Giroud (*pro hac vice*)
Kurt A. Holtzman (*pro hac vice*)
Goldman Ismail Tomaselli Brennan & Baum LLP

2
**PLAINTIFF'S NOTICE OF LODGING**

| | |
|---|---|
| 1 | 200 South Wacker Dr., 22nd Floor |
| 2 | Chicago, IL 60606 |
|   | Tel: (312) 681-6000 |
| 3 | Fax: (312) 881-5191 |
|   | mpieja@goldmanismail.com |
| 4 | alittmann@goldmanismail.com |
|   | dwinnard@goldmanismail.com |
| 5 | jhartjes@goldmanismail.com |
|   | xgiroud@goldmanismail.com |
| 6 | kholtzman@goldmanismail.com |

***Attorneys for Plaintiff, Entropic Communications, LLC***

3
**PLAINTIFF'S NOTICE OF LODGING**