Christina Goodrich (SBN 261722)
christina.goodrich@klgates.com
K&L GATES LLP
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

*[Additional counsel on signature page]*

*Attorneys for Plaintiff*
*Entropic Communications, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ENTROPIC COMMUNICATIONS, LLC,

Plaintiff,

v.

COX COMMUNICATIONS, INC., *et al.*,

Defendants.

COX COMMUNICATIONS, INC., *et al.*,

Counter-Claimants,

v.

ENTROPIC COMMUNICATIONS, LLC, *et al.*,

Counter-Defendants.

Case No.: 2:23-cv-01049-JWH-KESx

**JOINT REPORT REGARDING PLEADING STATUS PURSUANT TO ECF NO. 439**

Pursuant to this Court's June 1, 2026 Order (ECF No. 439) (the "Order"), Plaintiff and Counter-Defendant Entropic Communications, LLC ("Entropic"), Defendants and Counter-Claimants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC ("Cox"), and Counter-Defendants MaxLinear, Inc. and MaxLinear Communications LLC ("MaxLinear") (collectively, the "Parties") hereby submit the following Joint Report Regarding Pleading Status.

The Parties report that pleading is complete and no motions remain pending in this case. The operative pleadings consist of Entropic's First Amended Complaint (ECF No. 392) and Cox's Answer and Defenses to First Amended Complaint and First Amended Counterclaims (ECF Nos. 411, 415). Because the Order dismissed all Cox counterclaims (Counts I–IV) with prejudice, no answer from Entropic nor MaxLinear is due. Judgment may now be entered in MaxLinear's favor.

Dated: June 15, 2026

Respectfully submitted,

By: <u>*/s/ Douglas Jordan Winnard*</u>

Michael T. Pieja (SBN 250351)
mpieja@goldmanismail.com
Alan E. Littmann (*pro hac vice*)
alittmann@goldmanismail.com
Douglas Jordan Winnard (SBN 275420)
dwinnard@goldmanismail.com
Katherine P. Kieckhafer (*pro hac vice*)
kkieckhafer@goldmanismail.com
Xaviere N. Giroud (*pro hac vice*)
xgiroud@goldmanismail.com
Kurt A. Holtzman (*pro hac vice*)
kholtzman@goldmanismail.com
Ethan Perbohner (*pro hac vice*)
eperbohner@goldmanismail.com
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
191 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Tel: (312) 681-6000

Fax: (312) 881-5191

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Rachel Berman (SBN 352237)
rachel.berman@klgates.com
Connor Meggs (SBN 336159)
connor.meggs@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552- 5000
Facsimile: (310) 552- 5001

Vincent J. Galluzzo (*pro hac vice*)
vincent.galluzzo@klgates.com
**K&L GATES LLP**
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Telephone: (704) 331-7526

James A. Shimota (*pro hac vice*)
jim.shimota@klgates.com
Jason A. Engel (*pro hac vice*)
jason.engel@klgates.com
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

Nicholas F. Lenning (*pro hac vice*)
nicholas.lenning@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 370-6685
Facsimile: (206) 623-7022

David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane, #301
Newport Beach, CA 92663
Telephone: (949) 887- 4600

*Attorneys for Plaintiff and Counter-Defendant Entropic Communications, LLC*

Dated: June 15, 2026

Respectfully submitted,

*/s/ Michael J. Turton*

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
Michael J. Turton (*pro hac vice*)
mturton@kilpatricktownsend.com
Christopher S. Leah (*pro hac vice*)
cleah@kilpatricktownsend.com
Andrew N. Saul (*pro hac vice*)
asaul@kilpatricktownsend.com
1100 Peachtree Street, NE, Suite 2800
Atlanta GA 30309
Telephone: (404) 815 6500

KILPATRICK TOWNSEND & STOCKTON LLP
Rishi Gupta (SBN 313079)
rgupta@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles CA 90067
Telephone: (310) 777 3733

Sharon R. Smith (SBN 221428)
srsmith@ktslaw.com
Two Embarcadero Center
Suite 1900
San Francisco, CA 94111
Telephone: (415) 273-4372

WALKER STEVENS CANNOM LLP
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
Hannah Cannom (SBN 245635)
hcannom@wscllp.com
500 Molino Street, Suite 118
Los Angeles, CA 90013
Telephone: (213) 712-9145
Facsimile: (213) 403-4906

*Attorneys for Defendants and Counter-Claimants Cox Communications, Inc.; CoxCom, LLC; and Cox Communications California, LLC*

Dated: June 15, 2026

Respectfully submitted,

By: /s/ Paul Kim

Mark W. Yocca (SBN 137189)
myocca@yocca.com
Jared Glicksman (SBN 247124)
jglicksman@yocca.com
Paul Kim (SBN 157608)
pkim@yocca.com
**THE YOCCA LAW FIRM LLP**
18881 Von Karman Ave, Suite 1620
Telephone: (949) 253-0800
Facsimile: (949) 253-0870

*Attorneys for Counter-Defendants MaxLinear, Inc.; and MaxLinear Communications LLC*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Douglas Jordan Winnard, attest that all other signatories listed herein and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated: June 15, 2026

*/s/ Douglas Jordan Winnard*
Douglas Jordan Winnard